HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, LLC, CALIBRATE PROPERTY MANAGEMENT, LLC, CLEAR PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, PILLAR PROPERTIES, LLC, SUMMIT MANAGEMENT SERVICES, INC., CREEKWOOD PROPERTY CORPORATION, LEGACY PARTNERS, INC., and JONES LANG LASALLE INCORPORATED,

Defendants.

Case No. 2:23-cv-01391

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JONES LANG LASALLE INCORPORATED PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT JONES LANG LASALLE INCORPORATED
011188-11/2330414V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through the

2    undersigned counsel, voluntarily dismisses the above-captioned action, without prejudice, against

3    Defendant Jones Lang LaSalle Incorporated. This notice applies only to the claims against

4    Defendant Jones Lang LaSalle Incorporated. All of Plaintiff's claims against the other named

5    defendants remain pending and unaffected.

6

7    Dated: September 25, 2023.                      HAGENS BERMAN SOBOL SHAPIRO LLP

8                                                    */s/ Steve W. Berman*
                                                     Steve W. Berman (WSBA No. 12536)

9
                                                     */s/ Theodore Wojcik*
10                                                   Theodore Wojcik (WSBA No. 55553)

11
                                                     */s/ Stephanie A. Verdoia*
12                                                   Stephanie A. Verdoia (WSBA No. 58636)

13                                                   */s/ Xiaoyi Fan*
                                                     Xiaoyi Fan (WSBA No. 56703)
14
                                                     1301 Second Avenue, Suite 2000
15                                                   Seattle, WA 98101
                                                     Telephone: (206) 623-7292
16                                                   Facsimile: (206) 623-0594
                                                     Email: steve@hbsslaw.com
17                                                   Email: tedw@hbsslaw.com
                                                     Email: stephaniev@hbsslaw.com
18                                                   Email: kellyf@hbsslaw.com

19
                                                     Rio S. Pierce (pro hac vice)
20                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                                     715 Hearst Avenue, Suite 300
21                                                   Berkeley, CA 94710
                                                     Telephone: (510) 725-3000
22                                                   Facsimile: (510) 725-3001
                                                     Email: rios@hbsslaw.com
23

24                                                   *Attorneys for Plaintiff*

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT JONES LANG LASALLE INCORPORATED – 1
011188-11/2330414V1



1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3   Court using the CM/ECF system, which will send notification of such filing to all CM/ECF

4   recipients.

5          DATED this 25th day of September, 2023.

6

7                                    /s/ Steve W. Berman
                                     Steve W. Berman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT JONES LANG LASALLE INCORPORATED – 2
011188-11/2330414V1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX