HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, LLC, CALIBRATE PROPERTY MANAGEMENT, LLC, CLEAR PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, PILLAR PROPERTIES, LLC, SUMMIT MANAGEMENT SERVICES, INC., CREEKWOOD PROPERTY CORPORATION, LEGACY PARTNERS, INC., and JONES LANG LASALLE INCORPORATED,<br><br>Defendants. | Case No. 2:23-cv-01391<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PILLAR PROPERTIES, LLC, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT PILLAR PROPERTIES, LLC
011188-11/2330414V1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through the undersigned counsel, voluntarily dismisses the above-captioned action, without prejudice, against Defendant Pillar Properties, LLC. This notice applies only to the claims against Defendant Pillar Properties, LLC. All of Plaintiff's claims against the other named defendants remain pending and unaffected.

Dated: September 25, 2023.

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)

*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)

*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: rios@hbsslaw.com

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT PILLAR PROPERTIES, LLC – 1
011188-11/2330414V1


1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 25th day of September, 2023.

                                   */s/ Steve W. Berman*
                                   Steve W. Berman

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT PILLAR PROPERTIES, LLC – 2
011188-11/2330414V1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX