The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YARDI SYSTEMS, INC.; BRIDGE PROPERTY MANAGEMENT, LLC; CALIBRATE PROPERTY MANAGEMENT, LLC; CLEAR PROPERTY MANAGEMENT, LLC; DALTON MANAGEMENT, INC.; HNN ASSOCIATES, LLC; LEFEVER MATTSON; MANCO ABBOTT, INC.; MORGUARD CORPORATION; PILLAR PROPERTIES, LLC; SUMMIT MANAGEMENT SERVICES, INC.; CREEKWOOD PROPERTY CORPORATION; LEGACY PARTNERS, INC.; and JONES LANG LASALLE INCORPORATED,

Defendants.

Civil No.  2:23-cv-01391-RSL

**CORPORATE DISCLOSURE STATEMENT**

By Defendant Dalton Management, Inc.

/ / /

/ / /

/ / /

DEFENDANT DALTON MANAGEMENT, INC.'S
CORPORATE DISCLOSURE STATEMENT - 1
(2:23-cv-01391-RSL)

CABLE HUSTON LLP
1455 SW BROADWAY, SUITE 1500
PORTLAND, OREGON 97201-3412
TELEPHONE (503) 224-3092, FACSIMILE (503) 224-3176

Defendant Dalton Management, Inc. ("Dalton"), has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.  Dalton also states that there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).


DATED:  October 2, 2023.

Respectfully submitted,

CABLE HUSTON LLP

s/ Jon W. Monson
Jon W. Monson, WSBA No. 43912
jmonson@cablehuston.com
Brian S. Epley, WSBA No. 48412
bepley@cablehuston.com
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
Tele: (503) 224-3092

*Attorneys for Defendant Dalton Management, Inc.*

DEFENDANT DALTON MANAGEMENT, INC.'S
CORPORATE DISCLOSURE STATEMENT - 2
(2:23-cv-01391-RSL)