UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, LLC, CALIBRATE PROPERTY MANAGEMENT LLC, CLEAR PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, SUMMIT MANAGEMENT SERVICES, INC., CREEKWOOD PROPERTY CORPORATION, and LEGACY PARTNERS, INC.<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |

---

STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT & ORDER
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-688

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff McKenna Duffy and Defendants Yardi Systems, Inc. ("Yardi"), Bridge Property Management, LLC ("Bridge"), Calibrate Property Management, LLC ("Calibrate"), Dalton Management, Inc. ("Dalton"), LeFever Mattson ("LeFever"), Legacy Partners, Inc. ("Legacy"), HNN Associates, LLC ("HNN"), Manco Abbott, Inc. ("Manco"), and Summit Management Services, Inc. ("Summit"), (collectively, "Stipulating Defendants,"[1] and with Plaintiff, the "Stipulating Parties"), by and through their respective counsel, hereby stipulate as follows:

1.  WHERAS, Plaintiff filed the Class Action Complaint (the "Complaint") against all Defendants in the above captioned action on September 8, 2023;

2.  WHEREAS, Plaintiff served Stipulating Defendants with the Complaint on or around September 14, 15, and 18, 2023;

3.  WHEREAS, the Complaint asserts two claims under Section 1 of the Sherman Act based on the alleged use of Yardi's software for the multifamily leasing market;

4.  WHEREAS, Plaintiff voluntarily dismissed their claims, without prejudice, against non-Stipulating Defendants Jones Lang LaSalle Incorporated and Pillar Properties LLC on September 25, 2023 (ECF Nos. 36-37);

5.  WHEREAS, Plaintiff and Stipulating Defendants are not aware whether non-Stipulating Defendants Morguard Corporation and Clear Property Management LLC are yet represented by counsel and, in any event, have not yet connected with counsel;

6.  WHEREAS, under Federal Rule of Civil Procedure ("Rule") 12(a)(1)(A)(i), the current deadline to answer, move to dismiss, or otherwise respond to the Complaint is October 5

---

[1] Defendant Creekwood Property Corporation ("Creekwood") is in the process of engaging local counsel. Creekwood's attorneys have agreed to abide by this stipulation regarding their answer date and expect to make an appearance as soon as local counsel is engaged.

2

STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT & [PROPOSED ORDER]
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-688

as to Stipulating Defendants Yardi, HNN, LeFever, and Legacy, October 6 as to Stipulating Defendants Bridge, Dalton, and Summit, and October 9 as to Stipulating Defendants Calibrate and Manco;

7. WHEREAS, under Rule 12(a)(1)(A)(ii), Defendant Creekwood's deadline to answer, move to dismiss, or otherwise respond to the Complaint is on or around November 20, 2023, because on September 19, 2023, Creekwood waived service;

8. WHEREAS, Plaintiff and Stipulating Defendants have conferred telephonically and by electronic mail, and have agreed that party and judicial efficiency would be best served by continuing the deadline for all Defendants to answer, move to dismiss, or otherwise respond to the Complaint to November 17, 2023;

9. WHEREAS, continuing all Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint to November 17, 2023, would not prejudice any party because this case is in its early stages, no substantive filings have been made, and no schedule has been entered;

10. WHEREAS, the Stipulating Parties do not intend via this Stipulated Motion to shorten any Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint. To the extent any current or future Defendant has a deadline to respond to the Complaint under Rule 12(a)(1) that falls after November 17, 2023, those deadlines will remain the same and such Defendants (if any) may answer, move to dismiss, or respond to the Complaint consistent with their Rule 12(a)(1) obligations after November 17, 2023; and

11. WHEREAS, the Stipulating Parties plan to meet and confer to propose a joint briefing procedure and schedule for the Court to consider within fourteen days of the entry of the proposed order, which the Stipulating Parties anticipate will provide for the filing of one

3

STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT & [PROPOSED ORDER]
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-688

oversized joint motion to dismiss addressing issues and arguments common to all Defendants and undersized motions to dismiss for each Defendant that wishes to make arguments unique to them.

THEREFORE, Plaintiff and Stipulating Defendants STIPULATE AND AGREE that:

The deadline for all Defendants to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint is continued to November 17, 2023. This stipulation shall not shorten any Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint to the extent any current or future Defendant's deadline under the Federal Rules of Civil Procedure to respond to the Complaint falls after November 17, 2023.

The parties will meet and confer to discuss a joint briefing schedule and page limits for any joint and/or individual motions to dismiss that Defendants anticipate filing in connection with the Complaint. The parties will submit their proposed briefing schedule to the Court within 14 days of the entry of the order adopting this stipulation and, to the extent agreement cannot be reached, the parties will identify any outstanding areas of disagreement and each party's position.

STIPULATED to this 3rd day of October, 2023.

Dated this 4th day of October, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*

Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)

Stephanie A Verdoia (WSBA No. 58636)

4

STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT & [PROPOSED ORDER]
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-688

| | | |
|---|---|---|
| 1 | Xiaoyi Fan (WSBA No. 56703) | *Attorneys for Defendant, YARDI SYSTEMS, INC.* |
| 2 | 1301 Second Avenue Suite 2000, Seattle, WA 98101 | |
| 3 | Telephone: 206-623-7292 steve@hbsslaw.com | **BYRNES KELLER CROMWELL LLP** |
| 4 | tedw@hbsslaw.com stephaniev@hbsslaw.com | By: /s/ *Jofrey M. McWilliam* Jofrey M. McWilliam (WSBA No. 28441) |
| 5 | kellyf@hbsslaw.com | 1000 Second Avenue, 38th Floor Seattle, Washington 98104 |
| 6 | Rio S Pierce 715 Hearst Ave Ste 202 | Telephone: (206) 622-2000 Email: jmcwilliam@byrneskeller.com |
| 7 | Berkeley, CA 94710 Telephone: 510-725-3000 | *Attorneys for Defendant, CALIBRATE* |
| 8 | riop@hbsslaw.com | *PROPERTY MANAGEMENT LLC* |
| 9 | *Attorneys for Plaintiff, MCKENNA DUFFY* | **CABLE HUSTON LLP** |
| 10 | **MATTHEW CARVALHO, ATTORNEY AT LAW, PLLC** | By: /s/ *Brian S. Epley* Jon W. Monso (WSBA No. 43912) |
| 11 | By: /s/ *Matthew Carvalho* | Brian S. Epley (WSBA No. 48412) 1455 SW Boadway, Suite 1500 |
| 12 | Matthew Carvalho (WSBA #31201) 720 Seneca Street | Portland, OR 97201-3412 Telephone: (503) 224-3092 |
| 13 | Seattle, WA 98101 Telephone: (206) 799-6888 | Email: jmonson@cablehuston.com Email: bepley@cablehuston.com |
| 14 | Email: matt@mattcarvalholaw.com | *Attorneys for Defendant, DALTON* |
| 15 | **DEBEVOISE & PLIMPTON LLP** | *MANAGEMENT, INC.* |
| 16 | Maura K. Monaghan (*pro hac vice forthcoming*) | **SHOOK, HARDY & BACON L.L.P.** |
| 17 | Michael Schaper (*pro hac vice forthcoming*) Kristin D. Kiehn (*pro hac vice forthcoming*) | By: /s/ *Steven Rich* Steven Rich (WSBA No. 48444) |
| 18 | 66 Hudson Boulevard New York, NY 10001 | 701 Fifth Avenue, Suite 6800 Seattle, Washington 98104 |
| 19 | Telephone: (212) 909-6000 Email: mkmonaghan@debevoise.com | Telephone: (206) 344.7600 Email: srich@shb.com |
| 20 | Email: mschaper@debevoise.com Email: kdkiehn@debevoise.com | Ryan Sandrock (*pro hac vice forthcoming*) |
| 21 | | 555 Mission Street Suite 2300 San Francisco, California 94105 |
| 22 | Abraham Tabaie (*pro hac vice forthcoming*) 650 California Street | Telephone: (415) 544.1900 Email: rsandrock@shb.com |
| 23 | San Francisco, CA 94108 Telephone: (415) 738-5700 | *Attorneys for Defendant, LEFEVER* |
| 24 | Email: atabaie@debevoise.com | *MATTSON* |
| 25 | | |
| | 5 | |
| 26 | STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT & [PROPOSED ORDER] Case No.: 2:23-cv-01391-RSL | Matthew Carvalho Attorney at Law, PLLC 720 Seneca Street Seattle, WA 98101 (206) 799-688 |

| | |
|---|---|
| **CORR DOWNS PLLC** | **NORTON ROSE FULBRIGHT US LLP** |
| By: /s/ *Jacob M. Downs*<br>Jacob M. Downs (WSBA # 37982)<br>100 W. Harrison St., Suite N440<br>Seattle, WA 98119<br>Direct: (206) 962-5041<br>Cell: (206) 683-6266<br>Email: jdowns@corrdowns.com | Michael Swarztendruber<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: 214-855-8067<br>Email: michael.swartzendruber@nortonrosefulbright.com |
| **ROETZEL & ANDRESS** | Eliot Turner<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>Telephone: 713-651-5113<br>Email: eliot.turner@nortonrosefulbright.com |
| Stephen W. Funk (*pro hac vice forthcoming*)<br>222 South Main Street, Suite 400<br>Akron, OH 44308<br>Telephone: 330.849.6602<br>Cell: 330.819.5387<br>Email: sfunk@ralaw.com | |
| | *Attorneys for Defendant, CREEKWOOD PROPERTY CORPORATION* |
| *Attorneys for Defendant, SUMMIT MANAGEMENT SERVICES, INC.* | **PERKINS COIE LLP** |
| **HOLLAND & KNIGHT LLP** | By: /s/ *David A. Perez* |
| By: /s/ *Kristin Asai*<br>Kristin Asai (WSBA No. #49511)<br>601 SW Second Avenue, Suite 1800<br>Portland, OR 97204<br>Telephone: (503) 243.2300<br>Email: kristin.asai@hklaw.com | David A. Perez, WSBA No. 43959<br>DPerez@perkinscoie.com<br>Elvira Castillo, WSBA No. 43893<br>ECastillo@perkinscoie.com<br>Tiffany Lee, WSBA No. 51979<br>TiffanyLee@perkinscoie.com<br>Marten King, WSBA No. 57106<br>MKing@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.6767 |
| Kenneth Racowski<br>1650 Market Street, Suite 3300,<br>Philadelphia, PA 19103<br>Telephone: (215) 252.9580<br>Email: Kenneth.Racowski@hklaw.com | Adrianna Simonelli, WSBA No. 58472<br>ASimonelli@perkinscoie.com<br>1120 NW Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Telephone: 503.727.2000<br>Facsimile: 503.727.2222 |
| *Attorneys for Defendant, LEGACY PARTNERS, INC.* | |

| | |
|---|---|
| STIPULATED MOTION FOR EXTENSION<br>OF TIME TO RESPOND TO COMPLAINT & [PROPOSED ORDER]<br>Case No.: 2:23-cv-01391-RSL | Matthew Carvalho<br>Attorney at Law, PLLC<br>720 Seneca Street<br>Seattle, WA 98101<br>(206) 799-688 |

1 | *Attorneys for Defendant, HNN ASSOCIATES, LLC*

**SPENCER FANE LLP**

By: */s/ Rob Warzel*
Rob Warzel (WSBA No. 56360)
2415 East Camelback Road, Suite 600
Phoenix, AZ  85016
Telephone: 602-333-5430
rwarzel@spencerfane.com

Jessica Nelson (*pro hac vice forthcoming*)
Donald Heeman (*pro hac vice forthcoming*)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone : 612-268-7006
jnelson@spencerfane.com
dheeman@spencerfane.com

*Attorneys for Defendant, MANCO ABBOTT, INC.*

**VAN KAMPEN & CROWE PLLC**

*By:  /s/ Al Van Kampen*
Al Van Kampen (WSBA No. 13670)
avankampen@vkclaw.com
P.O. BOX 33632
Seattle, WA 98133
Telephone: (206) 441-112

**VINSON & ELKINS LLP**

  Michael W. Scarborough (*pro hac vice forthcoming*)
  Dylan I. Ballard (*pro hac vice forthcoming*)
  M. Kevin Costello (*pro hac vice forthcoming*)
  Madison Lo (*pro hac vice forthcoming*)
  555 Mission Street, Suite 2000
  San Francisco, CA 94105
  Telephone: (415) 979-6900
  Email:  mscarborough@velaw.com
  Email:  dballard@velaw.com
  Email:  kcostello@velaw.com
  Email:  mlo@velaw.com

  Stephen Medlock (*pro hac vice forthcoming*)
  Molly McDonald (pro hac vice forthcoming)
  2200 Pennsylvania Avenue NW
  Suite 500 West
  Washington, DC 20037
  Telephone: (202) 639-6500
  Email:  smedlock@velaw.com
  Email:  mmcdonald@velaw.com

  Mackenzie Newman (*pro hac vice forthcoming*)
  1114 Avenue of the Americas
  32nd Floor
  New York, NY 10036
  Telephone: (212) 237-0000
  Email:  mnewman@velaw.com

*Attorneys for Defendant, BRIDGE PROPERTY MANAGEMENT, LLC*

STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT & [PROPOSED ORDER]
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-688