The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| McKenna Duffy, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Yardi Systems, Inc., Bridge Property Management, LLC, Calibrate Property Management, LLC, Clear Property Management, LLC, Dalton Management, Inc., HNN Associates, LLC, Lefever Mattson, Manco Abbott, Inc., Morguard Corporation, Summit Management Services, Inc., Creekwood Property Corporation, and Legacy Partners, Inc.,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-01391-RSL<br><br>**STIPULATED MOTION TO SUBSTITUTE PARTY NAME AND CHANGE CASE CAPTION AND ORDER** |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff McKenna Duffy and Defendant Bridge Property Management, L.C., by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, Plaintiff McKenna Duffy ("Plaintiff") filed the above-captioned action against Defendant Bridge Property Management, LLC on September 8, 2023 (the "Complaint");

2. WHEREAS, Bridge Property Management, LLC was misnamed as a Defendant in this action, as no such company exists;

3.      WHEREAS, Bridge Property Management, L.C. is the proper party name;

4.      WHEREAS, counsel of record for Bridge Property Management, L.C. filed an appearance in this action and corporate disclosure statement on October 6, 2023 with the correct party name (Dkt. Nos. 60 & 61);

5.      WHEREAS, the parties have met and conferred and agree to substitute Bridge Property Management, L.C. as the Defendant in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Bridge Property Management, L.C., that:

The Complaint in this action shall be deemed amended to substitute "Bridge Property Management, L.C." for "Bridge Property Management, LLC";

Defendant "Bridge Property Management, LLC" shall be terminated from the docket and replaced with "Bridge Property Management, L.C." The case caption and docket shall be amended to reflect the substitution;

Notwithstanding the foregoing, nothing in this Stipulation shall operate to extend Defendant Bridge Property Management, L.C.'s time to move, answer, or otherwise plead in response to the Complaint in this action. The parties' entry into this Stipulation does not constitute a waiver of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, including personal jurisdiction, or a waiver of any defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any statutory or common law defenses that may be available to any Defendant in this action. Defendant Bridge Property Management, L.C. expressly reserves all rights and defenses with respect to the Complaint.

STIPULATED to this 10th day of October, 2023.

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>By: /s/ Steve W. Berman<br>Steve W. Berman (WSBA No. 12536)<br>Theodore J Wojcik (WSBA No. 55553)<br>Stephanie A Verdoia (WSBA No. 58636)<br>Xiaoyi Fan (WSBA No. 56703)<br>steve@hbsslaw.com<br>tedw@hbsslaw.com | **VAN KAMPEN & CROWE PLLC**<br>By: /s/ Al Van Kampen<br>Al Van Kampen<br>avankampen@vkclaw.com<br>**VAN KAMPEN & CROWE PLLC**<br>P.O. BOX 33632<br>Seattle, WA 98133<br>Telephone: (206) 441-1121 |

STIPULATED MOTION TO SUBSTITUTE PARTY NAME AND CHANGE CASE CAPTION; [PROPOSED] ORDER
CASE NO. 2:23-cv-01391-RSL
2

**VAN KAMPEN & CROWE** PLLC
P.O. Box 33632
Seattle, Washington 98133
Tel: (206) 386-7353

| | |
|---|---|
| stephaniev@hbsslaw.com<br>kellyf@hbsslaw.com<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue<br>Suite 2000<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br><br>Rio S. Pierce<br>riop@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Ave Ste 202<br>Berkeley, CA 94710<br>Telephone: 510-725-3000<br><br>*Attorneys for Plaintiff MCKENNA DUFFY* | Michael W. Scarborough (*pro hac vice forthcoming*)<br>mscarborough@velaw.com<br>Dylan I. Ballard (*pro hac vice forthcoming*)<br>dballard@velaw.com<br>M. Kevin Costello (*pro hac vice forthcoming*)<br>kcostello@velaw.com<br>Madison Lo (*pro hac vice forthcoming*)<br>mlo@velaw.com<br>**VINSON & ELKINS LLP**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Telephone: (415) 979-6900<br><br>Stephen Medlock (*pro hac vice forthcoming*)<br>smedlock@velaw.com<br>Molly McDonald (*pro hac vice forthcoming*)<br>mmcdonald@velaw.com<br>**VINSON & ELKINS LLP**<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>Telephone: (202) 639-6500<br><br>Mackenzie Newman (*pro hac vice forthcoming*)<br>mnewman@velaw.com<br>**VINSON & ELKINS LLP**<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036<br>Telephone: (212) 237-0000<br><br>*Attorneys for Defendant BRIDGE PROPERTY MANAGEMENT, L.C.* |

## ORDER

IT IS SO ORDERED.

DATED this <u>11th</u> day of October, 2023.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO SUBSTITUTE PARTY
NAME AND CHANGE CASE CAPTION; ORDER CASE NO.
2:23-cv-01391-RSL                3

VAN KAMPEN & CROWE PLLC
P.O. Box 33632
Seattle, Washington 98133
Tel: (206) 386-7353