The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, LLC, CALIBRATE PROPERTY MANAGEMENT LLC, CLEAR PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, SUMMIT MANAGEMENT SERVICES, INC., CREEKWOOD PROPERTY CORPORATION, and LEGACY PARTNERS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**ORDER ON DEFENDANT LEGACY PARTNERS, INC.'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1** |

THIS MATTER has come before the Court on Defendant Legacy Partners, Inc.'s Unopposed Motion to Waive Geographic Requirement in LCR 83.1.  The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion.  The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that Kristin Asai may serve as local counsel in this matter and file *pro hac vice* applications under LCR 83.1(d).

PAGE 1 - ORDER ON DEFENDANT LEGACY PARTNERS, INC.'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1 (2:23-CV-01391-RSL)

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

IT IS SO ORDERED.

Dated this 17th day of October, 2023.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kristin M. Asai*
Kristin M. Asai, WSB No. 49511
kristin.asai@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorney for Defendant Legacy Partners, Inc.*

PAGE 2 - ORDER ON DEFENDANT LEGACY PARTNERS, INC.'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1 (2:23-CV-01391-RSL)

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300