THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

McKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT LLC, CLEAR PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, SUMMIT MANAGEMENT SERVICES, INC., CREEKWOOD PROPERTY CORPORATION, and LEGACY PARTNERS, INC.

Defendants.

Case No. 2:23-cv-01391-RSL

**STIPULATED MOTION RE: MOTION TO DISMISS BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES**

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-6888

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff McKenna Duffy and Defendants Yardi Systems, Inc. ("Yardi"), Bridge Property Management, L.C. ("Bridge"), Dalton Management, Inc. ("Dalton"), LeFever Mattson ("LeFever"), Legacy Partners, Inc. ("Legacy"), HNN Associates, LLC ("HNN"), Manco Abbott, Inc. ("Manco"), and Summit Management Services, Inc. ("Summit") (collectively, "Stipulating Defendants"[1]), by and through their respective counsel, hereby stipulate as follows:

1.    WHERAS, Plaintiff filed the Class Action Complaint (the "Complaint") against all Defendants in the above captioned action on September 8, 2023;

2.    WHEREAS, Plaintiff voluntarily dismissed their claims, without prejudice, against non-Stipulating Defendants Jones Lang LaSalle Incorporated and Pillar Properties LLC[2] on September 25, 2023 (ECF Nos. 36-37);

3.    WHEREAS, the Complaint asserts two claims under Section 1 of the Sherman Act based on the alleged use of Yardi's software for the multifamily rental market;

4.    WHEREAS, on October 3, 2023, the parties filed a Stipulated Motion for Extension of Time to Respond to the Complaint requesting that Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint be continued to November 17, 2023 (ECF No. 43);

5.    WHEREAS, the Stipulated Motion for Extension of Time to Respond to the Complaint contemplated that the parties would propose a joint briefing procedure and schedule for the Court to consider, which the parties anticipated would provide for the filing of one

---

[1]    Defendant Creekwood Property Corporation ("Creekwood") is in the process of engaging local counsel. Creekwood's attorneys have agreed to abide by this stipulation and expect to make an appearance as soon as local counsel is engaged.

[2]    Plaintiff has since moved to substitute Defendant Pillar Properties, LLC, for R.D. Merrill Real Estate Holdings, LLC (ECF No. 75).

1

STIPULATED MOTION  RE: MTD
BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-6888

1  oversized joint motion to dismiss addressing issues and arguments common to all Defendants

2  and undersized motions to dismiss for each Defendant that wishes to make arguments unique to

3  them, (*id.* ¶ 11);

4      6.    WHEREAS, on October 4, 2023, the Court adopted the Stipulated Motion for

5  Extension of Time to Respond to the Complaint, continued Defendants' deadline to respond to

6  the Complaint to November 17, 2023, and ordered the parties to submit a proposed briefing

7  procedure and schedule by October 18, 2023;

8      7.    WHEREAS, the parties have since conferred telephonically and by electronic

9  mail, and have agreed that party and judicial efficiency would be best served by adopting the

10  briefing schedule and procedure stipulated to below;

11      8.    WHEREAS, the parties do not intend to alter any applicable page limits for any

12  Federal Rule of Civil Procedure ("Rule") 12 motions that Defendants may choose to bring except

13  for those motions (if any) brought pursuant to Rule 12(b)(6);

14      9.    WHEREAS, on October 6, 2023, the Court set the following dates for initial

15  disclosure and submission of the Joint Status Report and Discovery Plan:

16      • Deadline for FRCP 26(f) Conference:        October 20, 2023

17      • Initial Disclosures Pursuant to FRCP 26(a)(1):    October 27, 2023

18      • Combined Joint Status Report and Discovery Plan

19        as required by FRCP 26(f):             November 3, 2023

20  (ECF No. 59 at 1);

21      10.   WHERAS, the Court ordered the parties to meet and confer before contacting the

22  Court to request an extension of the above Rule 26 deadlines; and

23      11.   WHEREAS, the parties have met and conferred telephonically and by electronic

24  mail regarding the above Rule 26 deadlines and, subject to the Court's approval, have agreed to

25

26
2

STIPULATED MOTION  RE: MTD                          Matthew Carvalho
BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES   Attorney at Law, PLLC
Case No.: 2:23-cv-01391-RSL                         720 Seneca Street
                                                    Seattle, WA 98101
                                                    (206) 799-6888

1   continue those deadlines for one week, as stipulated to below;

2        THEREFORE, Plaintiff and Stipulating Defendants STIPULATE AND AGREE that:

3   **Rule 26 Deadlines**

4        The Rule 26 deadlines set by the Court in its order of October 6, 2023 (ECF No. 59 at 1)

5   are continued as follows:

6        • Deadline for FRCP 26(f) Conference:     October 27, 2023

7        • Initial Disclosures Pursuant to FRCP 26(a)(1):    November 3, 2023

8        • Combined Joint Status Report and Discovery Plan

9        as required by FRCP 26(f):     November 10, 2023

10  **Briefing Schedule for Rule 12 Motion(s)**

11       The following briefing schedule will apply to all Rule 12 motion(s) Defendants may

12  choose to bring:

13       • Deadline to File Motion(s) to Dismiss:    November 17, 2023

14       • Deadline to File Opposition(s):     January 26, 2024

15       • Deadline to File Reply/Replies:     February 16, 2024

16  **Briefing Procedure for Rule 12 Motion(s)**

17       The following procedure will govern the parties' motion to dismiss briefing:

18       • <u>Joint Rule 12(b)(6) Motion:</u> Defendants may file one omnibus 40-page motion to

19       dismiss pursuant to Rule 12(b)(6) on behalf of any Defendant that wishes to join

20       in that motion. Plaintiff's opposition to the joint motion to dismiss is limited to 40

21       pages. Defendants may file a joint 20-page reply.

22       • <u>Individual Rule 12(b)(6) Motions:</u> In addition to joining in the joint motion to

23       dismiss, each Defendant may also file an individual Rule 12(b)(6) motion, not to

24       exceed 10 pages. Plaintiff may oppose any such individual motion(s) in

25

     3

26  STIPULATED MOTION RE: MTD           Matthew Carvalho
    BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES   Attorney at Law, PLLC
    Case No.: 2:23-cv-01391-RSL          720 Seneca Street
                             Seattle, WA 98101
                             (206) 799-6888

1  opposition(s) not to exceed 10 pages. For convenience, Plaintiff may file a single

2  opposition collectively addressing all individual 12(b)(6) motions in one filing as

3  opposed to filing an opposition to each Defendant's individual Rule 12(b)(6)

4  motion (if any). In that case, Plaintiff's opposition is limited to the sum of the

5  number of pages Plaintiff would have had to respond if Plaintiff had opposed each

6  motion individually (*e.g.*, if three Defendants submit individual 12(b)(6) motions,

7  Plaintiff may file either three individual oppositions of 10 pages or less or one

8  opposition of 30 pages or less.) Defendants may each have five pages to reply to

9  Plaintiff's opposition(s).

- <u>All Other Rule 12 Motions</u>: All other Rule 12 motions that Defendants may
10
11  choose to bring will be subject to the applicable page limits provided for by the
12  Civil Local Rules and Federal Rules of Civil Procedure.

13  STIPULATED to this 18th day of October, 2023.

14  IT IS SO ORDERED this <u>19th</u> day of _____October_____, 2023.

15

16

17  _____

The Honorable Robert S. Lasnik
18

19  Presented by:

20  **HAGENS BERMAN SOBOL SHAPIRO LLP**

21

By: */s/ Steve W. Berman*
22  Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)
23  Stephanie A Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
24

25

1301 Second Avenue
Suite 2000, Seattle, WA 98101
Telephone: 206-623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

4

26  STIPULATED MOTION  RE: MTD
BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-6888

<div style="display: flex;">
<div>

1    Rio S Pierce (*admitted pro hac vice*)
     715 Hearst Ave Ste 202
2    Berkeley, CA 94710
     Telephone: 510-725-3000
3    riop@hbsslaw.com

4    *Attorneys for Plaintiff, MCKENNA DUFFY*

5    **MATTHEW CARVALHO, ATTORNEY**
     **AT LAW, PLLC**

6

7    By: /s/ Matthew Carvalho
     Matthew Carvalho (WSBA #31201)
     720 Seneca Street
8    Seattle, WA 98101
     Telephone: (206) 799-6888
9    Email:  matt@mattcarvalholaw.com

10   **DEBEVOISE & PLIMPTON LLP**

11   Maura K. Monaghan (*admitted pro hac vice*)
     Michael Schaper (*admitted pro hac vice*)
12   Kristin D. Kiehn (*admitted pro hac vice*)
     66 Hudson Boulevard
13   New York, NY 10001
     Telephone: (212) 909-6000
14   Email:  mkmonaghan@debevoise.com
     Email:  mschaper@debevoise.com
15   Email:  kdkiehn@debevoise.com

16   Abraham Tabaie (*admitted pro hac vice*)
     650 California Street
17   San Francisco, CA 94108
     Telephone: (415) 738-5700
18   Email:  atabaie@debevoise.com

19   *Attorneys for Defendant, YARDI SYSTEMS,*
     *INC.*

20

</div>
<div>

**CABLE HUSTON LLP**

By: /s/ Brian S. Epley
Jon W. Monso (WSBA No. 43912)
Brian S. Epley (WSBA No. 48412)
1455 SW Boadway, Suite 1500
Portland, OR 97201-3412
Telephone: (503) 224-3092
Email:  jmonson@cablehuston.com
Email:  bepley@cablehuston.com

*Attorneys for Defendant, DALTON*
*MANAGEMENT, INC.*

**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Steven Rich
Steven Rich (WSBA No. 48444)
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone: (206) 344.7600
Email:  srich@shb.com

Ryan Sandrock (*admitted pro hac vice*)
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone: (415) 544.1900
Email:  rsandrock@shb.com

*Attorneys for Defendant, LEFEVER*
*MATTSON*

</div>
</div>

21

22

23

24

25

<div style="text-align:center;">5</div>

26   STIPULATED MOTION  RE: MTD                        Matthew Carvalho
     BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES    Attorney at Law, PLLC
     Case No.: 2:23-cv-01391-RSL                      720 Seneca Street
                                            Seattle, WA 98101
                                            (206) 799-6888

1

**CORR DOWNS PLLC**

2

By: /s/ Jacob M. Downs

3

Jacob M. Downs (WSBA # 37982)
100 W. Harrison St., Suite N440

4

Seattle, WA 98119
Direct: (206) 962-5041

5

Cell: (206) 683-6266
Email: jdowns@corrdowns.com

6

**ROETZEL & ANDRESS**

7

8

Stephen W. Funk (*admitted pro hac vice*)
222 South Main Street, Suite 400

9

Akron, OH 44308
Telephone:  330.849.6602

10

Cell:  330.819.5387
Email: sfunk@ralaw.com

11

*Attorneys for Defendant, SUMMIT*

12

*MANAGEMENT SERVICES, INC.*

**HOLLAND & KNIGHT LLP**

13

14

By: /s/ Kristin Asai
Kristin Asai (WSBA No. #49511)

15

601 SW Second Avenue, Suite 1800
Portland, OR  97204

16

Telephone:  (503) 243.2300
Email: kristin.asai@hklaw.com

17

Kenneth Racowski (*pro hac vice*

18

*forthcoming*)
1650 Market Street, Suite 3300,

19

Philadelphia, PA 19103
Telephone: (215) 252.9580

20

Email: Keneth.Racowski@hklaw.com

*Attorneys for Defendant, LEGACY*

21

*PARTNERS, INC.*

22

23

24

25

26

**NORTON ROSE FULBRIGHT US LLP**

Michael Swarztendruber
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214-855-8067
michael.swartzendruber@nortonrosefulbright.com

Eliot Turner
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: 713-651-5113
eliot.turner@nortonrosefulbright.com

*Attorneys for Defendant, CREEKWOOD*
*PROPERTY CORPORATION*

**PERKINS COIE LLP**

By: /s/ David A. Perez
David A. Perez, WSBA No. 43959
DPerez@perkinscoie.com
Elvira Castillo, WSBA No. 43893
ECastillo@perkinscoie.com
Tiffany Lee, WSBA No. 51979
TiffanyLee@perkinscoie.com
Marten King, WSBA No. 57106
MKing@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.6767

Adrianna Simonelli, WSBA No. 58472
ASimonelli@perkinscoie.com
1120 NW Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant, HNN ASSOCIATES,*
*LLC*

6

STIPULATED MOTION  RE: MTD
BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES
Case No.: 2:23-cv-01391-RSL

Matthew Carvalho
Attorney at Law, PLLC
720 Seneca Street
Seattle, WA 98101
(206) 799-6888

1   **STOKES LAWRENCE, P.S.**           **VAN KAMPEN & CROWE PLLC**

2   By: */s/ Mathew Harrington*        *By: /s/ Al Van Kampen*

3   Mathew Harrington             Al Van Kampen (WSBA No. 13670)
    Mathew.Harrington@stokeslaw.com    avankampen@vkclaw.com

4   Valerie Walker               P.O. BOX 33632
    Valerie.Walker@stokeslaw.com      Seattle, WA 98133

5   1420 Fifth Avenue, Suite 3000      Telephone: (206) 441-1121
    Seattle, WA 98101-2393

6   Telephone: (206) 626-6000       **VINSON & ELKINS LLP**

7   **SPENCER FANE LLP**          By: */s/ Michael W. Scarborough*
                           Michael W. Scarborough (*admitted pro hac*

8   Jessica Nelson (*admitted pro hac vice*)   *vice*)
    Donald Heeman (*admitted pro hac vice*)   Dylan I. Ballard (*admitted pro hac vice*)

9   100 South Fifth Street, Suite 2500   M. Kevin Costello (*admitted pro hac vice*)
    Minneapolis, MN 55402        Madison Lo (*admitted pro hac vice*)

10  Telephone : 612-268-7006       555 Mission Street, Suite 2000
    jnelson@spencerfane.com        San Francisco, CA 94105

11  dheeman@spencerfane.com      Telephone: (415) 979-6900
                           Email: mscarborough@velaw.com

12  *Attorneys for Defendant, MANCO ABBOTT,*  Email: dballard@velaw.com
   *INC.*                          Email: kcostello@velaw.com

13                              Email: mlo@velaw.com

14                            Stephen Medlock (*admitted pro hac vice*)
                           Molly McDonald (*admitted pro hac vice*)

15                            2200 Pennsylvania Avenue NW
                           Suite 500 West

16                            Washington, DC 20037
                           Telephone: (202) 639-6500

17                            Email: smedlock@velaw.com
                           Email: mmcdonald@velaw.com

18                            Mackenzie Newman (*admitted pro hac vice*)

19                            1114 Avenue of the Americas
                           32nd Floor

20                            New York, NY 10036
                           Telephone: (212) 237-0000

21                            Email: mnewman@velaw.com

22                            *Attorneys for Defendant, BRIDGE*
                         *PROPERTY MANAGEMENT, L.C.*

23

24

25

26

<div align="center">7</div>

STIPULATED MOTION  RE: MTD                  Matthew Carvalho
BRIEFING SCHEDULE/PROCEDURE AND RULE 26 DEADLINES   Attorney at Law, PLLC
Case No.: 2:23-cv-01391-RSL              720 Seneca Street
                                   Seattle, WA 98101
                                   (206) 799-6888