UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MCKENNA DUFFY,

        Plaintiff,

   v.

YARDI SYSTEMS, INC., *et al.*,

        Defendants.

CASE NO. 2:23-cv-01391-RSL

ORDER

This matter comes before the Court on "Plaintiff's Motion to Deem R.D. Merrill Real Estate Holdings, LLC Substituted for Pillar Properties, LLC." Dkt. # 75. The motion is GRANTED in part. Plaintiff may, within three days of the date of this Order, file an amended complaint that replaces Pillar Properties, LLC, with R.D. Merrill Real Estate Holdings, LLC. For those parties that have already appeared in this matter, service of the amended complaint through CM/ECF shall be deemed sufficient. The amended complaint must, however, be served on R.D. Merrill Real Estate Holdings, LLC, and any defendant who has not yet appeared pursuant to Fed. R. Civ. P. 4.

Dated this 31st day of October, 2023.

Robert S. Lasnik
United States District Judge

ORDER - 1