Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-01391<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LEGACY PARTNERS, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through the undersigned counsel, voluntarily dismisses the above-captioned action, without prejudice, against Defendant Legacy Partners, Inc. This notice applies only to the claims against Defendant Legacy Partners, Inc. All of Plaintiff's claims against the other named defendants remain pending and unaffected.

DATED: November 2, 2023    HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Steve W. Berman
Steve W. Berman (WSBA No. 12536)

/s/ Theodore Wojcik
Theodore Wojcik (WSBA No. 55553)

/s/ Stephanie A. Verdoia
Stephanie A. Verdoia (WSBA No. 58636)

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT LEGACY PARTNERS, INC. – 1
011188-11/2330414V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

|     |     |
| --- | --- |
| 1   | */s/ Xiaoyi Fan* |
| 2   | Xiaoyi Fan (WSBA No. 56703) |

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: rios@hbsslaw.com

*Attorneys for Plaintiff*

---

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT LEGACY PARTNERS, INC. – 2
011188-11/2330414V1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

DATED this 2nd day of November, 2023.

                     */s/ Steve W. Berman*
                     Steve W. Berman

