UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, R.D. MERRILL REAL ESTATE HOLDINGS, LLC, SUMMIT MANAGEMENT SERVICES, INC., and CREEKWOOD PROPERTY CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**STIPULATED MOTION TO SUBSTITUTE PARTY AND CHANGE CASE CAPTION AND [ORDER** |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff McKenna Duffy and Defendant Morguard Corporation, by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, Plaintiff McKenna Duffy ("Plaintiff") filed the above-captioned action against Defendant Morguard Corporation on September 8, 2023 (the "Complaint");

2. WHEREAS, Morguard Coporation was misnamed as a Defendant in this action, as Morguard Corporation is a Canadian corporation that does not operate in the United Sates;

3. WHEREAS, Morguard Management Company Inc. is a subsidiary of Morguard Corporation with management authority for all of the company's US-owned real estate;

STIPULATED MOTION TO SUBSTITUTE PARTYAND CHANGE CASE CAPTION - 1
(Case No. 2:23–cv–01391-RSL)

Bradley Bernstein Sands LLP
2800 First Avenue, Suite 326
Seattle, Washington 98121
206.337.6551

4.   WHEREAS, the parties have met and conferred and agree to substitute Morguard Management Company Inc. as the Defendant in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Morguard Management Company Inc. that:

Morguard Corporation shall be voluntarily dismissed as a defendant in this action;

The Complaint in this action shall be deemed amended to substitute "Morguard Management Company Inc." for "Morguard Corporation";

Defendant "Morguard Corporation" shall be terminated from the docket and replaced with "Morguard Management Company Inc." The case caption and docket shall be amended to reflect the substitution;

Notwithstanding the foregoing, nothing in this Stipulation shall operate to extend Defendant Morguard Management Company Inc.'s time to move, answer, or otherwise plead in response to the Complaint in this action. The deadlines for such motion, answer, or other pleading shall be as set forth in the Court's November 9, 2023 Order re: Motion to Dismiss Briefing Schedule [DKT 118], or any subsequent order of the Court amending these deadlines. The parties' entry into this Stipulation does not constitute a waiver of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, including personal jurisdiction, or a waiver of any defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any statutory or common law defenses that may be available to any defendant in this action. Defendant Morguard Management Compnay Inc. expressly reserves all rights and defenses with respect to the Complaint.

STIPULATED MOTION TO SUBSTITUTE
PARTY AND CHANGE CASE CAPTION - 2
(Case No. 2:23–cv–01391-RSL)

Bradley Bernstein Sands LLP
2800 First Avenue, Suite 326
Seattle, Washington 98121
206.337.6551

DATED this 27th day of November, 2023.

**BRADLEY BERNSTEIN SANDS LLP**

*/s/ Heidi B. Bradley*
Heidi B. Bradley (WSBA No. 35759)
2800 First Avenue, Suite 326
Seattle, WA 98121
Telephone: (206) 337-6551
Email: hbradley@bradleybernstein.com

*Attorney for Morguard Corporation and Morguard Management Company Inc*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)

*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)

*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO SUBSTITUTE PARTY AND CHANGE CASE CAPTION - 3
(Case No. 2:23–cv–01391-RSL)

Bradley Bernstein Sands LLP
2800 First Avenue, Suite 326
Seattle, Washington 98121
206.337.6551

1
2                                    **ORDER**
3        IT IS SO ORDERED.
4              DATED this 28th day of November, 2023.
5
6                                    _____
                                     THE HONORABLE ROBERT S. LASNIK
7                                    United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28