**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-01391-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE LEFEVER MATTSON PROPERTY MANAGEMENT FOR LEFEVER MATTSON** |

This Court, having considered **PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE LEFEVER MATTSON PROPERTY MANAGEMENT FOR LEFEVER MATTSON**, and all other pertinent documents and pleadings filed in this action, and good cause appearing, hereby GRANTS the Motion. It is hereby ORDERED that "LeFever Mattson Property Management" is substituted for "LeFever Mattson," and that the docket shall be updated to reflect the correct entity name, "LeFever Mattson Property Management."

Dated this 30th day of November, 2023.

Robert S. Lasnik
United States District Judge

ORDER – 1