1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., et al.<br><br>Defendants. | Case No. 23-cv-1391RSL<br><br>STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE/ PROCEDURE |

STIPULATED MOTION AND ORDER - 1
Case No. 2:23-cv-1391

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1. Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs"), and Defendant R.D. Merrill Real Estate Holdings, LLC ("Merrill"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on October 31, 2023, the Court granted in part Plaintiff's Motion to Deem R.D. Merrill Real Estate Holdings, LLC, Substituted for Pillar Properties, LLC, and directed that Plaintiff's amended complaint be served on Merrill. (ECF No. 108);

2. WHEREAS, on November 15, 2023, the First Amended Class Action Complaint was served on Merrill. (ECF No. 121);

3. WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, the deadline for Merrill to file its answer or otherwise respond to the First Amended Class Action Complaint currently is December 6, 2023.

THEREFORE, Plaintiffs and Merrill STIPULATE AND AGREE that:

In the interest of judicial efficiency, Plaintiffs and Merrill will adopt the Rule 12 briefing schedule and procedures in the Court's November 9, 2023 Order (ECF No. 118) for Merrill's Rule 12 response to the First Amended Class Action Complaint.

In the interest of judicial efficiency, the previously filed Joint Status Report (ECF No. 119) should apply to Merrill as if Merrill were a signatory as a Lessor Defendant to that document, such that Plaintiffs and Merrill need not submit a duplicative Joint Status Report.

STIPULATED to this 1st day of December, 2023.

IT IS SO ORDERED this 4th day of December, 2023.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER - 1
Case No. 2:23-cv-1391

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

| | |
|---|---|
| DATED: December 1, 2023. | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **K&L Gates LLP** |
| */s/ Steve W. Berman* | */s/ Christopher M. Wyant* |
| Steve W. Berman (WSBA No. 12536)<br>Theodore Wojcik (WSBA No. 55553)<br>Stephanie A. Verdoia (WSBA No. 58636)<br>Xiaoyi Fan (WSBA No. 56703)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>tedw@hbsslaw.com<br>stephaniev@hbsslaw.com<br>kellyf@hbsslaw.com | Christopher M. Wyant, WSBA #35561<br>Tyler Lichter, WSBA # 51090<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone:  (206) 623-7580<br>Fax:  (206) 623-7022<br>Email:   chris.wyant@klgates.com<br>         tyler.lichter@klgates.com |
| Rio S. Pierce (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: riop@hbsslaw.com | Lauren Norris Donahue (*pro hac vice*)<br>70 W. Madison St., Ste. 3300<br>Chicago, IL 60602<br>Phone:  (312) 372-1121<br>Fax:  (312) 827-8000<br>Email:   lauren.donahue@klgates.com |
| *Attorneys for Plaintiffs MCKENNA DUFFY and MICHAEL BRETT* | Derek Sutton (*pro hac vice*)<br>301 Hillsborough St., Ste. 1200<br>Raleigh, NC 27603<br>Phone:  (919) 743-7331<br>Fax:  (919) 516-2122<br>Email:   derek.sutton@klgates.com |
| | *Attorneys for Defendant R.D. Merrill Real Estate Holdings, LLC* |

STIPULATED MOTION AND ORDER - 2
Case No. 2:23-cv-1391

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022