The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**ORDER EXTENDING TIME FOR SUBMISSION OF PROPOSED AGREEMENT REGARDING THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND PROPOSED PROTECTIVE ORDER** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs") and Defendants Yardi Systems, Inc. ("Yardi"), Bridge Property Management, L.C. ("Bridge"), Calibrate Property Management LLC ("Calibrate"), Creekwood Property Corporation ("Creekwood"), Dalton Management, Inc. ("Dalton"), LeFever Mattson Property Management ("LeFever"), HNN Associates, LLC ("HNN"), Manco Abbott, Inc. ("Manco"), Morguard Management Company Inc. ("Morguard"), Summit Management Services, Inc. ("Summit"), and R.D. Merrill Real Estate Holdings, LLC ("Pillar Properties") (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, the Parties[1] submitted a Joint Status Report and Discovery Plan (ECF No. 119) on November 10, 2023, in accordance with this Court's Order (ECF No. 97) and with Civil Local Rule 26(f);

---

[1] Defendants and Plaintiffs are collectively referred to as the "Parties."

ORDER EXTENDING TIME – 1

2. WHEREAS, the Joint Status Report and Discovery Plan proposed that the Parties present a Protective Order to the Court no later than February 1, 2024;

3. WHEREAS, the Joint Status Report and Discovery Plan proposed that the Parties present an Agreement Regarding the Discovery of Electronically Stored Information ("ESI Protocol") to the Court no later than March 1, 2024;

4. WHEREAS, the Parties have met and conferred regarding both the Protective Order and the ESI Protocol and would benefit from more time to either reach agreement or narrow the scope of any disputed issues, and, subject to the Court's approval, have agreed to continue those deadlines until April 1, 2024;

THEREFORE, it is hereby ORDERED that:

The Parties will present a Protective Order and an ESI Protocol, as well as any related disputed issues, by no later than April 1, 2024.

Dated this 1st day of March, 2024.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME – 2

**HAGENS BERMAN**