The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON PROPERTY MANAGEMENT, MANCO ABBOTT, INC., MORGUARD MANAGEMENT COMPANY, INC.; R.D. MERRILL REAL ESTATE HOLDINGS, LLC, SUMMIT MANAGEMENT SERVICES, INC., and CREEKWOOD PROPERTY CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPOINTMENT OF HAGENS BERMAN SOBOL SHAPIRO LLP AS INTERIM LEAD CLASS COUNSEL**<br><br>**NOTE ON MOTION CALENDAR: MARCH 15, 2024** |

Plaintiffs' counsel's motion for appointment as interim lead class counsel (the "Motion") (Dkt. No. 146) is unnecessary.

Rule 23(g)(3) contemplates the appointment of interim class counsel to protect the interests of a putative class, most commonly where "there are a number of overlapping, duplicative, or competing suits in other courts, and some or all of those suits may be

DEFS' RESP. TO MOTION TO
APPOINT INTERIM CLASS COUNSEL
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

consolidated." Federal Judicial Center, *Manual for Complex Litig*. § 21.11 (4th ed. 2004). Plaintiffs reference a "substantially similar" action filed in California state court raising state-law claims, but they cannot cite any "overlapping, duplicative, or competing suits" in *federal* court that may be consolidated with this action. Motion at 3 n.3; *see also Mach, et al. v. Yardi Systems, Inc., et al.*, No. 24–CV–063117, Complaint (Cal. Super. Ct. Feb. 8, 2023). The putative class in this case does not require the protection of interim class counsel. *Manual for Complex Litig.* § 21.11 (noting that if "the lawyer who filed the suit is likely to be the only lawyer seeking appointment as counsel, appointing interim class counsel may be unnecessary"); *see also Parrish v. Natl. Football League Players Inc.*, 2007 WL 1624601, at *9 (N.D. Cal. June 4, 2007) (denying motion where there was "a single action and a single law firm who has moved to be appointed as interim counsel"; no "multiple complaints, nor . . . a gaggle of law firms jockeying to be appointed class counsel"; and "[n]o consolidation with other actions . . . on the horizon").

Other courts have rejected attempts by Plaintiffs' counsel to stake their claim in a particular action before there is a demonstrable need to do so. *See, e.g., Gibson v. MGM Resorts Intl.,* 2023 WL 4455726, at *2 (D. Nev. July 11, 2023) (finding appointment of interim class counsel unnecessary where there "are no competing lawsuits or firms which create the need for the Court to clarify the responsibility for protecting the interests of the class" and noting that "responsibility already lies with Plaintiffs' counsel even absent appointment as interim class counsel"); *In re Seagate Tech. LLC Litig.*, 2016 WL 3401989, at *3 (N.D. Cal. June 21, 2016) (denying motion for appointment as interim class counsel as unnecessary absent competing firms or lawsuits pending in federal court).

RESPECTFULLY SUBMITTED,

Date:  March 11, 2024

**VAN KAMPEN & CROWE PLLC**

/s/ Al Van Kampen
Al Van Kampen (WSBA No. 13670)

**MATTHEW CARVALHO, ATTORNEY AT LAW, PLLC**

/s/ Matthew A. Carvalho
Matthew A. Carvalho (WSBA No. 31201)

DEFS' RESP. TO MOTION TO
APPOINT INTERIM CLASS COUNSEL - 2
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

| | |
|---|---|
| P.O. BOX 33632<br>Seattle, WA 98133<br>Telephone: (206) 441–1121<br>Email: avankampen@vkclaw.com | 720 Seneca Street<br>Seattle, WA 98101<br>Telephone: (206) 799–6888<br>Email: matt@mattcarvalholaw.com |

**VINSON & ELKINS LLP**

Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
M. Kevin Costello (*pro hac vice*)
Madison Lo (*pro hac vice*)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
Email: mscarborough@velaw.com
Email: dballard@velaw.com
Email: kcostello@velaw.com
Email: mlo@velaw.com

Stephen Medlock (*pro hac vice*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500
Email: smedlock@velaw.com

Mackenzie Newman (*pro hac vice*)
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Telephone: (212) 237–0000
Email: mnewman@velaw.com

*Attorneys for Defendant Bridge Property Management, L.C.*

**CABLE HUSTON LLP**

/s/ *Brian S. Epley*
Brian S. Epley (WSBA No. 48412)
Jon W. Monson (WSBA No. 43912)
1455 SW Broadway, Suite 1500
Portland, OR 97201–3412
Telephone: (503) 224–3092
Email: bepley@cablehuston.com

**DEBEVOISE & PLIMPTON LLP**

Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Kristin D. Kiehn (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909–6000
Email: mkmonaghan@debevoise.com
Email: mschaper@debevoise.com
Email: kdkiehn@debevoise.com

Abraham Tabaie (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone: (415) 738–5700
Email: atabaie@debevoise.com

*Attorneys for Defendant Yardi Systems, Inc.*

**BAILEY DUQUETTE PC**

/s/ *William Burnside*
Hozaifa Cassubhai (WSBN No. 39512)
William Burnside (WSBN No. 36002)
500 Union Street, Suite 800
Seattle, WA 98101
Phone: (206) 225–2250
Fax : (866) 233–5869
Email: hozaifa@baileyduquette.com
       will@baileyduquette.com

*Attorneys for Defendant Calibrate Property Management, LLC*

**FOGARTY LAW GROUP PLLC**

/s/ *Paul E. Fogarty*
Paul E. Fogarty (WSBN No. 26929)
1904 Third Avenue, Ste 933

DEFS' RESP. TO MOTION TO
APPOINT INTERIM CLASS COUNSEL - 3
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

| | |
|---|---|
| Email: jmonson@cablehuston.com | Seattle, WA 98101<br>Telephone: (206) 441–0172 |
| *Attorneys for Defendant Dalton Management, Inc.* | Email: pfogarty@fogartylawgroup.com |
| | **NORTON ROSE FULBRIGHT US LLP** |
| **SHOOK, HARDY & BACON L.L.P.** | Michael Swarztendruber (*pro hac vice*)<br>2200 Ross Avenue, Suite 3600 |
| */s/ Steven Rich* | Dallas, TX 75201 |
| Steven Rich (WSBA No. 48444) | Telephone: (214) 855–8067 |
| 701 Fifth Avenue, Suite 6800 | michael.swarztendruber@nortonrosefulbright.com |
| Seattle, WA 98104 | |
| Telephone: (206) 344–7600 | Eliot Turner (*pro hac vice*) |
| Email: srich@shb.com | 1301 McKinney, Suite 5100<br>Houston, TX 77010 |
| Ryan Sandrock (*pro hac vice*) | Telephone: (713) 651–5113 |
| 555 Mission Street, Suite 2300 | Email: eliot.turner@nortonrosefulbright.com |
| San Francisco, CA 94105 | |
| Telephone: (415) 544–1900 | *Attorneys for Defendant Creekwood Property Corporation* |
| Email: rsandrock@shb.com | |
| *Attorneys for Defendant LeFever Mattson Property Management* | **PERKINS COIE LLP** |
| | */s/ Tiffany Lee* |
| **K&L GATES LLP** | David A. Perez (WSBA No. 43959)<br>Elvira Castillo (WSBA No. 43893) |
| */s/ Christopher M. Wyant* | Tiffany Lee (WSBA No. 51979) |
| Christopher M. Wyant (WSBA No. 35561) | Marten King (WSBA No. 57106) |
| Tyler Lichter (WSBA No. 51090) | 1201 Third Avenue, Suite 4900 |
| 925 Fourth Avenue, Suite 2900 | Seattle, WA 98101-3099 |
| Seattle, WA 98104 | Telephone: 206.359.6767 |
| Phone: (206) 623–7580 | Email: DPerez@perkinscoie.com |
| Fax: (206) 623–7022 | Email: ECastillo@perkinscoie.com |
| Email: chris.wyant@klgates.com | Email: TiffanyLee@perkinscoie.com |
|     tyler.lichter@klgates.com | Email: MKing@perkinscoie.com |
| Lauren Norris Donahue (*pro hac vice*) | Adrianna Simonelli (WSBA No. 58472) |
| 70 W. Madison St., Ste. 3300 | 1120 NW Couch Street, Tenth Floor |
| Chicago, IL 60602 | Portland, OR 97209–4128 |
| Telephone: (312) 372–1121 | Telephone: 503–727–2000 |
| Fax: (312) 827–8000 | Facsimile: 503–727–2222 |
| Email: lauren.donahue@klgates.com | Email: ASimonelli@perkinscoie.com |
| Derek Sutton (*pro hac vice*) | *Attorneys for Defendant HNN Associates, LLC* |

DEFS' RESP. TO MOTION TO
APPOINT INTERIM CLASS COUNSEL - 4
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

301 Hillsborough St., Suite 1200
Raleigh, NC 27603
Telephone: (919) 743–7331
Fax: (919) 516–2122
Email: derek.sutton@klgates.com

*Attorneys for Defendant R.D. Merrill Real Estate Holdings, LLC*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Todd A. Bowers*
Todd A. Bowers (WSBA No. 24638)
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695–5197
Email: tbowers@grsm.com

**ROETZEL & ANDRESS**

Stephen W. Funk (*pro hac vice*)
222 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 849–6602
Cell: (330) 819–5387
Email: sfunk@ralaw.com

*Attorneys for Defendant Summit Management Services, Inc.*

**STOKES LAWRENCE, P.S.**

*/s/ Mathew Harrington*
Mathew Harrington (WSBA No. 33276)
Valerie Walker (WSBA No. 52584)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101–2393
Telephone: (206) 626–6000
Email: Mathew.Harrington@stokeslaw.com
Email: Valerie.Walker@stokeslaw.com

**SPENCER FANE LLP**

Jessica Nelson (*pro hac vice*)
Donald Heeman (*pro hac vice*)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268–7006
Email: jnelson@spencerfane.com
Email: dheeman@spencerfane.com

*Attorneys for Defendant Manco Abbott, Inc.*

**BRADLEY BERNSTEIN SANDS LLP**

*/s/ Heidi B. Bradley*
Heidi B. Bradley (WSBA No. 35759)
2800 First Avenue, Suite 326
Seattle, WA 98121
Telephone: (206) 337-6551
Email: hbradley@bradleybernstein.com

Darin M. Sands (WSBA No. 35865)
1425 SW 20th Ave., Suite 201
Portland, OR 97201
Telephone: (503) 734–2480
Email: dsands@bradleybernstein.com

*Attorneys for Defendant Morguard Management Company Inc.*

DEFS' RESP. TO MOTION TO
APPOINT INTERIM CLASS COUNSEL - 5
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

**CERTIFICATION**

I certify that this Response contains 377 words, in compliance with the Local Civil Rules.

By: */s/ Matthew Carvalho*

DEFS' RESP. TO MOTION TO
APPOINT INTERIM CLASS COUNSEL - 6
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888