**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-01391-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT HAGENS BERMAN SOBOL SHAPIRO LLP AS INTERIM CLASS COUNSEL** |

This matter comes before the Court on "Plaintiffs' Motion for Appointment of Hagens Berman Sobol Shapiro LLP as Interim Lead Class Counsel." Dkt. # 146. Having reviewed the memoranda, declaration, and exhibits submitted by the parties, including the "Notice of Pendency of Other Action" filed on March 26, 2024 (Dkt. # 157),[1] the Court finds that Hagens Berman Sobol Shapiro LLP should be appointed, and are hereby appointed, as interim class counsel for the proposed class. The Court concludes that such appointment will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and that such appointment will enhance fairness to all parties concerned, as well as the proposed class.

In reaching these conclusions, the Court has considered the factors outlined in Rule 23(g) of the Federal Rules of Civil Procedure and other authority cited by the parties. Plaintiffs' submission demonstrates that Hagens Berman Sobol Shapiro LLP satisfies the requirements of Rule 23(g) for appointment as interim class counsel. This includes the work counsel has done in identifying or investigating potential claims in the action; counsel's experience in handling class

---

[1] This matter can be decided on the papers submitted. Plaintiffs' request for oral argument is DENIED.

ORDER – 1

actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel has available and will commit to representing the class.

With respect to the proposed class, Hagens Berman Sobol Shapiro LLP as interim class counsel, shall have authority over the following matters on behalf of the proposed class:

    a. Convening meetings of plaintiffs' counsel;

    b. The initiation, response, scheduling, briefing, and argument of all motions;

    c. The scope, order, and conduct of all discovery proceedings;

    d. Making such work assignments as among themselves and other plaintiffs' counsel as they may deem appropriate;

    e. Collecting time and expense reports from all plaintiffs' counsel on a periodic basis;

    f. The retention of experts;

    g. The designation of which plaintiffs' attorneys shall appear at hearings and conferences with the Court;

    h. Settlement negotiations and agreements with defendants;

    i. Allocate among counsel any award of attorney's fees and expenses; and

    j. All other matters concerning the prosecution of the action on behalf of the proposed class.

Dated this 28th day of March, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER – 2

011188-11/2447407 V1