UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**STIPULATED MOTION RE: SUBMISSION OF PROPOSED AGREEMENT REGARDING THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs") and Defendants Yardi Systems, Inc. ("Yardi"), Bridge Property Management, L.C. ("Bridge"), Calibrate Property Management LLC ("Calibrate"), Creekwood Property Corporation ("Creekwood"), Dalton Management, Inc. ("Dalton"), LeFever Mattson Property Management ("LeFever"), HNN Associates, LLC ("HNN"), Manco Abbott, Inc. ("Manco"), Morguard Management Company Inc. ("Morguard"), Summit Management Services, Inc. ("Summit"), and R.D. Merrill Real Estate Holdings, LLC ("Pillar Properties") (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, the Parties[1] submitted a stipulated motion to extend the deadlines for submitting a proposed agreement regarding the Discovery of Electronically Stored Information ("ESI Protocol") and a proposed Protective Order. ECF No. 145.

---

[1] Defendants and Plaintiffs are collectively referred to as the "Parties."

STIPULATED MOTION RE: SUBMISSION OF PROPOSED AGREEMENT
RE: DISCOVERY OF ESI – 1

HAGENS BERMAN

2.      WHEREAS, the stipulated motion proposed that the Parties present a Protective Order and an ESI Protocol to the Court no later than April 1, 2024;

3.      WHEREAS, this Court granted the Parties' stipulated motion and ordered the Parties to present a Protective Order and an ESI Protocol no later than April 1, 2024. ECF. No. 147.

4.      WHEREAS, the Parties have met and conferred regarding both the Protective Order and the ESI Protocol and would benefit from more time to either reach agreement or narrow the scope of any disputed issues, and, subject to the Court's approval, have agreed to continue the deadline for submitting an ESI Protocol until April 26, 2024;

THEREFORE, the Parties STIPULATE AND AGREE that:

The Parties will present an ESI Protocol, as well as any related disputed issues, by no later than April 26, 2024.

IT IS SO ORDERED.

Dated this 2nd day of April, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge