UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON PROPERTY MANAGEMENT, MANCO ABBOTT, INC., MORGUARD MANAGEMENT COMPANY; R.D. MERRILL REAL ESTATE HOLDINGS, LLC, SUMMIT MANAGEMENT SERVICES, INC., and CREEKWOOD PROPERTY CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**STIPULATED MOTION RE: SUBMISSION OF PROPOSED AGREEMENT REGARDING THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs") and Defendants Yardi Systems, Inc. ("Yardi"), Bridge Property Management, L.C. ("Bridge"), Calibrate Property Management LLC ("Calibrate"), Creekwood Property Corporation ("Creekwood"), Dalton Management, Inc. ("Dalton"), LeFever Mattson Property Management ("LeFever"), HNN Associates, LLC ("HNN"), Manco Abbott, Inc. ("Manco"), Morguard Management Company Inc. ("Morguard"), Summit Management Services, Inc. ("Summit"), and R.D. Merrill Real Estate Holdings, LLC ("Pillar

STIP. MOTION RE SUBMISSION OF PROPOSED
ESI PROTOCOL & ORDER– 1
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

Properties") (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, the Parties[1] submitted a stipulated motion to extend the deadlines for submitting a proposed agreement regarding the Discovery of Electronically Stored Information ("ESI Protocol") and a proposed Protective Order to April 1, 2024. ECF No. 145.

2. WHEREAS, this Court granted the Parties' stipulated motion and ordered the Parties to present a Protective Order and an ESI Protocol no later than April 1, 2024. ECF. No. 147.

3. WHEREAS, the Parties submitted a stipulated motion to extend the April 1, 2024 deadline to submit an ESI Protocol to April 26, 2024. ECF No. 160.

4. WHEREAS, this Court granted the Parties' stipulated motion and ordered the Parties to present an ESI Protocol no later than April 26, 2024. ECF. No. 161.

5. WHEREAS, the Parties have continued to meet and confer regarding the ESI Protocol, the Parties continue to narrow the issues in dispute, the Parties would benefit from more time to either reach agreement or narrow the scope of any disputed issues, and, subject to the Court's approval, have agreed to continue the deadline for submitting an ESI Protocol until May 6, 2024;

THEREFORE, the Parties STIPULATE AND AGREE that:

The Parties will present an ESI Protocol, as well as any related disputed issues, by no later than May 6, 2024.

STIPULATED to this 25th day of April, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated this 26th day of April, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

---

[1] Defendants and Plaintiffs are collectively referred to as the "Parties."

STIPULATED MOTION RE SUBMISSION OF
PROPOSED ESI PROTOCOL & ORDER– 2
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **VAN KAMPEN & CROWE PLLC** |
| /s/ Steve W. Berman | /s/ Al Van Kampen |
| Steve W. Berman (WSBA No. 12536) | Al Van Kampen (WSBA No. 13670) |
| Theodore Wojcik (WSBA No. 55553) | P.O. BOX 33632 |
| Stephanie A. Verdoia (WSBA No. 58636) | Seattle, WA 98133 |
| Xiaoyi Fan (WSBA No. 56703) | Telephone: (206) 441–1121 |
| 1301 Second Avenue, Suite 2000 | Email: avankampen@vkclaw.com |
| Seattle, WA 98101 | |
| Telephone: (206) 623-7292 | **VINSON & ELKINS LLP** |
| Facsimile: (206) 623-0594 | |
| Email: steve@hbsslaw.com | Michael W. Scarborough (*pro hac vice*) |
| Email: tedw@hbsslaw.com | Dylan I. Ballard (*pro hac vice*) |
| Email: stephaniev@hbsslaw.com | M. Kevin Costello (*pro hac vice*) |
| Email: kellyf@hbsslaw.com | Madison Lo (*pro hac vice*) |
| | 555 Mission Street, Suite 2000 |
| Rio S. Pierce (*pro hac vice*) | San Francisco, CA 94105 |
| 715 Hearst Avenue, Suite 300 | Telephone: (415) 979–6900 |
| Berkeley, CA 94710 | Email: mscarborough@velaw.com |
| Telephone: (510) 725-3000 | Email: dballard@velaw.com |
| Facsimile: (510) 725-3001 | Email: kcostello@velaw.com |
| Email: riop@hbsslaw.com | Email: mlo@velaw.com |
| | |
| *Attorneys for Plaintiffs MCKENNA DUFFY and MICHAEL BRETT* | Stephen Medlock (*pro hac vice*) |
| | 2200 Pennsylvania Avenue NW |
| | Suite 500 West |
| | Washington, DC 20037 |
| | Telephone: (202) 639–6500 |
| | Email: smedlock@velaw.com |
| | |
| | Mackenzie Newman (*pro hac vice*) |
| | 1114 Avenue of the Americas |
| | 32nd Floor |
| | New York, NY 10036 |
| | Telephone: (212) 237-0000 |
| | Email:  mnewman@velaw.com |
| | |
| | *Attorneys for Defendant Bridge Property Management, L.C.* |

STIPULATED MOTION RE SUBMISSION OF
PROPOSED ESI PROTOCOL & ORDER– 3
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

| | |
|---|---|
| **BAILEY DUQUETTE PC** | **CABLE HUSTON LLP** |
| */s/ Hozaifa Cassubhai* | */s/ Brian S. Epley* |
| Hozaifa Cassubhai (WSBN No. 39512) | Brian S. Epley (WSBA No. 48412) |
| William Burnside (WSBN No. 36002) | Jon W. Monson (WSBA No. 43912) |
| 800 Fifth Ave, Suite 101-800 | 1455 SW Boadway, Suite 1500 |
| Seattle, WA 98104 | Portland, OR 97201-3412 |
| Phone: (206) 225-2250 | Telephone: (503) 224-3092 |
| Fax : (866) 233-5869 | Email:  jmonson@cablehuston.com |
| Email: hozaifa@baileyduquette.com | Email:  bepley@cablehuston.com |
|          will@baileyduquette.com | |
| | *Attorneys for Defendant Dalton Management, Inc.* |
| *Attorneys for Defendant Calibrate Property Management, LLC* | |
| | **PERKINS COIE LLP** |
| **FOGARTY LAW GROUP PLLC** | */s/ David A. Perez* |
| | David A. Perez (WSBA No. 43959) |
| */s/ Paul E. Fogarty* | Elvira Castillo (WSBA No. 43893) |
| Paul E. Fogarty (WSBN No. 26929) | Tiffany Lee (WSBA No. 51979) |
| 1904 Third Avenue, Ste 933 | Marten King (WSBA No. 57106) |
| Seattle, WA 98101 | 1201 Third Avenue, Suite 4900 |
| Telephone: (206) 441-0172 | Seattle, WA 98101-3099 |
| Email: pfogarty@fogartylawgroup.com | Telephone: 206.359.6767 |
| | Email: DPerez@perkinscoie.com |
| **NORTON ROSE FULBRIGHT US LLP** | Email: ECastillo@perkinscoie.com |
| | Email: TiffanyLee@perkinscoie.com |
| Michael Swarztendruber (*pro hac vice*) | Email: MKing@perkinscoie.com |
| 2200 Ross Avenue, Suite 3600 | |
| Dallas, Texas 75201 | Adrianna Simonelli (WSBA No. 58472) |
| Telephone: 214-855-8067 | 1120 NW Couch Street, Tenth Floor |
| Email: michael.swarztendruber@ nortonrosefulbright.com | Portland, OR 97209–4128 |
| | Telephone: 503–727–2000 |
| | Facsimile: 503–727–2222 |
| Eliot Turner (*pro hac vice*) | Email: ASimonelli@perkinscoie.com |
| 1301 McKinney, Suite 5100 | *Attorneys for Defendant HNN Associates, LLC* |
| Houston, TX 77010 | |
| Telephone: 713-651-5113 | |
| Email: eliot.turner@nortonrosefulbright.com | |
| | |
| *Attorneys for Defendant Creekwood Property Corporation* | |

STIPULATED MOTION RE SUBMISSION OF
PROPOSED ESI PROTOCOL & ORDER– 4
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

| | |
|---|---|
| **SHOOK, HARDY & BACON L.L.P.** | **K&L GATES LLP** |
| */s/ Steven Rich* | */s/ Christopher M. Wyant* |
| Steven Rich (WSBA No. 48444) | Christopher M. Wyant (WSBA No. 35561) |
| 701 Fifth Avenue, Suite 6800 | Tyler Lichter (WSBA No. 51090) |
| Seattle, Washington 98104 | 925 Fourth Avenue, Suite 2900 |
| Telephone: (206) 344.7600 | Seattle, WA 98104 |
| Email: srich@shb.com | Phone: (206) 623–7580 |
| | Fax: (206) 623–7022 |
| Ryan Sandrock (*pro hac vice*) | Email: chris.wyant@klgates.com |
| 555 Mission Street Suite 2300 | tyler.lichter@klgates.com |
| San Francisco, California 94105 | |
| Telephone: (415) 544.1900 | Lauren Norris Donahue (*pro hac vice*) |
| Email: rsandrock@shb.com | 70 W. Madison St., Ste. 3300 |
| | Chicago, IL 60602 |
| *Attorneys for Defendant LeFever Mattson* | Telephone: (312) 372–1121 |
| | Fax: (312) 827–8000 |
| **STOKES LAWRENCE, P.S.** | Email: lauren.donahue@klgates.com |
| */s/ Valerie Walker* | Derek Sutton (*pro hac vice*) |
| Valerie Walker (WSBA No. 52584) | 301 Hillsborough St., Suite 1200 |
| Mathew Harrington (WSBA No. 33276) | Raleigh, NC 27603 |
| 1420 Fifth Avenue, Suite 3000 | Telephone: (919) 743–7331 |
| Seattle, WA 98101–2393 | Fax: (919) 516–2122 |
| Telephone: (206) 626–6000 | Email: derek.sutton@klgates.com |
| Email: Mathew.Harrington@stokeslaw.com | |
| Email: Valerie.Walker@stokeslaw.com | *Attorneys for Defendant R.D. Merrill Real Estate Holdings, LLC* |
| **SPENCER FANE LLP** | **BRADLEY BERNSTEIN SANDS LLP** |
| Jessica Nelson (*pro hac vice*) | */s/ Heidi B. Bradley* |
| Donald Heeman (*pro hac vice*) | Heidi B. Bradley (WSBA No. 35759) |
| 100 South Fifth Street, Suite 2500 | 2800 First Avenue, Suite 326 |
| Minneapolis, MN 55402 | Seattle, WA 98121 |
| Telephone: (612) 268–7006 | Telephone: (206) 337-6551 |
| Email: jnelson@spencerfane.com | Email: hbradley@bradleybernstein.com |
| Email: dheeman@spencerfane.com | |
| *Attorneys for Defendant Manco Abbott, Inc.* | *Attorney for Defendant Morguard Corporation* |

STIPULATED MOTION RE SUBMISSION OF
PROPOSED ESI PROTOCOL & ORDER– 5
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **MATTHEW CARVALHO, ATTORNEY AT LAW, PLLC** |
| /s/ *Todd A. Bowers* <br> Todd A. Bowers (WSBA No. 24638) <br> 701 5th Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Telephone: (206) 695–5197 <br> Email: tbowers@grsm.com | /s/ *Matthew A. Carvalho* <br> Matthew A. Carvalho (WSBA No. 31201) <br> 720 Seneca Street <br> Seattle, WA 98101 <br> Telephone: (206) 799–6888 <br> Email: matt@mattcarvalholaw.com |
| **ROETZEL & ANDRESS** <br><br> Stephen W. Funk (*pro hac vice*) <br> 222 South Main Street, Suite 400 <br> Akron, OH 44308 <br> Telephone: (330) 849–6602 <br> Cell: (330) 819–5387 <br> Email: sfunk@ralaw.com <br><br> *Attorneys for Defendant Summit Management Services, Inc.* | **DEBEVOISE & PLIMPTON LLP** <br> Maura K. Monaghan (*pro hac vice*) <br> Michael Schaper (*pro hac vice*) <br> Kristin D. Kiehn (*pro hac vice*) <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> Telephone: (212) 909–6000 <br> Email:  mkmonaghan@debevoise.com <br> Email:  mschaper@debevoise.com <br> Email:  kdkiehn@debevoise.com <br><br> Abraham Tabaie (*pro hac vice*) <br> 650 California Street <br> San Francisco, CA 94108 <br> Telephone: (415) 738–5700 <br> Email:  atabaie@debevoise.com <br><br> *Attorneys for Defendant Yardi Systems, Inc.* |

STIPULATED MOTION RE SUBMISSION OF
PROPOSED ESI PROTOCOL & ORDER– 6
(Case No. 2:23–cv–01391-RSL)

Matthew Carvalho,
Attorney at Law, PLLC
720 Seneca Street
Seattle, Washington 98101
206.799.6888