Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT LLC, DALTON MANAGEMENT, INC., HNN ASSICIATES, LLC, LEFEVER MATTSON, MANCO ABBOTT, INC., MORGUARD CORPORATION, R.D. MERRILL REAL ESTATE HOLDINGS, LLC, SUMMIT MANAGEMENT SERVICES, INC., and CREEKWOOD PROPERTY CORPORATION, <br><br> Defendants. | CASE NO. 2:23-cv-01391-RSL <br><br> **DEFENDANT LEFEVER MATTSON PROPERTY MANAGEMENT'S NOTICE OF PENDENCY OF BANKRUPTCY CASE AND AUTOMATIC STAY** |

**PLEASE TAKE NOTICE** that on September 12, 2024 (the "Petition Date"), LeFever Mattson, a California corporation, and certain affiliates, (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("the Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (Santa Rosa

NOTICE OF PENDENCY OF BANKRUPTCY
CASE NO. 2:23-cv-01391-RSL
Page | 1

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

Division) (the "Bankruptcy Court"). At a hearing held on September 18, 2024, the Bankruptcy Court ordered that the Debtors' chapter 11 cases (the "Chapter 11 Cases") be jointly administered for procedural purposes only under Lead Case No. 24-10545 (CN), *In re LeFever Mattson*. The Chapter 11 Cases are pending before the Honorable Charles Novack, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Debtors in the Chapter 11 Cases include Home Tax Service of America, Inc., dba LeFever Mattson Property Management, defendant herein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). The causes of action alleged in the Complaint filed in the above-captioned case are claims against one or more of the Debtors that allegedly arose before the commencement of the Debtors' Chapter 11 Cases. Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without first obtaining relief from the Automatic Stay from the Bankruptcy Court is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Complainant(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that in the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact bankruptcy counsel for the Debtors:

NOTICE OF PENDENCY OF BANKRUPTCY
CASE NO. 2:23-cv-01391-RSL
Page | 2

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. Bar No. 151445)
David A. Taylor (Cal. Bar No. 247433)
Thomas B. Rupp (Cal. Bar No. 278041)
425 Market Street, 26th Floor
San Francisco, California 94108
Tel:  (415) 496-6723
Fax:  (650) 636-9251
Email: tkeller@kbkllp.com
        dtaylor@kbkllp.com
        trupp@kbkllp.com

Dated: September 19, 2024             Respectfully submitted,

                                      SHOOK, HARDY & BACON

                                      By: /s/ Steven Rich
                                          Steven Rich, WSBA #48444
                                          701 Fifth Avenue, Suite 6800
                                          Seattle, WA 98104-7066
                                          Phone: (206) 344-7600
                                          E-mail: srich@shb.com

                                          ***Attorneys for Defendant Lefever Mattson
                                          Property Management***

NOTICE OF PENDENCY OF BANKRUPTCY
CASE NO. 2:23-cv-01391-RSL
Page | 3

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Christina Bass*
Christina Bass, Legal Assistant

NOTICE OF PENDENCY OF BANKRUPTCY
CASE NO. 2:23-cv-01391-RSL
Page | 4

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600