UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br> Defendants. | Cause No. C23-1391RSL <br><br> ORDER |

Defendant LeFever Mattson and certain affiliates have filed for bankruptcy. Dkt. # 172. This matter is therefore STAYED as to that defendant. 11 U.S.C. § 362(a)(1).

Dated this 20th day of September, 2024.

*MMP S Casnik*
Robert S. Lasnik
United States District Judge

ORDER - 1