The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>                    Defendants. | No. 2:23-cv-01391-RSL<br><br>**NOTICE OF PENDING SETTLEMENT** |

Plaintiffs McKenna Duffy and Michael Brett (collectively "Plaintiffs") and FPI Management, Inc. ("FPI") respectfully write to provide the Court with notice that Plaintiffs and FPI have reached an agreement in principle for a proposed nationwide class settlement arising out of or related to FPI's usage of Yardi revenue management products. This agreement is subject to the Court's approval under Rule 23 of the Federal Rule of Civil Procedure. The parties to the proposed settlement will be filing a motion for preliminary approval in the near future.

NOTICE OF PENDING SETTLEMENT – 1

DATED: November 18, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)

*/s/Breanna Van Engelen*
Breanna Van Engelen (WSBA No. 49213)

*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)

*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: breannav@hbsslaw.com
Email: stephaniev@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs MCKENNA DUFFY and MICHAEL BRETT*

NOTICE OF PENDING SETTLEMENT – 2



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX