UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  2:23-cv-01391-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT** |

This matter came before the Court on the Parties' Stipulated Motion to Extend Time to Answer First Amended Class Action Complaint. The Court concludes that there is good cause for the extension and therefore GRANTS the motion. The new deadline for Defendants to answer Plaintiffs' First Amended Complaint is January 14, 2025.

IT IS SO ORDERED.

DATED this 18th day of December, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND TIME TO ANSWER COMPLAINT - 1
CASE NO. 2:23-cv-01391-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107