UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-01391-RSL <br><br> ORDER GRANTING STIPULATED MOTION TO STAY DEADLINE TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT |

This matter comes before the Court on the parties' "Stipulated Motion to Stay Deadline to Respond to First Amended Class Action Complaint" pending resolution of the forthcoming motion to consolidate the above-captioned matter with *Shewmaker v. Yardi Systems, Inc.*, No. 2:24-cv-01948-RSL, and *Frank v. Yardi Systems, Inc.*, No. 2:24-cv-02053-RSL. The Court concludes that there is good cause for the stay and therefore GRANTS the motion.

The deadline for responding to the First Amended Complaint in this case is stayed pending resolution of the forthcoming motion to consolidate. Plaintiffs shall file the anticipated motion to consolidate within ten days of the date of this Order: defendants do not intend to oppose consolidation. Should the Court grant consolidation, defendants will have 45 days from the filing of a consolidated complaint to answer, dismiss, or otherwise

respond. Should the Court deny the motion to consolidate, defendants will have 45 days from the denial to answer, dismiss, or otherwise respond to the First Amended Complaint.

DATED this 3rd day of January, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge