UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McKENNA DUFFY, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>                Defendants. | Case No.  2:23-cv-01391-RSL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:         THE CLERK OF THE COURT

AND TO:     ALL COUNSEL OF RECORD

Notice is hereby given that Christopher M. Wyant, formerly of K&L Gates LLP and currently of Ballad Spahr LLP, hereby withdraws as counsel for Defendant R.D. Merrill Real Estate Holdings LLC in the above matter, effective immediately.  Tyler Lichter, Lauren Norris Donahue, and Derek Sutton, of K&L Gates LLP remain counsel of record for R.D. Merrill Real Estate Holdings LLC.

NOTICE OF WITHDRAWAL OF COUNSEL - 1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| 1 | DATED: March 5, 2025 | BALLARD SPAHR LLP |

By: _____/s/ Christopher Wyant_____
Christopher M. Wyant, WSBA #35561
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
(206) 223-7000
wyantc@ballardspahr.com

Withdrawing Attorney for Defendants R.D. Merrill Real Estate Holdings LLC

DATED: March 5, 2025                K&L GATES LLP

By: _____/s/ Tyler Lichter_____
Tyler Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: tyler.lichter@klgates.com

Lauren Norris Donahue (pro hac vice)
70 W. Madison St., Ste. 3300
Chicago, IL 60602
Phone: (312) 372-1121 Fax: (312) 827-8000
Email: lauren.donahue@klgates.com

Derek Sutton (pro hac vice)
301 Hillsborough St., Ste. 1200
Raleigh, NC 27603
Phone: (919) 743-7331
Fax: (919) 516-2122 Email: derek.sutton@klgates.com

Remaining Attorneys for Defendants R.D. Merrill Real Estate Holdings LLC

NOTICE OF WITHDRAWAL OF COUNSEL - 2

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107