HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON PROPERTY MANAGEMENT, MANCO ABBOTT, INC., MORGUARD MANAGEMENT COMPANY, R.D. MERRILL REAL ESTATE HOLDINGS, LLC, SUMMIT MANAGEMENT SERVICES, INC., and CREEKWOOD PROPERTY CORPORATION,<br><br>Defendants. | CASE NO. 2:23-cv-01391-RSL<br><br>NOTICE OF ASSOCIATION OF COUNSEL<br><br>***Clerk's Action Required*** |

TO:    Clerk of the Court; and,

TO:    All Counsel of Record

PLEASE TAKE NOTICE that the undersigned hereby associate with attorneys Christopher T. Wion and Molly J. Gibbons, as attorneys of record for Asset Living LLC, in the above-entitled action.

NOTICE OF ASSOCIATION OF COUNSEL - 1
[2:23-cv-01391-RSL]

BELL NUNNALLY & MARTIN, LLP
2323 Ross Ave., Ste. 1900
Dallas, TX 75201
Telephone 214.740.1445

You are hereby requested to serve all further papers and proceedings in said cause, except original process, upon said counsel at the address below stated.

DATED this 7th day of March, 2025.

                                        BELL NUNNALLY & MARTIN, LLP
                                        *Attorney for Asset Living LLC*

                                        By *s/ David A. Walton*
                                            David A. Walton, *Admitted Pro Hac Vice*
                                            2323 Ross Ave., Ste. 1900
                                            Dallas, TX  75201
                                            Tel: (214) 740-1445
                                            Email:  dwalton@bellnunnally.com

                                        BELL NUNNALLY & MARTIN, LLP
                                        *Attorney for Asset Living LLC*

                                        By *s/ John F. Guild*
                                            John F. Guild, *Admitted Pro Hac Vice*
                                            2323 Ross Ave., Ste. 1900
                                            Dallas, TX  75201
                                            Tel: (214) 740-1485
                                            Email:  jguild@bellnunnally.com

                                        BELL NUNNALLY & MARTIN, LLP
                                        *Attorney for Asset Living LLC*

                                        By *s/ Troy L. Hales*
                                            Troy L. Hales, *Admitted Pro Hac Vice*
                                            2323 Ross Ave., Ste. 1900
                                            Dallas, TX  75201
                                            Tel: (214) 740-1445
                                            Email:  thales@bellnunnally.com

NOTICE OF ASSOCIATION OF COUNSEL - 2
[2:23-cv-01391-RSL]

BELL NUNNALLY & MARTIN, LLP
2323 Ross Ave., Ste. 1900
Dallas, TX  75201
Telephone 214.740.1445