1    The Honorable Robert S. Lasnik

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9   MCKENNA DUFFY and MICHAEL BRETT,
    individually and on behalf of all others          Case No. 2:23-cv-01391
10   similarly situated,
                                                      PRAECIPE TO AMEND PRO HAC
11                                 Plaintiffs,         VICE APPLICATIONS

12
            v.
13
    YARDI SYSTEMS, INC., *et al.*,
14
                                   Defendants.
15

16

17   TO:        THE CLERK OF COURT

18   AND TO:    ALL COUNSEL OF RECORD

19

20          On November 28, 2023, Lauren Norris Donohue and Derek A. Sutton of K&L Gates

21   LLP submitted applications to appear pro hac vice on behalf of defendant R.D. Merrill Real

22   Estate Holdings LLC.  Dkt. Nos. 128, 129.  The Court admitted Mr. Sutton and Ms. Donohue

23   on November 29 and December 1, respectively.  Dkt. Nos. 130, 133.  Local counsel for

24   Ms. Donohue and Mr. Sutton has withdrawn from this action.  Dkt. No. 239.  Attached as

25   **Exhibits A and B** to this praecipe are amended Statements of Local Counsel for Ms. Donohue

26

PRAECIPE TO AMEND PHV APPLICATIONS - 1
Case No. 2:23-cv-01391

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  and Mr. Sutton, respectively.  Tyler K. Lichter of K&L Gates LLP shall serve as local counsel.

2  Mr. Lichter entered his appearance in this action on November 27, 2023.  Dkt. No. 123.

3

4        DATED this 7th day of March, 2025.

5                                          K&L GATES LLP

6                                          By:  _s/ Tyler K. Lichter_____
                                                 Tyler Lichter, WSBA # 51090
7                                          925 Fourth Avenue, Suite 2900
                                          Seattle, WA 98104
8                                          Phone: (206) 623-7580
                                          Fax: (206) 623-7022
9                                          Email:    tyler.lichter@klgates.com

10                                         Lauren Norris Donahue (*pro hac vice*)
                                          70 W. Madison St., Ste. 3300
11                                         Chicago, IL 60602
                                          Phone: (312) 372-1121
12                                         Fax: (312) 827-8000
                                          Email:    lauren.donahue@klgates.com
13
                                          Derek Sutton (*pro hac vice*)
14                                         301 Hillsborough St., Ste. 1200
                                          Raleigh, NC 27603
15                                         Phone: (919) 743-7331
                                          Fax: (919) 516-2122
16                                         Email:    derek.sutton@klgates.com

17                                         *Attorneys for Defendant R.D. Merrill Real
                                          Estate Holdings, LLC*
18

19

20

21

22

23

24

25

26

PRAECIPE TO AMEND PHV APPLICATIONS - 2
Case No. 2:23-cv-01391

# EXHIBIT A

**Pro Hac Vice Attorney**

Applicant's Name:    Lauren Norris Donahue

Law Firm Name:    K&L Gates LLP

Street Address 1:    70 W. Madison St., Suite 3100

Address Line 2:    

City: Chicago    State: IL    Zip: 60602

Phone Number w/ Area Code 312.372.1121    Bar # 6294505    State IL

Primary E-mail Address:    lauren.donahue@klgates.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:    
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Lauren Norris Donahue is unable to be present upon any date assigned by the court.

Date: March 7, 2025    Signature of Local Counsel:  s/ Tyler K. Lichter

Local Counsel's Name:    Tyler K. Lichter

Law Firm Name:    K&L Gates LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1:    925 Fourth Avenue, Suite 2900

Address Line 2:    

City: Seattle    State: WA    Zip: 98104

Phone Number w/ Area Code 206-623-7580    Bar # 51090

---

# EXHIBIT B

**Pro Hac Vice Attorney**

Applicant's Name: Derek A. Sutton

Law Firm Name: K&L Gates LLP

Street Address 1: 301 Hillsborough Street, Suite 1200

Address Line 2:

City: Raleigh            State: NC        Zip: 27603

Phone Number w/ Area Code 919.743.7300        Bar # 58864        State NC

Primary E-mail Address: Derek.Sutton@klgates.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the

applicant Derek A. Sutton                                is unable to be present upon any date

assigned by the court.

Date: March 7, 2025          Signature of Local Counsel: s/ Tyler K. Lichter

Local Counsel's Name: Tyler K. Lichter

Law Firm Name: K&L Gates LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 925 Fourth Avenue, Suite 2900

Address Line 2:

City: Seattle            State: WA        Zip: 98104

Phone Number w/ Area Code 206-623-7580        Bar # 51090