UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* <br><br> MCKENNA DUFFY, individually and on behalf of all others similarly situated, <br><br>                    Plaintiffs. <br><br>       v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br>                    Defendants. | No. 2:23-cv-01391-RSL <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND TIME |

This matter came before the Court on the Parties' Stipulated Motion to Extend Time for the Parties to Submit a Joint Status Report and Discovery Plan to the Court. The Court concludes that there is good cause for the extension and therefore GRANTS the motion. The Parties shall submit a Joint Status Report and Discovery Plan seven (**7**) days following this Court's entry of an order on the Motion for Phased Discovery (Dkt. #212).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 21st day of March, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME (No. 2:23-cv-01391-RSL) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816