UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION. | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>Defendants. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs"), and Defendant Sentinel Real Estate Corporation ("Sentinel" and, together with Plaintiffs, "the Parties"), by and through their respective counsel, hereby stipulate that Defendant Sentinel's deadline to answer, move, or otherwise respond to the Consolidated Class Action Complaint in the above-captioned action is extended for a total of 19 days from April 2, 2025, to April 21, 2025.  The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right or defense.

//

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 1
(Case No. 2:23-cv-01391-RSL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  STIPULATED to this 31st day of March, 2025.

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Rio S. Pierce (w/permission)* <br> Rio S. Pierce <br> 715 Hearst Ave, Ste 202 <br> Berkeley, CA 94710 <br> Phone: (510) 725-3000 <br> Email: riop@hbsslaw.com | By: *s/ Molly A. Terwilliger* <br> Molly A. Terwilliger, WSBA #28449 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: molly.terwilliger@morganlewis.com |
| Steve W. Berman, WSBA #12536 <br> Theodore J Wojcik, WSBA #55553 <br> Stephanie A Verdoia, WSBA #58636 <br> Xiaoyi Fan, WSBA #56703 <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Phone: (206) 623-7292 <br> Email: steve@hbsslaw.com <br> tedw@hbsslaw.com <br> stephaniev@hbsslaw.com <br> kellyf@hbsslaw.com | **DAVIS POLK & WARDWELL LLP** <br> Arthur J. Burke (*pro hac vice pending*) <br> Sheila R. Adams James (*pro hac vice pending*) <br> 450 Lexington Avenue <br> Phone: (212) 450-4000 <br> Email: arthur.burke@davispolk.com <br> sheila.adams@davispolk.com <br><br> *Attorneys for Defendant Sentinel Real Estate Corporation* |
| *Attorneys for Plaintiffs* | |

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO THE COMPLAINT - 2
(Case No. 2:23-cv-01391-RSL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

Dated this 1st day of April, 2025.

*MRS Lasnik* (signature)
Robert S. Lasnik
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

**DAVIS POLK & WARDWELL LLP**
Arthur J. Burke (*pro hac vice pending*)
Sheila R. Adams James (*pro hac vice pending*)
450 Lexington Avenue
Phone: (212) 450-4000
Email: arthur.burke@davispolk.com
         sheila.adams@davispolk.com

*Attorneys for Defendant Sentinel Real Estate Corporation*

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 3
(Case No. 2:23-cv-01391-RSL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401