# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION, | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., <br><br> Defendants. | **STIPULATED MOTION TO EXTEND TIME** |

Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs") and one of the Defendants, Southern Management Companies LLC ("Southern Management" and, together with Plaintiffs, the "Parties"), by and through their respective undersigned attorneys, hereby stipulate that Defendant Southern Management's deadline to answer, move or otherwise respond to the Consolidated Class Action Complaint in the above-captioned action is extended for a total of 18 days from April 3, 2025 to April 21, 2025. The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right or defense.

STIPULATED AND ORDER
TO EXTEND TIME TO RESPOND TO THE
COMPLAINT - 1
CASE NO. 2:23-CV-01391-RSL



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

STIPULATED to this 1st day of April, 2025.

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **POLSINELLI PC** |
| By: /s/ Rio S. Pierce (w. permission)<br>Rio S. Pierce<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Phone: 510-725-3000<br>Email: riop@hbsslaw.com | /s/ Jane Pearson<br>By:   Jane Pearson (WSBA No. 12785)<br>1000 Second Avenue, Suite 3500<br>Seattle, WA 98104<br>Tel:  206-393-5400<br>Fax:  206-393-5401<br>Email: jane.pearson@polsinelli.com |

Steve W. Berman, WSBA #12536
Theodore J. Wojcik, WSBA #5553
Stephanie A. Verdoia, WSBA #58636
Xiaoyi Fan, WSBA #56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: 206-623-7292
Email: steve@bhsslaw.com
         tedw@hbsslaw.com
         stephaniev@hbsslaw.com
         kellyf@hbsslaw.com

*Attorneys for Plaintiffs*

**MCNAMEE HOSEA, P.A.**
Brent M. Ahalt (*pro hac vice* pending)
Aaron D. Neal (*pro hac vice* pending)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel.    301-441-2420
Fax    301-982-9450
Email: bahalt@mhlawyers.com
aneal@mhlawyers.com

*Attorneys for Southern Management Companies LLC*

STIPULATED AND ORDER
TO EXTEND TIME TO RESPOND TO THE
COMPLAINT - 2
CASE NO. 2:23-CV-01391-RSL



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of April, 2025.

*signature*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by*,

**POLSINELLI PC**

/s/ Jane Pearson
By: Jane Pearson (WSBA No. 12785)
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Tel: 206-393-5400
Fax: 206-393-5401
Email: jane.pearson@polsinelli.com

**MCNAMEE HOSEA P.A.**
Aaron D. Neal (*pro hac vice* pending)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel.   301-441-2420
Fax    301-982-9450
Email: aneal@mhlawyers.com

*Attorneys for Southern Management Companies LLC*

STIPULATED AND ORDER
TO EXTEND TIME TO RESPOND TO THE
COMPLAINT - 3
CASE NO. 2:23-CV-01391-RSL



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400