1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, et al.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>                              Defendants. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs") and Defendant Dweck Properties Ltd. ("Dweck"), (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that Dweck Properties Ltd.'s deadline to answer, move or otherwise respond to the Consolidated Class Action Complaint in the above captioned action is extended to April 28, 2025. The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right or defense.

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT - 1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: April 8, 2025

BALLARD SPAHR LLP

By:   *s/Christopher Wyant*

Christopher Wyant, WSBA No. 35561
Devon J. McCurdy, WSBA No. 52663
Emily A. Williams, WSBA No. 58648
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
wyantc@BallardSpahr.com
mccurdyd@ballardspahr.com
williamsea@ballardspahr.com

Jessica M. Rizzo, Pro Hac Vice
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  213.864.8999
rizzoj@ballardspahr.com

Attorneys for Defendant Dweck Properties Ltd.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   __/s/ *Rio Pierce* (per email authorization)_____
Rio S. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Phone: 510-725-3000
Email: riop@hbsslaw.com

Steve W. Berman, WSBA #12536
Theodore J. Wojcik, WSBA #5553
Stephanie A. Verdoia, WSBA #58636
Xiaoyi Fan, WSBA #56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: 206-623-7292
Email: steve@hbsslaw.com
          tedw@hbsslaw.com
          stephaniev@hbsslaw.com
          kellyf@hbsslaw.com

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of April, 2025.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT - 3

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107