UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* <br><br> McKENNA DUFFY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs. <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br> Defendants. | No. 2:23-cv-01391-RSL <br><br> **ORDER GRANTING STIPULATED MOTION TO SUPPLEMENT PROTECTIVE ORDER WITH OPTIONAL SOURCE CODE PRODUCTION PROCEDURES** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Yardi may, at its sole discretion, opt to produce any portions of its "Highly Confidential—Source Code" according to the existing procedures specified in the Protective Order or according to the streamlined supplemental source code production procedures attached in Exhibit A below.

IT IS SO ORDERED.

DATED this 10th day of April, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>By: /s/ Steve W. Berman<br>Steve W. Berman (WSBA No. 12536)<br>Theodore J Wojcik (WSBA No. 55553)<br>Stephanie A Verdoia (WSBA No. 58636)<br>Xiaoyi Fan (WSBA No. 56703)<br><br>1301 Second Avenue<br>Suite 2000, Seattle, WA 98101<br>Telephone: 206-623-7292<br>steve@hbsslaw.com<br>tedw@hbsslaw.com<br>stephaniev@hbsslaw.com<br>kellyf@hbsslaw.com<br><br>Rio S Pierce<br>715 Hearst Ave Ste 202<br>Berkeley, CA 94710<br>Telephone: 510-725-3000<br>riop@hbsslaw.com<br><br>*Attorneys for Plaintiff, MCKENNA DUFFY* | **McNAUL EBEL NAWROT & HELGREN PLLC**<br><br>By: /s/ Claire Martirosian<br>Claire Martirosian, WSBA No. 49528<br>Richard W. Redmond, WSBA No. 58835<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>(206) 467-1816<br>cmartirosian@mcnaul.com<br>rredmond@mcnaul.com<br><br>**DEBEVOISE & PLIMPTON LLP**<br>Maura K. Monaghan (*pro hac vice*)<br>Michael Schaper (*pro hac vice*)<br>Kristin D. Kiehn (*pro hac vice*)<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6000<br>mkmonaghan@debevoise.com<br>mschaper@debevoise.com<br>kdkiehn@debevoise.com<br>Abraham Tabaie (*pro hac vice*)<br>David Sarratt (*pro hac vice forthcoming*)<br>650 California Street<br>San Francisco, CA 94108<br>(415) 738-5700<br>atabaie@debevoise.com<br>dsarrat@debevoise.com<br><br>*Attorneys for Defendant YARDI SYSTEMS, INC.* |