# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Civil Action No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC.; et al.,<br><br>Defendants. | **DEFENDANT RAM PARTNERS, LLC STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs McKenna Duffy ("Duffy") and Michael Brett ("Brett") (collectively, "Plaintiffs") and Defendant RAM Partners, LLC ("RAM", with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that RAM's deadline to answer, move to dismiss, or otherwise respond to Plaintiffs' Consolidated Class Action Complaint ("Complaint") [Dkt. 226] shall be extended through and including April 21, 2025. The Parties further agree that this stipulation and extension does not constitute a waiver of any right, claim, or defense.

DEFENDANT RAM PARTNERS, LLC STIPULATION AND ORDER TO RESPOND TO COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 1

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

STIPULATED and DATED this 14th day of April, 2025.

          **FREEMAN MATHIS & GARY, LLP**

_(signature)_

Andrea Holburn Bernarding, WSBA #28599
Email: andrea.bernarding@fmglaw.com

*Attorney for Defendant RAM Partners, LLC*

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Rio S. Pierce (w/permission)
Rio S. Pierce
715 Hearst Ave, Ste 202
Berkeley, CA 94710
Tel: (510) 725-3000
Email: riop@hbsslaw.com

Steve W. Berman, WSBA No. 12536
Theodore J Wojcik, WSBA No. 55553
Stephanie A Verdoia, WSBA No. 58636
Xiaoyi Fan, WSBA No. 56703 1301 Second Avenue, Suite 2000
Seattle, WA 98101 Tel: (206) 623-7292
Email:
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Attorneys for Plaintiffs

DEFENDANT RAM PARTNERS, LLC STIPULATION AND ORDER TO RESPOND TO COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 2

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of April, 2025.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

DEFENDANT RAM PARTNERS, LLC STIPULATION AND
ORDER TO RESPOND TO COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 3

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500