UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re:* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Civil Action No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>Defendants. | **DEFENDANT A.J. DWOSKIN & ASSOCIATES' STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs McKenna Duffy ("Duffy") and Michael Brett ("Brett")(collectively, "Plaintiffs") and Defendant A.J. Dwoskin & Associates ("A.J. Dwoskin" (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree that A.J. Dwoskin's deadline to answer, move to dismiss, or otherwise respond to Plaintiffs' Consolidated Class Action Complaint("Complaint") [Dkt. 226] shall be extended through and including April 28, 2025. The Parties further agree that this stipulation and extension does not constitute a waiver of any right, claim, or defense.

DEFENDANT A.J. DWOSKIN'S STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - Page 1
2:23-cv-01391-RSL
03346-003\C23-1391WO#1

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

**STIPULATED TO AND DATED** this 18th day of April, 2025.

| HAGENS BERMAN SOBOL SHAPIRO LLP | BENNETT BIGELOW & LEEDOM, P.S. |
|---|---|
| By: /s/ *Rio S. Pierce* (w/ email permission )<br>  Rio S. Pierce<br>  715 Hearst Ave, Ste 202<br>  Berkeley, CA 94710<br>  Tel: (510) 725-3000<br>  Email: riop@hbsslaw.com<br><br>  Steve W. Berman, WSBA #12536<br>  Theodore J Wojcik, WSBA #55553<br>  Stephanie A Verdoia, WSBA #58636<br>  Xiaoyi Fan, WSBA #56703<br>  1301 Second Avenue, Suite 2000<br>  Seattle, WA 98101<br>  Tel:  (206) 623-7292<br>  Email: steve@hbsslaw.com<br>         tedw@hbsslaw.com<br>         stephaniev@hbsslaw.com<br>         kellyf@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | By:  s/ *Michael Madden*<br>  Michael Madden, WSBA #8747<br>  David M. Norman, WSBA #40564<br>  601 Union Street, Suite 1500<br>  Seattle, WA 98101-1363<br>  Telephone: (206) 622-5511<br>  Fax: (206) 622-8986<br>  Email:  mmadden@bbllaw.com<br>             dnorman@bbllaw.com<br><br>HOGAN LOVELLS US LLP<br><br>  Michael M. Maddigan, *pro hac vice*<br>  Joseph R. O'Connor, *pro hac vice*<br>  1999 Avenue of the Stars, Suite 1400<br>  Los Angeles, CA 90067<br>  Telephone: (310) 785-4600<br>  Fax: (310) 785-4601<br>  Email:<br>  michael.maddigan@hoganlovells.com<br>  joe.oconnor@hoganlovells.com<br><br>*Attorneys for*<br>*Defendant A.J. Dwoskin & Associates* |

DEFENDANT A.J. DWOSKIN'S STIPULATION
AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT - Page 2
2:23-cv-01391-RSL
03346-003\C23-1391WO#1

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

# ORDER

IT IS SO ORDERED.

Dated this 21st day of April, 2025.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*PRESENTED BY:*

| HAGENS BERMAN SOBOL SHAPIRO LLP | BENNETT BIGELOW & LEEDOM, P.S. |
|---|---|
| By: s/ *Rio S. Pierce* (w/ email permission) <br> Rio S. Pierce, *pro hac vice* <br> 715 Hearst Ave, Ste 202 <br> Berkeley, CA 94710 <br> Tel: (510) 725-3000 <br> Email: riop@hbsslaw.com <br><br> Steve W Berman, WSBA #12536 <br> Theodore J Wojcik, WSBA #55553 <br> Stephanie A Verdoia, WSBA #58636 <br> Xiaoyi Fan, WSBA No. 56703 <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Tel: (206) 623-7292 <br> Email: steve@hbsslaw.com <br>        tedw@hbsslaw.com <br>        stephaniev@hbsslaw.com <br>        kellyf@hbsslaw.com <br><br> *Attorneys for Plaintiffs* | By: s/ *Michael Madden* <br> Michael Madden, WSBA #8747 <br> David M. Norman, WSBA #40564 <br> 601 Union Street, Suite 1500 <br> Seattle, WA 98101-1363 <br> Telephone: (206) 622-5511 <br> Fax: (206) 622-8986 <br> Email: mmadden@bbllaw.com <br>        dnorman@bbllaw.com <br><br> HOGAN LOVELLS US LLP <br><br> Michael M. Maddigan, *pro hac vice* <br> Joseph R. O'Connor, *pro hac vice* <br> 1999 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 785-4600 <br> Fax: (310) 785-4601 <br> Email: <br> michael.maddigan@hoganlovells.com <br> joe.oconnor@hoganlovells.com <br><br> *Attorneys for* <br> *Defendant A.J. Dwoskin & Associates* |

DEFENDANT A.J. DWOSKIN'S STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - Page 3
2:23-cv-01391-RSL
03346-003\C23-1391WO#1

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986