UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION, <br><br> MCKENNA DUFFY, *et al.*, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>    v. <br><br> YARDI SYSTEMS, INC., et al., <br><br>    Defendants. | Case No. 2:23-cv-01391-RSL <br><br> **DEFENDANT APARTMENT SERVICES, INC.'S STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs"), and Defendant Apartment Services, Inc. ("Apartment Services" and, together with Plaintiffs, "the Parties"), by and through their respective counsel, hereby stipulate that Defendant Apartment Services' deadline to answer, move, or otherwise respond to the Consolidated Class Action Complaint ("Complaint") in the above-captioned action is extended until May 5, 2025. Good cause exists for extending Apartment Services' deadline to respond to the Complaint as Apartment Services requires additional time to continue its investigation in light of new claims. The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right or defense.

DEFENDANT APARTMENT SERVICES' STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT- 1
Case No. 2:23-cv-01391-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

1  STIPULATED and DATED on this 18th day of April, 2025.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Rio S. Pierce* (w/permission)
Rio S. Pierce
715 Hearst Ave, Ste 202
Berkeley, CA 94710
Tel: (510) 725-3000
Email: riop@hbsslaw.com

Steve W. Berman, WSBA No. 12536
Theodore J Wojcik, WSBA No. 55553
Stephanie A Verdoia, WSBA No. 58636
Xiaoyi Fan, WSBA No. 56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

*Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

*/s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax:(206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com

*Counsel for Defendant Apartment Services. Inc.*

DEFENDANT APARTMENT SERVICES'
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO THE
COMPLAINT- 2
Case No. 2:23-cv-01391-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800

ORDER

IT IS SO ORDERED.

Dated this 21st day of April, 2025.

*signature: MMT S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

**DLA PIPER LLP (US)**

*/s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax:(206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com

*Counsel for Defendant Apartment Services. Inc*

DEFENDANT APARTMENT SERVICES'
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO THE
COMPLAINT- 3
Case No. 2:23-cv-01391-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 18th day of April, 2025.

*s/ Jacey Bittle*
Jacey Bittle, Legal Executive Assistant

DEFENDANT APARTMENT SERVICES' STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT- 4
Case No. 2:23-cv-01391-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800