1

2                                                              Honorable Robert S. Lasnik

3

4

5                         UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
6                                AT SEATTLE

7    *In re YARDI REVENUE MANAGEMENT*          Civil Action No. 2:23-cv-01391-RSL
     *ANTITRUST LITIGATION*
8
                                               **DEFENDANT RAM PARTNERS,**
9    MCKENNA DUFFY and MICHAEL BRETT,          **LLC'S ANSWER AND DEFENSES**
     individually and on behalf of all others similarly   **TO PLAINTIFFS' CONSOLIDATED**
10   situated,                                 **CLASS ACTION COMPLAINT**

11        Plaintiffs,

12   v.

13   YARDI SYSTEMS, INC.; et al.,

14        Defendants.

15

16        COMES NOW Defendant RAM Partners, LLC ("RAM"), by and through its

17   undersigned counsel, and hereby responds to the Consolidated Class Action Complaint [Dkt.

18   226] (the "Complaint") filed by Plaintiffs McKenna Duffy ("Duffy") and Michael Brett

19   ("Brett") (collectively, "Plaintiffs") as follows:

20                          <u>**PRELIMINARY STATEMENT**</u>

21        RAM did not—and could not—conspire with Yardi Systems Inc. ("Yardi"), or any other

22   Defendant, to fix the rental prices of multifamily units above competitive levels by using the

23   "Revenue IQ" platform (formerly known as "RENTmaximizer," and hereinafter referred to

24   **DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**          **FREEMAN MATHIS & GARY, LLP**
     **DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**        **701 FIFTH AVE., 42nd FLOOR**
     **ACTION COMPLAINT**                                  **SEATTLE, WA 98104**
     **Case No. 2:23-cv-01391-RSL**                        **925-466-2500**
     **Page | 1**

1  collectively as "Revenue IQ"); and did not—and could not—violate the Sherman Act as
2  Plaintiffs allege.

3      RAM only *manages*—and does not *own*—multifamily residential properties.
4  Specifically, RAM manages 329 properties, comprising roughly 82,000 units, in twenty (20)
5  states. Neither RAM nor any of its managed properties currently use Revenue IQ. Only five (5)
6  properties located in North Carolina and South Carolina that RAM *formerly* managed between
7  February 2023 and December 2024, comprising roughly 1,200 units in total, used Revenue IQ.
8  Neither RAM nor any of its managed properties have ever used Revenue IQ to fix rental prices
9  above competitive levels, or to share confidential, competitively sensitive data.

10     RAM incorporates herein by reference the Preliminary Statement presented in Yardi's
11 Answer to Plaintiffs' Complaint, which demonstrates that Revenue IQ cannot be used to adopt a
12 uniform pricing scheme as alleged by Plaintiffs

13                              **GENERAL DENIALS**

14     RAM denies each and every allegation of Plaintiffs' Complaint to which it has not
15 expressly admitted to herein, including any and all allegations contained in the Complaint's
16 table of contents, preamble, headings, subheadings, footnotes, images, graphs, charts, bullet
17 points, subparagraphs, requests for relief, and jury trial demand. Unless otherwise specified,
18 each of RAM's responses to the numbered paragraph of Plaintiffs' Complaint shall be construed
19 as responding to any headings, subheadings, footnotes, images, graphs, charts, bullet points,
20 and/or subparagraphs accompanying or incorporated into the specific numbered paragraph. Any
21 references to a document or statement, or responses that a document or statement "speaks for
22 itself," are not to be construed as an admission as to the veracity of the material contained in
23 such document or statement. All Affirmative Defenses asserted at the conclusion of this

24  **DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**          **FREEMAN MATHIS & GARY, LLP**
    **DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**          **701 FIFTH AVE., 42nd FLOOR**
    **ACTION COMPLAINT**                                         **SEATTLE, WA 98104**
    **Case No. 2:23-cv-01391-RSL**                                   **925-466-2500**
    **Page | 2**

document are incorporated by reference into each and every response herein, and are expressly reserved hereby. RAM further reserves the right to amend and/or supplement its Answer as may be necessary.

## ANSWER

Subject to the above Preliminary Statement and General Denials, RAM responds to the allegations contained in the numbered paragraphs of Plaintiffs' Complaint as follows:

### I. NATURE OF THE ACTION

1.      Paragraph 1 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' Complaint, and therefore, the allegations are denied.

2.      RAM denies the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

3.      RAM admits only that it manages multifamily rental properties in twenty states; all other allegations asserted against RAM in Paragraph 3 of Plaintiffs' Complaint are denied. The remainder of Paragraph 3 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM denies the remaining allegations.

4.      Paragraph 4 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM denies the allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5.      RAM denies the allegations asserted against it in Paragraph 5 of Plaintiff's Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 5 of Plaintiffs' Complaint, and therefore, the

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 3

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1   remaining allegations are denied.

2        6.    RAM admits only that five (5) properties formerly managed by RAM between

3   February 2023 and December 2024, comprising a total of roughly 1,200 units, used Revenue IQ;

4   all other allegations asserted against RAM in Paragraph 6 of Plaintiffs' Complaint are denied.

5   RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining

6   allegations contained in Paragraph 6 of Plaintiffs' Complaint, and therefore, the remaining

7   allegations are denied.

8        7.    RAM admits only that upon information and belief, Revenue IQ is a rebranded

9   version of RENTmaximizer. RAM lacks knowledge or information sufficient to form a belief as

10  to the truth of the remaining allegations contained in Paragraph 7 of Plaintiffs' Complaint, and

11  therefore, the remaining allegations are denied.

12       8.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

13  the allegations contained in Paragraph 8 of Plaintiffs' Complaint, and therefore, the allegations

14  are denied.

15       9.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations contained in Paragraph 9 of Plaintiffs' Complaint, and therefore, the allegations

17  are denied.

18       10.   RAM admits only that five (5) properties formerly managed by RAM between

19  February 2023 and December 2024, comprising a total of roughly 1,200 units, used Revenue IQ;

20  all other allegations asserted against RAM in Paragraph 10 of Plaintiffs' Complaint are denied.

21  RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining

22  allegations contained in Paragraph 10 of Plaintiffs' Complaint, and therefore, the remaining

23  allegations are denied.

24
**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 4**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

1    11.    RAM denies the allegations asserted against it in Paragraph 11 of Plaintiff's

2  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

3  remaining allegations contained in Paragraph 11 of Plaintiffs' Complaint, and therefore, the

4  remaining allegations are denied.

5    12.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

6  the allegations contained in Paragraph 12 of Plaintiffs' Complaint, and therefore, the allegations

7  are denied.

8    13.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

9  the allegations contained in Paragraph 13 of Plaintiffs' Complaint, and therefore, the allegations

10  are denied.

11    14.    RAM denies the allegations asserted against it in Paragraph 14 of Plaintiff's

12  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

13  remaining allegations contained in Paragraph 14 of Plaintiffs' Complaint, and therefore, the

14  remaining allegations are denied.

15    15.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations contained in Paragraph 15 of Plaintiffs' Complaint, and therefore, the allegations

17  are denied.

18    16.    RAM admits only that five (5) properties formerly managed by RAM between

19  February 2023 and December 2024, comprising a total of roughly 1,200 units, used Revenue IQ;

20  all other allegations asserted against RAM in Paragraph 16 of Plaintiffs' Complaint are denied.

21  RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining

22  allegations contained in Paragraph 16 of Plaintiffs' Complaint, and therefore, the remaining

23  allegations are denied.

24
DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 5

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1      17.    RAM admits only that Yardi previously provided a manager for the five (5)

2   properties formerly managed by RAM that used Revenue IQ; all other allegations asserted

3   against RAM in Paragraph 17 of Plaintiffs' Complaint are denied. RAM lacks knowledge or

4   information sufficient to form a belief as to the truth of the remaining allegations contained in

5   Paragraph 17 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

6      18.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

7   the allegations contained in Paragraph 18 of Plaintiffs' Complaint, and therefore, the allegations

8   are denied.

9      19.    RAM denies the allegations asserted against it in Paragraph 19 of Plaintiff's

10  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

11  remaining allegations contained in Paragraph 19 of Plaintiffs' Complaint, and therefore, the

12  remaining allegations are denied.

13     20.    RAM denies the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

14     21.    RAM denies the allegations asserted against it in Paragraph 21 of Plaintiff's

15  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

16  remaining allegations contained in Paragraph 21 of Plaintiffs' Complaint, and therefore, the

17  remaining allegations are denied.

18     22.    RAM denies the allegations asserted against it in Paragraph 22 of Plaintiff's

19  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

20  remaining allegations contained in Paragraph 22 of Plaintiffs' Complaint, and therefore, the

21  remaining allegations are denied.

22     23.    RAM denies the allegations asserted against it in Paragraph 23 of Plaintiff's

23  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

24   **DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**
**DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**
**ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 6**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

1  remaining allegations contained in Paragraph 23 of Plaintiffs' Complaint, and therefore, the

2  remaining allegations are denied.

3      24.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

4  the allegations contained in Paragraph 24 of Plaintiffs' Complaint, and therefore, the allegations

5  are denied.

6      25.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

7  the allegations contained in Paragraph 25 of Plaintiffs' Complaint, and therefore, the allegations

8  are denied.

9      26.    RAM denies the allegations asserted against it in Paragraph 26 of Plaintiff's

10  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

11  remaining allegations contained in Paragraph 26 of Plaintiffs' Complaint, and therefore, the

12  remaining allegations are denied.

13      27.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

14  the allegations contained in Paragraph 27 of Plaintiffs' Complaint, and therefore, the allegations

15  are denied.

16      28.    RAM admits only that five (5) properties formerly managed by RAM between

17  February 2023 and December 2024, comprising a total of roughly 1,200 units, used Revenue IQ;

18  all other allegations asserted against RAM in Paragraph 28 of Plaintiffs' Complaint are denied.

19  RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining

20  allegations contained in Paragraph 28 of Plaintiffs' Complaint, and therefore, the remaining

21  allegations are denied.

22      29.    RAM denies the allegations asserted against it in Paragraph 29 of Plaintiff's

23  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

24  **DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**
   **DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**
   **ACTION COMPLAINT**
   **Case No. 2:23-cv-01391-RSL**
   **Page | 7**

   **FREEMAN MATHIS & GARY, LLP**
   **701 FIFTH AVE., 42nd FLOOR**
   **SEATTLE, WA 98104**
   **925-466-2500**

remaining allegations contained in Paragraph 29 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

30.     RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiffs' Complaint, and therefore, the allegations are denied.

31.     RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiffs' Complaint, and therefore, the allegations are denied.

32.     RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiffs' Complaint, and therefore, the allegations are denied.

33.     RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiffs' Complaint, and therefore, the allegations are denied.

34.     The allegations contained in Paragraph 34 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 34 of Plaintiffs' Complaint.

35.     The allegations contained in Paragraph 35 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 35 of Plaintiffs' Complaint.

## II. PARTIES

36.     Paragraph 36 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 8

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

2    36 of Plaintiffs' Complaint, and therefore, the allegations are denied.

3            37.     Paragraph 37 of Plaintiffs' Complaint does not proffer any allegation against

4    RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

5    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

6    37 of Plaintiffs' Complaint, and therefore, the allegations are denied.

7            38.     Paragraph 38 of Plaintiffs' Complaint does not proffer any allegation against

8    RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

9    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

10   38 of Plaintiffs' Complaint, and therefore, the allegations are denied.

11           39.     Paragraph 39 of Plaintiffs' Complaint does not proffer any allegation against

12   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

13   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

14   39 of Plaintiffs' Complaint, and therefore, the allegations are denied.

15           40.     Paragraph 40 of Plaintiffs' Complaint does not proffer any allegation against

16   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

17   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

18   40 of Plaintiffs' Complaint, and therefore, the allegations are denied.

19           41.     Paragraph 41 of Plaintiffs' Complaint does not proffer any allegation against

20   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

21   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

22   41 of Plaintiffs' Complaint, and therefore, the allegations are denied.

23           42.     Paragraph 42 of Plaintiffs' Complaint does not proffer any allegation against

24

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 9**

**FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500**

RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiffs' Complaint, and therefore, the allegations are denied.

43.    Paragraph 43 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiffs' Complaint, and therefore, the allegations are denied.

44.    Paragraph 44 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiffs' Complaint, and therefore, the allegations are denied.

45.    Paragraph 45 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiffs' Complaint, and therefore, the allegations are denied.

46.    Paragraph 46 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiffs' Complaint, and therefore, the allegations are denied.

47.    Paragraph 47 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiffs' Complaint, and therefore, the allegations are denied.

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 10

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

48.     Paragraph 48 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiffs' Complaint, and therefore, the allegations are denied.

49.     Paragraph 49 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiffs' Complaint, and therefore, the allegations are denied.

50.     Paragraph 50 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiffs' Complaint, and therefore, the allegations are denied.

51.     Paragraph 51 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiffs' Complaint, and therefore, the allegations are denied.

52.     Paragraph 52 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiffs' Complaint, and therefore, the allegations are denied.

53.     Paragraph 53 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 11**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

53 of Plaintiffs' Complaint, and therefore, the allegations are denied.

54.     Paragraph 54 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiffs' Complaint, and therefore, the allegations are denied.

55.     Paragraph 55 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiffs' Complaint, and therefore, the allegations are denied.

56.     Paragraph 56 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiffs' Complaint, and therefore, the allegations are denied.

57.     Paragraph 57 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiffs' Complaint, and therefore, the allegations are denied.

58.     Paragraph 58 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiffs' Complaint, and therefore, the allegations are denied.

59.     Paragraph 59 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 12

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

2    59 of Plaintiffs' Complaint, and therefore, the allegations are denied.

3         60.    Paragraph 60 of Plaintiffs' Complaint does not proffer any allegation against

4    RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

5    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

6    60 of Plaintiffs' Complaint, and therefore, the allegations are denied.

7         61.    Paragraph 61 of Plaintiffs' Complaint does not proffer any allegation against

8    RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

9    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

10   61 of Plaintiffs' Complaint, and therefore, the allegations are denied.

11        62.    Paragraph 62 of Plaintiffs' Complaint does not proffer any allegation against

12   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

13   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

14   62 of Plaintiffs' Complaint, and therefore, the allegations are denied.

15        63.    Paragraph 63 of Plaintiffs' Complaint does not proffer any allegation against

16   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

17   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

18   63 of Plaintiffs' Complaint, and therefore, the allegations are denied.

19        64.    Paragraph 64 of Plaintiffs' Complaint does not proffer any allegation against

20   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

21   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

22   64 of Plaintiffs' Complaint, and therefore, the allegations are denied.

23        65.    Paragraph 65 of Plaintiffs' Complaint does not proffer any allegation against

24   
**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**
**DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**
**ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 13**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiffs' Complaint, and therefore, the allegations are denied.

66.    Paragraph 66 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiffs' Complaint, and therefore, the allegations are denied.

67.    Paragraph 67 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiffs' Complaint, and therefore, the allegations are denied.

68.    Paragraph 68 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of Plaintiffs' Complaint, and therefore, the allegations are denied.

69.    Paragraph 69 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of Plaintiffs' Complaint, and therefore, the allegations are denied.

70.    Paragraph 70 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of Plaintiffs' Complaint, and therefore, the allegations are denied.

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 14**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

71.     RAM admits only that it is a Georgia limited liability company headquartered in Atlanta, Georgia, that it is a client of Yardi, and that five (5) properties formerly managed by RAM between February 2023 and December 2024, comprising a total of roughly 1,200 units, used Revenue IQ; all other allegations asserted against RAM in Paragraph 71 of Plaintiffs' Complaint are denied. By way of further response, RAM states that it only manages (and does not own) 329 properties, comprising roughly 82,000 units, in twenty (20) states. None of those properties currently use Revenue IQ.

72.     Paragraph 72 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of Plaintiffs' Complaint, and therefore, the allegations are denied.

73.     Paragraph 73 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of Plaintiffs' Complaint, and therefore, the allegations are denied.

74.     Paragraph 74 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of Plaintiffs' Complaint, and therefore, the allegations are denied.

75.     Paragraph 75 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of Plaintiffs' Complaint, and therefore, the allegations are denied.

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 15**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

76.      Paragraph 76 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of Plaintiffs' Complaint, and therefore, the allegations are denied.

77.      Paragraph 77 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of Plaintiffs' Complaint, and therefore, the allegations are denied.

78.      Paragraph 78 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of Plaintiffs' Complaint, and therefore, the allegations are denied.

79.      Paragraph 79 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of Plaintiffs' Complaint, and therefore, the allegations are denied.

80.      Paragraph 80 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiffs' Complaint, and therefore, the allegations are denied.

81.      Paragraph 81 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 16

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

81 of Plaintiffs' Complaint, and therefore, the allegations are denied.

82.    Paragraph 82 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of Plaintiffs' Complaint, and therefore, the allegations are denied.

83.    Paragraph 83 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of Plaintiffs' Complaint, and therefore, the allegations are denied.

84.    Paragraph 84 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of Plaintiffs' Complaint, and therefore, the allegations are denied.

85.    The allegations contained in Paragraph 85 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 85 of Plaintiffs' Complaint.

86.    The allegations contained in Paragraph 86 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 86 of Plaintiffs' Complaint.

87.    The allegations contained in Paragraph 87 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 87 of Plaintiffs' Complaint.

88.    The allegations contained in Paragraph 88 of Plaintiffs' Complaint constitute legal

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 17

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1  conclusions which require neither a denial nor an admission. To the extent that a response is

2  required, RAM denies the allegations contained in Paragraph 88 of Plaintiffs' Complaint.

### III. JURISDICTION AND VENUE

89.    The allegations contained in Paragraph 89 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM admits the allegations contained in Paragraph 89 of Plaintiffs' Complaint. In so admitting, RAM does not waive the right to challenge subject-matter jurisdiction at any subsequent phase of litigation.

90.    The allegations contained in Paragraph 90 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM admits the allegations asserted against it Paragraph 90 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 90 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

91.    The allegations contained in Paragraph 91 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM admits only that it manages multifamily residential properties in twenty (20) states; all other allegations asserted against RAM in Paragraph 91 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 91 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

92.    The allegations contained in Paragraph 92 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 18

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1  required, RAM admits the allegations asserted against it Paragraph 92 of Plaintiffs' Complaint.

2  RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining

3  allegations contained in Paragraph 92 of Plaintiffs' Complaint, and therefore, the remaining

4  allegations are denied.

5                              **IV. FACTUAL BACKGROUND**

6         93.    RAM admits only that it manages residential rental apartments, and that it is a

7  client of Yardi. RAM lacks knowledge or information sufficient to form a belief as to the truth of

8  the remaining allegations contained in Paragraph 93 of Plaintiffs' Complaint, and therefore, the

9  remaining allegations are denied.

10        94.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

11 the allegations contained in Paragraph 94 of Plaintiffs' Complaint, and therefore, the allegations

12 are denied.

13        95.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

14 the allegations contained in Paragraph 95 of Plaintiffs' Complaint, and therefore, the allegations

15 are denied.

16        96.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

17 the allegations contained in Paragraph 96 of Plaintiffs' Complaint, and therefore, the allegations

18 are denied.

19        97.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

20 the allegations contained in Paragraph 97 of Plaintiffs' Complaint, and therefore, the allegations

21 are denied.

22        98.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

23 the allegations contained in Paragraph 98 of Plaintiffs' Complaint, and therefore, the allegations

24

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
Case No. 2:23-cv-01391-RSL
Page | 19

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

are denied.

99.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of Plaintiffs' Complaint, and therefore, the allegations are denied.

100.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiffs' Complaint, and therefore, the allegations are denied.

101.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of Plaintiffs' Complaint, and therefore, the allegations are denied.

102.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of Plaintiffs' Complaint, and therefore, the allegations are denied.

103.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of Plaintiffs' Complaint, and therefore, the allegations are denied.

104.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of Plaintiffs' Complaint, and therefore, the allegations are denied.

105.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of Plaintiffs' Complaint, and therefore, the allegations are denied.

106.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 20

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

the allegations contained in Paragraph 106 of Plaintiffs' Complaint, and therefore, the allegations are denied.

107.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of Plaintiffs' Complaint, and therefore, the allegations are denied.

108.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of Plaintiffs' Complaint, and therefore, the allegations are denied.

109.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of Plaintiffs' Complaint, and therefore, the allegations are denied.

110.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of Plaintiffs' Complaint, and therefore, the allegations are denied.

111.    RAM admits only that Yardi previously provided a manager for the five (5) properties formerly managed by RAM that used Revenue IQ; all other allegations asserted against RAM in Paragraph 111 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 111 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

112.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of Plaintiffs' Complaint, and therefore, the allegations are denied.

113.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 21

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1  the allegations contained in Paragraph 113 of Plaintiffs' Complaint, and therefore, the allegations
2  are denied.

3       114.    RAM denies the allegations asserted against it Paragraph 114 of Plaintiffs'
4  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the
5  remaining allegations contained in Paragraph 114 of Plaintiffs' Complaint, and therefore, the
6  remaining allegations are denied.

7       115.    Paragraph 115 of Plaintiffs' Complaint does not proffer any allegation against
8  RAM that requires a response. To the extent that a response is required, RAM lacks knowledge
9  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph
10  115 of Plaintiffs' Complaint, and therefore, the allegations are denied.

11      116.    RAM lacks knowledge or information sufficient to form a belief as to the truth of
12  the allegations contained in Paragraph 116 of Plaintiffs' Complaint, and therefore, the allegations
13  are denied.

14      117.    Paragraph 117 of Plaintiffs' Complaint does not proffer any allegation against
15  RAM that requires a response. To the extent that a response is required, RAM lacks knowledge
16  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph
17  117 of Plaintiffs' Complaint, and therefore, the allegations are denied.

18      118.    RAM denies the allegations asserted against it Paragraph 118 of Plaintiffs'
19  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the
20  remaining allegations contained in Paragraph 118 of Plaintiffs' Complaint, and therefore, the
21  remaining allegations are denied.

22      119.    RAM denies the allegations asserted against it Paragraph 119 of Plaintiffs'
23  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

24  **DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**
   **DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**
   **ACTION COMPLAINT**
   **Case No. 2:23-cv-01391-RSL**
   **Page | 22**

   **FREEMAN MATHIS & GARY, LLP**
   **701 FIFTH AVE., 42nd FLOOR**
   **SEATTLE, WA 98104**
   **925-466-2500**

remaining allegations contained in Paragraph 119 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

120.    RAM denies the allegations asserted against it Paragraph 120 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 120 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

121.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of Plaintiffs' Complaint, and therefore, the allegations are denied.

122.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of Plaintiffs' Complaint, and therefore, the allegations are denied.

123.    RAM denies the allegations asserted against it Paragraph 123 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 123 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

124.    RAM denies the allegations asserted against it Paragraph 124 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 124 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

125.    RAM denies the allegations asserted against it Paragraph 125 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 125 of Plaintiffs' Complaint, and therefore, the

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 23**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

remaining allegations are denied.

126.    RAM denies the allegations asserted against it Paragraph 126 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 126 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

127.    RAM admits only that it is generally aware that other property managers and owners use Yardi software; all other allegations asserted against RAM in Paragraph 127 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 127 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

128.    RAM denies the allegations asserted against it Paragraph 128 of Plaintiffs' Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 128 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

129.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of Plaintiffs' Complaint, and therefore, the allegations are denied.

130.    RAM denies the allegations contained in Paragraph 130 of Plaintiffs' Complaint.

131.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of Plaintiffs' Complaint, and therefore, the allegations are denied.

132.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 of Plaintiffs' Complaint, and therefore, the allegations

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
Case No. 2:23-cv-01391-RSL
Page | 24

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

1    are denied.

2        133.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

3    the allegations contained in Paragraph 133 of Plaintiffs' Complaint, and therefore, the allegations

4    are denied.

5        134.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

6    the allegations contained in Paragraph 134 of Plaintiffs' Complaint, and therefore, the allegations

7    are denied.

8        135.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

9    the allegations contained in Paragraph 135 of Plaintiffs' Complaint, and therefore, the allegations

10   are denied.

11       136.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

12   the allegations contained in Paragraph 136 of Plaintiffs' Complaint, and therefore, the allegations

13   are denied.

14       137.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

15   the allegations contained in Paragraph 137 of Plaintiffs' Complaint, and therefore, the allegations

16   are denied.

17       138.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

18   the allegations contained in Paragraph 138 of Plaintiffs' Complaint, and therefore, the allegations

19   are denied.

20       139.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

21   the allegations contained in Paragraph 139 of Plaintiffs' Complaint, and therefore, the allegations

22   are denied.

23       140.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

24   
**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 25**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

the allegations contained in Paragraph 140 of Plaintiffs' Complaint, and therefore, the allegations are denied.

141.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of Plaintiffs' Complaint, and therefore, the allegations are denied.

142.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of Plaintiffs' Complaint, and therefore, the allegations are denied.

143.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of Plaintiffs' Complaint, and therefore, the allegations are denied.

144.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of Plaintiffs' Complaint, and therefore, the allegations are denied.

145.    RAM denies the allegations asserted against it in Paragraph 145 of Plaintiff's Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 145 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

146.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of Plaintiffs' Complaint, and therefore, the allegations are denied.

147.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of Plaintiffs' Complaint, and therefore, the allegations

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 26**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

are denied.

148.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of Plaintiffs' Complaint, and therefore, the allegations are denied.

149.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of Plaintiffs' Complaint, and therefore, the allegations are denied.

150.    RAM denies the allegations asserted against it in Paragraph 150 of Plaintiff's Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 150 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

151.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of Plaintiffs' Complaint, and therefore, the allegations are denied.

152.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 of Plaintiffs' Complaint, and therefore, the allegations are denied.

153.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of Plaintiffs' Complaint, and therefore, the allegations are denied.

154.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 of Plaintiffs' Complaint, and therefore, the allegations are denied.

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
Case No. 2:23-cv-01391-RSL
Page | 27

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

155.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of Plaintiffs' Complaint, and therefore, the allegations are denied.

156.    RAM denies the allegations contained in Paragraph 156 of Plaintiffs' Complaint.

157.    RAM denies the allegations contained in Paragraph 157 of Plaintiffs' Complaint.

158.    RAM denies the allegations contained in Paragraph 158 of Plaintiffs' Complaint.

159.    RAM denies the allegations contained in Paragraph 159 of Plaintiffs' Complaint.

160.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 of Plaintiffs' Complaint, and therefore, the allegations are denied.

161.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 of Plaintiffs' Complaint, and therefore, the allegations are denied.

162.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 of Plaintiffs' Complaint, and therefore, the allegations are denied.

163.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 of Plaintiffs' Complaint, and therefore, the allegations are denied.

164.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 of Plaintiffs' Complaint, and therefore, the allegations are denied.

165.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 28

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1   the allegations contained in Paragraph 165 of Plaintiffs' Complaint, and therefore, the allegations
2   are denied.

3       166.    RAM lacks knowledge or information sufficient to form a belief as to the truth of
4   the allegations contained in Paragraph 166 of Plaintiffs' Complaint, and therefore, the allegations
5   are denied.

6       167.    RAM lacks knowledge or information sufficient to form a belief as to the truth of
7   the allegations contained in Paragraph 167 of Plaintiffs' Complaint, and therefore, the allegations
8   are denied.

9       168.    RAM denies the allegations asserted against it Paragraph 168 of Plaintiffs'
10  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the
11  remaining allegations contained in Paragraph 168 of Plaintiffs' Complaint, and therefore, the
12  remaining allegations are denied.

13      169.    RAM denies the allegations asserted against it Paragraph 169 of Plaintiffs'
14  Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the
15  remaining allegations contained in Paragraph 169 of Plaintiffs' Complaint, and therefore, the
16  remaining allegations are denied.

17      170.    The allegations contained in Paragraph 170 of Plaintiffs' Complaint constitute
18  legal conclusions which require neither a denial nor an admission. To the extent that a response
19  is required, RAM denies the allegations contained in Paragraph 170 of Plaintiffs' Complaint.

20      171.    The allegations contained in Paragraph 171 of Plaintiffs' Complaint constitute
21  legal conclusions which require neither a denial nor an admission. To the extent that a response
22  is required, RAM denies the allegations contained in Paragraph 171 of Plaintiffs' Complaint.

23      172.    RAM denies the allegations asserted against it Paragraph 172 of Plaintiffs'

24
**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**
**DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**
**ACTION COMPLAINT**
Case No. 2:23-cv-01391-RSL
Page | 29

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 172 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

173.    RAM denies the allegations asserted against it in Paragraph 173 of Plaintiff's Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 173 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

174.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of Plaintiffs' Complaint, and therefore, the allegations are denied.

175.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 of Plaintiffs' Complaint, and therefore, the allegations are denied.

176.    RAM denies the allegations contained in Paragraph 176 of Plaintiffs' Complaint.

177.    Paragraph 177 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 of Plaintiffs' Complaint, and therefore, the allegations are denied.

178.    Paragraph 178 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 of Plaintiffs' Complaint, and therefore, the allegations are denied.

179.    RAM denies the allegations asserted against it Paragraph 179 of Plaintiffs'

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 30

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1   Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

2   remaining allegations contained in Paragraph 179 of Plaintiffs' Complaint, and therefore, the

3   remaining allegations are denied.

4       180.    RAM denies the allegations asserted against it Paragraph 180 of Plaintiffs'

5   Complaint. RAM lacks knowledge or information sufficient to form a belief as to the truth of the

6   remaining allegations contained in Paragraph 180 of Plaintiffs' Complaint, and therefore, the

7   remaining allegations are denied.

8       181.    Paragraph 181 of Plaintiffs' Complaint does not proffer any allegation against

9   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

10  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

11  181 of Plaintiffs' Complaint, and therefore, the allegations are denied.

12      182.    Paragraph 182 of Plaintiffs' Complaint does not proffer any allegation against

13  RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

14  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

15  182 of Plaintiffs' Complaint, and therefore, the allegations are denied.

16      183.    RAM admits only that its representatives have attended Yardi Advanced

17  Solutions Conferences (YASCs); all other allegations asserted against RAM in Paragraph 183 of

18  Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a

19  belief as to the truth of the remaining allegations contained in Paragraph 183 of Plaintiffs'

20  Complaint, and therefore, the remaining allegations are denied.

21      184.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

22  the allegations contained in Paragraph 184 of Plaintiffs' Complaint, and therefore, the allegations

23  are denied.

24

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 31

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

185.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 of Plaintiffs' Complaint, and therefore, the allegations are denied.

186.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 of Plaintiffs' Complaint, and therefore, the allegations are denied.

187.    RAM admits only that its representatives have attended YASCs; all other allegations asserted against RAM in Paragraph 187 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 187 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

188.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 of Plaintiffs' Complaint, and therefore, the allegations are denied.

189.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 of Plaintiffs' Complaint, and therefore, the allegations are denied.

190.    RAM admits only that Yardi previously provided a manager for the five (5) properties formerly managed by RAM that used Revenue IQ; all other allegations asserted against RAM in Paragraph 190 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 190 of Plaintiffs' Complaint, and therefore, the remaining allegations are denied.

191.    RAM lacks knowledge or information sufficient to form a belief as to the truth of

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 32

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

the allegations contained in Paragraph 191 of Plaintiffs' Complaint, and therefore, the allegations are denied.

192.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 of Plaintiffs' Complaint, and therefore, the allegations are denied.

193.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 of Plaintiffs' Complaint, and therefore, the allegations are denied.

194.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 of Plaintiffs' Complaint, and therefore, the allegations are denied.

195.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 of Plaintiffs' Complaint, and therefore, the allegations are denied.

## V. RELEVANT MARKET

196.    The allegations contained in Paragraph 196 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 196 of Plaintiffs' Complaint.

197.    The allegations contained in Paragraph 197 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 197 of Plaintiffs' Complaint.

198.    Paragraph 198 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 33

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 of Plaintiffs' Complaint, and therefore, the allegations are denied.

199.    The allegations contained in Paragraph 199 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 199 of Plaintiffs' Complaint.

200.    The allegations contained in Paragraph 200 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 200 of Plaintiffs' Complaint.

201.    RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 of Plaintiffs' Complaint, and therefore, the allegations are denied.

202.    The allegations contained in Paragraph 202 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 of Plaintiffs' Complaint, and therefore, the allegations are denied.

203.    Paragraph 203 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 of Plaintiffs' Complaint, and therefore, the allegations are denied.

204.    The allegations contained in Paragraph 204 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 204 of Plaintiffs' Complaint.

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 34

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

205.    The allegations contained in Paragraph 205 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 205 of Plaintiffs' Complaint.

206.    Paragraph 206 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 of Plaintiffs' Complaint, and therefore, the allegations are denied.

207.    RAM admits only that it manages multifamily residential apartments in the "Atlanta, Georgia Submarket," as defined in Paragraph 207 of Plaintiffs' Complaint; all other allegations asserted against RAM in Paragraph 207 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 of Plaintiffs' Complaint, and therefore, the allegations are denied.

208.    Paragraph 208 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 of Plaintiffs' Complaint, and therefore, the allegations are denied.

209.    RAM admits only that it manages multifamily residential apartments in the "Austin, Texas Submarket," as defined in Paragraph 209 of Plaintiffs' Complaint; all other allegations asserted against RAM in Paragraph 209 of Plaintiffs' Complaint are denied. RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 of Plaintiffs' Complaint, and therefore, the allegations are denied.

210.    Paragraph 210 of Plaintiffs' Complaint does not proffer any allegation against RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 35

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

2    210 of Plaintiffs' Complaint, and therefore, the allegations are denied.

3         211.    Paragraph 211 of Plaintiffs' Complaint does not proffer any allegation against

4    RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

5    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

6    211 of Plaintiffs' Complaint, and therefore, the allegations are denied.

7         212.    Paragraph 212 of Plaintiffs' Complaint does not proffer any allegation against

8    RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

9    or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

10   212 of Plaintiffs' Complaint, and therefore, the allegations are denied.

11        213.    RAM admits only that it manages multifamily residential apartments in the

12   "Colorado Springs, Colorado Submarket," as defined in Paragraph 213 of Plaintiffs' Complaint;

13   all other allegations asserted against RAM in Paragraph 213 of Plaintiffs' Complaint are denied.

14   RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations

15   contained in Paragraph 213 of Plaintiffs' Complaint, and therefore, the allegations are denied.

16        214.    RAM admits only that it manages multifamily residential apartments in the

17   "Jacksonville, Florida Submarket," as defined in Paragraph 214 of Plaintiffs' Complaint; all

18   other allegations asserted against RAM in Paragraph 214 of Plaintiffs' Complaint are denied.

19   RAM lacks knowledge or information sufficient to form a belief as to the truth of the allegations

20   contained in Paragraph 214 of Plaintiffs' Complaint, and therefore, the allegations are denied.

21        215.    Paragraph 215 of Plaintiffs' Complaint does not proffer any allegation against

22   RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

23   or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

24
**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 36**

**FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500**

1  215 of Plaintiffs' Complaint, and therefore, the allegations are denied.

2      216.    Paragraph 216 of Plaintiffs' Complaint does not proffer any allegation against

3  RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

4  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

5  216 of Plaintiffs' Complaint, and therefore, the allegations are denied.

6      217.    Paragraph 217 of Plaintiffs' Complaint does not proffer any allegation against

7  RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

8  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

9  217 of Plaintiffs' Complaint, and therefore, the allegations are denied.

10      218.    Paragraph 218 of Plaintiffs' Complaint does not proffer any allegation against

11  RAM that requires a response. To the extent that a response is required, RAM lacks knowledge

12  or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

13  218 of Plaintiffs' Complaint, and therefore, the allegations are denied.

14          **VI. CLASS ACTION ALLEGATIONS**

15      219.    RAM admits only that Plaintiffs purport to bring this action on behalf of the

16  proposed class described in Paragraph 219 of Plaintiffs' Complaint. RAM denies all remaining

17  allegations contained in Paragraph 219 of Plaintiffs' Complaint.

18      220.    The allegations contained in Paragraph 220 of Plaintiffs' Complaint constitute

19  legal conclusions which require neither a denial nor an admission. To the extent that a response

20  is required, RAM denies the allegations contained in Paragraph 220 of Plaintiffs' Complaint.

21      221.    The allegations contained in Paragraph 221 of Plaintiffs' Complaint constitute

22  legal conclusions which require neither a denial nor an admission. To the extent that a response

23  is required, RAM denies the allegations contained in Paragraph 221 of Plaintiffs' Complaint.

24  
**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 37**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

222. The allegations contained in Paragraph 222 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 222 of Plaintiffs' Complaint.

223. The allegations contained in Paragraph 223 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 223 of Plaintiffs' Complaint.

224. The allegations contained in Paragraph 224 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 224 of Plaintiffs' Complaint.

225. The allegations contained in Paragraph 225 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 225 of Plaintiffs' Complaint.

226. The allegations contained in Paragraph 226 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 226 of Plaintiffs' Complaint.

227. The allegations contained in Paragraph 227 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 227 of Plaintiffs' Complaint.

## VII. CAUSES OF ACTION

## FIRST CLAIM FOR RELIEF

228. Paragraph 228 of Plaintiffs' Complaint does not proffer any allegation that requires a response, and therefore is denied. RAM reasserts all previous defenses, admissions, and denials as if restated verbatim.

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 38

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

229.    The allegations contained in Paragraph 229 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 229 of Plaintiffs' Complaint.

230.    The allegations contained in Paragraph 230 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 230 of Plaintiffs' Complaint.

231.    The allegations contained in Paragraph 231 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 231 of Plaintiffs' Complaint.

232.    The allegations contained in Paragraph 232 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 232 of Plaintiffs' Complaint.

233.    The allegations contained in Paragraph 233 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 233 of Plaintiffs' Complaint.

## SECOND CLAIM FOR RELIEF

234.    Paragraph 234 of Plaintiffs' Complaint does not proffer any allegation that requires a response, and therefore is denied. RAM reasserts all previous defenses, admissions, and denials as if restated verbatim.

235.    The allegations contained in Paragraph 235 of Plaintiffs' Complaint constitute legal conclusions which require neither a denial nor an admission. To the extent that a response is required, RAM denies the allegations contained in Paragraph 235 of Plaintiffs' Complaint.

236.    The allegations contained in Paragraph 236 of Plaintiffs' Complaint constitute

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 39

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1    legal conclusions which require neither a denial nor an admission. To the extent that a response

2    is required, RAM denies the allegations contained in Paragraph 236 of Plaintiffs' Complaint.

3        237.    The allegations contained in Paragraph 237 of Plaintiffs' Complaint constitute

4    legal conclusions which require neither a denial nor an admission. To the extent that a response

5    is required, RAM denies the allegations contained in Paragraph 237 of Plaintiffs' Complaint.

6        238.    The allegations contained in Paragraph 238 of Plaintiffs' Complaint constitute

7    legal conclusions which require neither a denial nor an admission. To the extent that a response

8    is required, RAM denies the allegations contained in Paragraph 238 of Plaintiffs' Complaint.

9        239.    The allegations contained in Paragraph 239 of Plaintiffs' Complaint constitute

10   legal conclusions which require neither a denial nor an admission. To the extent that a response

11   is required, RAM denies the allegations contained in Paragraph 239 of Plaintiffs' Complaint.

12       240.    The allegations contained in Paragraph 240 of Plaintiffs' Complaint constitute

13   legal conclusions which require neither a denial nor an admission. To the extent that a response

14   is required, RAM denies the allegations contained in Paragraph 240 of Plaintiffs' Complaint.

15       241.    The allegations contained in Paragraph 241 of Plaintiffs' Complaint constitute

16   legal conclusions which require neither a denial nor an admission. To the extent that a response

17   is required, RAM denies the allegations contained in Paragraph 241 of Plaintiffs' Complaint.

**THIRD CLAIM FOR RELIEF**

19       242.    Paragraph 242 of Plaintiffs' Complaint does not proffer any allegation that

20   requires a response, and therefore is denied. RAM reasserts all previous defenses, admissions,

21   and denials as if restated verbatim.

22       243.    The allegations contained in Paragraph 243 of Plaintiffs' Complaint constitute

23   legal conclusions which require neither a denial nor an admission. To the extent that a response

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 40

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1    is required, RAM denies the allegations contained in Paragraph 243 of Plaintiffs' Complaint.

2    244.    The allegations contained in Paragraph 244 of Plaintiffs' Complaint constitute

3    legal conclusions which require neither a denial nor an admission. To the extent that a response

4    is required, RAM denies the allegations contained in Paragraph 244 of Plaintiffs' Complaint.

5    245.    The allegations contained in Paragraph 245 of Plaintiffs' Complaint constitute

6    legal conclusions which require neither a denial nor an admission. To the extent that a response

7    is required, RAM denies the allegations contained in Paragraph 245 of Plaintiffs' Complaint.

8    246.    The allegations contained in Paragraph 246 of Plaintiffs' Complaint constitute

9    legal conclusions which require neither a denial nor an admission. To the extent that a response

10   is required, RAM denies the allegations contained in Paragraph 246 of Plaintiffs' Complaint.

11   247.    The allegations contained in Paragraph 247 of Plaintiffs' Complaint constitute

12   legal conclusions which require neither a denial nor an admission. To the extent that a response

13   is required, RAM denies the allegations contained in Paragraph 247 of Plaintiffs' Complaint.

14   248.    The allegations contained in Paragraph 248 of Plaintiffs' Complaint constitute

15   legal conclusions which require neither a denial nor an admission. To the extent that a response

16   is required, RAM denies the allegations contained in Paragraph 248 of Plaintiffs' Complaint.

17   249.    The allegations contained in Paragraph 249 of Plaintiffs' Complaint constitute

18   legal conclusions which require neither a denial nor an admission. To the extent that a response

19   is required, RAM denies the allegations contained in Paragraph 249 of Plaintiffs' Complaint.

20   250.    The allegations contained in Paragraph 250 of Plaintiffs' Complaint constitute

21   legal conclusions which require neither a denial nor an admission. To the extent that a response

22   is required, RAM denies the allegations contained in Paragraph 250 of Plaintiffs' Complaint.

23   251.    The allegations contained in Paragraph 251 of Plaintiffs' Complaint constitute

24

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 41

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1    legal conclusions which require neither a denial nor an admission. To the extent that a response

2    is required, RAM denies the allegations contained in Paragraph 251 of Plaintiffs' Complaint.

3        252.    The allegations contained in Paragraph 252 of Plaintiffs' Complaint constitute

4    legal conclusions which require neither a denial nor an admission. To the extent that a response

5    is required, RAM denies the allegations contained in Paragraph 252 of Plaintiffs' Complaint.

6        253.    The allegations contained in Paragraph 253 of Plaintiffs' Complaint constitute

7    legal conclusions which require neither a denial nor an admission. To the extent that a response

8    is required, RAM denies the allegations contained in Paragraph 253 of Plaintiffs' Complaint.

9        254.    The allegations contained in Paragraph 254 of Plaintiffs' Complaint constitute

10   legal conclusions which require neither a denial nor an admission. To the extent that a response

11   is required, RAM denies the allegations contained in Paragraph 254 of Plaintiffs' Complaint.

12       255.    The allegations contained in Paragraph 255 of Plaintiffs' Complaint constitute

13   legal conclusions which require neither a denial nor an admission. To the extent that a response

14   is required, RAM denies the allegations contained in Paragraph 255 of Plaintiffs' Complaint.

15       256.    The allegations contained in Paragraph 256 of Plaintiffs' Complaint constitute

16   legal conclusions which require neither a denial nor an admission. To the extent that a response

17   is required, RAM denies the allegations contained in Paragraph 256 of Plaintiffs' Complaint.

18       257.    The allegations contained in Paragraph 257 of Plaintiffs' Complaint constitute

19   legal conclusions which require neither a denial nor an admission. To the extent that a response

20   is required, RAM denies the allegations contained in Paragraph 257 of Plaintiffs' Complaint.

21       258.    The allegations contained in Paragraph 258 of Plaintiffs' Complaint constitute

22   legal conclusions which require neither a denial nor an admission. To the extent that a response

23   is required, RAM denies the allegations contained in Paragraph 258 of Plaintiffs' Complaint.

24
DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 42

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

**AFFIRMATIVE DEFENSES**

RAM asserts the following Affirmative Defenses, which are incorporated by reference into each of the foregoing responses to the numbered paragraphs of Plaintiffs' Complaint:

**FIRST AFFIRMATIVE DEFENSE**

**(Lack of Antitrust Standing)**

Plaintiffs' claims are barred because Plaintiffs suffered no antitrust injury. To allege antitrust injury, Plaintiffs must show that they suffered a type of injury that the antitrust laws were intended to prevent as a result of RAM's unlawful, anticompetitive conduct. RAM's minimal usage of revenue management software is not unlawful conduct, and does not manifest a type of injury that the antitrust laws were intended to prevent.

**SECOND AFFIRMATIVE DEFENSE**

**(Justified and Procompetitive Conduct)**

Plaintiffs' claims are barred because all of RAM's challenged conduct was lawful, fair, non-deceptive, expressly authorized by law, justified, and pro-competitive. RAM's conduct constituted a bona fide business practice, was carried out in furtherance of legitimate business interests, and was part of RAM's lawful business operations.

**THIRD AFFIRMATIVE DEFENSE**

**(Intervening and/or Supervening Cause)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged harm or damages were not proximately caused by any actions or conduct of RAM. In particular, any harm suffered by Plaintiffs was not a direct result of RAM's conduct, but instead resulted from other intervening factors or superseding events that broke the causal chain between RAM's conduct and Plaintiffs' alleged injuries. These intervening causes include, but are not limited to,

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 43**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

actions by third parties, market forces, and/or other external factors beyond RAM's control.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver/Acquiescence)

Plaintiffs' claims are barred because Plaintiffs affirmatively waived, by words or conduct, the rights alleged to have been violated by RAM.

## FIFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, because they were not commenced within four (4) years of the date when they accrued. *See Hexcel Corp. v. Ineos Polymers, Inc.*, 681 F.3d 1055 (9th Cir. 2012).

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' claims for injunctive relief are barred, in whole or in part, by the applicable laches period, because they were not commenced within a timely fashion after the date when they accrued. *See Oliver v. SD-3C LLC*, 751 F.3d 1081 (9th Cir. 2014).

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs' claims are barred because they have failed to mitigate, minimize, or avoid their alleged damages.

## EIGHTH AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiffs' claims are barred because their alleged damages (assuming any) are remote, speculative, and impossible to ascertain.

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 44

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500

1

## NINTH AFFIRMATIVE DEFENSE

2

### (Inability to Certify Class)

3       The proposed class cannot be certified because, among other reasons, some or all of

4    Plaintiffs and the putative class members entered into contracts that require arbitration of the

5    claims at issue, require suit in a different forum, preclude a jury trial, and/or preclude a class or

6    other representative proceeding.

7

## TENTH AFFIRMATIVE DEFENSE

8

### (Set-Off)

9       Plaintiffs' claims are subject to set off as to any amounts any individual class member has

10   failed to pay pursuant to their applicable lease agreement, as well as any related collection costs,

11   attorneys' fees, or the like.

12

## OTHER AFFIRMATIVE DEFENSES

13      RAM reserves the right to assert all applicable affirmative defenses that may become

14   available or apparent during the course of this litigation, and further reserves the right to amend

15   this Answer to assert any such defenses.

16

## **PRAYER FOR RELIEF**

17      RAM denies each and every allegation set forth in Plaintiffs' Complaint to which RAM

18   has not expressly admitted to herein, including all allegations set forth in Plaintiffs' Request for

19   Relief, including subparagraphs (A) though (G) thereof, and Jury Trial Demand.

20      WHEREFORE, RAM respectfully prays as follows:

21      A.      That this Court dismiss Plaintiffs' Complaint as asserted against RAM, with

22   prejudice;

23      B.      That this Court deny certification of the proposed class under Federal Rule of

24

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND**
**DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS**
**ACTION COMPLAINT**
**Case No. 2:23-cv-01391-RSL**
**Page | 45**

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

Civil Procedure 23;

C. In the event that this Court does not dismiss Plaintiffs' Complaint, that this Court grant judgment in favor of RAM as to all Counts asserted against it;

D. That this Court award RAM all reasonable attorneys' fees and costs incurred in this action; *and*

E. That this Court provide any further relief it deems just and appropriate.

Dated: April 21, 2025          **FREEMAN MATHIS & GARY, LLP**

*/s/ Andrea Holburn Bernarding*
Andrea Holburn Bernarding, WSBA #28599
Email: andrea.bernarding@fmglaw.com
Scott Eric Anderson*
Email: scott.anderson@fmglaw.com
Cameron N. Regnery*
Email: cameron.regnery@fmglaw.com

*Attorneys for Defendant RAM Partners, LLC*
(* previously admitted pro hac vice for other named defendant in this action)

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT**
Case No. 2:23-cv-01391-RSL
Page | 46

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42nd FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

## PROOF OF SERVICE

I am a citizen of the United States, a resident of the State of Washington, over the age of 18 and not a party to the within action.

On April 21, 2025 I served the foregoing document(s) entitled:

**DEFENDANT RAM PARTNERS, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

on interested parties in this action by:

☒     **CM/ECF E-FILING**

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

Executed on April 21, 2025 at Seattle, Washington.

*/s/Marissa Califano*
Marissa Califano

DEFENDANT RAM PARTNERS, LLC'S ANSWER AND
DEFENSES TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 2:23-cv-01391-RSL
Page | 47

FREEMAN MATHIS & GARY, LLP
701 FIFTH AVE., 42nd FLOOR
SEATTLE, WA 98104
925-466-2500