# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION, <br><br> _____ <br><br> MCKENNA DUFFY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., et al, <br><br> Defendants. | NO. 2:23-cv-01391 RSL <br><br> **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

  Plaintiffs McKenna Duffy and Michael Brett (Plaintiffs) and Defendant Concord Management LTD ("Concord"), (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that Concord Management Ltd.'s deadline to answer, move or otherwise respond to the Consolidated Class Action Complaint in the above captioned action is extended to April 28, 2025. The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right or defense.

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT
(2:23-CV-01391 RSL) - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

Dated this 21st day Of April, 2025.

          BERESFORD BOOTH PLLC

By: */s/ Caleb J. Tingstad*
    Caleb J. Tingstad, WSBA No. 59883
    145 Third Ave. S.
    Edmonds, Washington 98020-3593
    Phone: (425) 776-4100
    Fax: (425) 776-1700
    Email: calebt@beresfordlaw.com
    *Attorney for Defendant Concord Management LTD*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Rio S. Pierce*
    Rio S. Pierce
    715 Hearst Avenue, Suite 202
    Berkley, CA 94710
    Phone: 510.725.3000
    Email: riop@hbsslaw.com

    Steven W. Berman, WSBA 12536
    Theodore J. Wojcik, WSBA 5553
    Stephanie A. Verdoia, WSBA 58636
    Xiaoyi Fan, WSBA 56703
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Phone: 206.623.7292
    Email: steve@hbsslaw.com
    tedw@hbsslaw.com
    stephaniev@hbsslaw.com
    kellyf@hbsslaw.com
    Attorneys for Plaintiffs

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
(2:23-CV-01391 RSL) - 2

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of April, 2025.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT
(2:23-CV-01391 RSL) - 3

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax