1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

*In Re YARDI REVENUE MANAGEMENT
ANTITRUST LITIGATION,*

11

MCKENNA DUFFY, *et al*., individually and
on behalf of all others similarly situated,

12
13

Plaintiffs,

14

v.

15

YARDI SYSTEMS, INC., et al.,

16

Defendants.

Case No. 2:23-cv-01391-RSL

**DEFENDANT APARTMENT
SERVICES, INC.'S STIPULATION AND
ORDER TO EXTEND TIME TO
RESPOND TO THE COMPLAINT**

17
18
19
20
21
22
23
24
25
26

    Plaintiffs McKenna Duffy and Michael Brett ("Plaintiffs"), and Defendant Apartment

Services, Inc. ("Apartment Services" and, together with Plaintiffs, "the Parties"), by and through

their respective counsel, hereby stipulate that Defendant Apartment Services' deadline to answer,

move, or otherwise respond to the Consolidated Class Action Complaint ("Complaint") in the

above-captioned action is extended until May 19, 2025. Good cause exists to extend the time for

Apartment Services to respond to the complaint. While Apartment Services has made progress in

investigating the claims, it requires additional time. The parties anticipate that this will be the

DEFENDANT APARTMENT SERVICES'
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO THE
COMPLAINT- 1
Case No. 2:23-cv-01391-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800

1  final extension requested. The Parties further agree that this stipulation and extension does not

2  constitute a waiver of any claim, right or defense.

3  STIPULATED and DATED on this 5th day of May, 2025.

4

5  **HAGENS BERMAN SOBOL
   SHAPIRO LLP**                              **DLA PIPER LLP (US)**

6
   _/s/ Rio S. Pierce_ (w/permission)          _/s/ Anthony Todaro_
7  Rio S. Pierce                               Anthony Todaro, WSBA No. 30391
   715 Hearst Ave, Ste 202                     701 Fifth Avenue, Suite 6900
8  Berkeley, CA 94710                          Seattle, Washington 98104-7029
   Tel: (510) 725-3000                         Tel: (206) 839-4800
9  Email: riop@hbsslaw.com                     Fax:(206) 839-4801
                                               E-mail: anthony.todaro@us.dlapiper.com
10 Steve W. Berman, WSBA No. 12536
   Theodore J Wojcik, WSBA No. 55553           _Counsel for Defendant Apartment Services, Inc._
11 Stephanie A Verdoia, WSBA No. 58636
   Xiaoyi Fan, WSBA No. 56703
12 1301 Second Avenue, Suite 2000
   Seattle, WA 98101
13 Tel: (206) 623-7292
   Email: steve@hbsslaw.com
14 tedw@hbsslaw.com
   stephaniev@hbsslaw.com
15 kellyf@hbsslaw.com

16 _Attorneys for Plaintiffs_

17

18

19

20

21

22

23

24

25

26

ORDER

IT IS SO ORDERED.

DATED this 6th day of May, 2025.


*MR S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

**DLA PIPER LLP (US)**

*/s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax:(206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com

*Counsel for Defendant Apartment Services, Inc*

DEFENDANT APARTMENT SERVICES'
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO THE
COMPLAINT- 3
Case No. 2:23-cv-01391-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800