| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>YARDI SYSTEMS, INC., *et al*.,<br><br>Defendants. | **STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

Plaintiffs Mckenna Duffy and Michael Brett ("Plaintiffs") and Defendants Banyan Realty Partners LLC ("Banyan"), Envolve Communities, LLC ("Envolve"), Grubb Properties, LLC ("Grubb"), The Habitat Company LLC ("Habitat"), LumaCorp LLC ("LumaCorp"), McWhinney Property Management, LLC ("McWhinney"), Singh Management Co. LLC ("Singh"), Walton Communities, LLC ("Walton"), Woodward Management Partners, LLC ("Woodward"), and Towne Properties Asset Management Company Ltd. ("TPAMC") (hereinafter the "Non-Resident Defendants"), by and through their respective undersigned counsel, hereby stipulate that Plaintiffs' deadline to respond to the Non-Resident Defendants' Motion to Dismiss in the above captioned case (ECF No. 380) is extended to May 19, 2025. The Non-Resident Defendants' deadline to reply will be extended to June 2, 2025. The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right, or defense.

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS – 1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

DATED this 8th day of May, 2025.

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)

*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)

*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: rios@hbsslaw.com

*Attorneys for Plaintiffs*

**McNAUL EBEL NAWROT & HELGREN PLLC**

*/s/ Claire Martirosian*
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**

*/s/ Maura K. Monaghan*
Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice forthcoming*)
650 California Street
San Francisco, CA 94108
(415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant YARDI SYSTEMS, INC.*

**BYRNES KELLER CROMWELL LLP**

*/s/ Paul R. Taylor*
Paul R. Taylor, WSBA No. 14851
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: 206.622.2000
Fax: 206.622.2522
ptaylor@byrneskeller.com

**KING & SPALDING LLP**

Erin Munger (*pro hac vice*)
Jeffrey S. Cashdan (*pro hac vice*)
Lohr A. Beck (*pro hac vice*)
1180 Peachtree St. NE,, Suite 1600
Atlanta, GA 30309
Phone: 404.572.2852
emunger@kslaw.com
jcashdan@kslaw.com
lohr.beck@kslaw.com

*Attorneys for Defendant Envolve Communities, LLC*

**HOLLAND & KNIGHT LLP**

*/s/ Kristin M. Asai*
Kristin M. Asai, WSBA No. 49511
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Phone: 503.517.2948
Fax: 503.241.8014
kristin.asai@hklaw.com

David C. Kully (*pro hac vice*)
Sara J. Benson (*pro hac vice*)
800 17th St. NW, Suite 1100
Washington, DC 20006
Phone: 202.469.5415
Fax: 202.955.5564
david.kully@hklaw.com
sara.benson@hklaw.com

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS – 3



Kenneth L. Racowski (*pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Phone: 215.252.9580
Fax: 215.867.6070
kenneth.racowski@hklaw.com

*Attorneys for Defendant Grubb Properties,LLC and McWhinney Property Management, LLC*

**MCCULLOCH KLEINMAN LAW**

*/s/ Kevin McCulloch*
Kevin McCulloch, WSBA No. 51587
8713 Golden Gardens Dr. NW
Seattle, WA 98117
Phone: 646.704.2278
kevin@mkiplaw.com

**LEE SCHWALB LLC**

Charles D. Lee (*pro hac vice*)
Myndee M. Lee (*pro hac vice*)
7381 West 133$_{rd}$ – Second Floor
Overland Park, KS 66213
Phone: 913.549.8820
clee@leeschwalb.com
mlee@leeschwalb.com

*Attorneys for Defendant LumaCorp LLC, f.k.a LumaCorp Inc.*

**VAN KAMPEN &CROWE PLLC**

*/s/ Al Van Kampen*
Al Van Kampen, WSBA No. 13670
P.O. Box 33632
Seattle, WA 98133
Phone: 206.386.7353
AVanKampen@VKClaw.com

**MILLER SHAKMAN LEVINE & FELDMAN LLP**

Thomas M. Staunton (*pro hac vice*)
Edward W. Feldman (*pro hac vice*)
Daniel M. Feeney (*pro hac vice*)
Michael L. Shakman (*pro hac vice*)
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Phone: 312.263.3700
Fax: 312.263.3270
tstaunton@MillerShakman.com
efeldman@MillerShakman.com
dfeeney@MillerShakman.com

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS – 4

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

mlshak@aol.com

*Attorneys for Defendant The Habitat Company LLC*

**BALLARD SPAHR LLP**

/s/ Callie A. Castillo
Callie A. Castillo, WSBA No. 38214
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: 206.223.7000
castilloca@ballardspahr.com

*Attorneys for Defendant Towne Properties Asset Management Company, Ltd.*

**CORR CRONIN LLP**

/s/ Eric A. Lindberg
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
elindberg@corrcronin.com

**WILLIAMS MULLEN**

James M. Burns (*pro hac vice* forthcoming)
8350 Broad Street, Suite 1600
Tysons, VA 22102
jmburns@williamsmullen.com

*Attorneys for Banyan Realty Partners LLC and Singh Management Co. LLC*

**FENNEMORE CRAIG, P.C.**

/s/ Stephen C. Willey
Stephen C. Willey, WSBA No. 24499
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
Phone: 206.749.0500
swilley@fennemorelaw.com

**WOMBLE BOND DICKINSON LLP**

Jeffrey A. Topor (*pro hac vice*)
Michelle Victoria F. Catapang (*pro hac vice*)
Tomio B. Narita (*pro hac vice*)
50 California Street, Suite 2750
San Francisco, CA 94111
Phone: 415.765.6274

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS – 5

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

jeff.topor@wbd-us.com
michelle.catapang@wbd-us.com
tomio.narita@wbd-us.com

*Attorneys for Defendant Walton Communities, LLC*

**ANGELI & CALFO LLC**

/s/ Tyler Weaver
Harold A Malkin, WSBA No. 30986
Tyler Weaver, WSBA No. 29413
701 Pike St., Suite 1625
Seattle, WA 98101
Phone: 503-703-4810
harold@angelicalfo.com
tylerw@angelicalfo.com

**THOMPSON HINE LLP**

Alexandra Nelson (*pro hac vice*)
Two Alliance Center
3560 Lenox Rd NE, Suite 1600
Atlanta, GA 30326
Phone: 404.407.3604
alex.nelson@thompsonhine.com

George Bashour (*pro hac vice*)
300 Madison Avenue, 27th Floor
New York, NY 10017
Phone : 440.503.1008
Fax: 212.344.6101
george.bashour@thompsonhine.com

Mark Butscha, Jr. (*pro hac vice*)
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: 216.566.5500
mark.butscha@thompsonhine.com

*Attorneys for Defendant Woodward Management Partners, LLC*

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS – 6



**ORDER**

IT IS SO ORDERED. The Clerk of Court is directed to renote the Non-Resident Defendants' motion to dismiss (Dkt. # 380) to June 2, 2025.

DATED this 9th day of May, 2025.

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS – 7

