UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION. | CASE NO. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | ORDER |

This matter comes before the Court on "Defendants Guardian Management, LLC's Unopposed Motion to Waive Geographic Requirement in LCR 83.1." Dkt. # 406. Pursuant to Local Civil Rule 83.1(d)(1), an attorney who neither resides in nor maintains an office for the practice of law in this district may, upon application and a showing of a particular need, appear and participate in the case *pro hac vice*. The client must, however, also be represented by local counsel who has a physical office within the boundaries of the district and is admitted to practice before this Court. Local counsel has discrete and specific duties, most of which require

ORDER - 1

familiarity with the local rules and the judges of this district as well as physical proximity to the courthouse. LCR 83.1(d)(2).

Guardian Management argues that Elizabeth Kinsman, who does not satisfy the physical office requirement, should be permitted to act as local counsel because (1) she is admitted to practice in this district; (2) she lives within the district and her physical office is located nearby in Portland, Oregon; (3) she appeared *pro hac vice* in one other matter in this district; and (4) she served as a law clerk in this district for two years. While the first and third arguments are of little import, counsel's familiarity with this district, its local rules, and its commitment to maintaining a high degree of professionalism and civility among the lawyers practicing militates in favor of waiving the physical office requirement. In addition, counsel's proximity to the district will ensure that she is available and prepared to handle hearings and conferences as scheduled by the Court.

For all of the foregoing reasons, the unopposed motion to waive the physical office requirement (Dkt. # 406) is GRANTED.

Dated this 12th day of May, 2025.

Robert S. Lasnik
United States District Judge

ORDER - 2