Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Case No. 2:23-cv-01391-RSL |
| | **PLAINTIFF DUFFY'S NOTICE OF NAME CHANGE** |
| MCKENNA DUFFY, *et al.*, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff McKenna Duffy's legal name has changed to Wylie Duffy. This change became effective on January 23, 2025, with the King County District Court.

DATED: June 17, 2025

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)

*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)

*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: stephaniev@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (pro hac vice*)*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

W. Daniel "Dee" Miles, III (pro hac vice)
Paul W. Evans (pro hac vice)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
dee.miles@beasleyallen.com
paul.evans@beasleyallen.com

Rebecca D. Gilliland (pro hac vice)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
301 St. Louis St.
Mobile, Alabama 36602
Telephone: (251) 308-1515
rebecca.gilliland@beasleyallen.com

Gregory F. Wesner (WSBA No. 30241)
**HERMAN JONES LLP**
15113 Washington Ave NE
Bainbridge Island, WA 98110
Telephone: (206) 819-0821
gwesner@hermanjones.com

Jeffrey Blumenfeld (pro hac vice)
Meg Slachetka (pro hac vice)
**COMPETITION LAW PARTNERS PLLC**
601 Pennsylvania Ave.
Washington, DC 20004
Telephone:(202) 742-4300
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

Donald W. Bivens (pro hac vice)
Teresita T. Mercado (pro hac vice)
**DON BIVENS PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com
teresita@donbivens.com

*Attorneys for Plaintiffs*