AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

MCKENNA DUFFY, individually and on behalf of all others similarly situated,
    Plaintiff
        v.
YARDI SYSTEMS, INC., et al.
    Defendant

Case No. 2:23-cv-01391

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   07/16/2025

/s/ Peter M. Bozzo
*Attorney's signature*

Peter M. Bozzo, No. 5524459 (NY)
*Printed name and bar number*

950 Pennsylvania Avenue, NW
Washington, DC 20530
*Address*

peter.bozzo@usdoj.gov
*E-mail address*

(202) 803-1196
*Telephone number*

(202) 514-0536
*FAX number*