Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* <br><br> MCKENNA DUFFY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs. <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br> Defendants. | No. 2:23-cv-01391-RSL <br><br> **JOINT STIPULATION REGARDING PHASE ONE SCHEDULE AND [PROPOSED ORDER]** <br><br> **NOTE ON MOTION CALENDAR: October 6, 2025** <br><br> (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs McKenna Duffy and Michael Brett, Defendant Yardi Systems, Inc. ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1. WHEREAS, Plaintiffs filed the Class Action Complaint in the above captioned case ("*Duffy*") on September 8, 2023;

2. WHEREAS, Plaintiffs filed a First Amended Complaint (the "FAC") in *Duffy* on November 3, 2023;

3. WHEREAS, on February 3, 2025, *Duffy* was consolidated with other similar federal actions;

4. WHEREAS, Plaintiffs filed an Amended Consolidated Class Action Complaint (the "Consolidated Complaint") on March 5, 2025;

5. WHEREAS, Plaintiffs' Consolidated Complaint alleges complex antitrust claims;

6. WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and limiting Initial Discovery during Phase One as follows:

> The Court finds that there is good cause to conduct an initial four-month phase of discovery from Yardi focused on how its revenue management software functions, what inputs are used, how it generates pricing recommendations, whether it uses or shares confidential, non-public information and for what purposes, how clients can control or impact the pricing recommendations, how clients actually configure the software, and the rate at which Yardi's pricing recommendations are adopted.

(Dkt. 278, "Order Granting In Part Defendants' Motion For Phased Discovery," at 3.);

7. WHEREAS, the Court's March 24, 2025 Order set a July 24, 2025 deadline for any summary judgment motion by Yardi;

8. WHEREAS, on June 30, 2025, the Parties sought to impose certain Phase One discovery deadlines by stipulated motion, including an October 31, 2025 Initial Discovery deadline;

9. WHEREAS, in the same June 30, 2025 stipulated motion, the Parties sought to extend the initial deadline for any summary judgment motion by Yardi to November 7, 2025; set the deadline for any opposition by Plaintiffs as December 19, 2025; and set the deadline for any reply thereafter by Yardi as January 23, 2026;

10. WHEREAS, this Court's July 1, 2025 Order imposed the requested discovery and briefing deadlines;

11. WHEREAS, the Parties continue to be actively engaged in Initial Discovery, including conducting regular meet-and-confers, and as a result of which Plaintiffs have requested five individual depositions, scheduling for which necessitates that those depositions take place up to and including November 14, 2025;

12. WHEREAS, the Parties thus seek an extension of the Initial Discovery period and summary judgment briefing schedule;

13. WHEREAS, the Parties continue to work collaboratively on discovery issues and jointly agree on the need for additional time to complete Initial Discovery.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Yardi, that subject to the Court's approval, the case schedule shall be amended as follows:

- The deadline to complete Initial Discovery is continued from October 31, 2025 to November 14, 2025;
- The summary judgment briefing schedule shall be continued as follows:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Summary Judgment Motion | November 7, 2025 | November 21, 2025 |
| Summary Judgment Opposition | December 19, 2025 | January 16, 2026 |
| Summary Judgment Reply | January 23, 2026 | February 27, 2026 |
| Summary Judgment Hearing | At the Court's Convenience | At the Court's Convenience |

14. The parties will submit a joint status report and discovery plan for Phase Two of this action within 14 days of the Court's hearing on any Phase One summary judgment motion.

///

STIPULATED to this 6th day of October, 2025.

Presented by:

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>By: /s/ Rio S. Pierce<br>Rio S Pierce<br>Steve W. Berman (WSBA No. 12536)<br>Theodore J Wojcik (WSBA No. 55553)<br>Stephanie A Verdoia (WSBA No. 58636)<br>Xiaoyi Fan (WSBA No. 56703)<br><br>1301 Second Avenue<br>Suite 2000, Seattle, WA 98101<br>Telephone: 206-623-7292<br>steve@hbsslaw.com<br>tedw@hbsslaw.com<br>stephaniev@hbsslaw.com<br>kellyf@hbsslaw.com<br><br>715 Hearst Ave Ste 202<br>Berkeley, CA 94710<br>Telephone: 510-725-3000<br>riop@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | **McNAUL EBEL NAWROT & HELGREN PLLC**<br><br>By: /s/ Claire Martirosian<br>Claire Martirosian, WSBA No. 49528<br>Richard W. Redmond, WSBA No. 58835<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>(206) 467-1816<br>cmartirosian@mcnaul.com<br>rredmond@mcnaul.com<br><br>**DEBEVOISE & PLIMPTON LLP**<br>Maura K. Monaghan (*pro hac vice*)<br>Michael Schaper (*pro hac vice*)<br>66 Hudson Boulevard<br>New York, NY 10001<br>(212) 909-6000<br>mkmonaghan@debevoise.com<br>mschaper@debevoise.com<br><br>Abraham Tabaie (*pro hac vice*)<br>David Sarratt (*pro hac vice forthcoming*)<br>650 California Street<br>San Francisco, CA 94108<br>(415) 738-5700<br>atabaie@debevoise.com<br>dsarrat@debevoise.com<br><br>*Attorneys for Defendant Yardi Systems, Inc.* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

                 Plaintiffs.

   v.

YARDI SYSTEMS, INC., *et al.*,

                 Defendants.

No. 2:23-cv-01391-RSL

**[PROPOSED] ORDER RE: PHASE ONE SCHEDULE**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

**IT IS SO ORDERED** pursuant to the stipulation regarding the Phase One schedule.

DATED this _____ day of _____ 2025.

_____
The Honorable Robert S. Lasnik
United States District Judge