Teresita T. Mercado (SBN: 020578)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
15279 N. Scottsdale Road, Ste. 400
Scottsdale, Arizona 85254-2659
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
tmercado@buchalter.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION. MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>Defendants. | No. 2:23-cv-01391-RSL<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that I, Teresita T. Mercado, hereby withdraw as counsel for Plaintiffs in this action as I have moved my practice to Buchalter, A Professional Corporation, effective July 21, 2025.  Plaintiffs remain currently represented by the law firm Hagens Berman Sobol Shapiro LLC, lead class counsel for Plaintiffs, as well as Jeffrey Blumenfeld and Meg T. Slachetka of Competition Law Partners LLP and Don Bivens of Don Bivens, PLLC.  Accordingly, please remove me from the list of electronic filing recipients for this matter.

DATED this 6th day of October, 2025.

**BUCHALTER, A PROFESSIONAL CORPORATION**

By: /s/ Teresita T. Mercado
Teresita T, Mercado
15279 N. Scottsdale Road, Ste. 400
Scottsdale, Arizona 85254-2659
Attorney for Plaintiffs

-1-

BN 94343169v2