UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*<br><br>MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs.<br><br>    v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>                    Defendants. | No. 2:23-cv-01391-RSL<br><br>**ORDER RE: PHASE ONE SCHEDULE**<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

IT IS HEREBY ORDERED that the case schedule in the above-captioned matter shall be amended as follows:

- The deadline to complete Initial Discovery is continued from October 31, 2025 to November 14, 2025;

- The summary judgment briefing schedule shall be continued as follows:

| | Current Schedule | Proposed Schedule |
|---|---|---|
| Summary Judgment Motion | November 7, 2025 | November 21, 2025 |
| Summary Judgment Opposition | December 19, 2025 | January 16, 2026 |
| Summary Judgment Reply | January 23, 2026 | February 27, 2026 |
| Summary Judgment Hearing | At the Court's Convenience | At the Court's Convenience |

The parties will submit a joint status report and discovery plan for Phase Two of this action within 14 days of the Court's decision on any Phase One summary judgment motion.

Dated this 7th day of October, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge