THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION. | No. 2:23-cv-01391-RSL |
| McKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **STIPULATED MOTION TO FILE OVER-LENGTH MOTIONS AND [PROPOSED ORDER]**<br><br>**NOTE ON MOTION CALENDAR**:<br>**November 18, 2025**<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(f), Plaintiffs McKenna Duffy and Michael Brett, and Defendant Yardi Systems, Inc. ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

    1.    WHEREAS, Plaintiffs filed a Class Action Complaint in the above-captioned case ("*Duffy*") on September 8, 2023;

    2.    WHEREAS, Plaintiffs filed the First Amended Class Action Complaint in *Duffy* on November 3, 2023;

3. WHEREAS, on February 3, 2025, *Duffy* was consolidated with other similar federal actions;

4. WHEREAS, Plaintiffs filed an Amended Consolidated Class Action Complaint (the "Consolidated Complaint") on March 5, 2025;

5. WHEREAS, Plaintiffs' Consolidated Complaint alleges complex antitrust claims;

6. WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

7. WHEREAS, the Court's October 7, 2025 Order granted the Parties' stipulated motion regarding Phase One discovery and summary judgment briefing deadlines, imposing the following briefing schedule: Defendants' Motion for Summary Judgment shall be filed by November 21, 2025; Plaintiffs' Opposition shall be filed by January 16, 2026; and any Reply must be filed by February 27, 2026;

8. WHEREAS, upon conferral, the Parties concur that they require an enlargement of the word limit to adequately address all issues being raised both by Plaintiffs and on behalf of all Defendants;

9. WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that subject to the Court's approval, the word limitations shall be amended as follows:

1. Defendants are authorized to submit a Motion for Summary Judgment not to exceed 12,000 words.

2. Plaintiff is authorized to submit an Opposition to Defendant's Motion for Summary Judgment not to exceed 12,000 words.

1    3.   Defendants are authorized to submit a Reply in Support of their Motion for Summary

2         Judgment not to exceed 6,000 words.

3    STIPULATED to this 18th day of November, 2025.

4    Presented by:

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **McNAUL EBEL NAWROT & HELGREN PLLC** |
|---|---|
| By: /s/ *Rio S. Pierce* <br> Rio S Pierce <br> 715 Hearst Ave Ste 202 <br> Berkeley, CA 94710 <br> Telephone: 510-725-3000 <br> riop@hbsslaw.com <br><br> Steve W. Berman (WSBA No. 12536) <br> Theodore J Wojcik (WSBA No. 55553) <br> Stephanie A Verdoia (WSBA No. 58636) <br> Xiaoyi Fan (WSBA No. 56703) <br><br> 1301 Second Avenue <br> Suite 2000, Seattle, WA 98101 <br> Telephone: 206-623-7292 <br> steve@hbsslaw.com <br> tedw@hbsslaw.com <br> stephaniev@hbsslaw.com <br> kellyf@hbsslaw.com <br><br> *Attorneys for Plaintiff, MCKENNA DUFFY* | By: /s/ *Claire Martirosian* <br> Claire Martirosian, WSBA No. 49528 <br> Richard W. Redmond, WSBA No. 58835 <br> 600 University Street, Suite 2700 <br> Seattle, WA 98101 <br> (206) 467-1816 <br> cmartirosian@mcnaul.com <br> rredmond@mcnaul.com <br><br> **DEBEVOISE & PLIMPTON LLP** <br><br> Maura K. Monaghan (*pro hac vice*) <br> Michael Schaper (*pro hac vice*) <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> (212) 909-6000 <br> mkmonaghan@debevoise.com <br> mschaper@debevoise.com <br><br> Abraham Tabaie (*pro hac vice*) <br> David Sarratt (*pro hac vice* forthcoming) <br> 650 California Street <br> San Francisco, CA 94108 <br> (415) 738-5700 <br> atabaie@debevoise.com <br> dsarratt@debevoise.com <br><br> *Attorneys for Defendant YARDI SYSTEMS, INC.* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.<br><br>McKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE OVER-LENGTH MOTIONS** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Defendants are authorized to submit a Motion for Summary Judgment not to exceed 12,000 words. Plaintiff is authorized to submit an opposition to Defendant's Motion for Summary Judgment not to exceed 12,000 words. Defendants are authorized to submit a reply in support of their Motion for Summary Judgment not to exceed 6,000 words.

IT IS SO ORDERED.

DATED this _____ day of _____ 2025.

_____
The Honorable Robert S. Lasnik
United States District Judge