UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | Case No. 2:23-cv-01391-RSL |
| McKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Defendants shall file their Motion for Summary Judgment on or before November 24, 2025. Plaintiffs shall file their Opposition to Defendant's Motion for Summary Judgment on or before January 19, 2026. Defendants shall file their Reply in Support of their Motion for Summary Judgment on or before March 2, 2026.

IT IS SO ORDERED.

DATED this 21st day of November, 2025.

_____
The Honorable Robert S. Lasnik
United States District Judge