**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Plaintiffs shall file their Opposition to Defendant's Motion for Summary Judgment on or before February 9, 2026.

Defendant shall file their Reply in Support of their Motion for Summary Judgment on or before March 23, 2026.

The Clerk of Court is directed to renote Defendant's Motion for Summary Judgment for March 23, 2026.

Dated this 19th day of December, 2025.

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME
AND ORDER – 4