1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re YARDI REVENUE MANAGEMENT
ANTITRUST LITIGATION*

WYLIE DUFFY and MICHAEL
BRETT, individually and on behalf of
all others similarly situated,

                    Plaintiffs,

v.

YARDI SYSTEMS INC., et al.,

                    Defendants.

Case No. 2:23-cv-01391-RSL

MINUTE ORDER

    The following minute order is made by the direction of the Court, the
Honorable Robert S. Lasnik, United States District Judge:

    The trial date and remaining pretrial deadlines are hereby STRICKEN
pending the Court's rulings on the outstanding motions.

    DATED this 6th day of January, 2026.

                                RAVI SUBRAMANIAN,
                                Clerk of Court

                                */s/ Victoria Ericksen*
                                Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER – 1