UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YARDI SYSTEMS, INC., et al.,

Defendants.

Case No. 2:23-cv-01391

NOTICE OF WITHDRAWAL

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that, effective January 30, 2026, Peter M. Bozzo hereby withdraws as counsel of record for the United States of America. The United States will continue to be represented by Kenneth H. Merber. This change of counsel is therefore made pursuant to Local Rule 83.2(b)(3).

Notice of Withdrawal
(Case No. 2:23-cv-01391)

U.S. Department of Justice
950 Pennsylvania Ave. NW #3224
Telephone: (202) 803-1196
Washington, DC 20530

Dated: January 30, 2026

                                          Respectfully submitted,

*Withdrawing Counsel:*

                                          /s/ *Peter M. Bozzo*
                                          PETER M. BOZZO

                                          U.S. Department of Justice, Antitrust Division
                                          950 Pennsylvania Avenue, NW
                                          Washington, DC 20530
                                          Telephone: 202-803-1196
                                          E-mail: peter.bozzo@usdoj.gov

*Remaining Counsel of Record:*

                                          /s/ *Kenneth H. Merber*
                                          KENNETH H. MERBER
                                          *Attorney*

                                          Federal Trade Commission
                                          600 Pennsylvania Avenue, NW
                                          Washington, DC 20580
                                          Telephone: (202) 326-3573

Notice of Withdrawal                                                                            U.S. Department of Justice
(Case No. 2:23-cv-01391)                                                     950 Pennsylvania Ave. NW #3224
                                                                                    Telephone: (202) 803-1196
                                                                                    Washington, DC 20530

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court on January 30, 2026, through the CM/ECF system, will be sent electronically to all registered participants.

Dated: January 30, 2026                /s/ *Peter M. Bozzo*
                                       PETER M. BOZZO

Notice of Withdrawal                                      U.S. Department of Justice
(Case No. 2:23-cv-01391)                                  950 Pennsylvania Ave. NW #3224
                                                          Telephone: (202) 803-1196
                                                          Washington, DC 20530