Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **STIPULATED MOTION AND [PROPOSED] ORDER REGARDING SEALING OF PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION**<br><br>NOTE ON MOTION CALENDAR<br>January 30, 2026<br><br>(Consolidated with Case Nos.2:24-cv-01948; 2:24-cv-02053) |



1  The parties have conferred with respect to Plaintiffs' upcoming opposition to Yardi's motion for summary judgment (ECF No. 474) and anticipate that Plaintiffs' brief, declaration, exhibits, and expert report (collectively, "Opposition Papers") will quote from and/or describe in detail a significant amount of information that Yardi has designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order entered in this case (ECF No. 162). In order to ensure that these materials are treated appropriately under the Stipulated Protective Order and to reduce burdens on the Court, pursuant to LCR 7(d)(1) and 10(g), the parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with Plaintiffs' Opposition Papers, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), Plaintiffs will provisionally file under seal their brief, expert declarations or reports, exhibits, and all other evidence and declarations on which they rely that contain material Yardi has designated Confidential or Highly Confidential-Attorneys' Eyes Only.

2. Pursuant to LCR 5(g), the Parties will meet and confer regarding sealing. To the extent Yardi seeks to maintain any information under seal, it shall, within four weeks of the filing of Plaintiffs' Opposition Papers, file a motion to seal pursuant to LCR 5(g)(3). The schedule shall be as follows:

| FILING | DATE |
|---|---|
| Opposition to Yardi's Motion for Summary Judgment | February 9, 2026 |
| Filing of motion to seal | March 9, 2026 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

//
//
//
//
//
//
//

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING SEALING (Case No. 2:23-cv-01391-RSL) – 1
011121-11/3187896 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1 | DATED: January 30, 2026 | Respectfully submitted,

2 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | **MCNAUL EBEL NAWROT & HELGREN PLLC**

*/s/ Steve W. Berman* | */s/ Claire Martirosian*
Steve W. Berman (WSBA No. 12536) | Claire Martirosian, WSBA No. 49528
Theodore J Wojcik (WSBA No. 55553) | Richard W. Redmond, WSBA No. 58835
Stephanie A Verdoia (WSBA No. 58636) | 600 University Street, Suite 2700
Xiaoyi Fan (WSBA No. 56703) | Seattle, WA 98101
1301 Second Avenue, Suite 2000 | Telephone: (206) 467-1816
Seattle, WA 98101 | cmartirosian@mcnaul.com
Telephone: (206) 623-7292 | rredmond@mcnaul.com
steve@hbsslaw.com
tedw@hbsslaw.com | **DEBEVOISE & PLIMPTON LLP**
stephaniev@hbsslaw.com | Maura K. Monaghan (*pro hac vice*)
kellyf@hbsslaw.com | Michael Schaper (*pro hac vice*)
 | 66 Hudson Boulevard
Rio S Pierce | New York, NY 10001
715 Hearst Avenue, Suite 300 | Telephone: (212) 909-6000
Berkeley, CA 94710 | mkmonaghan@debevoise.com
Telephone: (510) 725-3000 | mschaper@debevoise.com
riop@hbsslaw.com

 | Abraham Tabaie (*pro hac vice*)
*Attorneys for Plaintiff* | David Sarratt (*pro hac vice*)
MCKENNA DUFFY | 650 California Street
 | San Francisco, CA 94108
 | Telephone: (415) 738-5700
 | atabaie@debevoise.com
 | dsarratt@debevoise.com

 | *Attorneys for Defendant*
 | YARDI SYSTEMS, INC.

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING SEALING (Case No. 2:23-cv-01391-RSL) – 2
011121-11/3187896 V1



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: _____

_____
The Hon. Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING SEALING (Case No. 2:23-cv-01391-RSL) – 3
011121-11/3187896 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX