The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY, individually and on behalf of all others similarly situated, <br><br>　　　　　　　　　　Plaintiffs, <br>　　v. <br>YARDI SYSTEMS, INC., *et al.*, <br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-01391-RSL <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that Assistant United States Attorney Rebecca S. Cohen hereby withdraws as counsel of record in this lawsuit. Kenneth H. Merber, Federal Trade Commission Attorney, will remain as counsel of record.

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:23-cv-01391-RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 30th day of January, 2026.

2   Respectfully submitted,

3   CHARLES NEIL FLOYD
    United States Attorney

4

5   *s/ Rebecca S. Cohen*
    REBECCA S. COHEN, WSBA No. 31767
    Assistant United States Attorney
6   United States Attorney's Office
    Western District of Washington
7   700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
8   Phone: 206-553-4063
    Fax:   206-553-4067
9   Email: rebecca.cohen@usdoj.gov

10

11  *s/ Kennth H. Merber*
    KENNETH H. MERBER
    Federal Trade Commission
12  600 Pennsylvania Avenue, NW
    Washington, DC 20580
13  Phone: 202-326-3573
    Email: kmerber@ftc.gov

14

15  *Attorneys for United States of America*

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:23-cv-01391-RSL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970