# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION<br><br>WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:23-cv-01391-RSL<br><br>**STIPULATED MOTION AND ORDER REGARDING SEALING OF PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION**<br><br>(Consolidated with Case Nos.2:24-cv-01948; 2:24-cv-02053) |

The parties have conferred with respect to Plaintiffs' upcoming opposition to Yardi's motion for summary judgment (ECF No. 474) and anticipate that Plaintiffs' brief, declaration, exhibits, and expert report (collectively, "Opposition Papers") will quote from and/or describe in detail a significant amount of information that Yardi has designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order entered in this case (ECF No. 162). In order to ensure that these materials are treated appropriately under the Stipulated Protective Order and to reduce burdens on the Court, pursuant to LCR 7(d)(1) and 10(g), the parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with Plaintiffs' Opposition Papers, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), Plaintiffs will provisionally file under seal their brief, expert declarations or reports, exhibits, and all other evidence and declarations on which they rely

that contain material Yardi has designated Confidential or Highly Confidential-Attorneys' Eyes Only.

2. Pursuant to LCR 5(g), the Parties will meet and confer regarding sealing. To the extent Yardi seeks to maintain any information under seal, it shall, within four weeks of the filing of Plaintiffs' Opposition Papers, file a motion to seal pursuant to LCR 5(g)(3). The schedule shall be as follows:

| FILING | DATE |
|---|---|
| Opposition to Yardi's Motion for Summary Judgment | February 9, 2026 |
| Filing of motion to seal | March 9, 2026 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: January 30, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)
Stephanie A Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Attorneys for Plaintiff*
MCKENNA DUFFY

**MCNAUL EBEL NAWROT & HELGREN PLLC**

*/s/ Claire Martirosian*
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**
Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant*
YARDI SYSTEMS, INC.

## **ORDER**

Based on the foregoing, IT IS SO ORDERED. If Yardi does not intend to file a motion to seal on or before March 9, 2026, it shall notify the judicial assistant, Teri Roberts, at Teri_Roberts@wawd.uscourts.gov.

Dated this 2nd day of February, 2026.

*[signature]*
Robert S. Lasnik
United States District Judge