The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendant. | **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YARDI SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

I, Steve W. Berman, declare as follows:

1. I am the managing partner of Hagens Berman Sobol Shapiro LLP, counsel for Plaintiffs in this action. I have personal knowledge of the matters stated herein and could testify thereto.[1]

2. This declaration is filed in support of Plaintiffs' Opposition to Defendant Yardi Systems, Inc.'s Motion for Summary Judgment, filed concurrently herewith.

3. On January 20, 2026, Yardi produced approximately "14,500 actual client meeting notes" to Plaintiffs constituting approximately 208,000 pages of documents. Up to that point, Yardi

---

[1] The following exhibits are being filed provisionally under seal pursuant to ECF No. 491: Exhibits 1-49, 52, 54-108, 110-111. Additionally, Exhibits 28, 67, 68, 80, 82, 83, 84, 85, 92 contain native files that are being filed with the Clerk on a USB flash drive contemporaneously herewith

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 1
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

had produced approximately 600 such notes in prior productions. These documents memorialize calls between Yardi's Technical Account Managers and Yardi clients. Yardi produced these documents, which are responsive to Plaintiffs' RFPs, approximately two months after the November 14, 2025, close of fact discovery. Plaintiffs became aware of these documents through the deposition testimony of Yardi witnesses, who confirmed that these calls occur between Yardi's TAMs and their clients and are stored in a central Yardi repository called "Confluence." On November 19, 2025, Plaintiffs asked Yardi to conduct and describe a targeted, comprehensive search of Yardi's Confluence repository for pricing-call notes to produce all responsive materials by December 1, 2025.

4. Yardi produced approximately 39,000 documents to Plaintiffs that it previously produced in the *Mach* litigation. Of these documents, approximately 27,000 were unusable or unreadable files consisting mainly of what appeared to be production errors or artifacts (*e.g.*, snippets of text, stray images) from other documents. To date, Yardi has produced approximately 319,000 documents in this case.

5. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00198146.

6. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00338074.

7. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00531106.

8. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00024629.

9. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01226434.

10. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00337134.

11. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00805665.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 2
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

12. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00705419.

13. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00025045.

14. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00032832.

15. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00023389.

16. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00073037.

17. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00147833.

18. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00232650.

19. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the November 14, 2025 deposition of Liana Rao in this matter.

20. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00000169.

21. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00000077.

22. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00000291.

23. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00028790.

24. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01260225.

25. Attached hereto as **Exhibit 21** is a true and correct copy of Yardi's Responses and Objections to Plaintiffs' Second Set of Interrogatories dated August 12, 2024.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 3
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

26. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01269035.

27. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00028395.

28. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00031392.

29. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00109585.

30. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00344822.

31. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00096845.

32. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00102069.

33. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00340047.

34. Attached hereto as **Exhibit 30** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00023964.

35. Attached hereto as **Exhibit 31** is a true and correct copy of the transcript of the October 17, 2025 deposition of Dustin Bradford in this matter.

36. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00175223.

37. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00327241.

38. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00806629.

39. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01230207.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 4
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

40. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00050150.

41. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00177520.

42. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00055102

43. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00206847.

44. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00035860.

45. Attached hereto as **Exhibit 41** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00013973.

46. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00149297.

47. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00222416.

48. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00106367.

49. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00229292.

50. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00229770.

51. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00229767.

52. Attached hereto as **Exhibit 48** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00229769.

53. Attached hereto as **Exhibit 49** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01268511.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 5
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

54. Attached hereto as **Exhibit 50** is a true and correct copy of the Amended Complaint in *United States of America et al. v. RealPage, Inc. et al.*, No. 1:24-cv-00710 (M.D.N.C.), filed on January 7, 2025.

55. Attached hereto as **Exhibit 51** is a true and correct copy of the Proposed Final Judgment in *United States of America et al. v. RealPage, Inc. et al.*, No. 1:24-cv-00710 (M.D.N.C.), filed on November 24, 2025.

56. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00973739.

57. Attached hereto as **Exhibit 53** is a true and correct copy of the Proposed Final Judgment in *United States of America v. Cortland Management, LLC*, No. 1:24-cv-00710 (M.D.N.C.), filed January 7, 2025.

58. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00198023.

59. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00312243.

60. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00223748.

61. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01053899.

62. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00804713.

63. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00789075.

64. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00338837.

65. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00189027.

66. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00167986.

67. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00158965.

68. Attached hereto as **Exhibit 64** is a true and correct copy of an excerpt of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00183298.

69. Attached hereto as **Exhibit 65** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00077173.

70. Attached hereto as **Exhibit 66** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00048316.

71. Attached hereto as **Exhibit 67** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00048318.

72. Attached hereto as **Exhibit 68** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00048319.

73. Attached hereto as **Exhibit 69** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00185213.

74. Attached hereto as **Exhibit 70** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00021130.

75. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00303968.

76. Attached hereto as **Exhibit 72** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00096779.

77. Attached hereto as **Exhibit 73** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00231337.

78. Attached hereto as **Exhibit 74** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00160659.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 7
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

79. Attached hereto as **Exhibit 75** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00164851.

80. Attached hereto as **Exhibit 76** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00391751.

81. Attached hereto as **Exhibit 77** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00165009.

82. Attached hereto as **Exhibit 78** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00232513.

83. Attached hereto as **Exhibit 79** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00806448.

84. Attached hereto as **Exhibit 80** are true and correct copies of documents produced in this litigation by Defendant Yardi, Inc. with beginning Bates numbers YARDI-DUFFY_00028360, YARDI-DUFFY_00028361, and YARDI-DUFFY_00028365.

85. Attached hereto as **Exhibit 81** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00031203.

86. Attached hereto as **Exhibit 82** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00911802.

87. Attached hereto as **Exhibit 83** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00912450.

88. Attached hereto as **Exhibit 84** are true and correct copies of documents produced in this litigation by Defendant Yardi, Inc. with beginning Bates numbers YARDI-DUFFY_00118463 and YARDI-DUFFY_00118464.

89. Attached hereto as **Exhibit 85** are true and correct copies of documents produced in this litigation by Defendant Yardi, Inc. with beginning Bates numbers YARDI-DUFFY_00350307 and YARDI-DUFFY_00350308.

90. Attached hereto as **Exhibit 86** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00585096.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 8
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

91. Attached hereto as **Exhibit 87** is a true and correct copy of the November 5, 2025 deposition of Anthony Fazio in this matter.

92. Attached hereto as **Exhibit 88** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00114087.

93. Attached hereto as **Exhibit 89** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00226533.

94. Attached hereto as **Exhibit 90** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00025354.

95. Attached hereto as **Exhibit 91** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00585483.

96. Attached hereto as **Exhibit 92** are true and correct copies of documents produced in this litigation by Defendant Yardi, Inc. with beginning Bates numbers YARDI-DUFFY_00132331 and YARDI-DUFFY_00132333.

97. Attached hereto as **Exhibit 93** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00025351.

98. Attached hereto as **Exhibit 94** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00344844.

99. Attached hereto as **Exhibit 95** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01090333.

100. Attached hereto as **Exhibit 96** is a summary spreadsheeting excerpting relevant language from Technical Account Manager "performance reviews" produced by Yardi in this case.

101. Attached hereto as **Exhibit 97** is a compilation of true and correct copies of the "performance reviews" identified in Exhibit 96.

102. Attached hereto as **Exhibit 98** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00774761.

103. Attached hereto as **Exhibit 99** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01320776.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 9
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

104. Attached hereto as **Exhibit 100** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01312686.

105. Attached hereto as **Exhibit 101** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01333328.

106. Attached hereto as **Exhibit 102** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00915629.

107. Attached hereto as **Exhibit 103** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00349988.

108. Attached hereto as **Exhibit 104** are true and correct copies of documents produced in this litigation by Defendant Yardi, Inc. with beginning Bates numbers YARDI-DUFFY_00585862 and YARDI-DUFFY_00585864.

109. Attached hereto as **Exhibit 105** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01275878.

110. Attached hereto as **Exhibit 106** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00915711.

111. Attached hereto as **Exhibit 107** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01391243.

112. Attached hereto as **Exhibit 108** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_01274219.

113. Attached hereto as **Exhibit 109** is a true and correct copy of the Statement of Interest of the United States in *In re Pork Antitrust Litig.*, No. 0:18-cv-01776-JRT-JFD, filed October 1, 2024.

114. Attached hereto as **Exhibit 110** is a true and correct copy of a document produced in this litigation by Defendant Yardi, Inc. with beginning Bates number YARDI-DUFFY_00072967.

115. Attached hereto as **Exhibit 111** is a true and correct copy of the expert report of Ioana Marinescu, PhD, in Support of Plaintiffs' Opposition to Yardi's Motion for Summary Judgment submitted in this matter.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 10
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct to the best of my knowledge.
3   Executed this 9th day of February, 2026, in Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION FOR SUMMARY JUDGMENT – 11
Case No. 2:23-cv-01391-RSL



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX