UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al*.,<br><br>        Defendants. | Case No. 2:23-cv-01391-RSL<br><br>STIPULATION AND ORDER TO SUBSTITUTE COUNSEL<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

## **STIPULATION**

Pursuant to Civil Local Rule 83.2(b), and subject to Court approval, Plaintiffs Wylie Duffy and Michael Brett ("Plaintiffs") and Defendant Woodward Management Partners, LLC ("Woodward"), by and through their undersigned counsel, hereby stipulate that Woodward may substitute its current counsel with new legal representation as follows:

STIPULATION AND ORDER TO SUBSTITUTE COUNSEL - 1
CASE NO. 2:23-cv-01391-RSL

**ANGELI & CALFO LLC**
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

Current Legal Representation:

Harold A. Malkin, WSBA #30986
Tyler S. Weaver, WSBA #29413
**ANGELI & CALFO LLC**
701 Pike St., Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
harold@angelicalfo.com
tylerw@angelicalfo.com

Alexandra Nelson, *admitted pro hac vice*
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Rd NE, Suite 1600
Atlanta, GA 30326
Tel: 404-407-3604
alexandra.nelson@thompsonhine.com

George Bashour, *admitted pro hac vice*
**THOMPSON HINE LLP**
300 Madison Avenue, 27th Floor
New York, NY 10017
Tel: 440-503-1008
Fax: 212-344-6101
george.bashour@thompsonhine.com

Mark Butscha, Jr., *admitted pro hac vice*
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, OH 44114
Tel: 216-566-5500
mark.butscha@thompsonhine.com

New Legal Representation:

Michelle Pham, WSBA #44286
**BUCHALTER LLP**
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Tel: 206-319-7052
mpham@buchalter.com

Philip J. Wang, *pro hac vice forthcoming*
Traci M. Keith, *pro hac vice forthcoming*
**PUTTERMAN | YU | WANG LLP**
345 California Street, Suite 1160
San Francisco, CA 94104-2626
Tel: 415-839-8779
pwang@plylaw.com
tkeith@plylaw.com

STIPULATION AND ORDER TO SUBSTITUTE COUNSEL - 2
CASE NO. 2:23-cv-01391-RSL

**IT IS SO STIPULATED**:

Date: February 19, 2026                ANGELI & CALFO LLC

                                       By: *s/ Harold A. Malkin*
                                           Harold A. Malkin, WSBA #30986

Date: February 19, 2026                THOMPSON HINE LLP

                                       By: *s/ Alexandra Nelson*
                                           Alexandra Nelson, *admitted pro hac vice*

                                       *Current Attorneys for Defendant Woodward
                                       Management Partners, LLC*

Date: February 19, 2026                PUTTERMAN | YU | WANG LLP

                                       By: *s/ Philip J. Wang*
                                           Philip J. Wang, *pro hac vice forthcoming*

Date: February 19, 2026                BUCHALTER LLP

                                       By: *s/ Michelle Pham*
                                           Michelle Pham, WSBA #44286

                                       *New Attorneys for Defendant Woodward
                                       Management Partners LLC*

Date: February 19, 2026                HAGENS BERMAN SOBOL SHAPIRO LLP

                                       By: *s/ Steve W. Berman*
                                           Steve W. Berman, WSBA #12536

                                       *Attorneys for Plaintiffs Wylie Duffy and Michael
                                       Brett*

STIPULATION AND ORDER TO SUBSTITUTE COUNSEL - 3
CASE NO. 2:23-cv-01391-RSL

**ANGELI & CALFO LLC**
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

# ORDER

The parties having so stipulated and agreed, the Stipulation is **GRANTED**, and the substitution of counsel for Defendant Woodward Management Partners, LLC is approved.

DATED this 20th day of February, 2026.

*ROBERT S. LASNIK*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO SUBSTITUTE COUNSEL - 4
CASE NO. 2:23-cv-01391-RSL

**ANGELI & CALFO LLC**
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810