THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION. | No. 2:23-cv-01391-RSL |
| McKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME [PROPOSED ORDER]**<br><br>**NOTE ON MOTION CALENDAR**: March 4, 2026<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems, Inc. ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1. WHEREAS, Plaintiffs filed a Class Action Complaint in the above-captioned case ("*Duffy*") on September 8, 2023;

2. WHEREAS, Plaintiffs filed the First Amended Class Action Complaint in *Duffy* on November 3, 2023;

3.  WHEREAS, on February 3, 2025, *Duffy* was consolidated with other similar federal actions;

4.  WHEREAS, Plaintiffs filed an Amended Consolidated Class Action Complaint (the "Consolidated Complaint") on March 5, 2025;

5.  WHEREAS, on November 24, 2025, Defendant Yardi filed its Motion for Summary Judgment;

6.  WHEREAS, the Court's February 2, 2026, Order granted the Parties' stipulated motion regarding sealing of Plaintiffs' Summary Judgment Opposition, whereby the Parties agreed that Plaintiffs would provisionally file under seal their brief, expert declarations or reports, exhibits, and all other evidence and declarations on which they rely (together, "Plaintiffs' Opposition Materials") that contain material Yardi has designated Confidential or Highly Confidential Attorney's Eyes Only, and to the extent Yardi seeks to maintain any information under seal, it shall file a motion to seal pursuant to LCR 5(g)(3) by March 9, 2026;

7.  WHEREAS, on February 9, 2026, Plaintiffs filed their Opposition to Yardi's Motion for Summary Judgment;

8.  WHEREAS, Defendant Yardi has indicated a need for an enlargement of two business days to file its Motion to Seal as to Plaintiffs' Opposition Materials, and, upon conferral, Plaintiffs have agreed;

9.  WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that subject to the Court's approval, the schedule shall be amended as follows:

1. Defendant Yardi shall file its Motion to Seal as to Plaintiffs' Opposition Materials on or before March 11, 2026.

STIPULATED to this 4th day of March, 2026.

Presented by:

| HAGENS BERMAN SOBOL SHAPIRO LLP | McNAUL EBEL PLLC |
|---|---|
| By: /s/ *Steve Berman* <br> Steve W. Berman (WSBA No. 12536) <br> Theodore J Wojcik (WSBA No. 55553) <br> Stephanie A Verdoia (WSBA No. 58636) <br> Xiaoyi Fan (WSBA No. 56703) <br><br> 1301 Second Avenue <br> Suite 2000, Seattle, WA 98101 <br> Telephone: 206-623-7292 <br> steve@hbsslaw.com <br> tedw@hbsslaw.com <br> stephaniev@hbsslaw.com <br> kellyf@hbsslaw.com <br><br> Rio S Pierce <br> 715 Hearst Ave Ste 202 <br> Berkeley, CA 94710 <br> Telephone: 510-725-3000 <br> riop@hbsslaw.com <br><br> *Attorneys for Plaintiff, MCKENNA DUFFY* | By: /s/ *Claire Martirosian* <br> Claire Martirosian, WSBA No. 49528 <br> Richard W. Redmond, WSBA No. 58835 <br> 600 University Street, Suite 2700 <br> Seattle, WA 98101 <br> (206) 467-1816 <br> cmartirosian@mcnaul.com <br> rredmond@mcnaul.com <br><br> **DEBEVOISE & PLIMPTON LLP** <br><br> Maura K. Monaghan (*pro hac vice*) <br> Michael Schaper (*pro hac vice*) <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> (212) 909-6000 <br> mkmonaghan@debevoise.com <br> mschaper@debevoise.com <br><br> Abraham Tabaie (*pro hac vice*) <br> David Sarratt (*pro hac vice*) <br> 650 California Street <br> San Francisco, CA 94108 <br> (415) 738-5700 <br> atabaie@debevoise.com <br> dsarratt@debevoise.com <br> *Attorneys for Defendant YARDI SYSTEMS, INC.* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

McKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

Case No. 2:23-cv-01391-RSL

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

NOTE ON MOTION CALENDAR: November 21, 2025

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Defendants shall file its Motion to Seal as to Plaintiffs' Opposition Materials on or before March 11, 2026.

IT IS SO ORDERED.

DATED this _____ day of _____ 2026.

_____
The Honorable Robert S. Lasnik