UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

McKENNA DUFFY, individually and on behalf of all others similarly situated,

    Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-01391-RSL

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

    Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Defendants shall file its Motion to Seal as to Plaintiffs' Opposition Materials on or before March 11, 2026.

    IT IS SO ORDERED.

    DATED this 5th day of March, 2026.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge