Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated, | **DEFENDANT YARDI SYSTEMS' OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Plaintiffs. | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |
| Defendants. | |

Defendant Yardi Systems files this Objection to Plaintiffs' Notice of Supplemental Authority ("Notice") (Dkt. 518) and respectfully requests that the Court strike it from the record, or alternatively, disregard it, given Plaintiffs' failure to cite "authority" as required by Local Civil Rule 7(n) ("Rule 7(n)"). Plaintiffs' Notice attaches a "Statement of Interest" of the United States of America filed in *In re Frozen Potato Products Antitrust Litigation*, Case No. 1:24-cv-11801 (N.D. Ill.) (hereinafter "*Frozen Potato* SOI"). But the *Frozen Potato* SOI is not "[a] legal writing taken as definitive or decisive; esp., a judicial or administrative decision cited as a precedent" as required by Rule 7(n). *Thompson v. Seattle Public Schs.*, 2025 WL 1837693, at *9 (W.D. Wash. July 3, 2025) (citing *Authority*, Black's Law Dictionary (12th ed. 2024)).

The government's "interest" is not controlling or even advisory precedent—it is simply argument submitted by an *amicus* in a pending antitrust commodities matter between wholly distinct parties in a different district court. Plaintiffs' Notice thus should not be considered by the Court. *See Lilley v. United States*, 2016 WL 6997037, at *1 n.1 (W.D. Wash. Nov. 30, 2016) (striking notice of supplemental authority that consisted of an *amici curiae* brief and a merits brief from a pending Supreme Court case, agreeing that these materials did not constitute "supplemental authority" but were "simply argument submitted by defense counsel in a pending case"); *Wilmington Trust Co. v. Boeing Co.*, 2021 WL 754030, at *8 (W.D. Wash. Feb. 26, 2021) (refusing to consider a deferred prosecution agreement between defendant-Boeing and the United States attached to a notice of supplemental authority because it "present[ed] factual materials as opposed to supplemental authority" and was therefore in contravention of the local rules).

Moreover, Plaintiffs engaged in two paragraphs of improper argument about the *Frozen Potato* SOI's purported relevance. That argument further contravenes Rule 7(n), which requires the provision of supplemental authority "without argument." This is Plaintiffs' second improper filing in this matter of a United States "Statement of Interest" pertaining to a different case as purported "Supplemental Authority." *See* Dkt. 176-2 (attaching brief for the United States as Amicus Curiae Supporting Plaintiffs-Appellants in *Gibson v. Cendyn, LLC*, No. 24-3576 (9th Cir. Oct. 24, 2024)).

Plaintiffs' counsel also filed the *Frozen Potato* SOI as supplemental authority before this Court in *Portillo v. CoStar Grp.*, Case No. 2:24-cv-00229-RSL (W.D. Wash.) (Dkt. 133) in violation of Rule 7(n). Plaintiffs'—and their counsel's—repeated reliance on these non-binding, non-precedential statements as "authority" under Rule 7(n) is both procedurally improper and misleading. In any event, the SOI undermines rather than supports Plaintiffs' position.

Accordingly, Yardi objects to Plaintiffs' Notice and respectfully requests that the

Court strike it from the record or disregard it as improper.

Dated: March 16, 2026

**McNAUL EBEL PLLC**

By: */s/ Claire Martirosian*
  Claire Martirosian, WSBA No. 49528
  Richard W. Redmond, WSBA No. 58835
  600 University Street, Suite 2700
  Seattle, WA 98101
  (206) 467-1816
  cmartirosian@mcnaul.com
  rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**

By: */s/ Maura K. Monaghan*
  Maura K. Monaghan (*pro hac vice*)
  Michael Schaper (*pro hac vice*)
  66 Hudson Boulevard
  New York, NY 10001
  (212) 909-6000
  mkmonaghan@debevoise.com
  mschaper@debevoise.com

  Abraham Tabaie (*pro hac vice*)
  David Sarratt (*pro hac vice*)
  650 California Street
  San Francisco, CA 94108
  (415) 738-5700
  atabaie@debevoise.com
  dsarratt@debevoise.com

*Attorneys for Defendant Yardi Systems*