# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT

**ORIGINAL**

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

CASE NO.:   2:23-cv-01391-RSL

In Re YARDI REVENUE MANAGEMENT ANTITRUST

LITIGATION

------------------------------------------

WYLIE DUFFY, et al., individually and on

behalf of all others similarly situated,

        Plaintiffs,

v.

YARDI SYSTEMS, INC., et al.,

        Defendants.

REMOTE VIDEOCONFERENCE VIDEOTAPED

DEPOSITION TESTIMONY OF:

DUSTIN BRADFORD

October 17, 2025

*HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY*

I, Lane C. Butler, a Court Reporter and Notary Public, State of Alabama at Large, acting as Notary, certify that on this date, pursuant to the Federal Rules of Civil Procedure, there came before me via remote videoconference, commencing at approximately 8:30 a.m. Pacific, on the 17th day of October, 2025, DUSTIN BRADFORD, witness in the above cause, for oral examination, whereupon the following proceedings were had:

THE VIDEOGRAPHER:  Good morning. We are going on the record.  The time is now 8:33 Pacific standard time.  Today's date is October 17th, 2025.

This begins the remote videorecorded deposition of Mr. Dustin Bradford in the matter of McKenna Duffy v. Yardi Systems, Incorporated, et al., filed in the United States District Court for the Western District of Washington at Seattle.

I will be recording this

deposition remotely, and the reporter will swear in the witness remotely pursuant to Federal Rules of Civil Procedure and the stipulated deposition protocols in this case.

My name is Scott Aaron, and I'm with BlueBear Solutions.  And our court reporter today is Ms. Lane Butler.

Are there any stipulations or other announcements from either party at this time?

MR. PIERCE:  I don't have any.

Do you have any, Abe?

MR. TABAIE:  No.

THE VIDEOGRAPHER:  Okay.  Could the court reporter please swear in the witness.

DUSTIN BRADFORD,
having first been duly sworn,
was examined and testified as follows:

EXAMINATION BY MR. PIERCE:

    Q.   Good morning, Mr. Bradford.
    A.   Good morning.

and if you wanted to disable it and monitor, if you -- if their users were adopting the pricing outputs, the lease audit report could be a tool they could use to monitor that.

Q.    So if the -- if the user does allow overrides, you would encourage senior executives there to monitor the overrides using the lease audit report?

A.    I think I'm just advising the client on what's available within the tool and how it could be used.

Q.    And you -- you specifically wrote, "I would encourage the regionals to monitor these overrides using the lease audit report"?

A.    If they were considering opening up the permission, my recommendation is encouraging them to monitor it to see if the appropriate individuals are overriding rates and a conversation item for them to make sure that it's within their operational considerations.

Q.    Has Yardi had some form of the lease audit report since you've been

working at Revenue IQ?

A.    Yes.

Q.    So it's been a part of both RENTmaximizer and Revenue IQ?

A.    Yes.

Q.    Could you briefly describe what a lease audit report is.

A.    Yeah.    From a high level, the lease audit report is comparing what the recommended pricing output was compared to what the resident actually received at time of lease.

Q.    Does Yardi automatically run these for users, or can a user just pull them at any time?    How does -- how does it work?    The lease audit report.

A.    Well, it's available within Revenue IQ, so the client can view it at any time.    In my experience, some clients will review this in a -- in a client meeting.    They can review this on their own within their own client internal meetings.    So it can be used in a number of different ways.

Q.    Is this something that might be

                          C E R T I F I C A T E

STATE OF ALABAMA       )

COUNTY OF JEFFERSON )

          I hereby certify that the above and foregoing proceeding was taken down by me by stenographic means, and that the content herein was produced in transcript form by computer aid under my supervision, and that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings occurring on said date at said time.

          I further certify that I am neither of counsel nor of kin to the parties to the action; nor am I in anywise interested in the result of said case.

          *Lane C. Butler*

          Lane C. Butler

          LANE C. BUTLER, RPR, CRR, CCR

          CCR# 418 -- Expires 9/30/26

          Commissioner, State of Alabama

          My Commission Expires:  2/11/29

BlueBear Reporting LLC