The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| | **STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | **NOTE ON MOTION CALENDAR:** April 1, 2026 |
| Plaintiffs, | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | |

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1.      WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

2.      WHEREAS, pursuant to subsequent Court order granting the Parties' stipulations regarding certain Phase One discovery and summary judgment briefing deadlines, Yardi filed its Motion for Summary Judgment on November 24, 2025; Plaintiffs filed their Opposition to Yardi's

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED] ORDER – 1
(No. 2:23-cv-01391-RSL)

Motion on February 9, 2026, which included the Expert Report of Ioana Marinescu, Ph.D., offered in support; and Yardi filed its Reply in Support of Summary Judgment on March 23, 2026, with three rebuttal reports;

3.      WHEREAS, on March 23, 2026, Yardi filed a Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D.;

4.      WHEREAS, Plaintiffs have indicated a need for additional time to prepare their opposition to Yardi's Motion to Exclude, citing their intention to depose Yardi's rebuttal experts Mihran Yenikomshian and Catherine Tucker, Ph.D.;

5.      WHEREAS, Plaintiffs warrant that (1) any expert rebuttal report or supporting declaration that Plaintiffs file in connection with their opposition to Defendants' Motion to Exclude will comply with FRCP 26(a)(2)(D)(ii) and be limited to opinions that contradict or rebut evidence on the subject matters identified in Defendants' rebuttal reports, and will not introduce new affirmative opinions[1]; and (2) Plaintiffs will not put forward any new expert.

6.      WHEREAS, Plaintiffs warrant that the deposition of Mr. Yenikomshian will be limited in scope to the rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu;

7.      WHEREAS, Plaintiffs warrant that they will not file a sur-reply in support of their Opposition to Yardi's Motion for Summary Judgment;

8.       WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

---

[1] It is Yardi's position that Plaintiffs have a duty to update Dr. Marinescu's report to properly account for her methodological errors under Federal Rule of Civil Procedure ("Rule") 26(e), and a duty to update their Opposition to Yardi's Motion for Summary Judgment accordingly under Rule 11. *See* Fed. R. Civ. P. 26(e) (addressing the duty to supplement and/or correct incorrect disclosures); Fed. R. Civ. P. 11(b)(3) (requiring that factual contentions represented to the Court have evidentiary support). It is Plaintiffs' position that Dr. Marinescu's methodology is sound. Plaintiffs further contend that Yardi's Motion to Exclude rests on expert analysis that is itself methodologically flawed and that mischaracterizes the standard for admissibility under *Daubert* and its progeny.

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED] ORDER – 2
(No. 2:23-cv-01391-RSL)

1.  Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 8, 2026.

2.  Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026.

STIPULATED to this 1st day of April, 2026.

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)
Stephanie A Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Attorneys for Plaintiffs*

**MCNAUL EBEL NAWROT & HELGREN PLLC**

By: */s/ Claire Martirosian*
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**
Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant*
YARDI SYSTEMS, INC.

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED] ORDER – 3
(No. 2:23-cv-01391-RSL)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 8, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026.

Any expert rebuttal report or supporting declaration that Plaintiffs file in connection with their opposition to Defendants' Motion to Exclude will comply with FRCP 26(a)(2)(D)(ii) and be limited to opinions that contradict or rebut evidence on the subject matters identified in Defendants' rebuttal reports, and will not introduce new affirmative opinions. Plaintiffs will not put forward any new expert.

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED] ORDER – 4
(No. 2:23-cv-01391-RSL)

Plaintiffs' deposition of Mr. Yenikomshian shall be limited in scope to the rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu.

Plaintiffs shall not file any sur reply in further support of their Opposition to Yardi's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated this _____ day of April, 2026.

_____
ROBERT S. LASNIK
United States District Judge