Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**DEFENDANT YARDI SYSTEMS' PRAECIPE RE: REPLY IN SUPPORT OF SUMMARY JUDGMENT (DKT 521)**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

Defendant Yardi Systems ("Yardi") requests the Court consider the corrected document submitted as an attachment to this Praecipe. In Yardi's Reply In Support Of Summary Judgment, Dkt. 521, on page 10, lines 14–16, Yardi states that "Landlord Defendants manually changed their Reference Rents 560,000 times between January 2019 and March 2025—a monthly average of 261 times per Landlord Defendant property," citing Paragraph 48 of the Mihran Yenikomshian Rebuttal Declaration. This sentence in the brief should be revised to "Landlord Defendants manually changed their Reference Rents 560,000 times between January 2019 and March 2025—*an average* of 261 times per Landlord Defendant property", which conforms the brief to the cited figures. (Emphasis added to show the miscalculation.) Yardi learned about the misstatement in the brief yesterday.

Respectfully Submitted,

DATED: April 17, 2026

**McNAUL EBEL PLLC**

By: */s/ Claire Martirosian*
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**

By: */s/ Maura K. Monaghan*

Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
(415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant YARDI SYSTEMS*