The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION*

Case No. 2:23-cv-01391-RSL

WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YARDI SYSTEMS, INC., *et al*.,

Defendants.

**STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER]**

NOTE ON MOTION CALENDAR:
April 28, 2026

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1.    WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

2.    WHEREAS, on April 1, 2026, the Court entered an order granting the Parties' stipulation extending certain briefing deadlines related to Yardi's Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D. (the "Prior Stipulation"), providing that Plaintiffs shall file their

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER] - 1    (No.: 2:23-cv-01391-RSL)

Opposition to Yardi's Motion to Exclude on or before May 8, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026;

3.    WHEREAS, the Prior Stipulation also provided that Plaintiffs may depose Yardi's rebuttal expert Mihran Yenikomshian, subject to certain scope limitations;

4.    WHEREAS, Plaintiffs have requested a deposition of Yardi's expert Michael Mitzenmacher, Ph.D. in conjunction with his rebuttal opinions, whose earliest available deposition date is May 19, 2026;

5.    WHEREAS, Plaintiffs warrant that the deposition of Dr. Mitzenmacher will be limited to four hours of record time and will be limited in scope to the rebuttal opinions in his March 23, 2026 report offered in rebuttal of Dr. Marinescu;

6.    WHEREAS, the representations and warranties set forth in the Prior Stipulation remain in full force and effect;

7.    WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

8.    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

1.    Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 22, 2026.

2.    Yardi shall file its Reply in Support of its Motion to Exclude on or before June 26, 2026.

STIPULATED to this 28th day of April, 2026.

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Theodore J Wojcik, WSBA No. 55553
Stephanie A Verdoia, WSBA No. 58636
Xiaoyi Fan, WSBA No. 56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce (*pro had vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Attorneys for Plaintiff*
MCKENNA DUFFY

**MCNAUL EBEL NAWROT & HELGREN PLLC**

By: */s/ Claire Martirosian*
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**
Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone:  (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant*
YARDI SYSTEMS, INC.

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER] - 3    (No.: 2:23-cv-01391-RSL)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 22, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 26, 2026.

Plaintiffs' deposition of Dr. Mitzenmacher shall be limited to four hours and limited in scope to the rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu.

IT IS SO ORDERED.

Dated this _____ day of April, 2026.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 28, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

/s/ *Steve W. Berman*
Steve W. Berman