**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>YARDI SYSTEMS, INC., *et al*.,<br><br>                    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 22, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 26, 2026.

Plaintiffs' deposition of Dr. Mitzenmacher shall be limited to four hours and limited in scope to the rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu.

IT IS SO ORDERED.

Dated this 29th day of April, 2026.

*Mrt S Lasnik*
_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME & ORDER- 4          (No.: 2:23-cv-01391-RSL)