Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| *In Re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | **STIPULATED MOTION AND [PROPOSED] ORDER REGARDING WORD COUNT AND SEALING PROCEDURES FOR PLAINTIFFS' OPPOSITION TO YARDI'S MOTION TO EXCLUDE DR. MARINESCU** |
| Plaintiffs, | |
| v. | NOTE ON MOTION CALENDAR May 14, 2026 |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | (Consolidated with Case Nos.2:24-cv-01948; 2:24-cv-02053) |

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING SEALING (Case No. 2:23-cv-01391-RSL)
011121-11/3187896 V1


1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

The parties have conferred with respect to Plaintiffs' upcoming opposition to Yardi's motion to exclude Dr. Marinescu (ECF No. 530) and hereby stipulate and agree to the following, subject to the Court's approval:

## I.      Word Count

1.      The parties stipulate that Plaintiffs may file their brief in opposition to Yardi's Motion to Exclude with up to 2,750 words beyond the word limit otherwise applicable under LCR 7(e)(3); and that Yardi may file its reply brief with up to 2,500 words beyond the word limit otherwise applicable under LCR 7(e)(3).

## II.      Sealing Procedures

2.      The parties anticipate that Plaintiffs' brief and supporting materials (collectively, "Opposition Papers") will quote from and/or describe in detail a significant amount of information that Yardi has designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order entered in this case (ECF No. 162). In order to ensure that these materials are treated appropriately under the Stipulated Protective Order and to reduce burdens on the Court, pursuant to LCR 7(d)(1) and 10(g), the parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with Plaintiffs' Opposition Papers, subject to the Court's approval:

3.      Pursuant to LCR 5(g)(2), Plaintiffs will provisionally file under seal their brief, expert declarations or reports, exhibits, and all other evidence and declarations on which they rely that contain material Yardi has designated Confidential or Highly Confidential-Attorneys' Eyes Only.

4.      Pursuant to LCR 5(g), the Parties will meet and confer regarding sealing. To the extent Yardi seeks to maintain any information under seal, it shall, within one month of the filing of Plaintiffs' Opposition Papers, file a motion to seal pursuant to LCR 5(g)(3). The schedule shall be as follows:

| FILING | DATE |
| --- | --- |
| Opposition to Yardi's Motion to Exclude | May 22, 2026 |
| Filing of motion to seal | June 22, 2026 |

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING SEALING (Case No. 2:23-cv-01391-RSL) – 1
011121-11/3187896 V1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: May 14, 2026                          Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**          **MCNAUL EBEL NAWROT & HELGREN PLLC**

*/s/ Steve W. Berman*                        */s/ Richard W. Redmond*
Steve W. Berman (WSBA No. 12536)             Richard W. Redmond, WSBA No. 58835
Theodore J Wojcik (WSBA No. 55553)           Claire Martirosian, WSBA No. 49528
Stephanie A Verdoia (WSBA No. 58636)         600 University Street, Suite 2700
Xiaoyi Fan (WSBA No. 56703)                  Seattle, WA 98101
1301 Second Avenue, Suite 2000               Telephone: (206) 467-1816
Seattle, WA 98101                            rredmond@mcnaul.com
Telephone: (206) 623-7292                    cmartirosian@mcnaul.com
steve@hbsslaw.com
tedw@hbsslaw.com                             **DEBEVOISE & PLIMPTON LLP**
stephaniev@hbsslaw.com                       Maura K. Monaghan (*pro hac vice*)
kellyf@hbsslaw.com                           Michael Schaper (*pro hac vice*)
                                             66 Hudson Boulevard
Rio S Pierce                                 New York, NY 10001
715 Hearst Avenue, Suite 300                 Telephone: (212) 909-6000
Berkeley, CA 94710                           mkmonaghan@debevoise.com
Telephone: (510) 725-3000                    mschaper@debevoise.com
riop@hbsslaw.com
                                             Abraham Tabaie (*pro hac vice*)
*Attorneys for Plaintiff*                    David Sarratt (*pro hac vice*)
MCKENNA DUFFY                                650 California Street
                                             San Francisco, CA 94108
                                             Telephone: (415) 738-5700
                                             atabaie@debevoise.com
                                             dsarratt@debevoise.com

                                             *Attorneys for Defendant*
                                             YARDI SYSTEMS, INC.

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

# [PROPOSED] ORDER

Based on the foregoing, IT IS SO ORDERED.:

1. Plaintiffs may file their opposition to Yardi's Motion to Exclude Dr. Marinescu (ECF No. 530) with up to 2,750 words beyond the word limit otherwise applicable under LCR 7(e)(3).

2. Yardi may file its reply in support of its Motion to Exclude with up to 2,500 words beyond the word limit otherwise applicable under LCR 7(e)(3).

3. Plaintiffs shall provisionally file under seal their opposition brief, expert declarations or reports, exhibits, and all other evidence and declarations on which they rely that contain material designated as Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order (ECF No. 162).

4. To the extent Yardi seeks to maintain any information under seal, it shall file a motion to seal pursuant to LCR 5(g)(3) no later than June 22, 2026.


DATED: _____

_____

The Hon. Robert S. Lasnik
UNITED STATES DISTRICT JUDGE



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX