THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Plaintiffs, | (*Clerk's Action Required*) |
| v. | |
| YARDI SYSTEMS, INC., et al., | |
| Defendants. | |

Please take notice that, effective May 23, 2026, Sheila R. Adams James will no longer be associated with Davis Polk & Wardwell LLP ("Davis Polk") and hereby withdraws as counsel of record for Defendant Sentinel Real Estate Corporation ("Sentinel"). Molly A. Terwilliger at Morgan, Lewis & Bockius LLP will remain as local counsel of record for Sentinel. Arthur J. Burke of Davis Polk will also remain as *pro hac vice* counsel of record for Sentinel.

This change of counsel is therefore made pursuant to Local Rule 83.2(b)(3).

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(Case No. 2:23-cv-01391-RSL)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Respectfully submitted this 21st day of May, 2026.

| | |
|---|---|
| */s/ Sheila R. Adams James*<br>Sheila R. Adams James (*pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: (212) 450-4000<br>Email: sheila.adams@davispolk.com<br><br>*Withdrawing Attorney* | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: *s/ Molly A. Terwilliger*<br>Molly A. Terwilliger, WSBA #28449<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: molly.terwilliger@morganlewis.com<br><br>**DAVIS POLK & WARDWELL LLP**<br><br>Arthur J. Burke (*pro hac vice*)<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: (212) 450-4000<br>Email: arthur.burke@davispolk.com<br><br>*Attorneys for Defendant Sentinel Real Estate Corporation* |

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(Case No. 2:23-cv-01391-RSL)