THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re YARDI REVENUE MANAGEMENT
ANTITRUST LITIGATION.*

Case No. 2:23-cv-01391-RSL

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YARDI SYSTEMS, INC., et al.,

Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

(*Clerk's Action Required*)

PLEASE TAKE NOTICE of the withdrawal of Amy P. Taylor, formerly of Morgan, Lewis & Bockius LLP, as an attorney of record for Defendant Sentinel Real Estate Corporation ("Sentinel") in the above-captioned matter, effective immediately. Sentinel will continue to be represented in this action by Molly A. Terwilliger of Morgan, Lewis & Bockius LLP, who has entered an appearance, and Arthur J. Burke of Davis Polk & Wardwell, LLP, who has been admitted *pro hac vice*, and there will therefore be no disruption to the Court's calendar or the representation of Sentinel in this matter.

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

DATED this 21st day of May, 2026.

*s/ Amy P. Taylor (w/permission)*
Amy P. Taylor, WSBA #53644

*Withdrawing Attorney*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke (*pro hac vice*)
Gregory S. Morrison (*pro hac vice pending*)
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
Email: arthur.burke@davispolk.com
          gregory.morrison@davispolk.com

*Attorneys for Defendant Sentinel Real Estate Corporation*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(Case No. 2:23-cv-01391-RSL)