The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **PLAINTIFFS' MOTION TO SEAL PORTIONS OF (1) PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT CATHERINE TUCKER (2) PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT MIHRAN YENIKOMSHIAN AND EXHIBITS 2-5 TO THE DECLARATION OF STEVE W. BERMAN**<br><br>**NOTE ON MOTION CALENDAR: June 12, 2026**<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

PLS.' MOT. TO SEAL PORTIONS OF
MOTIONS TO EXCLUDE (No. 2:23-cv-01391-RSL)
011188-11/3443591 V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Pursuant to Local Civil Rule 5(g) and the Stipulated Protective Order (ECF No. 162), Plaintiffs Wylie Duffy and Michael Brett, through their undersigned counsel, move the Court for an order provisionally sealing portions of (1) Plaintiffs' Motion to Exclude Defendant's Expert Catherine Tucker and (2) Plaintiffs' Motion to Exclude Defendant's Expert Mihran Yenikomshian (collectively the "Motions") and (3) Exhibits 2 through 5 to the Declaration of Steve W. Berman in Support of Plaintiffs' Motions ("Exhibits") in their entirety.

Plaintiffs make this request because portions of the Motions and Exhibits quote, reference, or contain material designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Defendant Yardi, Inc. ("Defendant") pursuant to the Stipulated Protective Order entered in this case (ECF No. 162). Plaintiffs have filed these materials provisionally under seal to allow Defendant the opportunity to submit a response in support of sealing in accordance with Local Civil Rule 5(g)(3)(B).

By this motion, Plaintiffs certify that prior to the filing of this motion, counsel for Plaintiffs met and conferred with counsel for Defendant in an effort to minimize any need to file documents under seal, minimize the amount of material filed under seal, and to explore redaction and other alternatives for filing under seal, as required by Local Civil Rule 5(g)(3)(A).

This motion is made strictly pursuant to the Stipulated Protective Order and Plaintiffs otherwise do not require these documents be sealed.

PLS.' MOT. TO SEAL PORTIONS OF MOT. TO UNPHASE DISCOVERY IN THE ALTERNATIVE TO DENYING SUMM. J. (No. 2:23-cv-01391-RSL) – 1
011188-11/3443591 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

DATED: May 22, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)
*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)
*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

PLS.' MOT. TO SEAL PORTIONS OF MOT. TO UNPHASE DISCOVERY IN
THE ALTERNATIVE TO DENYING SUMM. J. (No. 2:23-cv-01391-RSL) – 2
011188-11/3443591 V1

## CERTIFICATION OF COMPLIANCE

I certify that this memorandum contains 230 words, in compliance with Local Civil Rule 7(d)(3).

DATED: May 22, 2026                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

                                       */s/ Steve W. Berman*
                                       Steve W. Berman (SBN 12536)

                                       *Attorney for Plaintiffs*

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX