The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF (1) PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT CATHERINE TUCKER (2) PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT MIHRAN YENIKOMSHIAN AND EXHIBITS 2-5 TO THE DECLARATION OF STEVE W. BERMAN**<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

This matter came before the Court upon Plaintiffs' motion pursuant to Local Rule 5(g) for an order sealing portions of (1) Plaintiffs' Motion to Exclude Defendant's Expert Catherine Tucker (2) Plaintiffs' Motion to Exclude Defendant's Expert Mihran Yenikomshian (collectively the "Motions") and (3) Exhibits 2 through 5 to the Declaration of Steve W. Berman in Support of Plaintiffs' Motions ("Exhibits") in their entirety.

The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action, NOW, therefore, it is ORDERED and ADJUDGED:

Plaintiffs' motion is GRANTED.

[PROPOSED] ORDER (Case No. 2:23-cv-01391-RSL) – 1

IT IS SO ORDERED.

DATED: _____

_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE