The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT CATHERINE TUCKER** |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendant. | |

This matter came before the Court on Plaintiffs' Motion to Exclude Defendant's Expert Catherine Tucker. Having reviewed the parties' briefing, expert materials, and applicable law pertaining to Rule 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), the Court finds that the challenged portions of Defendants' expert report should be excluded.

It is therefore ORDERED that Plaintiffs' Motion to Exclude Defendant's Expert Catherine Tucker is hereby GRANTED. The challenged opinions are stricken from the record.

IT IS SO ORDERED.

DATED: _____

_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER (Case No. 2:23-cv-01391-RSL) – 1