The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| | **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YARDI SYSTEMS, INC.'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT IOANA MARINESCU AND PLAINTIFFS' MOTIONS TO EXCLUDE DEFENDANT'S EXPERTS CATHERINE TUCKER AND MIHRAN YENIKOMSHIAN** |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |
| Defendant. | |

I, Steve W. Berman, declare as follows:

1.      I am the managing partner of Hagens Berman Sobol Shapiro LLP, counsel for Plaintiffs in this action. I have personal knowledge of the matters stated herein and could testify thereto.

2.      This declaration is filed in support of Plaintiffs' Opposition to Defendant Yardi Systems, Inc.'s Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Plaintiffs' Motion to Exclude Defendant's Expert Mihran Yenikomshian, and Plaintiffs' Motion to Exclude Defendant's Expert Catherine Tucker, all filed concurrently herewith.

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the reply report of Ioana Marinescu, PhD, in Support of Plaintiffs' Opposition to Yardi's Motion for Summary Judgment submitted in this matter.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the March 9, 2026 Deposition of Ioana Marinescu in this matter (excerpted).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the April 16, 2026 Deposition of Mihran Yenikomshian in this matter (excerpted).

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the April 28, 2026 Deposition of Catherine Tucker in this matter (excerpted).

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the May 19, 2026 Deposition of Michael Mitzenmacher in this matter (excerpted).

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Cowgill & Tucker, *Algorithmic Fairness and Economics* (Sept. 24, 2020) (Tucker Dep. Ex. 91)

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Miller & Tucker, *Can Health Care Information Technology Save Babies?*, 119 J. Pol. Econ. 289 (2011) (Tucker Dep. Ex. 94)

10.      Attached hereto as **Exhibit 8** is a true and correct copy of Goldfarb & Tucker, *Advertising Bans and the Substitutability of Online and Offline Advertising*, 48 J. Mktg. Res. 207 (2011) (Tucker Dep. Ex. 92).

11.      Attached hereto as **Exhibit 9** is a true and correct copy of Goldfarb & Tucker, *Standardization and the Effectiveness of Online Advertising*, 61 Mgmt. Sci. 2707 (2015) (Tucker Dep. Ex. 93).

12.      Attached hereto as **Exhibit 10** is a true and correct copy of Goldfarb, Tucker & Wang, *Conducting Research in Marketing with Quasi-Experiments*, 86 J. Marketing 1 (2022) (Tucker Dep. Ex. 90).

13.      Exhibits 1 through 5 are being filed provisionally under seal.

DECLARATION OF STEVE W. BERMAN – 2
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of May, 2026, in Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN