# EXHIBITS 1-5

# FILED UNDER SEAL