# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al*., <br><br> Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME AND SEALING PROCEDURES AND [PROPOSED ORDER]** <br><br> NOTE ON MOTION CALENDAR: May 28, 2026 <br><br> (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1.      WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

2.      WHEREAS, on April 1, 2026, the Court entered an order granting the Parties' stipulation extending certain briefing deadlines related to Yardi's Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D. providing that Plaintiffs shall file their Opposition to Yardi's

STIPULATED MOTION FOR EXTENSION OF TIME AND SEALING PROCEDURES & [PROPOSED ORDER] - 1                                                                 (No.: 2:23-cv-01391-RSL)

Motion to Exclude on or before May 8, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026;

3.      WHEREAS, on April 29, 2026, the Court entered an order granting the Parties' stipulation extending certain briefing deadlines related to Yardi's Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D (the "Prior Stipulation"), providing that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 22, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 26, 2026;

4.      WHEREAS, on May 15, 2026, the Court entered an order granting the Parties' stipulation on word count and sealing procedures providing that Yardi shall file its Motion to Seal regarding materials Plaintiffs filed conditionally under seal in connection with their Opposition to Yardi's Motion to Exclude Expert Ioana Marinescu, Ph.D or before June 22, 2026 (ECF No. 543) ("Sealing Order");

5.      WHEREAS, Plaintiffs anticipated quoting from and/or describing in detail information Yardi has designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order entered in this case (ECF No. 162), in connection with their Motion to Exclude Yardi's Expert Catherine Tucker, Ph.D and a Motion to Exclude Yardi's Expert Mihran Yenikomshian;

6.      WHEREAS, as a result of the Parties' meet and confer as required under LCR 5(g) regarding Plaintiffs' Motion to Exclude Yardi's Expert Catherine Tucker, Ph.D and Motion to Exclude Yardi's Expert Mihran Yenikomshian, the Parties agreed that, to ensure these materials would be treated appropriately under the Stipulated Protective Order and to reduce burdens on the Court, pursuant to LCR 7(d)(1) and 10(g), the Parties and their respective counsel stipulated to following the same procedures for filing and sealing as contemplated in the Court's Sealing Order;

7.      WHEREAS, on May 22, 2026, Plaintiffs filed their Opposition to Yardi's Motion to Exclude Expert Ioana Marinescu, Ph.D;

8.      WHEREAS, on May 22, 2026, Plaintiffs filed a Motion to Exclude Yardi's Expert Catherine Tucker, Ph.D and a Motion to Exclude Yardi's Expert Mihran Yenikomshian;

9.    WHEREAS, the backup materials supporting Ioana Marinescu, Ph.D.'s May 22, 2026 report will be produced to Yardi on May 27, 2026;

10.   WHEREAS, the Parties have agreed to extend certain briefing deadlines, in part to account for the May 27, 2026, production of the Marinescu backup materials;

11.   WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

12.   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

1.    Yardi shall file its Opposition to Plaintiffs' Motion to Exclude Catherine Tucker, Ph.D, and Opposition to Plaintiffs' Motion to Exclude Mihran Yenikomshian on or before June 15, 2026.

2.    Yardi shall file its Motion to Seal of the materials Plaintiffs provisionally filed under seal for their Motions to Exclude on or before June 22, 2026.

3.    Plaintiffs shall file their Replies in Support of their Motions to Exclude Catherine Tucker, Ph.D and Mihran Yenikomshian on or before June 26, 2026.

4.    Yardi shall file its Reply to Plaintiffs' Opposition Motion to Exclude Ioana Marinescu, Ph.D., on or before July 1, 2026.

5.    Through July 2026,[1] any and all expert backup materials filed or served in this case by the Parties must be produced by no later than 9:00 A.M. (Pacific Standard Time) the calendar day immediately following the relevant filing or service, even if not falling on a business day.

---

[1] This stipulation does not concede the propriety of any filed or served expert materials during that time.

STIPULATED to this 28th day of May, 2026.

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)
Stephanie A Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Attorneys for Plaintiffs*
MCKENNA DUFFY

**MCNAUL EBEL NAWROT & HELGREN PLLC**

By: /s/ *Abraham Tabaie*
**DEBEVOISE & PLIMPTON LLP**
Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone:  (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

*Attorneys for Defendant*
YARDI SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>        v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>                        Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME AND SEALING PROCEDURES**<br><br>NOTE ON MOTION CALENDAR:<br>May 28, 2026 |

        Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Yardi shall file its Opposition to Plaintiffs' Motion to Exclude Catherine Tucker, Ph.D, and Opposition to Plaintiff's Motion to Exclude Mihran Yenikomshian on or before June 15, 2026, Yardi shall file its Motion to Seal of the materials Plaintiffs provisionally filed under seal in their Motions to Exclude on or before June 22, 2026,  Plaintiffs shall file their Reply in Support of their Motion to Exclude Catherine Tucker, Ph.D and their Reply in Support of their Motion to Exclude Mihran Yenikomshian on or before June 26, 2026, and Yardi shall file its Reply to Plaintiffs' Opposition Motion to Exclude Ioana Marinescu, Ph.D., on or before July 1, 2026.  Through July 2026, any and all expert backup materials filed or served in this case by the Parties must be

produced by no later than 9:00 A.M. (Pacific Standard Time) the calendar day immediately following the relevant filing or service, even if not falling on a business day.

IT IS SO ORDERED.

Dated this _____ day of May, 2026.

_____

The Honorable Robert S. Lasnik