UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME AND SEALING PROCEDURES** |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al*., | |
| Defendants. | |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Yardi shall file its Opposition to Plaintiffs' Motion to Exclude Catherine Tucker, Ph.D, and Opposition to Plaintiff's Motion to Exclude Mihran Yenikomshian on or before June 15, 2026, Yardi shall file its Motion to Seal of the materials Plaintiffs provisionally filed under seal in their Motions to Exclude on or before June 22, 2026, Plaintiffs shall file their Reply in Support of their Motion to Exclude Catherine Tucker, Ph.D and their Reply in Support of their Motion to Exclude Mihran Yenikomshian on or before June 26, 2026, and Yardi shall file its Reply to Plaintiffs' Opposition Motion to Exclude Ioana Marinescu, Ph.D., on or before July 1, 2026. Through July 2026, any and all expert backup materials filed or served in this case by the Parties must be

produced by no later than 9:00 A.M. (Pacific Standard Time) the calendar day immediately following the relevant filing or service, even if not falling on a business day.

IT IS SO ORDERED.

Dated this 2nd day of June, 2026.

_____
The Honorable Robert S. Lasnik

STIPULATED MOTION FOR EXTENSION OF TIME AND SEALING PROCEDURES & ORDER                                                        (No.: 2:23-cv-01391-RSL)