Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**[PROPOSED]**

**ORDER GRANTING YARDI SYSTEMS' MOTION TO SEAL CERTAIN INFORMATION IN DOCUMENTS LODGED CONDITIONALLY UNDER SEAL BY PLAINTIFFS IN OPPOSITION TO YARDI'S MOTION TO EXCLUDE**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

This matter came before the Court on Yardi Systems' Motion to Seal Certain Information in Documents Lodged Conditionally Under Seal by Plaintiffs in their Opposition to Yardi's Motion to Exclude. The Court concludes that there is good cause for the Court to seal the unredacted documents, with the redacted copies filed for the public record. It is therefore ORDERED that the Motion is hereby GRANTED and the identified portions of Marinescu's Second Report (Dkt. 555-1) and the Yenikomshian Transcript (Dkt. 555-3) shall remain sealed.

IT IS SO ORDERED.

DATED this ___ day of _____, 2026.

_____
Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL
(No. 2:23-cv-01391-RSL) – Page 1