Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**DECLARATION OF BRADY M. BUSTANY IN SUPPORT OF YARDI SYSTEMS' MOTION TO SEAL CERTAIN INFORMATION IN DOCUMENTS LODGED CONDITIONALLY UNDER SEAL BY PLAINTIFFS IN OPPOSITION TO YARDI'S MOTION TO EXCLUDE**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

DECLARATION OF BRADY M. BUSTANY
(No. 2:23-cv-01391-RSL) – Page 1

## <u>DECLARATION OF BRADY M. BUSTANY</u>

I, Brady M. Bustany, hereby declare as follows:

1.      I am Deputy General Counsel for Defendant Yardi Systems ("Yardi"). Unless otherwise stated, this declaration is based on my personal knowledge and review of:

(a)      Dr. Ioana Marinescu's Second Report (hereinafter, "Marinescu's Second Report")[1], attached as Exhibit 1 to the Berman Declaration offered in Opposition to Yardi's Motion to Exclude Dr. Ioana Marinescu, Plaintiffs' Motion to Exclude Dr. Catherine Tucker, and Plaintiffs' Motion to Exclude Mihran Yenikomshian.

(b)      Excerpts from the Deposition Transcript of Mihran Yenikomshian (hereinafter, "Yenikomshian Transcript"), taken on April 16, 2026, attached as Exhibit 3 to the Berman Declaration offered in Opposition to Yardi's Motion to Exclude Dr. Ioana Marinescu, Plaintiffs' Motion to Exclude Dr. Catherine Tucker, and Plaintiffs' Motion to Exclude Mihran Yenikomshian.[2]

2.      If called as a witness, I could and would testify competently to the matters set forth herein.  I offer this declaration in support of Yardi Systems' Motion to Seal Certain Information in Documents Lodged Conditionally Under Seal by Plaintiffs in Opposition to Yardi's Motion to Exclude.

3.      Portions of Marinescu's Second Report and the Yenikomshian Transcript identified in Yardi's Motion to Seal contain confidential information regarding Yardi's proprietary source code, code file paths, statistical modeling, user interface, and technical information, release of which would threaten the security of Yardi's information systems and place Yardi at a competitive disadvantage by providing competitors insight into Yardi's software. Yardi thus requests limited redactions to Figure 19 and pages vii, 64, 69, 112, and

[1] Dkt. 555-1.

[2] Dkt. 555-3.

DECLARATION OF BRADY M. BUSTANY
(No. 2:23-cv-01391-RSL) – Page 2

128-30 of Marinescu's Second Report and to pages 177:14, 180:10, 180:12, 248:2, 248:11, and 251:11 of the Yenikomshian Transcript where necessary on this basis.

4.    Other portions of Marinescu's Second Report identified in Yardi's Motion to Seal also contain confidential, proprietary, and competitively sensitive information related to Yardi's business strategies about client relationships and pricing. Public disclosure of this highly sensitive information would place Yardi at a competitive disadvantage within its industry. Yardi thus requests limited redactions to pages vii, viii, ix, x, 33, 35, 73, 150-52, 167-69, 184-86, and 201-03 of Marinescu's Second Report to protect this sensitive information.

5.    Public disclosure of any of the confidential information described in the above paragraphs 3–4 could likely, among other things, (1) weaken the security of Yardi's network and systems by revealing to bad actors potential entry points that they could in turn attempt to exploit or (2) harm Yardi's and its clients' competitive standing.  Third parties may attempt to use technical information about Yardi's systems in nefarious ways, for these (and other) reasons Yardi keeps its source code, code file paths, data flow information, and other technical information about its software confidential.  Moreover, competitors could use the confidential information about Yardi's proprietary software and business strategies that Yardi is moving to seal to develop competing products, gain insights into confidential aspects of Yardi's software, or to unfairly compete with and competitively disadvantage Yardi in the marketplace.  Put simply, this confidential information derives independent economic value from not being publicly known. Likewise, the information described in paragraph 4 above includes confidential, granular client performance and business operational information, the disclosure of which could put these clients at a competitive disadvantage in the market.

6.    Yardi takes significant steps to safeguard the confidentiality of the information described in paragraphs 3–4 above, including, among other things, restricting

DECLARATION OF BRADY M. BUSTANY
(No. 2:23-cv-01391-RSL) – Page 3

access to sensitive information about Yardi's source code and client confidential information to specific Yardi personnel, having strict information security practices in place that require Yardi employees to keep information about Yardi's systems confidential, and placing contractual confidentiality restrictions on Yardi personnel and Yardi clients, which covers the information that Yardi is moving to seal in its sealing motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2026, at Santa Barbara, California.

_____
Brady M. Bustany

DECLARATION OF BRADY M. BUSTANY
(No. 2:23-cv-01391-RSL) – Page 4