Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**DECLARATION OF ABRAHAM A. TABAIE IN SUPPORT OF DEFENDANT YARDI SYSTEMS' MOTION TO STRIKE IOANA MARINESCU'S SECOND REPORT AND FOR ATTORNEY'S FEES UNDER RULE 37**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

DECLARATION OF ABRAHAM A. TABAIE
(No. 2:23-cv-01391-RSL) – Page 1

## <u>DECLARATION OF ABRAHAM A. TABAIE</u>

I, Abraham A. Tabaie, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Debevoise & Plimpton LLP, attorneys of record for Defendant Yardi Systems ("Yardi") in the above-captioned case. I offer this declaration in support of Yardi's Motion to Strike Ioana Marinescu's Second Report and for Attorney's Fees under Rule 37 ("Motion").

2. Unless otherwise noted, this declaration is based upon my personal knowledge and, if called to testify, I could and would do so competently as to the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of Dr. Marinescu's second expert report as filed by Plaintiffs on May 22, 2026, as ECF 555-1 ("Second Report"). Highlighted in yellow are the opinions and methodologies that Yardi contends Dr. Marinescu offers for the first time in her Second Report and that Yardi seeks to have the Court strike in the contemporaneously filed Motion.

4. Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the deposition testimony of Dr. Marinescu taken on March 9, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from Stock, James H., and Mark W. Watson, *Introduction to Econometrics* 520 (Boston: Addison-Wesley, 3rd ed. 2011).

6. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from A.H. Studenmund, *Using Econometrics: A Practical Guide* 202-03 (7th ed. 2016).

7. Yardi incurred millions of dollars in attorney's and expert fees and costs to establish in its summary judgment reply briefing that no issue of material fact existed after Dr. Marinescu filed her first expert report on February 9, 2026, in support of Plaintiffs' opposition to summary judgment (Dkt. 497-33, "First Report").

DECLARATION OF ABRAHAM A. TABAIE
(No. 2:23-cv-01391-RSL) – Page 2

8.      Yardi has now incurred hundreds of thousands of dollars in attorney's and expert fees and costs to analyze and prepare responses to Dr. Marinescu's Second Report and draft the instant Motion to Strike and Motion for Attorney's Fees under Rule 37. Those fees and costs are continuing to incur and will continue to incur for weeks to come.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2026, at San Francisco, California.

*Abraham A. Tabaie*

_____
Abraham A. Tabaie

DECLARATION OF ABRAHAM A. TABAIE
(No. 2:23-cv-01391-RSL) – Page 3