Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated, | **DECLARATION OF MIHRAN YENIKOMSHIAN IN SUPPORT OF DEFENDANT YARDI SYSTEMS' MOTION TO STRIKE IOANA MARINESCU'S SECOND REPORT AND FOR ATTORNEY'S FEES UNDER RULE 37** |
| Plaintiffs. | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

-1-

## DECLARATION OF MIHRAN YENIKOMSHIAN

I, Mihran Yenikomshian, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a Managing Principal in the Boston office of Analysis Group, Inc., a consulting firm that specializes in microeconomic, financial, technical, healthcare, and accounting analysis.

2.      I was retained by counsel for Yardi as an expert to provide my professional analysis of Yardi's Revenue IQ source code, as summarized in my Opening Report.[1] I later reviewed the Expert Report of Dr. Ioana Marinescu, filed on February 9, 2026, (the "Marinescu First Report" or "First Report"), and provided analyses of its conclusions and analyses in my Rebuttal Report, as they related to my Opening Report.[2] I describe my full qualifications in my Opening Report.

3.      In forming the opinions in my Rebuttal Report, I analyzed the backup materials and analytical scripts supporting the opinions expressed in the Marinescu First Report. I now offer this declaration in support of Yardi's Motion to Strike Ioana Marinescu's Second Report and for Attorney's Fees under Rule 37. My declaration identifies new and revised analytical materials including new lines of code contained within the backup materials supporting Dr. Marinescu's Second Report, filed on May 22, 2026 ("Marinescu Second Report" or "Second Report").[3]

---

[1]  Declaration of Mihran Yenikomshian in Support of Yardi Systems, Inc.'s Motion for Summary Judgment, *McKenna Duffy, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, November 24, 2025 ("Opening Report").

[2]  Expert Report of Ioana Marinescu, Ph.D. in Support of Plaintiffs' Opposition to Yardi's Motion for Summary Judgment, *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, February 9, 2026 ("Marinescu First Report"); Declaration of Mihran Yenikomshian in Rebuttal of the Report of Ioana Marinescu, Ph.D., *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, March 23, 2026 ("Rebuttal Report").

[3]  Reply of Ioana Marinescu, Ph.D. in Support of Plaintiffs' Opposition to Yardi's Motion for Summary Judgment, *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, May 22, 2026 ("Marinescu Second Report").

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

4.      Unless otherwise noted, this declaration is based upon my analysis of Dr. Marinescu's backup materials. If called to testify, I could and would do so competently as to the matters set forth herein.

**I.      New Analyses Contained in the Marinescu Second Report**

5.      The backup materials for the Marinescu Second Report include 33 new files that were not included in the backup materials offered in support of the Marinescu First Report.[4] The 33 new files contain 5,574 lines of code and comments. In the 9 files that also appeared in the backup to the Marinescu First Report, the Marinescu Second Report backup materials add or revise 25 lines of code and comments.[5]

6.      The backup to the Marinescu Second Report is structured similarly to the backup materials for the Marinescu First Report, with separate folders for Intermediate Data, Data, Code, Analysis, and Reference Documents, as shown in **Figure 1** below.

**Figure 1**
**Screenshot of Backup Material Folders for the Marinescu Second Report**

00. Intermediate Data

01. Data

02. Code

03. Analysis

04. Reference Documents

---

[4]      New files are identified as files with a filename not found in the backup to the Marinescu First Report. When tabulating new lines of code and comments in such new files, I count all lines of code and comments after excluding blank lines.

[5]      This analysis omits revisions consisting of changes in the paths of files processed by the script (e.g., if Dr. Marinescu's original backup script exported results to "03. Analysis/10. Panel Co-Conspirators/Output/level_regs.png" and the updated backup script instead exported results to "03. Analysis/07. Panel Co-Conspirators Sensitivity/01. Original/Output/level_regs.png," that change would be not counted in my analysis). This analysis also does not include any changes consisting solely of changes to spaces or capitalization.

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

7.    The counts above (i.e., 33 new files containing 5,574 lines of code and comments, and 9 files that also appeared in the backup to the Marinescu First Report but with 25 lines of code and comments added or revised) span the "02. Code" and "03. Analysis" folders.

## II.    YLPI Script Analysis

8.    **<u>Data Outliers.</u>** Appendix C to the Marinescu Second Report contains approximately 67 pages and 66 figures and tables reflecting "Outlier Sensitivity Analyses" that are not presented in the Marinescu First Report but that the Second Report presents in support of Dr. Marinescu's Yardi Lease Price Index ("YLPI").

9.    Attached as **Exhibit B** is a true and correct copy of analytical scripts underlying Dr. Marinescu's "Outlier Sensitivity Analyses" reflected in Appendix C of the Marinescu Second Report.[6] The supporting materials include a file named "yardi_index.R" in a subfolder titled "01. Original," as well as five other subfolders containing variants of "yardi_index.R" which include new and revised analytical scripts. **Figure 2** below illustrates this section of the backup production accompanying the Marinescu Second Report.

---

[6]    Three analytical scripts in the "03. Analysis/05. Yardi Index Sensitivity\06. Sensitivity Comparison" support Figures 16, 17, 20, and 21 of the Marinescu Second Report ("yardi_index_comp_out.R,"    "yardi_index_comp_out_combined.R,"    and "yardi_index_comp_out_gaps_facet.R").

-4-

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

**Figure 2**
**Screenshot of Marinescu Second Report Backup Material Folders**
**with New Files Analyzing Outlier Sensitivity**

```
05. Yardi Index Sensitivity/
├── 01. Original
│   ├── Output
│   └── yardi_index.R
├── 02. Effective Rent Outliers
│   ├── Output
│   └── yardi_index_eff_20.R
├── 03. Gross Rent Outliers
│   ├── Output
│   └── yardi_index_gross_20.R
├── 04. Recommended Rent Outliers
│   ├── Output
│   ├── rec_rent_cleaning_numbers.R
│   └── yardi_index_rec_20.R
├── 05. BLS Outlier Capping
│   ├── Output
│   └── yardi_index_bls_out.R
└── 06. Sensitivity Comparison
    ├── Output
    ├── yardi_index_comp_bls.R
    ├── yardi_index_comp_out_combined.R
    ├── yardi_index_comp_out_gaps_facet.R
    └── yardi_index_comp_out.R
```

10.    As shown in **Figure 2** above, several of these scripts relate to data outliers. **Figure 3** below lists the analytical scripts in those subfolders and the count of lines of code in each (omitting blank lines).

-5-

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

**Figure 3**
**Analytical Scripts in "03. Analysis/05. Yardi Index Sensitivity"**
**in the Marinescu Second Report Backup Materials**

| Subfolder | Contents | Lines of Code and Comments |
|---|---|---|
| 02. Effective Rent Outliers | yardi_index_eff_20.R | 229 |
| 03. Gross Rent Outliers | yardi_index_gross_20.R | 226 |
| 04. Recommended Rent Outliers | yardi_index_rec_20.R | 239 |
| | rec_rent_cleaning_numbers.R | 100 |
| 05. BLS Outlier Capping | yardi_index_bls_out.R | 229 |
| 06. Sensitivity Comparison | yardi_index_comp_bls.R | 263 |
| | yardi_index_comp_out.R | 171 |
| | yardi_index_comp_out_combined.R | 240 |
| | yardi_index_comp_out_gaps_facet.R | 167 |
| *Total* | | 1,864 |

11.     None of these files listed in **Figure 3** appeared in the backup for the Marinescu First Report. Together, these files collectively contain 1,864 lines of code and comments. They contain analytical scripts reflecting new calculations that I did not identify in analytical scripts or backup materials for the Marinescu First Report.

12.     **Temporal Gaps**. Dr. Marinescu opines in the Second Report that observations in the lease transaction data underlying her YLPI with gaps between lease contracts should not be treated as missing data and should instead be compared to the prior observation with a lease.[7]

---

[7]     Marinescu Second Report, ¶¶ 22-25; 113; 125-126; 129 (e.g., ¶ 126: "These observations are not 'missing' data in a meaningful sense because the lease transaction data records exactly what happened: a tenant departure, a vacancy, and a repricing event upon re-leasing.").

Dr. Marinescu  describes what she characterizes as the methodology of the Bureau of Labor Statistics (BLS), stating that the BLS "imputes rent price changes by assuming that missing observations follow the same movement as comparable observed units during the gap." Marinescu Second Report, ¶ 140. *See also* Marinescu Second Report, ¶ 143 ("BLS is explicit about why imputation is necessary. Simply ignoring unrented units (as Yardi's Experts suggests we must) introduces what it calls 'vacancy bias')"; ¶ 147 ("BLS adopts

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

13.    Attached as **Exhibit A** is a true and correct copy of analytical scripts underlying Dr. Marinescu's "Temporal Gaps" analyses reflected in Appendix C of the Marinescu Second Report.

14.    The backup materials for the Marinescu Second Report also include three analytical scripts – containing 355 lines of code and comments[8] – associated with these analyses, listed in **Figure 4** below:

**Figure 4**
**Analytical Scripts in Select Subfolders of "03. Analysis" Folder**
**in the Marinescu Second Report Backup Materials**

| Subfolder | Contents | Lines of Code and Comments |
|---|---|---|
| 02. Temporal Gaps Examples | small_gaps_price_increase.R | 102 |
| 03. Temporal Gaps Stats | summary_gap_months.R | 145 |
| 04. Temporal Gaps vs Rents | gaps_vs_rent_increase.R | 108 |
| *Total* | | 355 |

15.    None of these files listed in **Figure 4** appeared in the backup materials for the Marinescu First Report. They contain new calculations not contained within the analytical scripts and backup materials for the Marinescu First Report.

16.    The "yardi_index.R" file described above relates to Dr. Marinescu's treatment of temporal gaps, and in this context, I note that the "0.3 Analysis/05. Yardi Index Sensitivity/01. Original" folder does *not* contain the version of "yardi_index.R" originally produced with the Marinescu First Report. The version of "yardi_index.R" in the "01. Original" folder accompanying the Marinescu Second Report differs from the version of "yardi_index.R" produced with the Marinescu First Report. **Figure 5** below illustrates one of these differences (using a software that highlights differences between two code files).

an approach designed to include price movements across periods of missing data, just as I did in my opening report.").

[8]    All counts of lines of code and comments herein exclude blank lines.

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

**Figure 5**
**Excerpt Comparing the "yardi_index.R" Files Produced with the Marinescu First Report and with the Marinescu Second Report**

| "yardi_index.R" from the Marinescu First Report | "yardi_index.R" from the Marinescu Second Report |
|---|---|

17.      As **Figure 5** shows, the "yardi_index.R" file in the "01. Original" folder accompanying the Marinescu Second Report removes references in the comments to "month-on-month" changes and instead refers only to "changes." Similarly, a comment that previously described that code as "calculat[ing] changes from previous month by unit" was revised to describe that code as "calculat[ing] change from previous observation by unit."

18.      These revisions are notable for several reasons. First, the folder is labeled "Original," but the script inside it is not the original script by the same name from the Marinescu First Report. The original, as produced with the Marinescu First Report, contained comments that described the computation as "month-on-month." Second, that characterization was consistent with the Marinescu First Report's equations, plain-language descriptions, and Dr. Marinescu's deposition testimony.[9]

19.      Third, in the Marinescu Second Report, Dr. Marinescu wrote that if Yardi's experts (myself included) were "unclear about how the YLPI was constructed, [they] could have consulted

---

[9]      Marinescu First Report, ¶¶ 501-503. See also, Deposition of Ioana Marinescu, Ph.D., *McKenna Duffy, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, March 9, 2026 ("Marinescu Deposition"), at 263:24-264:6 ("A. […] My index was month to month. […] Q. And so your index was comparing the rent paid in a particular month versus the month before it? A. Yes."), 272:12-17 ("Q. So, in terms of your mathematical formula, the fact you're observing month-to-month data, you use the T minus one or prior month as the time period in all cases? A. Yes.").

-8-

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

the code used to construct it rather than speculating based on a possible misreading of my report."[10] I did consult Dr. Marinescu's code. Her code, as originally produced with her First Report (a true and correct copy of which is attached as Exhibit **D**) and shown on the left-hand side of **Figure 5**, described the calculation as "month-on-month" and as computing "change from previous month by unit," consistent with her First Report and her deposition testimony.[11] Dr. Marinescu has now, without disclosing the changes to the reader, revised those comments in a file in a folder she labels "Original," which Marinescu produced with her Second Report (a true and correct copy of which is attached as **Exhibit E**). In that code, as shown on the right-hand side of **Figure 5**, Dr. Marinescu removed the "month-on-month" language and replaced it with "change from previous observation by unit." But her original code did not say this. This change is material to my analysis because the original comments (e.g., "previous month") were consistent with Dr. Marinescu's original stated month-on-month methodology, while the revised comments more closely track how Dr. Marinescu describes her methodology in her Second Report.

20.    A true and correct copy of the output of the code-compare software program as reflected in **Figure 5** that compares the code from **Exhibit D** (the First Report backup script) with **Exhibit E** (the Second Report backup script) is attached as **Exhibit F.**

### III.    Theory of Collusion

21.    In the Marinescu First Report, Dr. Marinescu opines that Landlord Defendants "charge higher rents" when "surrounded by more alleged co-conspirators" in the same geographic area.[12] To support this opinion, she performs a panel regression (Table 8 in the First Report) that

---

[10]    Marinescu Second Report, ¶ 113.

[11]    Marinescu First Report, ¶¶ 501-503. See also, Marinescu Deposition, at 263:24-264:6 ("A. […] My index was month to month. […] Q. And so your index was comparing the rent paid in a particular month versus the month before it? A. Yes."), 272:12-17 ("Q. So, in terms of your mathematical formula, the fact you're observing month-to-month data, you use the T minus one or prior month as the time period in all cases? A. Yes.").

[12]    Marinescu First Report, Table 8, titled "Robust Econometric Estimation Confirms that Landlord Defendants Charge Higher Rents When Surrounded By More Alleged Co-Conspirators, Even Relative to Other Landlord Defendants."

-9-

DECLARATION OF MIHRAN YENIKOMSHIAN                                CASE NO.: 2:23-CV-01391-RSL

examines the relationship between (1) each unit's monthly effective rent and (2) the "Number of Co-Conspirator Properties" in the unit's PUMA.[13]

22.     Attached as **Exhibit C** is a true and correct copy of analytical scripts underlying first differences analyses in the Marinescu Second Report.[14] The supporting materials include a file named "harrington_panel.R" in a subfolder titled "01. Original," as well as five other subfolders containing new analytical scripts, most of which are variants of "harrington_panel.R" (*see* **Figure 6** below). **Figure 6** below illustrates this section of the backup production accompanying the Marinescu Second Report.

**Figure 6**
**Screenshot of Marinescu Second Report Backup Material Folders**
**with New Analytical Scripts Analyzing Panel Co-Conspirators Sensitivity**

```
07. Panel Co-Conspirators Sensitivity/
├── 01. Original
│   ├── harrington_panel.R
│   └── Output
├── 02. Effective Rent Outliers
│   ├── harrington_panel_eff_20.R
│   └── Output
├── 03. Gross Rent Outliers
│   ├── harrington_panel_gross_20.R
│   └── Output
├── 04. Recommended Rent Outliers
│   ├── harrington_panel_rec_20.R
│   └── Output
├── 05. Tucker Adjustments
│   ├── harrington_panel_eff_20_adj_prop_addl_var.R
│   ├── harrington_panel_eff_20_adj_prop.R
│   ├── harrington_panel_eff_20_landlords.R
│   └── Output
└── 06. Checks PUMA
    ├── Output
    └── PUMA_regs_filtered.R
```

23.     As with the "yardi_index.R" files above, the "01. Original" folder does not contain the original file (i.e., the original "harrington_panel.R") produced with the Marinescu First Report, although the differences are limited.[15] The Marinescu Second Report backup materials include

---

[13]    Marinescu First Report, ¶¶ 541-547, Equations 21-25.

[14]    Marinescu Second Report, Tables 6, 11, 13, 20, 28; Figure 55.

[15]    Specific changes include different file paths from the original backup, and adding lines to view intermediate results.

-10-

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

several subfolders containing variants of "harrington_panel.R." **Figure 7** lists the analytical scripts in those subfolders and the count of lines of code in each (omitting blank lines).

**Figure 7**
**Analytical Scripts in "03. Analysis/07. Panel Co-Conspirators Sensitivity"**
**in the Marinescu Second Report Backup Materials**

| Subfolder | Contents | Lines of Code and Comments |
|---|---|---|
| 02. Effective Rent Outliers | harrington_panel_eff_20.R | 98 |
| 03. Gross Rent Outliers | harrington_panel_gross_20.R | 98 |
| 04. Recommended Rent Outliers | harrington_panel_rec_20.R | 98 |
| 05. Tucker Adjustments | harrington_panel_eff_20_adj_prop.R | 73 |
| | harrington_panel_eff_20_adj_prop_addl_var.R | 78 |
| | harrington_panel_eff_20_landlords.R | 73 |
| 06. Checks PUMA | PUMA_regs_filtered.R | 91 |
| *Total* | | 609 |

24.    None of these files listed in **Figure 7** appeared in the backup materials for the Marinescu First Report. Together, these files contain 609 lines of code and comments. These files contain analytical code and calculations that I did not identify in the analytical scripts or backup materials for the Marinescu First Report.

25.    In addition, the "10. Outlier treatment Z score test" subfolder of "03. Analysis" in the backup to the Marinescu Second Report contains another script relevant to the first differences analyses. The file "z_score_inc_exl_outliers.R" includes code supporting Table 15 of the Marinescu Second Report, "Z-score Tests On Parameter Estimates From First Difference Regressions In Table 12 Of My Opening Report, Considering My Treatment Of Outliers vs.

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

Tucker's Treatment."[16] This file did not appear in the backup materials for the Marinescu First Report, and contains an additional 182 lines of code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2026, at Lexington, Massachusetts.

_____
Mihran Yenikomshian

---

[16]     Marinescu Second Report, p. 145.

-12-