**Exhibit A**

**Analytical Scripts Underlying Dr. Marinescu's
Temporal Gaps Analyses**

**Exhibit A Contents**

Within the backup to the Marinescu Second Report:

- 03. Analysis\02. Temporal Gaps Examples\small_gaps_price_increase.R
- 03. Analysis\03. Temporal Gaps Stats\summary_gap_months.R
- 03. Analysis\04. Temporal Gaps vs Rents\gaps_vs_rent_increase.R

small_gaps_price_increase.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(readxl)
library(writexl)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")


# Load datasets --------------------------------------------------------

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_no_out <- cleanaccept_no_out(expand = T, geocode = T, fast_geo = T)
drent_no_out <- drent_list_no_out[[1]]
dr_ext_no_out <- drent_list_no_out[[2]]

# Add back the lease term
dr_ext_no_out[drent_no_out, `:=`(lease.term = lease.term), on = c(revenue.iq.unit.id
 = "revenue.iq.unit.id",
                                                 lease_start_month =
                                                 "lease_start_month")]

# compute lease end date
dr_ext_no_out[, lease_end_date := lease_start_date  %m+% months(lease.term)]
# variable with lagged lease_end_date
dr_ext_no_out[, lease_end_date_lag := shift(lease_end_date, type = "lag")]

setorder(dr_ext_no_out, revenue.iq.unit.id, month)

# compute gap months
dr_ext_no_out[, gap_months :=
                (year(month) - year(shift(month))) * 12 +
                (month(month)- month(shift(month))),
              by = revenue.iq.unit.id]

# compute original effective rent ratio
dr_ext_no_out[, ratio_orig := monthly.effective.rent /
                shift(monthly.effective.rent, type = "lag"),
              by = revenue.iq.unit.id]

# compute ratio excluding data gaps
dr_ext_no_out[, ratio_nagap := ifelse(
  gap_months == 1,
  monthly.effective.rent / shift(monthly.effective.rent, type = "lag"),
  NA_real_
), by = revenue.iq.unit.id]

# compute difference in days between the last date of a lease and the start of
another contract
dr_ext_no_out[, diff_days := as.integer(as.IDate(lease_start_date, format =
"%Y-%m-%d") - as.IDate(shift(lease_end_date), format = "%Y-%m-%d")),
              by = revenue.iq.unit.id]
```

small_gaps_price_increase.R

```r
# Keep variables of interest
dr_diff <- copy(
  dr_ext_no_out[, .(revenue.iq.unit.id, month, lease_start_date,
  monthly.effective.rent, lease_end_date, lease_end_date_lag,
    gap_months, ratio_orig, ratio_nagap, diff_days
  )]
)

# add column with lag of effective rent
dr_diff[, rent_lag := shift(monthly.effective.rent, type = "lag"), by =
revenue.iq.unit.id]
# filter data for rent increases dropped by Yardi's experts
dr_diff_incr <- dr_diff[is.na(ratio_nagap) & ratio_orig > 1]
# sorting variables in ascending order
setorder(dr_diff_incr, diff_days, revenue.iq.unit.id, month)


# Top 3 ratio_orig for diff_days = 29, 30, 31
top29 <- dr_diff_incr[diff_days == 29][order(-ratio_orig)][1:3]
top30 <- dr_diff_incr[diff_days == 30][order(-ratio_orig)][1:3]
top31 <- dr_diff_incr[diff_days == 31][order(-ratio_orig)][1:3]

top_examples <- rbindlist(list(top29, top30, top31), fill = TRUE)
top_examples <- top_examples[!is.na(revenue.iq.unit.id)]

# Build sheet with 2 rows per example
top_examples_sheet <- rbindlist(
  lapply(seq_len(nrow(top_examples)), function(i) {
    x <- top_examples[i]

    rbindlist(list(
      data.table(
        `Unit ID` = x$revenue.iq.unit.id,
        `Lease Start Date` = as.character(x$lease_end_date_lag),
        `Days Gap` = paste0(x$diff_days, " days"),
        `Monthly Effective Rent` = x$rent_lag,
        `Original Ratio` = NA_real_
      ),
      data.table(
        `Unit ID` = x$revenue.iq.unit.id,
        `Lease Start Date` = as.character(x$lease_start_date),
        `Days Gap` = paste0(x$diff_days, " days"),
        `Monthly Effective Rent` = x$monthly.effective.rent,
        `Original Ratio` = round(x$ratio_orig, 2)
      )
    ), fill = TRUE)
  }),
  fill = TRUE
)

setnames(top_examples_sheet, "Lease Start Date", "Date")
setnames(top_examples_sheet, "Unit ID", "Revenue IQ Unit ID")

# load the workbook, original excel sheet
wb <- loadWorkbook("03. Analysis/02. Temporal Gaps
Examples/Output/small_gaps_price_increase.xlsx")

# create/select sheet to save the data in
if (!('top_gap_examples' %in% names(wb))) {
  addWorksheet(wb, 'top_gap_examples')
```

A-2

```r
}

# write the data in the sheet
writeData(wb, "top_gap_examples", top_examples_sheet)

# save
saveWorkbook(wb, "03. Analysis/02. Temporal Gaps
Examples/Output/small_gaps_price_increase.xlsx",
              overwrite = TRUE)


# numbers in report
# Each of these examples shows a true price increase between 32% and 60% across a
"missing gap" of only 29-31 days.
top_examples_sheet[!is.na(`Original Ratio`), min(`Original Ratio`)]-1
top_examples_sheet[!is.na(`Original Ratio`), max(`Original Ratio`)]-1

top_examples_sheet[`Original Ratio` == min(`Original Ratio`, na.rm= TRUE), `Days
Gap`]
top_examples_sheet[`Original Ratio` == max(`Original Ratio`, na.rm= TRUE), `Days
Gap`]
```

summary_gap_months.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(writexl)
library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(openxlsx)
library(scales)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")


# Load datasets ----------------------------------------------------------

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_no_out <- cleanaccept_no_out(expand = T)
drent_no_out <- drent_list_no_out[[1]]
dr_ext_no_out <- drent_list_no_out[[2]]

# as dr_ext_no_out does not contain variable lease.term add it from dataset
drent_no_out
dr_ext_no_out_add <- dr_ext_no_out[drent_no_out, lease.term := lease.term,
                                   on = c(revenue.iq.unit.id = "revenue.iq.unit.id"
                                   , lease_start_month = "lease_start_month" )]

# add the variable gap_months based on Yardi's experts code
dr_ext_no_out_add = dr_ext_no_out_add[order(revenue.iq.unit.id,month)]
dr_ext_no_out_add[, gap_months :=
                      (year(month) - year(shift(month))) * 12 +
                      (month(month) - month(shift(month))),
                   by = revenue.iq.unit.id]
# calculate change from previous observation without data gap by unit
dr_ext_no_out_add[, ratio := ifelse(
  gap_months == 1,
  monthly.effective.rent / shift(monthly.effective.rent, type = "lag"),
  NA_real_
), by = revenue.iq.unit.id]

#calculate the original ratio
dr_ext_no_out_add[, ratio_orig := monthly.effective.rent/shift(
monthly.effective.rent, type = "lag"), revenue.iq.unit.id]

#create a dataset for which the variable ratio (for Yardi's experts) is NA and
ratio_orig is different from NA
dr_ext_no_out_add[, .N, is.na(ratio) & !is.na(ratio_orig)]
dt_y <- dr_ext_no_out_add[is.na(ratio) & !is.na(ratio_orig)]

#create the new variable for number of missing months
dt_y[, miss_month := gap_months -1]

dt_miss_month <- copy(dt_y)
dt_miss_month[, freq := .N, by = miss_month]
dt_miss_month[, freq := as.numeric(freq)]
```

summary_gap_months.R

```r
dt_miss_month <- unique(dt_miss_month[, .(miss_month, freq)])

# shares
tot_freq <- dt_miss_month[, sum(freq)]
dt_miss_month[, share_freq := freq/tot_freq ]

dt_miss_month <- dt_miss_month[order(miss_month)]
dt_miss_month[, cum_freq := cumsum(share_freq)]

# load the workbook, original excel sheet
wb <- loadWorkbook("03. Analysis/03. Temporal Gaps
Stats/Output/freq_share_dataset.xlsx")

# create/select sheet you want to save the data in
if (!('Length_of_Gap_Months' %in% names(wb))) {
  addWorksheet(wb, 'Length_of_Gap_Months')
}

# write the data in the sheet
writeData(wb, "Length_of_Gap_Months", dt_miss_month)

# save
saveWorkbook(wb, "03. Analysis/03. Temporal Gaps
Stats/Output/freq_share_dataset.xlsx",
             overwrite = TRUE)


# Summary statistics in chart --------------------------------------------

meanmismonth <- dt_y[, mean(miss_month)]
medianmismonth <- dt_y[, median(miss_month)]
maxmismonth <- dt_y[, max(miss_month)]


# Graph ------------------------------------------------------------------

#frequency gap months
ggplot() +
  geom_histogram(data = dt_y, aes(x = miss_month), binwidth = 1, fill = "#ee712b",
  color = "#ee712b") +
  geom_vline(xintercept = meanmismonth, color = "#545454", linetype = "dashed", size
   = 0.2) +
  geom_label(
    aes(x = meanmismonth, y = 78000, label = paste("Mean: ", round(meanmismonth, 2
    ))),
    vjust = -0.5, hjust = 0.5,
    show.legend = FALSE,
    size = 2.5,
    colour = colour_palette[8],
    fill = "white"
  ) +
  geom_vline(xintercept = medianmismonth, color = "#545454", linetype = "dashed",
  size = 0.2) +
  geom_label(
    aes(x = medianmismonth, y = 85000, label = paste("Median: ", round(
    medianmismonth, 2))),
    vjust = -0.5, hjust = 0.5,
    show.legend = FALSE,
    size = 2.5,
```

A-5

summary_gap_months.R

```r
    colour = colour_palette[8],
    fill = "white"
  ) +
  geom_vline(xintercept = maxmismonth, color = "#545454", linetype = "dashed", size
  = 0.2) +
  geom_label(
    aes(x = maxmismonth, y = 85000, label = paste("Max: ", round(maxmismonth, 2))),
    vjust = -0.5, hjust = 0.5,
    show.legend = FALSE,
    size = 2.5,
    colour = colour_palette[8],
    fill = "white"
  ) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  labs(title = "", x = "Missing Months", y = "Frequency (Count)") +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"))+
  scale_y_continuous( limits = c(0, 90000), breaks = seq(0, 90000, by = 5000),
  labels = addUnits)+
  scale_x_continuous( breaks= seq(0, 120, by = 5), guide = guide_axis(n.dodge = 2))

ggsave("03. Analysis/03. Temporal Gaps Stats/Output/missing_month_freq.png", width =
 8, height = 5, dpi = 700)


# Gap months and change in Tenant ID -------------------------------------

#inserting variable revenue.iq.tenant.id from drent_no_out into dr_ext_no_out
dr_ext_no_out_tenantID <- copy(dr_ext_no_out)
dr_ext_no_out_tenantID <- dr_ext_no_out_tenantID[drent_no_out, revenue.iq.tenant.id
:= revenue.iq.tenant.id,
                                    on = c(revenue.iq.unit.id =
                                    "revenue.iq.unit.id", lease_start_month =
                                    "lease_start_month" )]


# compute gap months
dr_ext_no_out_tenantID = dr_ext_no_out_tenantID[order(revenue.iq.unit.id,month)]
dr_ext_no_out_tenantID[, gap_months :=
                  (year(month) - year(shift(month))) * 12 +
                  (month(month) - month(shift(month))),
              by = revenue.iq.unit.id]

#change in tenant
dr_ext_no_out_tenantID[, tenant_pre := shift(revenue.iq.tenant.id, type = "lag"),
revenue.iq.unit.id]
dr_ext_no_out_tenantID[, tenant_change := revenue.iq.tenant.id != tenant_pre,
revenue.iq.unit.id]

#create the new variable for number of missing months
dr_ext_no_out_tenantID[, miss_month := gap_months -1]

dt_tenant =  dr_ext_no_out_tenantID[, .(revenue.iq.unit.id, month, miss_month,
revenue.iq.tenant.id, tenant_pre, tenant_change, lease.type)]
dt_tenant[tenant_change == "TRUE", freq_tenant_change := .N, by = miss_month]
dt_tenant[, tot_freq := .N, by = miss_month]
dt_tenant[, share_change := freq_tenant_change/tot_freq]
dt_tenant<- dt_tenant[!is.na(share_change)]
dt_tenant <- unique(dt_tenant, by = "miss_month")
```

A-6

summary_gap_months.R

```r
dt_tenant <- dt_tenant[order(miss_month)]


# numbers in report
#77,289 of the price movements Dr. Tucker coerces to NA have only 1 month of
missing data.
dt_miss_month[miss_month == 1, freq]

#In total, Dr. Tucker removes 240,194 price movements from her analysis, of which
more than 67% (161,008) were price increases
# precise numbers:
dr_ext_no_out_add[is.na(ratio) & !is.na(ratio_orig), .N]
dt_y[ratio_orig > 1, .N] # 161,008
dt_y[ratio_orig > 1, .N]/dt_y[, .N] # 67%

#Of these price movements, approximately one third had only 1 month of missing data
dt_miss_month[miss_month == 1, share_freq]

#More than 60% had only up to 3 months of missing data
dt_miss_month[miss_month <= 3, sum(share_freq)]

#Long gaps of the nature discussed in my deposition (e.g., 5+ years) account for
just 0.15% of all the data gap price movements Yardi's Experts remove from their
revised YLPI
dt_miss_month[miss_month >= 60, sum(share_freq)]

#For more than 90% of the one-, two-, and three-month gaps Yardi's Experts exclude,
the tenant ID changes between the two lease observations.
dt_tenant[miss_month == 1, share_change]
dt_tenant[miss_month == 2, share_change]
dt_tenant[miss_month == 3, share_change]
```

gaps_vs_rent_increase.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(lubridate)
library(ggplot2)

options(scipen = 999)

windowsFonts(`Proxima Nova Lt` = windowsFont("Proxima Nova Lt"))
source("02. Code/01. Utility/general_functions.R")


# Load datasets -----------------------------------------------------

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_no_out <- cleanaccept_no_out(expand = T, geocode = F)
drent_no_out <- drent_list_no_out[[1]]
dr_ext_no_out <- drent_list_no_out[[2]]


# compute Yardi's Experts' index
# -----------------------------------------------------------
dr_ext_no_out = dr_ext_no_out[order(revenue.iq.unit.id,month)]
# calculate change by unit according to Yardi's Experts' methodology
dr_ext_no_out[, gap_months :=
                (year(month) - year(shift(month))) * 12 +
                (month(month) - month(shift(month))),
              by = revenue.iq.unit.id]

dr_ext_no_out[, ratio := ifelse(
  gap_months == 1,
  monthly.effective.rent / shift(monthly.effective.rent, type = "lag"),
  NA_real_
), by = revenue.iq.unit.id]



# average changes across units by month
extagg_y = dr_ext_no_out[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of changes
extagg_y = extagg_y[order(month)]
extagg_y[!is.na(chain),index := cumprod(chain)]
extagg_y[, index := index*100]


# compute original ratio -------------------------------------------
dr_ext_no_out[, ratio_orig := monthly.effective.rent/shift(monthly.effective.rent,
type = "lag"), revenue.iq.unit.id]

# merge Yardi's Experts' index values
dr_ext_no_out[extagg_y, index_y := index, on = c(month = "month")]

# compute ratios of index
dr_ext_no_out[, index_y_pre := shift(index_y, type = "lag"), revenue.iq.unit.id]
dr_ext_no_out[, ratio_index := index_y/index_y_pre, revenue.iq.unit.id]

# compute difference between ratio of rents not accounting for data gaps
dr_ext_no_out[, diff := ratio_orig - ratio_index]
# categorize difference: positive vs. negative
```

gaps_vs_rent_increase.R

```r
dr_ext_no_out[ratio_orig > ratio_index, change := "ratio_orig > ratio_index"]
dr_ext_no_out[ratio_orig == ratio_index, change := "ratio_orig equal to ratio_index"
]
dr_ext_no_out[ratio_orig < ratio_index, change := "ratio_orig < ratio_index"]


# charts -----------------------------------------------------------------

# add quarter variable
dr_ext_no_out[, quarter := NULL]
dr_ext_no_out[, quarter := floor_date(month, 'quarter')]

# mean line chart --------------------------------------------------------


# filter dataset to only rows with a data gap
dr_mean <- dr_ext_no_out[!is.na(gap_months) & gap_months != 1]
# aggregate and compute mean difference
dr_mean <- dr_mean[, .(mean_diff = mean(diff)), .(quarter, change)]
dr_mean[change == "ratio_orig > ratio_index", change_label := "Rent Movement Above
Tucker Index"]
dr_mean[change == "ratio_orig < ratio_index", change_label := "Rent Movement Below
Tucker Index"]
dr_mean[, change := factor(change, levels = c("ratio_orig > ratio_index",
"ratio_orig < ratio_index"))]
dr_mean[, change_label := factor(change_label, levels = c("Rent Movement Above
Tucker Index", "Rent Movement Below Tucker Index"))]


ggplot(data = dr_mean) +
  geom_line(aes(x = quarter, y = mean_diff, color = change_label)) +
  ylab("Mean Difference Between Rent Movement vs Tucker Index") +
  xlab("") +
  fideres_layout() +
  fideres_colours() +
  scale_x_date(date_breaks = "1 year", date_labels = "%Y") +
  labs(caption = "Excludes monthly effective rents <= $20 as per Dr. Tucker's
    outlier cleaning.\nThe vacant rent movement and Tucker's index are computed
    across the same period and duration of time.") +
  theme(legend.text = element_text(size = 7),
        axis.text.x = element_text(size = 7, family = "Proxima Nova Lt"),
        axis.title.y = element_text(size = 7,  family = "Proxima Nova Lt"),
        axis.text.y = element_text(size = 7, family = "Proxima Nova Lt"),
        plot.caption = element_text(size= 7, family="Proxima Nova Lt", hjust = 0))


ggsave("03. Analysis/04. Temporal Gaps vs Rents/Output/mean_line_quarterly.png",
width = 6, height = 4, dpi = 700, device = png)

# area chart with share of positive and negative change
  -----------------------------------------------------------

# filter dataset to only rows with a data gap
dr_area <- dr_ext_no_out[!is.na(gap_months) & gap_months != 1]
# aggregate and compute shares
dr_area <- dr_area[, .(count = .N), .(quarter, change)]
dr_area[, count_tot := sum(count), quarter]
dr_area[, share := count/count_tot]

dr_area[, check := sum(share), quarter]
```

gaps_vs_rent_increase.R

```r
dr_area[check != 1, .N]
dr_area[change == "ratio_orig > ratio_index", change_label := "Rent Movement Above
Tucker Index"]
dr_area[change == "ratio_orig < ratio_index", change_label := "Rent Movement Below
Tucker Index"]
dr_area[, change := factor(change, levels = c("ratio_orig > ratio_index",
"ratio_orig < ratio_index"))]
dr_area[, change_label := factor(change_label, levels = c("Rent Movement Above
Tucker Index", "Rent Movement Below Tucker Index"))]


ggplot(data = dr_area) +
  geom_area(aes(x = quarter, y = share, color = change_label, fill = change_label))
  +
  fideres_layout() +
  fideres_colours() +
  fideres_fill() +
  ylab("Share of Rent Movements Above/Below Tucker Index") +
  xlab("") +
  scale_y_continuous(label = percent, expand = expansion(mult = c(0,0))) +
  scale_x_date(date_breaks = "1 year", date_labels = "%Y", expand = expansion(mult =
   c(0, 0))) +
  labs(caption = "Excludes monthly effective rents <= $20 as per Dr. Tucker's
  outlier cleaning.\nThe vacant rent movement and Tucker's index are computed
  across the same period and duration of time.") +
  theme(legend.text = element_text(size = 7),
        axis.text.x = element_text(size = 7, family = "Proxima Nova Lt"),
        axis.title.y = element_text(size = 7,  family = "Proxima Nova Lt"),
        axis.text.y = element_text(size = 7, family = "Proxima Nova Lt"),
        plot.caption = element_text(size= 7, family="Proxima Nova Lt", hjust = 0))

ggsave("03. Analysis/04. Temporal Gaps vs Rents/Output/share_area_quarterly.png",
width = 6, height = 4, dpi = 700, device = png)


# numbers in report
#consistently more than half of the data gap price movements were above index – on
average 60.5% of data gap price movements were above index
dr_area[, mean(share), change][1]

#In 2021, this peaked at an average of 71.9%
dr_area[year(quarter) == 2021, mean(share), change][1]

#The typical above-index data gap price movement was on average 0.13 greater than
the corresponding YLPI movement.
#At the same time, the below index data gap price movement was only on average
-0.08 less than the corresponding YLPI movement.
dr_mean[, mean(mean_diff), change_label]



```