**Exhibit B**

**Analytical Scripts Underlying Dr. Marinescu's
Data Outliers and YLPI Script Analyses**

**Exhibit B Contents**

Within the backup to the Marinescu Second Report:

- 03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
- 03. Analysis\05. Yardi Index Sensitivity\02. Effective Rent Outliers\yardi_index_eff_20.R
- 03. Analysis\05. Yardi Index Sensitivity\03. Gross Rent Outliers\yardi_index_gross_20.R
- 03. Analysis\05. Yardi Index Sensitivity\04. Recommended Rent Outliers\yardi_index_rec_20.R
- 03. Analysis\05. Yardi Index Sensitivity\04. Recommended Rent Outliers\rec_rent_cleaning_numbers.R
- 03. Analysis\05. Yardi Index Sensitivity\05. BLS Outlier Capping\yardi_index_bls_out.R
- 03. Analysis\05. Yardi Index Sensitivity\06. Sensitivity Comparison\yardi_index_comp_bls.R
- 03. Analysis\05. Yardi Index Sensitivity\06. Sensitivity Comparison\yardi_index_comp_out.R
- 03. Analysis\05. Yardi Index Sensitivity\06. Sensitivity Comparison\yardi_index_comp_out_combined.R
- 03. Analysis\05. Yardi Index Sensitivity\06. Sensitivity Comparison\yardi_index_comp_out_gaps_facet.R

yardi_index.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

# Load datasets -------------------------------------------------------


# source lease data
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Compute Yardi index -------------------------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext[, ratio := monthly.effective.rent/shift(monthly.effective.rent, type = "lag")
, revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]



# Rent CPI index ------------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index, on = c(observation_date = "month")]


# Charts --------------------------------------------------------------

# prepare data
dr_act_leases <- dr_ext[, .(active_count = uniqueN(revenue.iq.unit.id)), .(month)]
```

```r
comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cpi_index,
                         yardi_index = yardi_index),
          on = c(month = "observation_date")]

# combined chart -----------------------------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 250)
ylim.sec <- c(0, 450000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = active_count*b, fill = "Yardi Active Lease Count"), position =
    position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Active Lease Count" = "#535776"),
                    breaks = c("Yardi Active Lease Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
   scale_y_continuous(name = "Rent Price Index",
                      breaks = seq(100, 250, by = 25),
                      sec.axis = sec_axis(~(. -100)/b, name = "Active Lease Count",
                      label = addUnits)
                      ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))


ggsave("03. Analysis/05. Yardi Index Sensitivity/01.
  Original/Output/yardi_indices_units_comb.png", width = 8, height = 5, dpi = 700,
  device = png)


# output Yardi index premium table ----------------------------------------

# create table: Yardi index and active units count, fred CPI, index premium,
  annually
```

yardi_index.R

```r
index_data <- comb_data
index_data[, year := as.Date(paste0(year(month), "-01-01"))]
index_data <- index_data[year == month]
index_data <- index_data[order(year, decreasing = F)]
index_data[year == as.Date("2011-01-01"), yardi_index := comb_data[month == as.Date(
"2011-02-01"), yardi_index]]
index_data[year == as.Date("2011-01-01"), cpi_index := comb_data[month == as.Date(
"2011-02-01"), cpi_index]]

# save in excel sheet
wb <- loadWorkbook("03. Analysis/05. Yardi Index Sensitivity/01.
Original/Output/Index Premium Table/Formatted Index Table.xlsx")

if (!('index_premium_data' %in% names(wb))) {
  addWorksheet(wb, 'index_premium_data')
}
writeData(wb, "index_premium_data", index_data)

saveWorkbook(wb, "03. Analysis/05. Yardi Index Sensitivity/01.
Original/Output/Index Premium Table/Formatted Index Table.xlsx",
            overwrite = TRUE)



# Yardi index v. rent CPI --------------------------------------------


# scatterplot that is x: yardi unit count, y: (yardi index - cpi)
  ----------------------------------------------------------

comb_data[, index_diff := (yardi_index - cpi_index)/100]

ggplot(data = comb_data, aes(x = active_count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Active Lease Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
        ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")


ggsave("03. Analysis/05. Yardi Index Sensitivity/01. Original/Output/scatter.png",
width = 8, height = 5, dpi = 700, device = png)

# delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)) +
  geom_line(aes(y = index_diff*100, linetype = "Yardi Index Premium (Yardi Index -
  Rent CPI)"), linewidth = .8, color = "#ee712b") +
  ylab("") +
  xlab("") +
  fideres_layout() +
  geom_vline(xintercept = as.Date("2021-01-01"), colour = "#545454", linetype =
```

yardi_index.R

```r
      "dotdash") +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank()
          ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

  ggsave("03. Analysis/05. Yardi Index Sensitivity/01.
  Original/Output/yardi_cpi_diff.png", width = 8, height = 5, dpi = 700, device = png)

  # approx unit count -----------------------------------------------------

  # get approx unit count by property and month
  dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(
  revenueiq.property.id, month, approx.unit.count)]
  dt_auc[, .N, .(revenueiq.property.id, month)]

  dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
  comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month"
  )]


  ggplot(data = comb_data, aes(x = month)) +
    geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"),
    position = position_nudge(y = 100), alpha = .4) +
    geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
    geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
    geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
    ylab("") +
    xlab("") +
    fideres_layout() +
    scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Approx. Tot. Unit Count" = "#535776"),
                      breaks = c("Yardi Approx. Tot. Unit Count")) +
    scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank(),
          legend.key = element_rect(fill = "transparent", color = "transparent"),
          axis.title.y = element_text(color = "#ee712b"),
          axis.title.y.right = element_text(color = "#535776"),
          axis.text.y = element_text(color = "#ee712b"),
          axis.text.y.right = element_text(color = "#535776")) +
    scale_y_continuous(name = "Rent Price Index",
                       breaks = seq(100, 250, by = 25),
                       sec.axis = sec_axis(~(. -100)/b, name = "Yardi Approx. Tot.
                       Unit Count", label = addUnits)
    ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

  ggsave("03. Analysis/05. Yardi Index Sensitivity/01.
  Original/Output/yardi_indices_units_comb_totunits.png", width = 8, height = 5, dpi =
```

yardi_index.R

```
      700, device = png)


ggplot(data = comb_data, aes(x = approx.unit.count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Approx. Unit Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
  ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")

ggsave("03. Analysis/05. Yardi Index Sensitivity/01.
  Original/Output/scatter_totunits.png", width = 8, height = 5, dpi = 700, device =
  png)


# regressions -------------------------------------------------------------


# regress index diff on active lease count
comb_data_reg <- comb_data

# express y as percentage points
comb_data_reg[, index_diff_ppt := index_diff*100]
# units in 10,000s
comb_data_reg[, active_count_k := active_count/10000]
comb_data_reg[, approx.unit.count_k := approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt ~ active_count_k, comb_data_reg, se_type =
  "HC1")
reg_auc <- lm_robust(index_diff_ppt ~ approx.unit.count_k, comb_data_reg, se_type =
  "HC1")


mlist = list()
mlist[["Model 1"]] = reg_active
mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "gt", stars = T, gof_omit = "IC", style =
  "AER",
                      fmt = 6,
                      coef_map = c("(Intercept)" = "Intercept",
                                   "active_count_k" = "Active Lease Count, per 10k
                                   Leases",
                                   "approx.unit.count_k" = "Approx. Unit Count, per
                                   10k Units"))

regtab = tab_spanner(regtab, label = "Yardi Index Premium", columns = 2:3)

regtab = tab_style(regtab, style = list(
```

yardi_index.R

```r
      cell_text(weight = "bold")), locations = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
   12)
regtab = tab_footnote(regtab, "Active Lease Count and Approx. Unit Count are each
   scaled back by 10,000.")


regtab

gtsave(regtab, filename = "03. Analysis/05. Yardi Index Sensitivity/01.
   Original/Output/index_regtab.png")


# structural break testing ------------------------------------------------

#order data to identify break point
comb_data_reg = comb_data_reg[order(month)]
comb_data_reg[,point_id := .I]

#define function to iterate chow tests
chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_count_k, type = "Chow", point = xbreak, data
   = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$statistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test Statistic","P-Value")
  return(tmpdt)

}

#define breaks to test for
testlist = seq(comb_data_reg[month >= as.Date("2019-01-01"),min(point_id)],
   comb_data_reg[month < as.Date("2023-01-01"),max(point_id)], by = 1)

#get f stats from chow tests
ctests = rbindlist(lapply(testlist,chowfunct))
ctests[comb_data_reg, date := month, on = "point_id"]

#plot f stats
ggplot(melt(ctests,id = c("point_id","date")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1]) +
  facet_wrap(~variable, scales = "free_y") +
  ylab("") +
  xlab("") +
  fideres_layout()
ggsave("03. Analysis/05. Yardi Index Sensitivity/01. Original/Output/breaktest.png",
   width = 6, height = 4, dpi = 700, device = png)

# numbers in reply report ------------------------------------------------

# Revenue IQ adoption approximately doubled between 2020 and 2023, growing from
   approximately 146,000 to over 280,000 active leases before plateauing.
comb_data[month == as.Date("2023-01-01"), active_count]/comb_data[month == as.Date(
   "2020-01-01"), active_count]
comb_data[month == as.Date("2020-01-01"), active_count]
comb_data[month == as.Date("2023-01-01"), active_count]

```

yardi_index.R

```r
# At the same time, the Yardi Index Premium widened from 8.25 to over 23 by 2023
comb_data[month == as.Date("2020-01-01"), index_diff_ppt]
# 0.08251975
comb_data[month == as.Date("2023-01-01"), index_diff_ppt]
# 0.230445

# For sub-$20 monthly effective rents, the produced data records concessions as
high as $1,761 per month
drent[monthly.effective.rent <= 20, .(monthly.gross.rent, monthly.concession.amount
, monthly.effective.rent)][order(monthly.concession.amount)][1,2]

```

yardi_index_eff_20.R

```r
setwd(INSERT WORKING DIRECTORY HERE)


library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

# Load datasets ---------------------------------------------------------


# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list <- cleanaccept_no_out(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]



# Compute Yardi index ---------------------------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext[, ratio := monthly.effective.rent/shift(monthly.effective.rent, type = "lag")
, revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]



# Rent CPI index --------------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index, on = c(observation_date = "month")]


# Charts ----------------------------------------------------------------

# prepare data
```

```r
dr_act_leases <- dr_ext[, .(active_count = uniqueN(revenue.iq.unit.id)), .(month)]

comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cpi_index,
                         yardi_index = yardi_index),
          on = c(month = "observation_date")]

# combined chart ------------------------------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 175)
ylim.sec <- c(0, 300000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = active_count*b, fill = "Yardi Active Lease Count"), position =
  position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
  .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
  City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
  cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
  Active Lease Count" = "#535776"),
                    breaks = c("Yardi Active Lease Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
  Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
  scale_y_continuous(name = "Rent Price Index",
                     breaks = seq(100, 175, by = 25),
                     sec.axis = sec_axis(~(. -100)/b, name = "Active Lease Count",
                     label = addUnits)
  ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
  ))


ggsave("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
Outliers/Output/Index Exhibits/yardi_indices_units_comb.png", width = 8, height = 5
, dpi = 700, device = png)

# output Yardi index premium table ---------------------------------------

# create table: Yardi index and active units count, fred CPI, index premium,
annually
```

yardi_index_eff_20.R

```r
index_data <- comb_data
index_data[, year := as.Date(paste0(year(month), "-01-01"))]
index_data <- index_data[year == month]
index_data <- index_data[order(year, decreasing = F)]
index_data[year == as.Date("2011-01-01"), yardi_index := comb_data[month == as.Date(
  "2011-02-01"), yardi_index]]
index_data[year == as.Date("2011-01-01"), cpi_index := comb_data[month == as.Date(
  "2011-02-01"), cpi_index]]

# save in excel sheet

wb <- loadWorkbook("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
Outliers/Output/Index Exhibits/Index Premium Table/Formatted Index Table.xlsx")

if (!('index_premium_data' %in% names(wb))) {
  addWorksheet(wb, 'index_premium_data')
}
writeData(wb, "index_premium_data", index_data)

saveWorkbook(wb, "03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
Outliers/Output/Index Exhibits/Index Premium Table/Formatted Index Table.xlsx",
            overwrite = TRUE)



# Yardi index v. rent CPI ---------------------------------------------


# scatterplot that is x: yardi unit count, y: (yardi index - cpi)
  --------------------------------------------------------

comb_data[, index_diff := (yardi_index - cpi_index)/100]

ggplot(data = comb_data, aes(x = active_count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Active Lease Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
        ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")


ggsave("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
Outliers/Output/Index Exhibits/scatter.png", width = 8, height = 5, dpi = 700,
device = png)

# delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)) +
  geom_line(aes(y = index_diff*100, linetype = "Yardi Index Premium (Yardi Index -
  Rent CPI)"), linewidth = .8, color = "#ee712b") +
  ylab("") +
  xlab("") +
```

yardi_index_eff_20.R

```
    fideres_layout() +
    geom_vline(xintercept = as.Date("2021-01-01"), colour = "#545454", linetype =
    "dotdash") +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank()
          ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

ggsave("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
    Outliers/Output/Index Exhibits/yardi_cpi_diff.png", width = 8, height = 5, dpi = 700
    , device = png)

# approx unit count ----------------------------------------------------

# get approx unit count by property and month
dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(
    revenueiq.property.id, month, approx.unit.count)]
dt_auc[, .N, .(revenueiq.property.id, month)]

dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month"
    )]


ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"),
    position = position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Approx. Tot. Unit Count" = "#535776"),
                    breaks = c("Yardi Approx. Tot. Unit Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
  scale_y_continuous(name = "Rent Price Index",
                     breaks = seq(100, 250, by = 25),
                     sec.axis = sec_axis(~(. -100)/b, name = "Yardi Approx. Tot.
                     Unit Count", label = addUnits)
  ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))
```

yardi_index_eff_20.R

```r
ggsave("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
  Outliers/Output/Index Exhibits/yardi_indices_units_comb_totunits.png", width = 8,
  height = 5, dpi = 700, device = png)


ggplot(data = comb_data, aes(x = approx.unit.count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Approx. Unit Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
  ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")

ggsave("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
  Outliers/Output/Index Exhibits/scatter_totunits.png", width = 8, height = 5, dpi =
  700, device = png)


# regressions -------------------------------------------------------------


# regress index diff on active lease count
comb_data_reg <- comb_data

# express y as percentage points
comb_data_reg[, index_diff_ppt := index_diff*100]
# units in 10,000s
comb_data_reg[, active_count_k := active_count/10000]
comb_data_reg[, approx.unit.count_k := approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt ~ active_count_k, comb_data_reg, se_type =
  "HC1")
reg_auc <- lm_robust(index_diff_ppt ~ approx.unit.count_k, comb_data_reg, se_type =
  "HC1")


mlist = list()
mlist[["Model 1"]] = reg_active
mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "gt", stars = T, gof_omit = "IC", style =
  "AER",
                      fmt = 6,
                      coef_map = c("(Intercept)" = "Intercept",
                                   "active_count_k" = "Active Lease Count, per 10k
                                   Leases",
                                   "approx.unit.count_k" = "Approx. Unit Count, per
                                   10k Units"))
```

yardi_index_eff_20.R

```r
regtab = tab_spanner(regtab, label = "Yardi Index Premium", columns = 2:3)

regtab = tab_style(regtab, style = list(
  cell_text(weight = "bold")), locations = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
  12)
regtab = tab_footnote(regtab, "Active Lease Count and Approx. Unit Count are each
scaled back by 10,000.")


regtab

gtsave(regtab, filename = "03. Analysis/05. Yardi Index Sensitivity/02. Effective
Rent Outliers/Output/Index Exhibits/index_regtab.png")

# structural break testing -------------------------------------------------

#order data to identify break point
comb_data_reg = comb_data_reg[order(month)]
comb_data_reg[,point_id := .I]

#define function to iterate chow tests
chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_count_k, type = "Chow", point = xbreak, data
  = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$statistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test Statistic","P-Value")
  return(tmpdt)

}

#define breaks to test for
testlist = seq(comb_data_reg[month >= as.Date("2019-01-01"),min(point_id)],
comb_data_reg[month < as.Date("2023-01-01"),max(point_id)], by = 1)

#get f stats from chow tests
ctests = rbindlist(lapply(testlist,chowfunct))
ctests[comb_data_reg, date := month, on = "point_id"]

#plot f stats
ggplot(melt(ctests,id = c("point_id","date")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1]) +
  facet_wrap(~variable, scales = "free_y") +
  ylab("") +
  xlab("") +
  fideres_layout()
ggsave("03. Analysis/05. Yardi Index Sensitivity/02. Effective Rent
Outliers/Output/Index Exhibits/breaktest.png",width = 6, height = 4, dpi = 700,
device = png)

# numbers in reply report -------------------------------------------------

# there is still a significant Yardi Index Premium of up to 9.8% relative to Rent
CPI
comb_data[, max((yardi_index - cpi_index)/100, na.rm = T)]
```

yardi_index_gross_20.R

```r
setwd(INSERT WORKING DIRECTORY HERE)


library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

# Load datasets ---------------------------------------------------------


# source lease data filtering for gross rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out_gross_20.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]



# Compute Yardi index ---------------------------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext[, ratio := monthly.effective.rent/shift(monthly.effective.rent, type = "lag")
, revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]



# Rent CPI index --------------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index, on = c(observation_date = "month")]


# Charts ----------------------------------------------------------------

# prepare data
```

yardi_index_gross_20.R

```r
dr_act_leases <- dr_ext[, .(active_count = uniqueN(revenue.iq.unit.id)), .(month)]

comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cpi_index,
                         yardi_index = yardi_index),
          on = c(month = "observation_date")]

# combined chart ------------------------------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 175)
ylim.sec <- c(0, 300000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = active_count*b, fill = "Yardi Active Lease Count"), position =
    position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Active Lease Count" = "#535776"),
                    breaks = c("Yardi Active Lease Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
  scale_y_continuous(name = "Rent Price Index",
                     breaks = seq(100, 175, by = 25),
                     sec.axis = sec_axis(~(. -100)/b, name = "Active Lease Count",
                     label = addUnits)
  ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
  ))


ggsave("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
  Outliers/Output/yardi_indices_units_comb.png", width = 8, height = 5, dpi = 700,
  device = png)



# output Yardi index premium table ---------------------------------------
```

B-15

yardi_index_gross_20.R

```
# create table: Yardi index and active units count, fred CPI, index premium,
annually
index_data <- comb_data
index_data[, year := as.Date(paste0(year(month), "-01-01"))]
index_data <- index_data[year == month]
index_data <- index_data[order(year, decreasing = F)]
index_data[year == as.Date("2011-01-01"), yardi_index := comb_data[month == as.Date(
"2011-02-01"), yardi_index]]
index_data[year == as.Date("2011-01-01"), cpi_index := comb_data[month == as.Date(
"2011-02-01"), cpi_index]]

# save in excel sheet
wb <- loadWorkbook("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/Index Premium Table/Formatted Index Table.xlsx")

if (!('index_premium_data' %in% names(wb))) {
  addWorksheet(wb, 'index_premium_data')
}
writeData(wb, "index_premium_data", index_data)

saveWorkbook(wb, "03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/Index Premium Table/Formatted Index Table.xlsx",
              overwrite = TRUE)



# Yardi index v. rent CPI -------------------------------------------------


# scatterplot that is x: yardi unit count, y: (yardi index - cpi)
--------------------------------------------------------

comb_data[, index_diff := (yardi_index - cpi_index)/100]

ggplot(data = comb_data, aes(x = active_count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Active Lease Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
        ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")


ggsave("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/scatter.png", width = 8, height = 5, dpi = 700, device = png)

# delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)) +
  geom_line(aes(y = index_diff*100, linetype = "Yardi Index Premium (Yardi Index -
Rent CPI)"), linewidth = .8, color = "#ee712b") +
  ylab("") +
  xlab("") +
```

B-16

yardi_index_gross_20.R

```r
    fideres_layout() +
    geom_vline(xintercept = as.Date("2021-01-01"), colour = "#545454", linetype =
    "dotdash") +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank()
          ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

  ggsave("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
  Outliers/Output/yardi_cpi_diff.png", width = 8, height = 5, dpi = 700, device = png)

  # approx unit count -------------------------------------------------------

  # get approx unit count by property and month
  dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(
  revenueiq.property.id, month, approx.unit.count)]
  dt_auc[, .N, .(revenueiq.property.id, month)]

  dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
  comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month"
  )]


  ggplot(data = comb_data, aes(x = month)) +
    geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"),
    position = position_nudge(y = 100), alpha = .4) +
    geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
    geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
    geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
    ylab("") +
    xlab("") +
    fideres_layout() +
    scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Approx. Tot. Unit Count" = "#535776"),
                      breaks = c("Yardi Approx. Tot. Unit Count")) +
    scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank(),
          legend.key = element_rect(fill = "transparent", color = "transparent"),
          axis.title.y = element_text(color = "#ee712b"),
          axis.title.y.right = element_text(color = "#535776"),
          axis.text.y = element_text(color = "#ee712b"),
          axis.text.y.right = element_text(color = "#535776")) +
    scale_y_continuous(name = "Rent Price Index",
                       breaks = seq(100, 250, by = 25),
                       sec.axis = sec_axis(~(. -100)/b, name = "Yardi Approx. Tot.
                       Unit Count", label = addUnits)
    ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))
```

yardi_index_gross_20.R

```r
ggsave("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/yardi_indices_units_comb_totunits.png", width = 8, height = 5, dpi =
 700, device = png)


ggplot(data = comb_data, aes(x = approx.unit.count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Approx. Unit Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
  ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")

ggsave("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/scatter_totunits.png", width = 8, height = 5, dpi = 700, device =
png)


# regressions -------------------------------------------------------------


# regress index diff on active lease count
comb_data_reg <- comb_data

# express y as percentage points
comb_data_reg[, index_diff_ppt := index_diff*100]
# units in 10,000s
comb_data_reg[, active_count_k := active_count/10000]
comb_data_reg[, approx.unit.count_k := approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt ~ active_count_k, comb_data_reg, se_type =
"HC1")
reg_auc <- lm_robust(index_diff_ppt ~ approx.unit.count_k, comb_data_reg, se_type =
"HC1")


mlist = list()
mlist[["Model 1"]] = reg_active
mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "gt", stars = T, gof_omit = "IC", style =
"AER",
                      fmt = 6,
                      coef_map = c("(Intercept)" = "Intercept",
                                   "active_count_k" = "Active Lease Count, per 10k
                                   Leases",
                                   "approx.unit.count_k" = "Approx. Unit Count, per
                                   10k Units"))

regtab = tab_spanner(regtab, label = "Yardi Index Premium", columns = 2:3)
```

yardi_index_gross_20.R

```r
regtab = tab_style(regtab, style = list(
  cell_text(weight = "bold")), locations = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab = tab_footnote(regtab, "Active Lease Count and Approx. Unit Count are each
scaled back by 10,000.")


regtab

gtsave(regtab, filename = "03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/index_regtab.png")

# structural break testing ------------------------------------------------

#order data to identify break point
comb_data_reg = comb_data_reg[order(month)]
comb_data_reg[,point_id := .I]

#define function to iterate chow tests
chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_count_k, type = "Chow", point = xbreak, data
  = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$statistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test Statistic","P-Value")
  return(tmpdt)

}

#define breaks to test for
testlist = seq(comb_data_reg[month >= as.Date("2019-01-01"),min(point_id)],
comb_data_reg[month < as.Date("2023-01-01"),max(point_id)], by = 1)

#get f stats from chow tests
ctests = rbindlist(lapply(testlist,chowfunct))
ctests[comb_data_reg, date := month, on = "point_id"]

#plot f stats
ggplot(melt(ctests,id = c("point_id","date")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1]) +
  facet_wrap(~variable, scales = "free_y") +
  ylab("") +
  xlab("") +
  fideres_layout()
ggsave("03. Analysis/05. Yardi Index Sensitivity/03. Gross Rent
Outliers/Output/breaktest.png",width = 6, height = 4, dpi = 700, device = png)
```

yardi_index_rec_20.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

# Load datasets ---------------------------------------------------


# source lease data filtering for recommended rent >$20 and <$100,000
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out_rec_20.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Compute Yardi index ---------------------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext[, ratio := monthly.effective.rent/shift(monthly.effective.rent, type = "lag")
, revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]



# Rent CPI index --------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index, on = c(observation_date = "month")]


# Charts ----------------------------------------------------------

# prepare data
dr_act_leases <- dr_ext[, .(active_count = uniqueN(revenue.iq.unit.id)), .(month)]
```

yardi_index_rec_20.R

```r
comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cpi_index,
                         yardi_index = yardi_index),
          on = c(month = "observation_date")]

# combined chart ------------------------------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 250)
ylim.sec <- c(0, 450000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = active_count*b, fill = "Yardi Active Lease Count"), position =
  position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
  .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
  City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
  cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
  Active Lease Count" = "#535776"),
                    breaks = c("Yardi Active Lease Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
  Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
  scale_y_continuous(name = "Rent Price Index",
                     breaks = seq(100, 250, by = 25),
                     sec.axis = sec_axis(~(. -100)/b, name = "Active Lease Count",
                     label = addUnits)
                     ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
  ))


ggsave("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
Outliers/Output/yardi_indices_units_comb.png", width = 8, height = 5, dpi = 700)


# output Yardi index premium table ----------------------------------------

# create table: Yardi index and active units count, fred CPI, index premium,
annually
index_data <- comb_data
```

yardi_index_rec_20.R

```r
index_data[, year := as.Date(paste0(year(month), "-01-01"))]
index_data <- index_data[year == month]
index_data <- index_data[order(year, decreasing = F)]
index_data[year == as.Date("2011-01-01"), yardi_index := comb_data[month == as.Date(
"2011-02-01"), yardi_index]]
index_data[year == as.Date("2011-01-01"), cpi_index := comb_data[month == as.Date(
"2011-02-01"), cpi_index]]

# save in excel sheet
wb <- loadWorkbook("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
Outliers/Output/Index Premium Table/Formatted Index Table.xlsx")

if (!('index_premium_data' %in% names(wb))) {
  addWorksheet(wb, 'index_premium_data')
}
writeData(wb, "index_premium_data", index_data)

saveWorkbook(wb, "03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
Outliers/Output/Index Premium Table/Formatted Index Table.xlsx",
            overwrite = TRUE)



# Yardi index v. rent CPI -------------------------------------------------


# scatterplot that is x: yardi unit count, y: (yardi index - cpi)
  ----------------------------------------------------------

comb_data[, index_diff := (yardi_index - cpi_index)/100]

ggplot(data = comb_data, aes(x = active_count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Active Lease Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
        ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")


ggsave("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
Outliers/Output/scatter.png", width = 8, height = 5, dpi = 700)

# delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)) +
  geom_line(aes(y = index_diff*100, linetype = "Yardi Index Premium (Yardi Index -
Rent CPI)"), linewidth = .8, color = "#ee712b") +
  ylab("") +
  xlab("") +
  fideres_layout() +
  geom_vline(xintercept = as.Date("2021-01-01"), colour = "#545454", linetype =
"dotdash") +
```

yardi_index_rec_20.R

```r
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank()
        ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
  ))

ggsave("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
  Outliers/Output/yardi_cpi_diff.png", width = 8, height = 5, dpi = 700)

# numbers in report
# in the 4 years between 2017 and 2021, the Yardi Index Premium increased by 8.9
points from 2.7% to 11.6%.
comb_data[month == "2021-01-01",index_diff*100]-comb_data[month == "2017-01-01",
index_diff*100]
comb_data[month == "2017-01-01",index_diff*100]
comb_data[month == "2021-01-01",index_diff*100]
# In the four years between 2021 and 2025, the Premium's growth rate nearly doubled
- increasing by 17.6 points from 11.6% in 2021 to 29.2% in 2025
(comb_data[month == "2025-01-01",index_diff*100]-comb_data[month == "2021-01-01",
index_diff*100])/(comb_data[month == "2021-01-01",index_diff*100]-comb_data[month ==
  "2017-01-01",index_diff*100])
comb_data[month == "2025-01-01",index_diff*100]-comb_data[month == "2021-01-01",
index_diff*100]
comb_data[month == "2025-01-01",index_diff*100]


# approx unit count -----------------------------------------------------

# get approx unit count by property and month
dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(
revenueiq.property.id, month, approx.unit.count)]
dt_auc[, .N, .(revenueiq.property.id, month)]

dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month"
)]


ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"),
  position = position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
  .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
  City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
  cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
  Approx. Tot. Unit Count" = "#535776"),
                    breaks = c("Yardi Approx. Tot. Unit Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
  Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
```

yardi_index_rec_20.R

```r
            legend.background = element_blank(),
            legend.key = element_rect(fill = "transparent", color = "transparent"),
            axis.title.y = element_text(color = "#ee712b"),
            axis.title.y.right = element_text(color = "#535776"),
            axis.text.y = element_text(color = "#ee712b"),
            axis.text.y.right = element_text(color = "#535776")) +
    scale_y_continuous(name = "Rent Price Index",
                       breaks = seq(100, 250, by = 25),
                       sec.axis = sec_axis(~(. -100)/b, name = "Yardi Approx. Tot.
                       Unit Count", label = addUnits)
    ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

ggsave("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
    Outliers/Output/yardi_indices_units_comb_totunits.png", width = 8, height = 5, dpi =
     700)


ggplot(data = comb_data, aes(x = approx.unit.count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Approx. Unit Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
  ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")

ggsave("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
    Outliers/Output/scatter_totunits.png", width = 8, height = 5, dpi = 700)


# regressions ------------------------------------------------------------


# regress index diff on active lease count
comb_data_reg <- comb_data

# express y as percentage points
comb_data_reg[, index_diff_ppt := index_diff*100]
# units in 10,000s
comb_data_reg[, active_count_k := active_count/10000]
comb_data_reg[, approx.unit.count_k := approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt ~ active_count_k, comb_data_reg, se_type =
    "HC1")
reg_auc <- lm_robust(index_diff_ppt ~ approx.unit.count_k, comb_data_reg, se_type =
    "HC1")


mlist = list()
mlist[["Model 1"]] = reg_active
```

yardi_index_rec_20.R

```r
mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "gt", stars = T, gof_omit = "IC", style =
    "AER",
                      fmt = 6,
                      coef_map = c("(Intercept)" = "Intercept",
                                    "active_count_k" = "Active Lease Count, per 10k
                                    Leases",
                                    "approx.unit.count_k" = "Approx. Unit Count, per
                                    10k Units"))

regtab = tab_spanner(regtab, label = "Yardi Index Premium", columns = 2:3)

regtab = tab_style(regtab, style = list(
  cell_text(weight = "bold")), locations = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
    12)
regtab = tab_footnote(regtab, "Active Lease Count and Approx. Unit Count are each
    scaled back by 10,000.")


regtab

gtsave(regtab, filename = "03. Analysis/05. Yardi Index Sensitivity/04. Recommended
    Rent Outliers/Output/index_regtab.png")

#  a 10k unit increase leads to nearly a 1 point increase in the index premium

# structural break testing -------------------------------------------------

#order data to identify break point
comb_data_reg = comb_data_reg[order(month)]
comb_data_reg[,point_id := .I]

#define function to iterate chow tests
chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_count_k, type = "Chow", point = xbreak, data
    = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$statistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test Statistic","P-Value")
  return(tmpdt)

}

#define breaks to test for
testlist = seq(comb_data_reg[month >= as.Date("2019-01-01"),min(point_id)],
    comb_data_reg[month < as.Date("2023-01-01"),max(point_id)], by = 1)

#get f stats from chow tests
ctests = rbindlist(lapply(testlist,chowfunct))
ctests[comb_data_reg, date := month, on = "point_id"]

#plot f stats
ggplot(melt(ctests,id = c("point_id","date")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1]) +
  facet_wrap(~variable, scales = "free_y") +
```

B-25

yardi_index_rec_20.R

```r
    ylab("") +
    xlab("") +
    fideres_layout()
ggsave("03. Analysis/05. Yardi Index Sensitivity/04. Recommended Rent
Outliers/Output/breaktest.png",width = 6, height = 4, dpi = 700)

# numbers in reply report ----------------------------------------

# Yardi Index Premium  of up to 31%
comb_data[, max((yardi_index - cpi_index)/100, na.rm = T)]

```

rec_rent_cleaning_numbers.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(ggplot2)
library(lubridate)
library(stringr)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")


# source raw lease data ---------------------------------------------
drent_raw = fread("01. Data/01. Production/01. Lease Data/YARDI-DUFFY_00913149.csv")


# clean lease data --------------------------------------------------
drent_ufilt = drent_raw
colnames(drent_ufilt) = tolower(make.names(colnames(drent_ufilt)))

# replace NULL's in characted cols with NAs
  ------------------------------------------------------------
char_cols <- names(drent_ufilt)[sapply(drent_ufilt, is.character)]
drent_ufilt[, (char_cols) := lapply(.SD, function(x) {
  x[x == "NULL"] <- NA_character_
  x
}), .SDcols = char_cols]

# clean lease start date
  ------------------------------------------------------------
drent_ufilt[, lease_start_date := as.Date(lease.start.date)]
drent_ufilt[, lease.start.date := NULL]

# clean override date
  ------------------------------------------------------------
warning("different override date for new vs renewal leases")
drent_ufilt[lease.type == "Renewal", override_date := as.Date(
renewal.proposal.rent.override.date)]
drent_ufilt[lease.type %in% c("New Lease", "Transfer", "Unknown"), override_date :=
as.Date(new.lease.rent.override.date)]

# filter for units priced by rev iq
  ------------------------------------------------------------
drent_ufilt[, revenue.iq.pricing.live.date := as.Date(revenue.iq.pricing.live.date)]
drent_ufilt[lease_start_date >= revenue.iq.pricing.start.date & lease_start_date <=
last.revenue.iq.date.priced, reviq_id := "during"]
drent_ufilt[lease_start_date < revenue.iq.pricing.start.date, reviq_id := "pre"]
drent_ufilt[lease_start_date > last.revenue.iq.date.priced, reviq_id := "post"]
drent_ufilt = drent_ufilt[reviq_id == "during"]
(drent_raw[, .N] - drent_ufilt[, .N])/drent_raw[, .N]  # drops 0.009% rows

# clean notes variable
  ------------------------------------------------------------
drent_ufilt[, notes := new.lease.rent.override.notes]

# extract start, new, and suggested rent
drent_ufilt[, changed_from := str_match(notes, "changed from (.*?) to
(.*?)\\s*\\(suggested rent was (.*?)\\)")[, 2]]
drent_ufilt[, changed_to := str_match(notes, "changed from (.*?) to
(.*?)\\s*\\(suggested rent was (.*?)\\)")[, 3]]
```

rec_rent_cleaning_numbers.R

```r
drent_ufilt[, suggested_rent := str_match(notes, "changed from (.*?) to
(.*?)\\s*\\(suggested rent was (.*?)\\)")[, 4]]

drent_ufilt[is.na(changed_from), changed_from := str_match(notes, "Rent changed
from (.*?) to ([0-9]+)")[, 2]]
drent_ufilt[is.na(changed_to), changed_to := str_match(notes, "Rent changed from
(.*?) to ([0-9]+)")[, 3]]
drent_ufilt[is.na(suggested_rent), suggested_rent := str_match(notes, "suggested
rent was ([0-9]+)")[, 2]]


# remove leading dollar signs
drent_ufilt[, `:=` (changed_from = gsub("\\$", "", changed_from),
                changed_to = gsub("\\$", "", changed_to),
                suggested_rent = gsub("\\$", "", suggested_rent)
)]

# remove spaces
drent_ufilt[, changed_from := as.numeric(gsub(" .*", "", changed_from))]
drent_ufilt[, changed_to := as.numeric(gsub(" .*", "", changed_to))]
drent_ufilt[, changed_to := as.numeric(gsub(".*\\s+", "", changed_to))]
drent_ufilt[, suggested_rent := as.numeric(gsub(" .*", "", suggested_rent))]

# flag "Rent changed by agent Rentcafe"
drent_ufilt[grepl("Rent changed .* by agent  Rentcafe",
new.lease.rent.override.notes, ignore.case = T), agent_rc := T]
drent_ufilt[is.na(agent_rc), agent_rc := F]
drent_ufilt[agent_rc == T & is.na(changed_from), changed_from := as.numeric(
str_match(notes, "Rent changed from (.*?) to (.*?)")[, 2])]
drent_ufilt[agent_rc == T & is.na(changed_to), changed_to := as.numeric(str_match(
notes, "Rent changed from (.*?) to ([0-9]+)")[, 3])]

# clean date and numeric vars ----------------------------------------------
drent_ufilt[, lease_start_month := floor_date(lease_start_date, 'month')]
drent_ufilt[, lease_start_qtr := floor_date(lease_start_date, 'quarter')]
drent_ufilt[, lease_start_year := as.Date(paste0(year(lease_start_date), "-01-01"))]

# add lease_end_month  -----------------------------------------------------
drent_ufilt[, lease_end_month := as.Date(lease_start_month + months(lease.term))]

# numeric variables
drent_ufilt[, monthly.gross.rent := as.numeric(monthly.gross.rent)]
drent_ufilt[, monthly.effective.rent := as.numeric(monthly.effective.rent)]
drent_ufilt[, renewal.proposal.original.rent := as.numeric(
renewal.proposal.original.rent)]
drent_ufilt[, renewal.proposal.modified.rent := as.numeric(
renewal.proposal.modified.rent)]

# drop implausible values of monthly effective rent
drent_ufilt <- drent_ufilt[monthly.effective.rent > 0]
drent_raw[`Monthly Effective Rent` <= 0, .N]/drent_raw[, .N] # 0.25%

# filter for recommended rents ---------------------------------------------
# for recommended rents, filter out values that are lower than $20 and higher than
$100,000
drent_ufilt[, drop := F]
drent_ufilt[renewal.proposal.original.rent <= 20 | renewal.proposal.original.rent >=
 100000, drop := T]
drent_ufilt[changed_from <= 20 | changed_from >= 100000, drop := T]
drent_ufilt[suggested_rent <= 20 | suggested_rent >= 100000, drop := T]
```

rec_rent_cleaning_numbers.R

```r
drent_ufilt_copy <- copy(drent_ufilt)
drent_ufilt_copy[, .N] - drent_ufilt[drop == F, .N]
drent_ufilt = drent_ufilt[drop == F]


# numbers in report -------------------------------------------------------

# This cleaning removes 9,775 observations
drent_ufilt_copy[drop == T, .N] # 9775
# approximately 90 times more than Yardi's Experts' approach
drent_ufilt_copy[drop == T, .N]/drent_raw[`Monthly Effective Rent` > 0 & `Monthly
Effective Rent` <= 20, .N] #90.5

# 9 9,667 more observations than the 108 observations Yardi Experts dispute
drent_ufilt_copy[drop == T, .N] - drent_raw[`Monthly Effective Rent` > 0 & `Monthly
Effective Rent` <= 20, .N]

# 65 of the 108 outliers Yardi's Experts now remove are recorded in the lease
transaction data as an acceptance of the Revenue IQ recommended price
drent_ufilt[monthly.effective.rent <= 20 & monthly.gross.rent <= 20 &
              is.na(changed_from) &
              is.na(changed_to) &
              is.na(suggested_rent) &
              is.na(renewal.proposal.original.rent) &
              monthly.concession.amount == 0, .N]

# most (60%) of the 108 outliers Yardi's Experts now challenge are reflected in the
lease transaction data as an acceptance
(drent_ufilt[monthly.effective.rent <= 20 & monthly.gross.rent <= 20 &
              is.na(changed_from) &
              is.na(changed_to) &
              is.na(suggested_rent) &
              is.na(renewal.proposal.original.rent) &
              monthly.concession.amount == 0, .N])/drent_raw[`Monthly Effective
              Rent` > 0 & `Monthly Effective Rent` <= 20, .N]
```

yardi_index_bls_out.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

# Load datasets ---------------------------------------------------------


# source lease data
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Compute Yardi index ---------------------------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext[, ratio := monthly.effective.rent/shift(monthly.effective.rent, type = "lag")
, revenue.iq.unit.id]

# apply BLS outlier capping
dr_ext[ratio - 1 > 20, ratio := 21]
dr_ext[ratio - 1 < -0.95, ratio := 0.05]

# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]



# Rent CPI index --------------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index, on = c(observation_date = "month")]
```

yardi_index_bls_out.R

```r
# Charts ------------------------------------------------------------------

# prepare data
dr_act_leases <- dr_ext[, .(active_count = uniqueN(revenue.iq.unit.id)), .(month)]

comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cpi_index,
                         yardi_index = yardi_index),
          on = c(month = "observation_date")]

# combined chart ------------------------------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 250)
ylim.sec <- c(0, 450000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = active_count*b, fill = "Yardi Active Lease Count"), position =
    position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Active Lease Count" = "#535776"),
                    breaks = c("Yardi Active Lease Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
   scale_y_continuous(name = "Rent Price Index",
                      breaks = seq(100, 250, by = 25),
                      sec.axis = sec_axis(~(. -100)/b, name = "Active Lease Count",
                      label = addUnits)
                      ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))


ggsave("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
  Capping/Output/yardi_indices_units_comb.png", width = 8, height = 5, dpi = 700,
  device = png)
```

yardi_index_bls_out.R

```r
# output Yardi index premium table ---------------------------------------

# create table: Yardi index and active units count, fred CPI, index premium,
annually
index_data <- comb_data
index_data[, year := as.Date(paste0(year(month), "-01-01"))]
index_data <- index_data[year == month]
index_data <- index_data[order(year, decreasing = F)]
index_data[year == as.Date("2011-01-01"), yardi_index := comb_data[month == as.Date(
"2011-02-01"), yardi_index]]
index_data[year == as.Date("2011-01-01"), cpi_index := comb_data[month == as.Date(
"2011-02-01"), cpi_index]]

# save in excel sheet
wb <- loadWorkbook("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
Capping/Output/Index Premium Table/Formatted Index Table.xlsx")

if (!('index_premium_data' %in% names(wb))) {
  addWorksheet(wb, 'index_premium_data')
}
writeData(wb, "index_premium_data", index_data)

saveWorkbook(wb, "03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
Capping/Output/Index Premium Table/Formatted Index Table.xlsx",
            overwrite = TRUE)



# Yardi index v. rent CPI -------------------------------------------------


# scatterplot that is x: yardi unit count, y: (yardi index - cpi)
-----------------------------------------------------------

comb_data[, index_diff := (yardi_index - cpi_index)/100]

ggplot(data = comb_data, aes(x = active_count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Active Lease Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
        ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")


ggsave("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
Capping/Output/scatter.png", width = 8, height = 5, dpi = 700, device = png)

# delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)) +
  geom_line(aes(y = index_diff*100, linetype = "Yardi Index Premium (Yardi Index -
```

yardi_index_bls_out.R

```r
      Rent CPI)"), linewidth = .8, color = "#ee712b") +
    ylab("") +
    xlab("") +
    fideres_layout() +
    geom_vline(xintercept = as.Date("2021-01-01"), colour = "#545454", linetype =
    "dotdash") +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank()
          ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

  ggsave("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
    Capping/Output/yardi_cpi_diff.png", width = 8, height = 5, dpi = 700)

  # approx unit count -------------------------------------------------------

  # get approx unit count by property and month
  dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(
    revenueiq.property.id, month, approx.unit.count)]
  dt_auc[, .N, .(revenueiq.property.id, month)]

  dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
  comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month"
    )]


  ggplot(data = comb_data, aes(x = month)) +
    geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"),
    position = position_nudge(y = 100), alpha = .4) +
    geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
    geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
    geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
    ylab("") +
    xlab("") +
    fideres_layout() +
    scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Approx. Tot. Unit Count" = "#535776"),
                      breaks = c("Yardi Approx. Tot. Unit Count")) +
    scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank(),
          legend.key = element_rect(fill = "transparent", color = "transparent"),
          axis.title.y = element_text(color = "#ee712b"),
          axis.title.y.right = element_text(color = "#535776"),
          axis.text.y = element_text(color = "#ee712b"),
          axis.text.y.right = element_text(color = "#535776")) +
    scale_y_continuous(name = "Rent Price Index",
                       breaks = seq(100, 250, by = 25),
                       sec.axis = sec_axis(~(. -100)/b, name = "Yardi Approx. Tot.
                       Unit Count", label = addUnits)
    ) +
```

yardi_index_bls_out.R

```r
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
  ))

ggsave("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
  Capping/Output/yardi_indices_units_comb_totunits.png", width = 8, height = 5, dpi =
  700, device = png)


ggplot(data = comb_data, aes(x = approx.unit.count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Approx. Unit Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
  ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")

ggsave("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
  Capping/Output/scatter_totunits.png", width = 8, height = 5, dpi = 700, device = png
  )


# regressions -------------------------------------------------------------


# regress index diff on active lease count
comb_data_reg <- comb_data

# express y as percentage points
comb_data_reg[, index_diff_ppt := index_diff*100]
# units in 10,000s
comb_data_reg[, active_count_k := active_count/10000]
comb_data_reg[, approx.unit.count_k := approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt ~ active_count_k, comb_data_reg, se_type =
  "HC1")
reg_auc <- lm_robust(index_diff_ppt ~ approx.unit.count_k, comb_data_reg, se_type =
  "HC1")


mlist = list()
mlist[["Model 1"]] = reg_active
mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "gt", stars = T, gof_omit = "IC", style =
  "AER",
                      fmt = 6,
                      coef_map = c("(Intercept)" = "Intercept",
                                   "active_count_k" = "Active Lease Count, per 10k
                                   Leases",
                                   "approx.unit.count_k" = "Approx. Unit Count, per
```

B-34

yardi_index_bls_out.R

```
                                                10k Units"))

regtab = tab_spanner(regtab, label = "Yardi Index Premium", columns = 2:3)

regtab = tab_style(regtab, style = list(
  cell_text(weight = "bold")), locations = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab = tab_footnote(regtab, "Active Lease Count and Approx. Unit Count are each
scaled back by 10,000.")


regtab

gtsave(regtab, filename = "03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
Capping/Output/index_regtab.png")


# structural break testing ------------------------------------------------

#order data to identify break point
comb_data_reg = comb_data_reg[order(month)]
comb_data_reg[,point_id := .I]

#define function to iterate chow tests
chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_count_k, type = "Chow", point = xbreak, data
  = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$statistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test Statistic","P-Value")
  return(tmpdt)

}

#define breaks to test for
testlist = seq(comb_data_reg[month >= as.Date("2019-01-01"),min(point_id)],
comb_data_reg[month < as.Date("2023-01-01"),max(point_id)], by = 1)

#get f stats from chow tests
ctests = rbindlist(lapply(testlist,chowfunct))
ctests[comb_data_reg, date := month, on = "point_id"]

#plot f stats
ggplot(melt(ctests,id = c("point_id","date")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1]) +
  facet_wrap(~variable, scales = "free_y") +
  ylab("") +
  xlab("") +
  fideres_layout()
ggsave("03. Analysis/05. Yardi Index Sensitivity/05. BLS Outlier
Capping/Output/breaktest.png",width = 6, height = 4, dpi = 700, device = png)

```

yardi_index_comp_bls.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(zoo)
library(lubridate)
library(ggplot2)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

## Load data ------------------------------------------------------------

# source lease data - filtering for positive effective rents
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T, geocode = T, fast_geo = T)
drent_og <- copy(drent_list[[1]])
drent_og_ext <- copy(drent_list[[2]])

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_yardi <- cleanaccept_no_out(expand = T, geocode = T, fast_geo = T)
drent_y <- copy(drent_list_yardi[[1]])
drent_y_ext <- copy(drent_list_yardi[[2]])

# add lease start dates
drent_og_dates <- unique(drent_og[, .(revenue.iq.unit.id, lease_start_month,
    lease_start_date)])
drent_og_ext[drent_og_dates, lease_start_date := i.lease_start_date, on = .(
    revenue.iq.unit.id, lease_start_month)]

drent_y_dates <- unique(drent_y[, .(revenue.iq.unit.id, lease_start_month,
    lease_start_date)])
drent_y_ext[drent_y_dates, lease_start_date := i.lease_start_date, on = .(
    revenue.iq.unit.id, lease_start_month)]

## re-add the tenant id
og_ids <- unique(drent_og[, .(revenue.iq.unit.id, lease_start_date,
    revenue.iq.tenant.id)])
raw_drent_og_ext <- drent_og_ext[og_ids, revenue.iq.tenant.id :=
    i.revenue.iq.tenant.id, on = .(revenue.iq.unit.id, lease_start_date)]

y_ids <- unique(drent_y[, .(revenue.iq.unit.id, lease_start_date,
    revenue.iq.tenant.id)])
raw_drent_y_ext <- drent_y_ext[y_ids, revenue.iq.tenant.id := i.revenue.iq.tenant.id
    , on = .(revenue.iq.unit.id, lease_start_date)]

## Process data ---------------------------------------------------------

## Panel 1: Marinescu Original; BLS Imputation and Yardi's Experts Outliers

# Marinescu Original index
drent_og_ext <- copy(drent_list[[2]])
# order dataset
drent_og_ext <- drent_og_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation by unit
drent_og_ext[order(month), ratio := monthly.effective.rent/shift(
    monthly.effective.rent), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios <- drent_og_ext[, .(avg_ratio = mean(ratio, na.rm = T)), by = month]
```

yardi_index_comp_bls.R

```r
avg_ratios[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
original <- avg_ratios[order(month), index := cumprod(avg_ratio)]
original$source <- "Original"
original$modification <- "Both"

## Index with BLS Imputation
cap_imputation = T
cap_final = T

drent_og_ext <- copy(raw_drent_og_ext)
drent_og_ext <- drent_og_ext[, .(revenue.iq.unit.id, lease_end_month, month,
monthly.effective.rent, cbsa, revenue.iq.tenant.id)]

# Compute gaps with last observation for each id
drent_og_ext = drent_og_ext[order(revenue.iq.unit.id, month)]
drent_og_ext[, gap_months :=
                (year(month) - year(shift(month))) * 12 +
                (month(month) - month(shift(month))),
             by = revenue.iq.unit.id]

# Shift gap indicator forward - this tells us, for each observation, the amount
# of months that separate it and the next observation in time, for the same property
drent_og_ext[, gap_months_next := shift(gap_months, n = 1, type = "lead"), by =
revenue.iq.unit.id]

# Tag and identify "chunks" of continuous observations (no gaps) for each property
# For each property, assign a unique identifier to each unique consecutive set of
observations
drent_og_ext[, chunk_id := cumsum(gap_months > 1 & !is.na(gap_months)), by =
revenue.iq.unit.id]

# Tag tenant changes across gaps
setorder(drent_og_ext, revenue.iq.unit.id, month)

# For each property and month, if there is a gap above 1 month between an
observation and,
# the next one, get the tenant id corresponding to the next available observation
drent_og_ext[, next_tenant := fifelse(gap_months > 1, shift(revenue.iq.tenant.id, 1)
, NA), by = revenue.iq.unit.id]

# Flag a "constant tenant" if the tenant id matches between two months separated by
a gap, for each property
drent_og_ext[gap_months > 1, constant_tenant := fifelse(revenue.iq.tenant.id ==
next_tenant, TRUE, FALSE), by = revenue.iq.unit.id]

drent_og_ext[constant_tenant == FALSE & gap_months > 1, .N]
drent_og_ext[constant_tenant == FALSE & gap_months > 1, .N]/drent_og_ext[gap_months
> 1, .N]


### IMPUTATION METHODS ###

### NONRESPONSE IMPUTATION ###
# For imputation purposes, compute the average ratio in each CBSA, computed for all
properties with no gaps

# Do this by creating a separate data.table that shows, for each CBSA, the average
growth rate in each month
cbsa_changes <- copy(drent_og_ext)
```

yardi_index_comp_bls.R

```r
# Order the data for computation purposes
setorder(cbsa_changes, revenue.iq.unit.id, chunk_id, month)

# Sort by month, then compute growth rates across units and for each "chunk" of
consecutive data
cbsa_changes[order(month), `:=`(growth = monthly.effective.rent/shift(
monthly.effective.rent) - 1, rent_lag = shift(monthly.effective.rent)), by = .(
revenue.iq.unit.id, chunk_id)]

# Cap outliers as per BLS approach
if (cap_imputation == T) {
  cbsa_changes[growth > 20, growth := 20]
  cbsa_changes[growth < -0.95, growth := -0.95]
}
# Average across CBSA and months
nonresponse <- cbsa_changes[, .(avg_growth_nr = mean(growth, na.rm = T)), by = .(
cbsa, month)]

### JUMP RATE VACANCY IMPUTATION ###

# Identify and filter contiguous lease transitions only, by filtering out
# entries where the gap with the next observation is greater than 1
cbsa_changes <- copy(drent_og_ext)
cbsa_changes <- cbsa_changes[gap_months_next <= 1 | is.na(gap_months_next),]

# Order the data
setorder(cbsa_changes, revenue.iq.unit.id, chunk_id, month)

# Create a flag (T/F) for when an observation corresponds to the lease end date
cbsa_changes[, lease_ends := (month == lease_end_month & gap_months_next == 1)]

# By definition, this flag can also be shifted to indicate the start of a new lease
cbsa_changes[, lease_starts := shift(lease_ends, n = 1, type = "lag"), by =
revenue.iq.unit.id]

# Copy data for non-renewals imputation, to be used later
non_renewals <- copy(cbsa_changes)

# Keep only observations that are leases end and lease starts
cbsa_changes <- cbsa_changes[lease_ends == TRUE | lease_starts == TRUE,]

# Generate unit lease transition IDs by property
cbsa_changes[, transition_id := cumsum(lease_ends), by = revenue.iq.unit.id]

# Compute average ratio in CBSA for all transitions without gaps
setorder(cbsa_changes, revenue.iq.unit.id, transition_id, month)
cbsa_changes[order(month), `:=`(growth = monthly.effective.rent/shift(
monthly.effective.rent) - 1,
                                rent_lag = shift(monthly.effective.rent)),
             by = .(revenue.iq.unit.id, transition_id)]

# Cap outliers as per BLS approach
if (cap_imputation == T) {
  cbsa_changes[growth > 20, growth := 20]
  cbsa_changes[growth < -0.95, growth := -0.95]

}
# Average across CBSA and months
jumprate <- cbsa_changes[, .(avg_growth_jump = mean(growth, na.rm = T)), by = .(cbsa
```

yardi_index_comp_bls.R

```r
, month)]

## STEADY RATE VACANCY IMPUTATION ##

# Use the subset of data copied earlier
setorder(non_renewals, revenue.iq.unit.id, chunk_id, month)
non_renewals[order(month), `:=`(growth = monthly.effective.rent/shift(
monthly.effective.rent) - 1, rent_lag = shift(monthly.effective.rent)), by = .(
revenue.iq.unit.id, chunk_id)]

# Cap outliers as per BLS approach
if (cap_imputation == T) {
  non_renewals[growth > 20, growth := 20]
  non_renewals[growth < -0.95, growth := -0.95]
}

# Exclude lease start observations (non-renewal observations), and keep only
contiguous observations
non_renewals <- non_renewals[lease_starts == FALSE & gap_months == 1,]

# Compute steady rate of growth for these observations
non_renewals <- non_renewals[, .(avg_growth_steady = mean(growth, na.rm = T)), by =
.(cbsa, month)]


# expand dataset by adding an entry for each CBSA x Property in each month where
there
# are no actual recorded prices - prices are set to NA, as they will be imputed
later
complete <- drent_og_ext[, .(month = seq(min(month), max(month), by = "month"), cbsa
 = cbsa[1]), by = revenue.iq.unit.id]

expanded <- drent_og_ext[, -"cbsa"][complete, on = .(revenue.iq.unit.id, month)]

# At this point, generate an "imputed" flag that tells us if the price will be
imputed (e.g. if the price is NA in the expanded data)
expanded[, imputed_price := fifelse(is.na(monthly.effective.rent), TRUE, FALSE)]

# In each gap, make sure to know the number of months, to decide imputation
methodology
expanded[, ff := nafill(gap_months_next, type = "locf"), by = revenue.iq.unit.id]
expanded[imputed_price == TRUE, gap_months_next := ff, by = revenue.iq.unit.id]
expanded[, ff := NULL]

# Ensure the constant_tenant flag is present across all observations for a property
expanded[, constant_tenant := as.integer(constant_tenant)]
expanded[, constant_tenant := nafill(constant_tenant, type = "nocb"), by =
revenue.iq.unit.id]
expanded[, constant_tenant := as.logical(constant_tenant)]
expanded[imputed_price == F, constant_tenant := NA]

# Merge in the observed rates of change (nonresponse, jump rate and steady rate)
# for each CBSA - Month group
drent_og_ext <- merge(expanded, nonresponse, by = c("cbsa", "month"), all.x = T)
drent_og_ext <- merge(drent_og_ext, jumprate, by = c("cbsa", "month"), all.x = T)
drent_og_ext <- merge(drent_og_ext, non_renewals, by = c("cbsa", "month"), all.x = T
)

# Impute, finalize and plot
final_data <- copy(drent_og_ext)
```

yardi_index_comp_bls.R

```r
# On a fresh dataset, generate again lease end and lease start indicators for
imputation purposes
setorder(final_data, revenue.iq.unit.id, chunk_id, month)
final_data[gap_months_next <= 1 | is.na(gap_months_next), lease_ends := (month ==
lease_end_month & gap_months_next == 1)]
final_data[gap_months_next <= 1 | is.na(gap_months_next), lease_starts := shift(
lease_ends, n = 1, type = "lag"), by = revenue.iq.unit.id]

# Order the data appropriately
setorder(final_data, revenue.iq.unit.id, month)


# To impute, follow a multi step process
# Look at whether the tenant is constant or not.
# IF NOT: Use vacancy imputation
# This uses the jump rate in the first observation for a property
# following a gap, and the steady rate for all other observations

# IF YES: Use non response imputation

# When imputing, multiply the available price (which can be the last
# observed price for a property, or the last imputed price) times the growth rate
# that is most appropriate based on the designated imputation logic
impute_rent <- function(dt, cutoff) {

  dt[, imputed.rent := {

    p <- monthly.effective.rent

    # Derive position within each gap

    is_imputed <- imputed_price == TRUE
    gap_start <- is_imputed & !shift(is_imputed, fill = FALSE)
    gap_pos <- cumsum(gap_start)
    pos_in_gap <- rowid(gap_pos) * is_imputed

    for (i in seq_along(p)) {
      if (is_imputed[i]) {
        if (constant_tenant[i] == FALSE) {
          # VACANCY IMPUTATION
          if (pos_in_gap[i] == 1) {
            p[i] <- p[i - 1] * (1+avg_growth_jump[i])
          } else {
            p[i] <- p[i - 1] * (1+avg_growth_steady[i])
          }
        } else {
          # NONRESPONSE IMPUTATION
          p[i] <- p[i - 1] * (1+avg_growth_nr[i])
        }
      }
    }
    p
  }, by = revenue.iq.unit.id]
}
impute_rent(final_data)

final_data[, monthly.effective.rent := fifelse(!is.na(monthly.effective.rent),
monthly.effective.rent, imputed.rent)]
# calculate change from previous observation by unit
```

B-40

yardi_index_comp_bls.R

```r
final_data[order(month), `:=`(ratio = monthly.effective.rent/shift(
monthly.effective.rent),
                              rent_lag = shift(monthly.effective.rent)), by =
                              revenue.iq.unit.id]

if (cap_final == T) {
  # cap outliers as per BLS approach
  final_data[ratio - 1 > 20, ratio := 21]
  final_data[ratio - 1 < -0.95, ratio := 0.05]
}

# average changes across units by month
avg_ratios <- final_data[, .(avg_ratio = mean(ratio, na.rm = T)), by = month]
avg_ratios[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
avg_ratios[order(month), index := cumprod(avg_ratio)]

bls <- avg_ratios
bls$source <- "BLS"
bls$modification <- "Both"


# Rent CPI index -------------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")

# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= original[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])]

cpi_rent$source <- "CPI"
cpi_rent$modification <- "Both"
setnames(cpi_rent, old = c("observation_date", "CUUR0000SEHA", "cpi_index"),
         new = c("month", "avg_ratio", "index"))

cpi_rent_impute <- copy(cpi_rent)
cpi_rent_impute$source <- "CPI"
cpi_rent_impute$modification <- "Imputation"

cpi_rent_outliers <- copy(cpi_rent)
cpi_rent_outliers$source <- "CPI"
cpi_rent_outliers$modification <- "Outliers"

# Stack all and plot ---------------------------------------------------

stacked <- rbindlist(list(original,
                          bls,
                          cpi_rent))

stacked[source == "BLS", source := "BLS-Style Imputation + Capping" ]
stacked[source == "CPI", source := "Rent CPI" ]

# Final plot
ggplot(stacked, aes(x = month, y = index, colour = source, linetype = source)) +
  geom_line(linewidth = 0.8) +
  scale_colour_manual(
    values = c(
      "Original" = "#ee712b",
      "Rent CPI"      = "#ee712b",
```

yardi_index_comp_bls.R

```
          "BLS-Style Imputation + Capping"        = "#30933c"
        ),
        name = NULL
      ) +
      scale_linetype_manual(
        values = c(
          "Original" = "solid",
          "Rent CPI"      = "dashed",
          "BLS-Style Imputation + Capping"      = "solid"
        ),
        name = NULL
      ) +
      ylab("Index") +
      xlab("Date") +
      fideres_layout() +
      theme(
        legend.background = element_blank(),
        legend.key        = element_rect(fill = "transparent", color = "transparent"),
        legend.text       = element_text(size = 8)
      )

    ggsave(filename = "03. Analysis/05. Yardi Index Sensitivity/06. Sensitivity
    Comparison/Output/cpi_impute_cap_original.png",
           plot = last_plot(),
           bg = "white",
           width = 10,
           height = 6,
           device = png)
```

yardi_index_comp_out.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(zoo)
library(lubridate)
library(ggplot2)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

## Load data ------------------------------------------------------------

# source lease data - filtering for positive effective rents
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T, geocode = T, fast_geo = T)
drent_og <- copy(drent_list[[1]])
drent_og_ext <- copy(drent_list[[2]])

# source lease data - filtering for recommended rents >20 and < 100,000
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out_rec_20.R")
drent_list_rec <- cleanaccept(expand = T)
drent_rec_ext <- drent_list_rec[[2]]

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_no_out <- cleanaccept_no_out(expand = T, geocode = T, fast_geo = T)
drent_no_out <- copy(drent_list_no_out[[1]])
drent_no_out_ext <- copy(drent_list_no_out[[2]])

# source lease data - filtering for >$20 gross rents
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out_gross_20.R")
drent_list_gross <- cleanaccept(expand = T, geocode = T, fast_geo = T)
drent_gross <- copy(drent_list_gross[[1]])
drent_gross_ext <- copy(drent_list_gross[[2]])


## Marinescu Original index ------------------------------------------------
drent_og_ext <- copy(drent_list[[2]])
# order dataset
drent_og_ext <- drent_og_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation by unit
drent_og_ext[order(month), ratio := monthly.effective.rent/shift(
monthly.effective.rent), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios <- drent_og_ext[, .(avg_ratio = mean(ratio, na.rm = T)), by = month]
avg_ratios[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
original <- avg_ratios[order(month), index := cumprod(avg_ratio)]
original$source <- "Excluding effective rents below or equal to $0"

## Original index filtering for suggested rents -----------------------------
# order dataset
drent_rec_ext <- drent_rec_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation by unit
drent_rec_ext[order(month), ratio := monthly.effective.rent/shift(
monthly.effective.rent), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios_rec <- drent_rec_ext[, .(avg_ratio = mean(ratio, na.rm = T)), by = month]
avg_ratios_rec[is.na(avg_ratio), avg_ratio := 1]
```

```r
# take cumulative product of changes
index_dt_rec <- avg_ratios_rec[order(month), index := cumprod(avg_ratio)]
index_dt_rec$source <- "Excluding RiQ recommended rents below or equal to $20"

## Original index filtering for effective rents --------------------------------
# order dataset
drent_no_out_ext <- drent_no_out_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation by unit
drent_no_out_ext[order(month), ratio := monthly.effective.rent/shift(
monthly.effective.rent), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios_eff <- drent_no_out_ext[, .(avg_ratio = mean(ratio, na.rm = T)), by =
month]
avg_ratios_eff[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
index_dt_eff <- avg_ratios_eff[order(month), index := cumprod(avg_ratio)]
index_dt_eff$source <- "Excluding effective rents below or equal to $20"

## Original index filtering for gross rents ----------------------------------

# order dataset
drent_gross_ext <- drent_gross_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation by unit
drent_gross_ext[order(month), ratio := monthly.effective.rent/shift(
monthly.effective.rent), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios_gross <- drent_gross_ext[, .(avg_ratio = mean(ratio, na.rm = T)), by =
month]
avg_ratios_gross[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
index_dt_gross <- avg_ratios_gross[order(month), index := cumprod(avg_ratio)]
index_dt_gross$source <- "Excluding gross rents below or equal to $20"

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")

# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= original[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])]

cpi_rent$source <- "CPI"
setnames(cpi_rent, old = c("observation_date", "CUUR0000SEHA", "cpi_index"),
         new = c("month", "avg_ratio", "index"))

## plot -------------------------------------------------------------------

stacked <- rbindlist(list(original,
                          index_dt_rec,
                          index_dt_eff,
                          index_dt_gross,
                          cpi_rent
))

stacked[, source_cat := source]

stacked[source == "Excluding effective rents below or equal to $0", source_cat :=
"Original"]
stacked[source == "Excluding RiQ recommended rents below or equal to $20",
source_cat := "RIQ Recommendation > $20"]
stacked[source == "Excluding effective rents below or equal to $20", source_cat :=
```

yardi_index_comp_out.R

```r
      "Effective Rent > $20"]
stacked[source == "Excluding gross rents below or equal to $20", source_cat :=
"Gross Rent > $20"]

ggplot(stacked[source_cat %in% c("Original", "RIQ Recommendation > $20")],
       aes(x = month, y = index*100, colour = source_cat, linetype = source_cat)) +
  geom_line(data = ~ subset(., source_cat %in% c("Original"))) +
  geom_line(data = ~ subset(., source_cat == "RIQ Recommendation > $20"),
            aes(linetype = source_cat),
            position = position_nudge(y = .3)) +
  geom_line(data = ~ subset(., source_cat == "Original"),
            aes(linetype = source_cat),
            position = position_nudge(y = -.3)) +
  scale_colour_manual(values = c(
    "RIQ Recommendation > $20" = "#30933c",
    "Original" = "#ee712b")) +
  scale_linetype_manual(values = c(
    "RIQ Recommendation > $20" = 2,
    "Original" = 1)) +
  labs(y = "",
       x = "",
       caption = "Note: The lines are slightly offset vertically for visibility.") +
  ylab("Index") +
  xlab("") +
  fideres_layout() +
  guides(
    colour = guide_legend(nrow = 3, byrow = T),
    linetype = "none"
  ) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        legend.text = element_text(size = 8),
        plot.caption = element_text(size = 7, colour = "#545454", family = "Proxima
        Nova Lt", hjust = 0, margin = margin(t = 8)),
        legend.position = "bottom",
        legend.margin = margin(0, 0, 0, 0, unit = "pt")) +
  guides(color = guide_legend(nrow = 1))

ggsave("03. Analysis/05. Yardi Index Sensitivity/06. Sensitivity
Comparison/Output/yardi_index_rec_vs_orig.png",width = 7, height = 4, dpi = 700,
device = png)


ggplot(stacked, aes(x = month, y = index*100, colour = source_cat, linetype =
source_cat)) +
  geom_line(data = ~ subset(., !source_cat %in% c("Original", "RIQ Recommendation >
  $20"))) +
  geom_line(data = ~ subset(., source_cat == "RIQ Recommendation > $20"),
            aes(linetype = source_cat),
            position = position_nudge(y = .3)) +
  geom_line(data = ~ subset(., source_cat == "Original"),
            aes(linetype = source_cat),
            position = position_nudge(y = -.3)) +
  scale_colour_manual(values = c(
    "RIQ Recommendation > $20" = "#30933c",
    "Original" = "#ee712b",
    "Effective Rent > $20" = "#be3743",
    "Gross Rent > $20" = "#f5bb51",
    "CPI" = "#535776"
```

```
  )) +
  scale_linetype_manual(values = c(
    "RIQ Recommendation > $20" = 2,
    "Original" = 1,
    "Effective Rent > $20" = 2,
    "Gross Rent > $20" = 2,
    "CPI" = 1
  )) +
  labs(y = "",
       x = "",
       caption = "Note: 'Original' and 'RIQ Recommendation > $20' lines are
       slightly offset vertically for visibility.") +
  ylab("Index") +
  xlab("") +
  fideres_layout() +
  guides(
    colour = guide_legend(nrow = 3, byrow = T),
    linetype = "none"
  )  +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        legend.text = element_text(size = 8),
        plot.caption = element_text(size = 7, colour = "#545454", family = "Proxima
        Nova Lt", hjust = 0, margin = margin(t = 8)),
        legend.position = "bottom",
        legend.margin = margin(0, 0, 0, 0, unit = "pt")) +
  guides(color = guide_legend(nrow = 1))

ggsave("03. Analysis/05. Yardi Index Sensitivity/06. Sensitivity
Comparison/Output/yardi_index_comp_out.png",
       width = 7,
       height = 4,
       dpi = 700,
       device = png)
```

yardi_index_comp_out_combined.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(zoo)
library(lubridate)
library(ggplot2)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

## Load data -------------------------------------------------------------

# source lease data - filtering for positive effective rents
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T, geocode = T, fast_geo = T)
drent_og <- copy(drent_list[[1]])
drent_og_ext <- copy(drent_list[[2]])

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_yardi <- cleanaccept_no_out(expand = T, geocode = T, fast_geo = T)
drent_y <- copy(drent_list_yardi[[1]])
drent_y_ext <- copy(drent_list_yardi[[2]])

# Add lease start dates
drent_og_dates <- unique(drent_og[, .(revenue.iq.unit.id, lease_start_month,
lease_start_date)])
drent_og_ext[drent_og_dates, lease_start_date := i.lease_start_date, on = .(
revenue.iq.unit.id, lease_start_month)]

drent_y_dates <- unique(drent_y[, .(revenue.iq.unit.id, lease_start_month,
lease_start_date)])
drent_y_ext[drent_y_dates, lease_start_date := i.lease_start_date, on = .(
revenue.iq.unit.id, lease_start_month)]

## Add the tenant id back in --------------------------------------------

og_ids <- unique(drent_og[, .(revenue.iq.unit.id, lease_start_date,
revenue.iq.tenant.id)])
raw_drent_og_ext <- drent_og_ext[og_ids, revenue.iq.tenant.id :=
i.revenue.iq.tenant.id, on = .(revenue.iq.unit.id, lease_start_date)]

y_ids <- unique(drent_y[, .(revenue.iq.unit.id, lease_start_date,
revenue.iq.tenant.id)])
raw_drent_y_ext <- drent_y_ext[y_ids, revenue.iq.tenant.id := i.revenue.iq.tenant.id
, on = .(revenue.iq.unit.id, lease_start_date)]

## Marinescu Original index --------------------------------------------------
drent_og_ext <- copy(drent_list[[2]])
# order dataset
drent_og_ext <- drent_og_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation by unit
drent_og_ext[order(month), ratio := monthly.effective.rent/shift(
monthly.effective.rent), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios <- drent_og_ext[, .(avg_ratio = mean(ratio, na.rm = T)), by = month]
avg_ratios[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
original <- avg_ratios[order(month), index := cumprod(avg_ratio)]
```

B-47

yardi_index_comp_out_combined.R

```r
original$desc <- "Original"

## Yardi's Experts method - Gap up to and including 12 months
--------------------------------

drent_og_ext <- copy(drent_list[[2]])
# order dataset
drent_og_ext = drent_og_ext[order(revenue.iq.unit.id, month)]
# calculate change from previous observation without gap by unit (as per Yardi's
experts)
drent_og_ext[, gap_months :=
                (year(month) - year(shift(month))) * 12 +
                (month(month) - month(shift(month))),
            by = revenue.iq.unit.id]
drent_og_ext[, ratio_nagap := ifelse(
  gap_months >= 1 & gap_months <= 12,
  monthly.effective.rent / shift(monthly.effective.rent, type = "lag"),
  NA_real_
), by = revenue.iq.unit.id]
# average changes across units by month
avg_ratios <- drent_og_ext[, .(avg_ratio = mean(ratio_nagap, na.rm = T)), by = month
]
avg_ratios[is.na(avg_ratio), avg_ratio := 1]
# take cumulative product of changes
yardi_12gap <- avg_ratios[order(month), index := cumprod(avg_ratio)]

yardi_12gap$desc <- "Tucker - Gaps up to 12 months"

## BLS - Imputation only ------------------------------------------------

## Index with BLS Imputation
drent_og_ext <- copy(raw_drent_og_ext)

drent_og_ext <- drent_og_ext[, .(revenue.iq.unit.id, lease_end_month, month,
monthly.effective.rent, cbsa, revenue.iq.tenant.id)]

# Compute gaps with last observation for each id
drent_og_ext = drent_og_ext[order(revenue.iq.unit.id, month)]

drent_og_ext[, gap_months :=
                (year(month) - year(shift(month))) * 12 +
                (month(month) - month(shift(month))),
            by = revenue.iq.unit.id]

# Shift gap indicator forward - this tells us, for each observation, the amount
# of months that separate it and the next observation in time, for the same property
drent_og_ext[, gap_months_next := shift(gap_months, n = 1, type = "lead"), by =
revenue.iq.unit.id]

# Tag and identify "chunks" of continuous observations (no gaps) for each property
# For each property, assign a unique identifier to each unique consecutive set of
observations
drent_og_ext[, chunk_id := cumsum(gap_months > 1 & !is.na(gap_months)), by =
revenue.iq.unit.id]

# Tag tenant changes across gaps
setorder(drent_og_ext, revenue.iq.unit.id, month)

# For each property and month, if there is a gap above 1 month between an
observation and,
```

B-48

yardi_index_comp_out_combined.R

```r
# the next one, get the tenant id corresponding to the next available observation
drent_og_ext[, next_tenant := fifelse(gap_months > 1, shift(revenue.iq.tenant.id, 1)
, NA), by = revenue.iq.unit.id]

# Flag a "constant tenant" if the tenant id matches between two months separated by
a gap, for each property
drent_og_ext[gap_months > 1, constant_tenant := fifelse(revenue.iq.tenant.id ==
next_tenant, TRUE, FALSE), by = revenue.iq.unit.id]

drent_og_ext[constant_tenant == FALSE & gap_months > 1, .N]
drent_og_ext[constant_tenant == FALSE & gap_months > 1, .N]/drent_og_ext[gap_months
> 1, .N]


### IMPUTATION METHODS ###

### NONRESPONSE IMPUTATION ###
# For imputation purposes, compute the average ratio in each CBSA, computed for all
properties with no gaps

# Do this by creating a separate data.table that shows, for each CBSA, the average
growth rate in each month
cbsa_changes <- copy(drent_og_ext)

# Order the data for computation purposes
setorder(cbsa_changes, revenue.iq.unit.id, chunk_id, month)

# Sort by month, then compute growth rates across units and for each "chunk" of
consecutive data
cbsa_changes[order(month), `:=`(growth = monthly.effective.rent/shift(
monthly.effective.rent) - 1, rent_lag = shift(monthly.effective.rent)), by = .(
revenue.iq.unit.id, chunk_id)]


# Average across CBSA and months
nonresponse <- cbsa_changes[, .(avg_growth_nr = mean(growth, na.rm = T)), by = .(
cbsa, month)]

### JUMP RATE VACANCY IMPUTATION ###

# Identify and filter contiguous lease transitions only, by filtering out
# entries where the gap with the next observation is greater than 1
cbsa_changes <- copy(drent_og_ext)
cbsa_changes <- cbsa_changes[gap_months_next <= 1 | is.na(gap_months_next),]

# Order the data
setorder(cbsa_changes, revenue.iq.unit.id, chunk_id, month)

# Create a flag (T/F) for when an observation corresponds to the lease end date
cbsa_changes[, lease_ends := (month == lease_end_month & gap_months_next == 1)]

# By definition, this flag can also be shifted to indicate the start of a new lease
cbsa_changes[, lease_starts := shift(lease_ends, n = 1, type = "lag"), by =
revenue.iq.unit.id]

# Copy data for non-renewals imputation, to be used later
non_renewals <- copy(cbsa_changes)

# Keep only observations that are leases end and lease starts
cbsa_changes <- cbsa_changes[lease_ends == TRUE | lease_starts == TRUE,]
```

yardi_index_comp_out_combined.R

```r
# Generate unite lease transition IDs by property
cbsa_changes[, transition_id := cumsum(lease_ends), by = revenue.iq.unit.id]

# Compute average ratio in CBSA for all transitions without gaps
setorder(cbsa_changes, revenue.iq.unit.id, transition_id, month)
cbsa_changes[order(month), `:=`(growth = monthly.effective.rent/shift(
monthly.effective.rent) - 1,
                                rent_lag = shift(monthly.effective.rent)),
            by = .(revenue.iq.unit.id, transition_id)]


# Average across CBSA and months
jumprate <- cbsa_changes[, .(avg_growth_jump = mean(growth, na.rm = T)), by = .(cbsa
, month)]

## STEADY RATE VACANCY IMPUTATION ##

# Use the subset of data copied earlier
setorder(non_renewals, revenue.iq.unit.id, chunk_id, month)
non_renewals[order(month), `:=`(growth = monthly.effective.rent/shift(
monthly.effective.rent) - 1, rent_lag = shift(monthly.effective.rent)), by = .(
revenue.iq.unit.id, chunk_id)]



# Exclude lease start observations (non-renewal observations), and keep only
contiguous observations
non_renewals <- non_renewals[lease_starts == FALSE & gap_months == 1,]

# Compute steady rate of growth for these observations
non_renewals <- non_renewals[, .(avg_growth_steady = mean(growth, na.rm = T)), by =
.(cbsa, month)]

# expand dataset by adding an entry for each CBSA x Property in each month where
there
# are no actual recorded prices - prices are set to NA, as they will be imputed
later
complete <- drent_og_ext[, .(month = seq(min(month), max(month), by = "month"), cbsa
 = cbsa[1]), by = revenue.iq.unit.id]
expanded <- drent_og_ext[, -"cbsa"][complete, on = .(revenue.iq.unit.id, month)]

# At this point, generate an "imputed" flag that tells us if the price will be
imputed (e.g. if the price is NA in the expanded data)
expanded[, imputed_price := fifelse(is.na(monthly.effective.rent), TRUE, FALSE)]

# In each gap, make sure to know the number of months, to decide imputation
methodology
expanded[, ff := nafill(gap_months_next, type = "locf"), by = revenue.iq.unit.id]
expanded[imputed_price == TRUE, gap_months_next := ff, by = revenue.iq.unit.id]
expanded[, ff := NULL]

# Ensure the constant_tenant flag is present across all observations for a property
expanded[, constant_tenant := as.integer(constant_tenant)]
expanded[, constant_tenant := nafill(constant_tenant, type = "nocb"), by =
revenue.iq.unit.id]
expanded[, constant_tenant := as.logical(constant_tenant)]
expanded[imputed_price == F, constant_tenant := NA]
```

yardi_index_comp_out_combined.R

```r
# Merge in the observed rates of change (nonresponse, jump rate and steady rate)
# for each CBSA - Month group
drent_og_ext <- merge(expanded, nonresponse, by = c("cbsa", "month"), all.x = T)
drent_og_ext <- merge(drent_og_ext, jumprate, by = c("cbsa", "month"), all.x = T)
drent_og_ext <- merge(drent_og_ext, non_renewals, by = c("cbsa", "month"), all.x = T
)

# Impute, finalize and plot
final_data <- copy(drent_og_ext)

# On a fresh dataset, generate again lease end and lease start indicators for
imputation purposes
setorder(final_data, revenue.iq.unit.id, chunk_id, month)
final_data[gap_months_next <= 1 | is.na(gap_months_next), lease_ends := (month ==
lease_end_month & gap_months_next == 1)]
final_data[gap_months_next <= 1 | is.na(gap_months_next), lease_starts := shift(
lease_ends, n = 1, type = "lag"), by = revenue.iq.unit.id]

# Order the data appropriately
setorder(final_data, revenue.iq.unit.id, month)


# To impute, follow a multi step process
# Look at whether the tenant is constant or not.
# IF NOT: Use vacancy imputation
# This uses the jump rate in the first observation for a property
# following a gap, and the steady rate for all other observations

# IF YES: Use non response imputation

# When imputing, multiply the available price (which can be the last
# observed price for a property, or the last imputed price) times the growth rate
# that is most appropriate based on the designated imputation logic
impute_rent <- function(dt, cutoff) {

  dt[, imputed.rent := {

    p <- monthly.effective.rent

    # Derive position within each gap

    is_imputed <- imputed_price == TRUE
    gap_start <- is_imputed & !shift(is_imputed, fill = FALSE)
    gap_pos <- cumsum(gap_start)
    pos_in_gap <- rowid(gap_pos) * is_imputed

    for (i in seq_along(p)) {
      if (is_imputed[i]) {
        if (constant_tenant[i] == FALSE) {
          # VACANCY IMPUTATION
          if (pos_in_gap[i] == 1) {
            p[i] <- p[i - 1] * (1+avg_growth_jump[i])
          } else {
            p[i] <- p[i - 1] * (1+avg_growth_steady[i])
          }
        } else {
          # NONRESPONSE IMPUTATION
          p[i] <- p[i - 1] * (1+avg_growth_nr[i])
        }
      }
```

yardi_index_comp_out_combined.R

```r
      }
      p
  }, by = revenue.iq.unit.id]
}
impute_rent(final_data)

final_data[, monthly.effective.rent := fifelse(!is.na(monthly.effective.rent),
  monthly.effective.rent, imputed.rent)]

final_data[order(month), `:=`(ratio = monthly.effective.rent/shift(
  monthly.effective.rent),
                              rent_lag = shift(monthly.effective.rent)), by =
                              revenue.iq.unit.id]

avg_ratios <- final_data[, .(avg_ratio = mean(ratio, na.rm = T)), by = month]

avg_ratios[is.na(avg_ratio), avg_ratio := 1]

avg_ratios[order(month), index := cumprod(avg_ratio)]

bls_impute <- avg_ratios
bls_impute$desc <- "BLS - Imputation only"


## Rent CPI index --------------------------------------------------------

# Load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")

# Rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= original[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])]

setnames(cpi_rent, old = c("observation_date", "CUUR0000SEHA", "cpi_index"),
         new = c("month", "avg_ratio", "index"))
cpi_rent$desc <- "CPI"

# bind datasets together
stacked <- rbindlist(list(original,
                          yardi_12gap,
                          bls_impute,
                          cpi_rent
))

colour_map <- c(
  "Original"                          = "#ee712b",
  "Tucker - Gaps up to 12 months"     = "#be3742",
  "BLS - Imputation only"             = "#f5bc51",
  "CPI"                               = "#ee712b"
)

linetype_map <- c(
  "Original"       = "solid",
  "Tucker - Gaps up to 12 months" = "solid",
  "BLS - Imputation only"    = "solid",
  "CPI"        = "dashed"
)

ggplot(stacked, aes(x = month, y = index, colour = desc, linetype = desc)) +
  geom_line() +
```

yardi_index_comp_out_combined.R

```
    scale_colour_manual(values = colour_map) +
    scale_linetype_manual(values = linetype_map) +
    ylab("Index") +
    xlab("Date") +
    fideres_layout()

ggsave(filename = "03. Analysis/05. Yardi Index Sensitivity/06. Sensitivity
    Comparison/Output/yardi_index_comp_out_gaps_imp.png",
        plot = last_plot(),
        bg = "white",
        width = 10,
        height = 6,
        device = png)


```

yardi_index_comp_out_gaps_facet.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(zoo)
library(lubridate)
library(ggplot2)

options(scipen = 999)

windowsFonts(`Proxima Nova Lt` = windowsFont("Proxima Nova Lt"))
source("02. Code/01. Utility/general_functions.R")


# Load datasets ---------------------------------------------------------

# source lease data - filtering for positive effective rents
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_no_out <- cleanaccept_no_out(expand = T)
drent_no_out <- drent_list_no_out[[1]]
dr_ext_no_out <- drent_list_no_out[[2]]

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]

# calculate gap months
dr_ext[, gap_months :=
        (year(month) - year(shift(month))) * 12 +
        (month(month) - month(shift(month))),
      by = revenue.iq.unit.id]

# Compute Yardi Index - original --------------------------------------------
# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext[, ratio_orig := monthly.effective.rent/shift(monthly.effective.rent, type =
"lag"), revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio_orig,na.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]

# Compute Yardi Index - original outlier filtering, without gaps
--------------------------------------------
# compute ratio_nagap as from Yardi Experts' backup:
dr_ext[, ratio_nagap := ifelse(
  gap_months == 1,
  monthly.effective.rent / shift(monthly.effective.rent, type = "lag"),
  NA_real_
), by = revenue.iq.unit.id]

extagg_nagap = dr_ext[,.(chain = mean(ratio_nagap,na.rm = T)),.(month)]
```

```r
# take cumulative product of changes
extagg_nagap = extagg_nagap[order(month)]
extagg_nagap[!is.na(chain),index := cumprod(chain)]
extagg_nagap[, index := index*100]


# Load rent CPI data ----------------------------
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]


# Compute Yardi Index - original without $20 outliers
-----------------------------------------

dr_ext_no_out = dr_ext_no_out[order(revenue.iq.unit.id,month)]

# calculate change from previous observation without data gap by unit
dr_ext_no_out[, gap_months :=
                (year(month) - year(shift(month))) * 12 +
                (month(month) - month(shift(month))),
             by = revenue.iq.unit.id]

dr_ext_no_out = dr_ext_no_out[order(revenue.iq.unit.id,month)]
# calculate change from previous observation by unit
dr_ext_no_out[, ratio_orig := monthly.effective.rent/shift(monthly.effective.rent,
type = "lag"), revenue.iq.unit.id]
# average changes across units by month
extagg_no_out = dr_ext_no_out[,.(chain = mean(ratio_orig,na.rm = T)),.(month)]
# take cumulative product of changes
extagg_no_out = extagg_no_out[order(month)]
extagg_no_out[!is.na(chain),index := cumprod(chain)]
extagg_no_out[, index := index*100]


# Compute index with Yardi Experts' data gaps method, without <=$20 outliers
----------------------

dr_ext_no_out = dr_ext_no_out[order(revenue.iq.unit.id,month)]

# from Yardi Experts' backup, compute ratio excluding gaps:
dr_ext_no_out[, ratio_nagap := ifelse(
  gap_months == 1,
  monthly.effective.rent / shift(monthly.effective.rent, type = "lag"),
  NA_real_
), by = revenue.iq.unit.id]
# average changes across units by month
extagg_nagap_no_out = dr_ext_no_out[,.(chain = mean(ratio_nagap,na.rm = T)),.(month
)]
# take cumulative product of changes
extagg_nagap_no_out = extagg_nagap_no_out[order(month)]
extagg_nagap_no_out[!is.na(chain),index := cumprod(chain)]
extagg_nagap_no_out[, index := index*100]


# prep data for plotting -------------------------

chart_data <- cpi_rent[, .(observation_date, cpi_index)]
setnames(chart_data, old = "observation_date", new = "month")
```

yardi_index_comp_out_gaps_facet.R

```
# add columns keeping outliers
chart_data[extagg, yardi_index_orig := index, on = c(month = "month")] # original
method
chart_data[extagg_nagap, yardi_index_nagap := index, on = c(month = "month")] #
Yardi Experts' data gap method

# add columns that drop outliers
chart_data[extagg_no_out, yardi_index_orig_no_out := index, on = c(month = "month")]
 # original method
chart_data[extagg_nagap_no_out, yardi_index_nagap_no_out := index, on = c(month =
"month")] # Yardi Experts' data gap method
chart_data[, cpi_index_no_out := cpi_index] # Rent CPI - double for facet chart

# long format
chart_data_long <- data.table(melt(chart_data, id.vars = c("month"), variable.name =
 "index_type"))

chart_data_sub <- chart_data_long[index_type %in% c("yardi_index_orig",
"yardi_index_imp_no_out")]
chart_data_sub[index_type == "yardi_index_orig", index_label := "Yardi Lease Price
Index - Original, Excluding Rents of $0 and Below"]
chart_data_sub[index_type == "yardi_index_imp_no_out", index_label := "Yardi Lease
Price Index - CPI Imputation, Excluding Rents of $20 and Below"]


og_index_out <- chart_data_long[index_type == "yardi_index_orig", .(value, month)][
, `:=`(facet_dim = "Only Removing Outliers",

        series = "Original index")]
og_index_nagap <- copy(og_index_out)[, `:=`(facet_dim = "Only Excluding Data Gaps",
                                    series = "Original index")]
og_index_both <- copy(og_index_out)[, `:=`(facet_dim = "Removing Outliers +
Excluding Data Gaps",

                                    series = "Original index")]

cpi_out <- chart_data_long[index_type == "cpi_index", .(value, month)][, `:=`(
facet_dim = "Only Removing Outliers",
                                                                    series
 = "Rent CPI")]
cpi_nagap <- copy(cpi_out)[, `:=`(facet_dim = "Only Excluding Data Gaps",
                                series = "Rent CPI")]
cpi_both <- copy(cpi_out)[, `:=`(facet_dim = "Removing Outliers + Excluding Data
Gaps",
                                series = "Rent CPI")]


rm_outliers <- chart_data_long[index_type == "yardi_index_orig_no_out", .(value,
month)][, `:=`(facet_dim = "Only Removing Outliers",

                series = "Transformed index")]
rm_gaps <- chart_data_long[index_type == "yardi_index_nagap", .(value, month)][,
`:=`(facet_dim = "Only Excluding Data Gaps",

    series = "Transformed index")]
rm_both <- chart_data_long[index_type == "yardi_index_nagap_no_out", .(value, month
)][, `:=`(facet_dim = "Removing Outliers + Excluding Data Gaps",

            series = "Transformed index")]
new_data <- rbindlist(list(og_index_out,
```

yardi_index_comp_out_gaps_facet.R

```r
                                og_index_nagap,
                                og_index_both,
                                cpi_out,
                                cpi_nagap,
                                cpi_both,
                                rm_outliers,
                                rm_gaps,
                                rm_both))

new_data[, facet_dim := factor(facet_dim, levels = c(
  "Only Removing Outliers",
  "Only Excluding Data Gaps",
  "Removing Outliers + Excluding Data Gaps"
))]


# plot data ------------------------------------------------------------

ggplot() +
  geom_line(
    data = new_data,
    aes(x = month, y = value, colour = series, linetype = series),
    linewidth = 0.8
  ) +
  facet_wrap(
    ~ facet_dim,
    ncol = 3
  ) +
  scale_colour_manual(
    values = c(
      "Original index"    = "#ee712b",
      "Rent CPI"          = "#ee712b",
      "Transformed index" = "#535776"
    ),
    name = NULL
  ) +
  scale_linetype_manual(
    values = c(
      "Original index"    = "solid",
      "Rent CPI"          = "dashed",
      "Transformed index" = "solid"
    ),
    name = NULL
  ) +
  labs(x = NULL, y = "Index") +
  fideres_layout() +
  theme(
    strip.text        = element_text(family = "Proxima Nova Lt", colour = "#545454")
    ,
    legend.background = element_blank(),
    legend.key        = element_rect(fill = "transparent", color = "transparent"),
    legend.text       = element_text(size = 8)
  )


ggsave("03. Analysis/05. Yardi Index Sensitivity/06. Sensitivity
Comparison/Output/yardi_index_comp_out_gaps_facet.png", width = 8, height = 5, dpi =
  700)
```