**Exhibit C**

**Analytical Scripts Underlying Dr. Marinescu's
First Differences Analyses**

**Exhibit C Contents**

Within the backup to the Marinescu Second Report:

- 03. Analysis\07. Panel Co-Conspirators Sensitivity\01. Original\harrington_panel.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\02. Effective Rent Outliers\harrington_panel_eff_20.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\03. Gross Rent Outliers\harrington_panel_gross_20.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\04. Recommended Rent Outliers\harrington_panel_rec_20.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\05. Tucker Adjustments\harrington_panel_eff_20_adj_prop.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\05. Tucker Adjustments\harrington_panel_eff_20_adj_prop_addl_var.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\05. Tucker Adjustments\harrington_panel_eff_20_landlords.R
- 03. Analysis\07. Panel Co-Conspirators Sensitivity\06. Checks PUMA\PUMA_regs_filtered.R
- 03. Analysis\10. Outlier treatment Z score test\ z_score_inc_exl_outliers.R

harrington_panel.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(ggh4x)
library(fixest)
library(ggridges)

source("02. Code/01. Utility/general_functions.R")

# source geocoded lease data
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T, geocode = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]

# clean vars ------------------------------------------

#monthly puma prop counts, minus 1 to show co-conspirators
dr_ext[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[,fd := monthly.effective.rent-shift(monthly.effective.rent,type = "lag"),
revenue.iq.unit.id]

# load CPI -----------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

#merge
dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

# Levels TWFE------------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")
```

harrington_panel.R

```r
mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5

regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                        coef_map = c("(Intercept)" = "Intercept",
                                     "puma_comps" = "Number of Co-Conspirator
                                     Properties",
                                     "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab
gtsave(regtab,"03. Analysis/07. Panel Co-Conspirators Sensitivity/01.
Original/Output/level_regs.png")

# FD TWFE ------------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps | month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                        coef_map = c("(Intercept)" = "Intercept",
                                     "puma_comps"="Co-Conspirator Count Per PUMA",
                                     "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
regtab_fd
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/01.
Original/Output/fd_regs.png")
```

harrington_panel.R

```r
# visualize ------------------------------------------------------------

dr_ext[puma_comps < 5, puma_group := as.character(puma_comps)]
dr_ext[puma_comps >= 5, puma_group := "5+"]
dr_ext[,puma_group := factor(puma_group, levels = c("0","1","2","3","4","5+"))]


fdagg = dr_ext[month == lease_start_month,.(meanchange = mean(fd, na.rm = T),
                                            sd = sd(fd, na.rm = T),
                                            N = .N),
               puma_group]


fdagg[,stderror := sd/sqrt(N)]
fdagg[,t_crit := qt(.975, df = N-1)]
fdagg[,marginerror := t_crit*stderror]

fdagg[,lb := meanchange-marginerror]
fdagg[,ub := meanchange+marginerror]

ggplot(fdagg, aes(y = meanchange, x = puma_group)) +
  geom_errorbar(aes(x = puma_group, ymin = lb, ymax = ub), colour = "#545454", width
    = .4, size = .25) +
  geom_point(colour = colour_palette[1]) +
  fideres_layout() +
  ylab("Average Rent Increase, 95% CI") +
  xlab("Number of Landlord Defendant Comps Per Month/PUMA") +
  scale_y_continuous(limits = c(55,95), breaks = c(seq(55, 95, by = 10)))


ggsave("03. Analysis/07. Panel Co-Conspirators Sensitivity/01.
Original/Output/change_ci.png",width = 6, height = 4, dpi = 700, device = png)
```

harrington_panel_eff_20.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(ggh4x)
library(fixest)
library(ggridges)

source("02. Code/01. Utility/general_functions.R")

# source geocoded lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list <- cleanaccept_no_out(expand = T, geocode = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]

# clean vars ----------------------------------------

#monthly puma prop counts, minus 1 to show co-conspirators
dr_ext[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[,fd := monthly.effective.rent-shift(monthly.effective.rent,type = "lag"),
revenue.iq.unit.id]

# load CPI ------------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

#merge
dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

# Levels TWFE----------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")
```

harrington_panel_eff_20.R

```r
mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5

regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                        coef_map = c("(Intercept)" = "Intercept",
                                     "puma_comps" = "Number of Co-Conspirator
                                     Properties",
                                     "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)

gtsave(regtab,"03. Analysis/07. Panel Co-Conspirators Sensitivity/02. Effective
Rent Outliers/Output/level_regs.png")

# FD TWFE -----------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps | month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                          coef_map = c("(Intercept)" = "Intercept",
                                       "puma_comps"="Co-Conspirator Count Per PUMA",
                                       "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/02. Effective
Rent Outliers/Output/fd_regs.png")
```

harrington_panel_eff_20.R

```r
# visualize -------------------------------------------------------------

dr_ext[puma_comps < 5, puma_group := as.character(puma_comps)]
dr_ext[puma_comps >= 5, puma_group := "5+"]
dr_ext[,puma_group := factor(puma_group, levels = c("0","1","2","3","4","5+"))]


fdagg = dr_ext[month == lease_start_month,.(meanchange = mean(fd, na.rm = T),
                                            sd = sd(fd, na.rm = T),
                                            N = .N),
               puma_group]


fdagg[,stderror := sd/sqrt(N)]
fdagg[,t_crit := qt(.975, df = N-1)]
fdagg[,marginerror := t_crit*stderror]

fdagg[,lb := meanchange-marginerror]
fdagg[,ub := meanchange+marginerror]

ggplot(fdagg, aes(y = meanchange, x = puma_group)) +
  geom_errorbar(aes(x = puma_group, ymin = lb, ymax = ub), colour = "#545454", width
   = .4, size = .25) +
  geom_point(colour = colour_palette[1]) +
  fideres_layout() +
  ylab("Average Rent Increase, 95% CI") +
  xlab("Number of Landlord Defendant Comps Per Month/PUMA") +
  scale_y_continuous(limits = c(55,100), breaks = c(seq(55, 100, by = 10)))


ggsave("03. Analysis/07. Panel Co-Conspirators Sensitivity/02. Effective Rent
Outliers/Output/change_ci.png",width = 6, height = 4, dpi = 700, device = png)
```

harrington_panel_gross_20.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(ggh4x)
library(fixest)
library(ggridges)

source("02. Code/01. Utility/general_functions.R")

# source geocoded lease data filtering for gross rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out_gross_20.R")
drent_list <- cleanaccept(expand = T, geocode = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]

# clean vars -----------------------------------------

#monthly puma prop counts, minus 1 to show co-conspirators
dr_ext[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[,fd := monthly.effective.rent-shift(monthly.effective.rent,type = "lag"),
revenue.iq.unit.id]

# load CPI ---------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

#merge
dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

# Levels TWFE-------------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")
```

harrington_panel_gross_20.R

```r
mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5

regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                      coef_map = c("(Intercept)" = "Intercept",
                                   "puma_comps" = "Number of Co-Conspirator
                                   Properties",
                                   "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)

gtsave(regtab,"03. Analysis/07. Panel Co-Conspirators Sensitivity/03. Gross Rent
Outliers/Output/level_regs.png")

# FD TWFE -------------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps | month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                         coef_map = c("(Intercept)" = "Intercept",
                                      "puma_comps"="Co-Conspirator Count Per PUMA",
                                      "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/03. Gross Rent
Outliers/Output/fd_regs.png")
```

harrington_panel_gross_20.R

```r
# visualize -------------------------------------------------------------

dr_ext[puma_comps < 5, puma_group := as.character(puma_comps)]
dr_ext[puma_comps >= 5, puma_group := "5+"]
dr_ext[,puma_group := factor(puma_group, levels = c("0","1","2","3","4","5+"))]


fdagg = dr_ext[month == lease_start_month,.(meanchange = mean(fd, na.rm = T),
                                             sd = sd(fd, na.rm = T),
                                             N = .N),
               puma_group]


fdagg[,stderror := sd/sqrt(N)]
fdagg[,t_crit := qt(.975, df = N-1)]
fdagg[,marginerror := t_crit*stderror]

fdagg[,lb := meanchange-marginerror]
fdagg[,ub := meanchange+marginerror]

ggplot(fdagg, aes(y = meanchange, x = puma_group)) +
  geom_errorbar(aes(x = puma_group, ymin = lb, ymax = ub), colour = "#545454", width
    = .4, size = .25) +
  geom_point(colour = colour_palette[1]) +
  fideres_layout() +
  ylab("Average Rent Increase, 95% CI") +
  xlab("Number of Landlord Defendant Comps Per Month/PUMA") +
  scale_y_continuous(limits = c(55,95), breaks = c(seq(55, 95, by = 10)))


ggsave("03. Analysis/07. Panel Co-Conspirators Sensitivity/03. Gross Rent
  Outliers/Output/change_ci.png",width = 6, height = 4, dpi = 700, device = png)
```

harrington_panel_rec_20.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(ggh4x)
library(fixest)
library(ggridges)

source("02. Code/01. Utility/general_functions.R")

# source geocoded lease data filtering for recommended rent >$20 and <$100,000
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out_rec_20.R")
drent_list <- cleanaccept(expand = T, geocode = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]

# clean vars ----------------------------------------

#monthly puma prop counts, minus 1 to show co-conspirators
dr_ext[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[,fd := monthly.effective.rent-shift(monthly.effective.rent,type = "lag"),
revenue.iq.unit.id]

# load CPI ------------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

#merge
dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

# Levels TWFE-----------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")
```

```r
mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5

regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                            coef_map = c("(Intercept)" = "Intercept",
                                         "puma_comps" = "Number of Co-Conspirator
                                         Properties",
                                         "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
12)

gtsave(regtab,"03. Analysis/07. Panel Co-Conspirators Sensitivity/04. Recommended
Rent Outliers/Output/level_regs.png")

# FD TWFE ------------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps | month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                            coef_map = c("(Intercept)" = "Intercept",
                                         "puma_comps"="Co-Conspirator Count Per PUMA",
                                         "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/04.
Recommended Rent Outliers/Output/fd_regs.png")
```

harrington_panel_rec_20.R

```r
# visualize ------------------------------------------------------------

dr_ext[puma_comps < 5, puma_group := as.character(puma_comps)]
dr_ext[puma_comps >= 5, puma_group := "5+"]
dr_ext[,puma_group := factor(puma_group, levels = c("0","1","2","3","4","5+"))]


fdagg = dr_ext[month == lease_start_month,.(meanchange = mean(fd, na.rm = T),
                                            sd = sd(fd, na.rm = T),
                                            N = .N),
               puma_group]


fdagg[,stderror := sd/sqrt(N)]
fdagg[,t_crit := qt(.975, df = N-1)]
fdagg[,marginerror := t_crit*stderror]

fdagg[,lb := meanchange-marginerror]
fdagg[,ub := meanchange+marginerror]

ggplot(fdagg, aes(y = meanchange, x = puma_group)) +
  geom_errorbar(aes(x = puma_group, ymin = lb, ymax = ub), colour = "#545454", width
    = .4, size = .25) +
  geom_point(colour = colour_palette[1]) +
  fideres_layout() +
  ylab("Average Rent Increase, 95% CI") +
  xlab("Number of Landlord Defendant Comps Per Month/PUMA") +
  scale_y_continuous(limits = c(55,100), breaks = c(seq(55, 95, by = 10)))


ggsave("03. Analysis/07. Panel Co-Conspirators Sensitivity/04. Recommended Rent
    Outliers/Output/change_ci.png",width = 6, height = 4, dpi = 700, device = png)
```

harrington_panel_eff_20_adj_prop.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(estimatr)
library(fixest)
library(modelsummary)
library(gt)

# source geocoded lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list <- cleanaccept_no_out(expand = T, geocode = T)
dr_ext <- drent_list[[2]]


dr_ext[, n_props_landlord_puma_month := uniqueN(revenueiq.property.id),
        by = .(yardi.client.pin, month, puma)]
dr_ext[, n_props_puma_month := uniqueN(revenueiq.property.id),
        by = .(month, puma)]

dr_ext[, puma_comps := n_props_puma_month - n_props_landlord_puma_month]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]

dr_ext[, gap_months :=
        (year(month) - year(shift(month))) * 12 +
        (month(month) - month(shift(month))),
        by = revenue.iq.unit.id]
dr_ext[, fd := ifelse(
  gap_months == 1,
  monthly.effective.rent - shift(monthly.effective.rent),
  NA_real_
), by = revenue.iq.unit.id]

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

dr_ext[, mean(monthly.effective.rent, na.rm = TRUE)]

# Levels TWFE------------------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")

mlist = list()
```

harrington_panel_eff_20_adj_prop.R

```r
mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5


regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                      coef_map = c("(Intercept)" = "Intercept",
                                   "puma_comps" = "Number of Co-Conspirator
                                   Properties",
                                   "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)


# FD TWFE ----------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps| revenue.iq.unit.id, dr_ext[month == lease_start_month
], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps| month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
m5_fd = feols(fd ~ puma_comps + cpi| revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                      coef_map = c("(Intercept)" = "Intercept",
                                   "puma_comps"="Co-Conspirator Count Per PUMA",
                                   "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)

gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/05. Tucker
Adjustments/Output/fd_regs_eff_20.png")
```

harrington_panel_eff_20_adj_prop_addl_var.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(estimatr)
library(fixest)
library(modelsummary)
library(gt)

# source geocoded lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list <- cleanaccept_no_out(expand = T, geocode = T)
dr_ext <- drent_list[[2]]

dr_ext[, n_props_landlord_puma_month := uniqueN(revenueiq.property.id),
        by = .(yardi.client.pin, month, puma)]
dr_ext[, n_props_puma_month := uniqueN(revenueiq.property.id),
        by = .(month, puma)]

dr_ext[, puma_comps := n_props_puma_month - n_props_landlord_puma_month]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]

dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[, gap_months :=
        (year(month) - year(shift(month))) * 12 +
        (month(month) - month(shift(month))),
        by = revenue.iq.unit.id]
dr_ext[, fd := ifelse(
  gap_months == 1,
  monthly.effective.rent - shift(monthly.effective.rent),
  NA_real_
), by = revenue.iq.unit.id]

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

dr_ext[, mean(monthly.effective.rent, na.rm = TRUE)]

# Levels TWFE---------------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps + n_props_landlord_puma_month, dr_ext
, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps + n_props_landlord_puma_month |
revenue.iq.unit.id, dr_ext, vcov = "cluster")
m3 = feols(monthly.effective.rent ~ puma_comps + n_props_landlord_puma_month| month
+ revenue.iq.unit.id, dr_ext, panel.id = c("revenue.iq.unit.id","month"), vcov =
"NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + n_props_landlord_puma_month + cpi,
dr_ext, vcov = "HC1")
m5 = feols(monthly.effective.rent ~ puma_comps + n_props_landlord_puma_month + cpi |
 revenue.iq.unit.id, dr_ext, vcov = "cluster")
```

harrington_panel_eff_20_adj_prop_addl_var.R

```r
mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5


regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                          coef_map = c("(Intercept)" = "Intercept",
                                       "puma_comps" = "Number of Co-Conspirator
                                       Properties",
                                       "n_props_landlord_puma_month" = "Number of
                                       Properties Owned by Landlord",
                                       "cpi" = "Rent CPI",
                                       "covid_dummy" = "COVID"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab


# FD TWFE -------------------------------------------------------------------


#no FEs
m1_fd = feols(fd ~ puma_comps + n_props_landlord_puma_month, dr_ext[month ==
lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps + n_props_landlord_puma_month| revenue.iq.unit.id,
dr_ext[month == lease_start_month], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps + n_props_landlord_puma_month| month +
revenue.iq.unit.id, dr_ext[month == lease_start_month], panel.id = c(
"revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps  + n_props_landlord_puma_month + cpi, dr_ext[month ==
lease_start_month], vcov = "HC1")
m5_fd = feols(fd ~ puma_comps + n_props_landlord_puma_month + cpi|
revenue.iq.unit.id, dr_ext[month == lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                          coef_map = c("(Intercept)" = "Intercept",
                                       "puma_comps" = "Number of Co-Conspirator
                                       Properties",
                                       "n_props_landlord_puma_month" = "Number of
```

harrington_panel_eff_20_adj_prop_addl_var.R

```
                                              Properties Owned by Landlord",
                                        "cpi" = "Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
regtab_fd
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/05. Tucker
Adjustments/Output/fd_regs_eff_20_addl_var.png")
```

harrington_panel_eff_20_landlords.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(estimatr)
library(fixest)
library(modelsummary)
library(gt)

# source geocoded lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list <- cleanaccept_no_out(expand = T, geocode = T)
dr_ext <- drent_list[[2]]

dr_ext[,puma_comps := uniqueN(yardi.client.pin)-1, .(month,puma)]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
# Marinescu adjustment to be consistent with Dr. Tucker's definition of "fd" in
harrington_panel_adj_prop.R and harrington_panel_adj_prop_addl_var.R
dr_ext[, gap_months :=
          (year(month) - year(shift(month))) * 12 +
          (month(month) - month(shift(month))),
        by = revenue.iq.unit.id]
dr_ext[, fd := ifelse(
  gap_months == 1,
  monthly.effective.rent - shift(monthly.effective.rent),
  NA_real_
), by = revenue.iq.unit.id]


cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

dr_ext[, mean(monthly.effective.rent, na.rm = TRUE)]

# Levels TWFE-------------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")

mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
```

```r
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5


regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                        coef_map = c("(Intercept)" = "Intercept",
                                     "puma_comps" = "Number of Co-Conspirator
                                     Landlords",
                                     "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab

# FD TWFE -------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps| revenue.iq.unit.id, dr_ext[month == lease_start_month
], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps| month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi| revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                        coef_map = c("(Intercept)" = "Intercept",
                                     "puma_comps"= "Number of Co-Conspirator
                                     Landlords",
                                     "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
regtab_fd
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/05. Tucker
Adjustments/Output/fd_regs_eff_20_llords.png")
```

PUMA_regs_filtered.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(lubridate)
library(readxl)
library(ggplot2)
library(modelsummary)
library(gt)
library(fixest)

source("02. Code/01. Utility/general_functions.R")

# source geocoded lease data
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T, geocode = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Subset data -----------------------------------------------------------------

# Identify and remove PUMAs with only one client ever
dr_ext[, n_clients := uniqueN(yardi.client.pin), by = puma]
dr_ext <- dr_ext[n_clients > 1,]

# clean vars -------------------------------------------

# monthly puma prop counts, minus 1 to show co-conspirators
dr_ext[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

# compute first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[,fd := monthly.effective.rent-shift(monthly.effective.rent,type = "lag"),
revenue.iq.unit.id]

# load CPI ------------------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

# merge cpi
dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]

# Levels TWFE------------------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly colinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
```

PUMA_regs_filtered.R

```r
  vcov = "cluster")

mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5

regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                          coef_map = c("(Intercept)" = "Intercept",
                                       "puma_comps" = "Number of Co-Conspirator
                                       Properties",
                                       "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab
gtsave(regtab,"03. Analysis/07. Panel Co-Conspirators Sensitivity/06. Checks
PUMA/Output/level_regs_filtered.png")

# FD TWFE ------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps | month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                          coef_map = c("(Intercept)" = "Intercept",
                                       "puma_comps"="Co-Conspirator Count Per PUMA",
                                       "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
regtab_fd
gtsave(regtab_fd,"03. Analysis/07. Panel Co-Conspirators Sensitivity/06. Checks
```

```
      PUMA/Output/fd_regs_filtered.png")


# numbers in report -----------------------------------------------------

# across the 1,043 PUMAs in the regression data
dr_ext_one <- drent_list[[2]]
dr_ext_one[, uniqueN(puma)] # 1043

# 1. having only one landlord for the whole period
dr_ext_one[, puma_n_landlord := uniqueN(yardi.client.pin), .(puma)]
dr_ext_one <- dr_ext_one[puma_n_landlord <= 1]


# 2. at least one change in property count
dr_ext_one[, prop_count := uniqueN(revenueiq.property.id), .(puma, month)]
dr_ext_one[, puma_change_prop := uniqueN(prop_count), puma]
dr_ext_one[puma_change_prop > 1, uniqueN(puma)]
# 181

# 17.35 percent
dr_ext_one[puma_change_prop > 1, uniqueN(puma)]/drent_list[[2]][, uniqueN(puma)]
```

z_score_inc_exl_outliers.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(estimatr)
library(modelsummary)
library(gt)
library(fixest)
library(broom)
library(openxlsx)

source("02. Code/01. Utility/general_functions.R")

# source geocoded lease data
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T, geocode = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]

# source lease data filtering for effective rents above $20
source("02. Code/03. Clean Acceptance Data/clean_accept_no_out.R")
drent_list_no_out <- cleanaccept_no_out(expand = T, geocode = T, fast_geo = T)
drent_no_out <- drent_list_no_out[[1]]
dr_ext_no_out <- drent_list_no_out[[2]]


# clean vars ------------------------------------------------------------

#monthly puma prop counts, minus 1 to show co-conspirators
dr_ext[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

#first-differences
dr_ext = dr_ext[order(revenue.iq.unit.id, month)]
dr_ext[,fd := monthly.effective.rent-shift(monthly.effective.rent,type = "lag"),
revenue.iq.unit.id]

# load CPI -------------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= dr_ext[, min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

#merge
dr_ext[cpi_rent, cpi := cpi_index , on = c(month = "observation_date")]


# Levels TWFE-----------------------------------------------------------

#no FEs
m1 = feols(monthly.effective.rent ~ puma_comps, dr_ext, vcov = "HC1")

#two-way FEs
m2 = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id, dr_ext, vcov =
"cluster")
m3 = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id, dr_ext
```

```r
, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4 = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext, vcov = "HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5 = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id, dr_ext,
vcov = "cluster")

mlist = list()

mlist[["(21)"]] = m1
mlist[["(22)"]] = m2
mlist[["(23)"]] = m3
mlist[["(24)"]] = m4
mlist[["(25)"]] = m5

regtab = modelsummary(mlist,style = "AER",gof_omit = "IC|RMSE", stars = T, output =
"gt",
                      coef_map = c("(Intercept)" = "Intercept",
                                   "puma_comps" = "Number of Co-Conspirator
                                   Properties",
                                   "cpi" = "Rent CPI"))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
gtsave(regtab,"03. Analysis/10. Outlier treatment Z score
test/Output/level_regs.png")


# FD TWFE -----------------------------------------------------------------

#no FEs
m1_fd = feols(fd ~ puma_comps, dr_ext[month == lease_start_month], vcov = "HC1")

#two-way FEs
m2_fd = feols(fd ~ puma_comps| revenue.iq.unit.id, dr_ext[month == lease_start_month
], vcov = "cluster")
m3_fd = feols(fd ~ puma_comps| month + revenue.iq.unit.id, dr_ext[month ==
lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_fd = feols(fd ~ puma_comps + cpi, dr_ext[month == lease_start_month], vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd = feols(fd ~ puma_comps + cpi| revenue.iq.unit.id, dr_ext[month ==
lease_start_month], vcov = "cluster")

mlist_fd = list()

mlist_fd[["(27)"]] = m1_fd
mlist_fd[["(28)"]] = m2_fd
mlist_fd[["(29)"]] = m3_fd
mlist_fd[["(30)"]] = m4_fd
mlist_fd[["(31)"]] = m5_fd


regtab_fd = modelsummary(mlist_fd,style = "AER",gof_omit = "IC|RMSE", stars = T,
output = "gt",
                         coef_map = c("(Intercept)" = "Intercept",
                                      "puma_comps"="Co-Conspirator Count Per PUMA",
```

z_score_inc_exl_outliers.R

```r
                                                          "cpi"="Rent CPI"))

regtab_fd = tab_options(regtab_fd, table.font.names = "Times New Roman",
table.font.size = 12)
gtsave(regtab_fd,"03. Analysis/10. Outlier treatment Z score
test/Output/fd_regs.png")



# Yardi's experts treatment of outliers ----------------------------------------


# clean vars -----------------------------------------------------

#monthly puma prop counts, minus 1 to show co-conspirators
dr_ext_no_out[,puma_comps := uniqueN(revenueiq.property.id)-1, .(month,puma)]

#first-differences
dr_ext_no_out = dr_ext_no_out[order(revenue.iq.unit.id, month)]
dr_ext_no_out[,fd := monthly.effective.rent-shift(monthly.effective.rent,type =
"lag"), revenue.iq.unit.id]

# load CPI --------------------------------------------------------

cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index
cpi_rent_no_out <- cpi_rent_raw[observation_date >= dr_ext_no_out[, min(month)]]
cpi_rent_no_out[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]

#merge
dr_ext_no_out[cpi_rent_no_out, cpi := cpi_index , on = c(month = "observation_date"
)]

# Levels TWFE----------------------------------------------------------

#no FEs
m1_no_out = feols(monthly.effective.rent ~ puma_comps, dr_ext_no_out, vcov = "HC1")

#two-way FEs
m2_no_out = feols(monthly.effective.rent ~ puma_comps | revenue.iq.unit.id,
dr_ext_no_out, vcov = "cluster")
m3_no_out = feols(monthly.effective.rent ~ puma_comps | month + revenue.iq.unit.id,
dr_ext_no_out, panel.id = c("revenue.iq.unit.id","month"), vcov = "NW")

#CPI
m4_no_out = feols(monthly.effective.rent ~ puma_comps + cpi, dr_ext_no_out, vcov =
"HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_no_out = feols(monthly.effective.rent ~ puma_comps + cpi | revenue.iq.unit.id,
dr_ext_no_out, vcov = "cluster")

mlist_no_out = list()

mlist_no_out[["(21 no out)"]] = m1_no_out
mlist_no_out[["(22 no out)"]] = m2_no_out
mlist_no_out[["(23 no out)"]] = m3_no_out
mlist_no_out[["(24 no out)"]] = m4_no_out
mlist_no_out[["(25 no out)"]] = m5_no_out

regtab_no_out = modelsummary(mlist_no_out,style = "AER",gof_omit = "IC|RMSE", stars
```

z_score_inc_exl_outliers.R

```r
                                   = T, output = "gt",
                                      coef_map = c("(Intercept)" = "Intercept",
                                                    "puma_comps" = "Number of Co-Conspirator
                                                    Properties",
                                                    "cpi" = "Rent CPI"))

regtab_no_out = tab_options(regtab_no_out, table.font.names = "Times New Roman",
table.font.size = 12)
gtsave(regtab_no_out,"03. Analysis/10. Outlier treatment Z score
test/Output/level_regs_no_out.png")

# FD TWFE ----------------------------------------------------------------

#no FEs
m1_fd_no_out = feols(fd ~ puma_comps, dr_ext_no_out[month == lease_start_month],
vcov = "HC1")

#two-way FEs
m2_fd_no_out = feols(fd ~ puma_comps| revenue.iq.unit.id, dr_ext_no_out[month ==
lease_start_month], vcov = "cluster")
m3_fd_no_out = feols(fd ~ puma_comps| month + revenue.iq.unit.id, dr_ext_no_out[
month == lease_start_month], panel.id = c("revenue.iq.unit.id","month"), vcov = "NW"
)

#CPI
m4_fd_no_out = feols(fd ~ puma_comps + cpi, dr_ext_no_out[month == lease_start_month
], vcov = "HC1")
#monthly FEs are perfectly collinear with CPI, only using unit FEs
m5_fd_no_out = feols(fd ~ puma_comps + cpi| revenue.iq.unit.id, dr_ext_no_out[month
== lease_start_month], vcov = "cluster")

mlist_fd_no_out = list()

mlist_fd_no_out[["(27 no out)"]] = m1_fd_no_out
mlist_fd_no_out[["(28 no out)"]] = m2_fd_no_out
mlist_fd_no_out[["(29 no out)"]] = m3_fd_no_out
mlist_fd_no_out[["(30 no out)"]] = m4_fd_no_out
mlist_fd_no_out[["(31 no out)"]] = m5_fd_no_out


regtab_fd_no_out = modelsummary(mlist_fd_no_out,style = "AER",gof_omit = "IC|RMSE",
stars = T, output = "gt",
                                      coef_map = c("(Intercept)" = "Intercept",
                                                    "puma_comps"="Co-Conspirator Count Per PUMA",
                                                    "cpi"="Rent CPI"))

regtab_fd_no_out = tab_options(regtab_fd_no_out, table.font.names = "Times New
Roman", table.font.size = 12)
gtsave(regtab_fd_no_out,"03. Analysis/10. Outlier treatment Z score
test/Output/fd_regs_no_out.png")



# Z-score test ----------------------------------------------------------------

# Levels TWFE ----------------------------------------------------------------

# (21 and 21 no out)
z_21 <- (m1$coefficients[["puma_comps"]] - m1_no_out$coefficients[["puma_comps"]])/
sqrt((m1$se[["puma_comps"]])^2 + (m1_no_out$se[["puma_comps"]])^2)
```

z_score_inc_exl_outliers.R

```r
# (22 and 22 no out)
z_22 <- (m2$coefficients[["puma_comps"]] - m2_no_out$coefficients[["puma_comps"]])/
sqrt((m2$se[["puma_comps"]])^2 + (m2_no_out$se[["puma_comps"]])^2)

# (23 and 23 no out)
z_23 <- (m3$coefficients[["puma_comps"]] - m3_no_out$coefficients[["puma_comps"]])/
sqrt((m3$se[["puma_comps"]])^2 + (m3_no_out$se[["puma_comps"]])^2)

# (24 and 24 no out)
z_24 <- (m4$coefficients[["puma_comps"]] - m4_no_out$coefficients[["puma_comps"]])/
sqrt((m4$se[["puma_comps"]])^2 + (m4_no_out$se[["puma_comps"]])^2)

# (25 and 25 no out)
z_25 <- (m5$coefficients[["puma_comps"]] - m5_no_out$coefficients[["puma_comps"]])/
sqrt((m5$se[["puma_comps"]])^2 + (m5_no_out$se[["puma_comps"]])^2)


# FD TWFE ----------------------------------------------------------------

# (27 and 27 no out)
z_27 <- (m1_fd$coefficients[["puma_comps"]] - m1_fd_no_out$coefficients[[
"puma_comps"]])/sqrt((m1_fd$se[["puma_comps"]])^2 + (m1_fd_no_out$se[["puma_comps"
]])^2)

# (28 and 28 no out)
z_28 <- (m2_fd$coefficients[["puma_comps"]] - m2_fd_no_out$coefficients[[
"puma_comps"]])/sqrt((m2_fd$se[["puma_comps"]])^2 + (m2_fd_no_out$se[["puma_comps"
]])^2)

# (29 and 29 no out)
z_29 <- (m3_fd$coefficients[["puma_comps"]] - m3_fd_no_out$coefficients[[
"puma_comps"]])/sqrt((m3_fd$se[["puma_comps"]])^2 + (m3_fd_no_out$se[["puma_comps"
]])^2)

# (30 and 30 no out)
z_30 <- (m4_fd$coefficients[["puma_comps"]] - m4_fd_no_out$coefficients[[
"puma_comps"]])/sqrt((m4_fd$se[["puma_comps"]])^2 + (m4_fd_no_out$se[["puma_comps"
]])^2)

# (31 and 31 no out)
z_31 <- (m5_fd$coefficients[["puma_comps"]] - m5_fd_no_out$coefficients[[
"puma_comps"]])/sqrt((m5_fd$se[["puma_comps"]])^2 + (m5_fd_no_out$se[["puma_comps"
]])^2)


# Summarizing tables -----------------------------------------------------

#z score on regressions in level
level_table <- data.table("(21)" = z_21, "(22)" = z_22, "(23)" = z_23, "(24)" =
z_24, "(25)" = z_25)

#z score on regressions in FD
fd_table <- data.table("(27)" = z_27, "(28)" = z_28, "(29)" = z_29, "(30)" =
z_30, "(31)" = z_31)


# load the workbook, original excel sheet
wb <- loadWorkbook("03. Analysis/10. Outlier treatment Z score
test/Output/z_score_test.xlsx")
```

z_score_inc_exl_outliers.R

```r
# create/select sheet you want to save the data in
if (!('level_table' %in% names(wb))) {
  addWorksheet(wb, 'level_table')
}

if (!('fd_table' %in% names(wb))) {
  addWorksheet(wb, 'fd_table')
}

# write the data in the sheet
writeData(wb, "level_table", level_table)
writeData(wb, "fd_table", fd_table)


# save
saveWorkbook(wb, "03. Analysis/10. Outlier treatment Z score
test/Output/z_score_test.xlsx",
             overwrite = TRUE)

```