**Exhibit D**

**File "yardi_index.R" Produced with the Marinescu First Report**

**Exhibit D Contents**

Within the backup to the Marinescu First Report:

- 03. Analysis\08. Yardi Index\yardi_index.R

yardi_index.R

```r
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_functions.R")

# Load datasets -------------------------------------------------------------


# source geocoded lease data
source("02. Code/03. Clean Acceptance Data/clean_accept.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Compute Yardi index -------------------------------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.id,month)]
# calculate change from previous month by unit
dr_ext[, ratio := monthly.effective.rent/shift(monthly.effective.rent, type = "lag")
, revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,na.rm = T)),.(month)]
# take cumulative product of month-on-month changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(chain)]
extagg[, index := index*100]



# Rent CPI index ------------------------------------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Public/01. FRED/CPI - Rent/CUUR0000SEHA.csv")
# rebase at beginning of lease data index (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_date >= extagg[!is.na(index), min(month)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/CUUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index, on = c(observation_date = "month")]


# Charts --------------------------------------------------------------------

# prepare data
dr_act_leases <- dr_ext[, .(active_count = uniqueN(revenue.iq.unit.id)), .(month)]
```

```r
comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cpi_index,
                         yardi_index = yardi_index),
          on = c(month = "observation_date")]

# combined chart ------------------------------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 250)
ylim.sec <- c(0, 450000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = active_count*b, fill = "Yardi Active Lease Count"), position =
    position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
    .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
    City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
    cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
    Active Lease Count" = "#535776"),
                    breaks = c("Yardi Active Lease Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
    Primary Residence, U.S. City Average" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent"),
        axis.title.y = element_text(color = "#ee712b"),
        axis.title.y.right = element_text(color = "#535776"),
        axis.text.y = element_text(color = "#ee712b"),
        axis.text.y.right = element_text(color = "#535776")) +
  scale_y_continuous(name = "Rent Price Index",
                     breaks = seq(100, 250, by = 25),
                     sec.axis = sec_axis(~(. -100)/b, name = "Active Lease Count",
                     label = addUnits)
                     ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))


ggsave("03. Analysis/08. Yardi Index/Output/yardi_indices_units_comb.png", width = 8
  , height = 5, dpi = 700)



# output Yardi index premium table ----------------------------------------

# create table: Yardi index and active units count, fred CPI, index premium,
  annually
```

```r
index_data <- comb_data
index_data[, year := as.Date(paste0(year(month), "-01-01"))]
index_data <- index_data[year == month]
index_data <- index_data[order(year, decreasing = F)]
index_data[year == as.Date("2011-01-01"), yardi_index := comb_data[month == as.Date(
"2011-02-01"), yardi_index]]
index_data[year == as.Date("2011-01-01"), cpi_index := comb_data[month == as.Date(
"2011-02-01"), cpi_index]]

# save in excel sheet
# "T:\Projects\Competition\Yardi\09. Backup\01. Marinescu Report Backup\03.
Analysis\08. Yardi Index\Output\Index Premium Table\Formatted Index Table.xlsx"
wb <- loadWorkbook("03. Analysis/08. Yardi Index/Output/Index Premium
Table/Formatted Index Table.xlsx")

if (!('index_premium_data' %in% names(wb))) {
  addWorksheet(wb, 'index_premium_data')
}
writeData(wb, "index_premium_data", index_data)

saveWorkbook(wb, "03. Analysis/08. Yardi Index/Output/Index Premium Table/Formatted
Index Table.xlsx",
              overwrite = TRUE)



# Yardi index v. rent CPI ------------------------------------------------


# scatterplot that is x: yardi unit count, y: (yardi index - cpi)
  --------------------------------------------------------

comb_data[, index_diff := (yardi_index - cpi_index)/100]

ggplot(data = comb_data, aes(x = active_count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Active Lease Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
        ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")


ggsave("03. Analysis/08. Yardi Index/Output/scatter.png", width = 8, height = 5, dpi
 = 700)

# delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)) +
  geom_line(aes(y = index_diff*100, linetype = "Yardi Index Premium (Yardi Index -
  Rent CPI)"), linewidth = .8, color = "#ee712b") +
  ylab("") +
  xlab("") +
```

yardi_index.R

---

```r
  fideres_layout() +
  geom_vline(xintercept = as.Date("2021-01-01"), colour = "#545454", linetype =
  "dotdash") +
  theme(legend.position = "bottom",
        legend.text = element_text(size = 11),
        strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank()
        ) +
  scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
  ))

ggsave("03. Analysis/08. Yardi Index/Output/yardi_cpi_diff.png", width = 8, height =
 5, dpi = 700)

# numbers in report
# in the 4 years between 2017 and 2021, the Yardi Index Premium increased by 8.9
points from 2.7% to 11.6%.
comb_data[month == "2021-01-01",index_diff*100]-comb_data[month == "2017-01-01",
index_diff*100]
comb_data[month == "2017-01-01",index_diff*100]
comb_data[month == "2021-01-01",index_diff*100]
# In the four years between 2021 and 2025, the Premium's growth rate nearly doubled
- increasing by 17.6 points from 11.6% in 2021 to 29.2% in 2025
(comb_data[month == "2025-01-01",index_diff*100]-comb_data[month == "2021-01-01",
index_diff*100])/(comb_data[month == "2021-01-01",index_diff*100]-comb_data[month ==
 "2017-01-01",index_diff*100])
comb_data[month == "2025-01-01",index_diff*100]-comb_data[month == "2021-01-01",
index_diff*100]
comb_data[month == "2025-01-01",index_diff*100]


# approx unit count -------------------------------------------------------

# get approx unit count by property and month
dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(
revenueiq.property.id, month, approx.unit.count)]
dt_auc[, .N, .(revenueiq.property.id, month)]

dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month"
)]


ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"),
  position = position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth =
  .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S.
  City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index >
  cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi
  Approx. Tot. Unit Count" = "#535776"),
                    breaks = c("Yardi Approx. Tot. Unit Count")) +
  scale_linetype_manual(values = c("Yardi Lease Price Index" = 1, "CPI: Rent of
  Primary Residence, U.S. City Average" = 2)) +
```

yardi_index.R

```r
    theme(legend.position = "bottom",
          legend.text = element_text(size = 11),
          strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
          legend.background = element_blank(),
          legend.key = element_rect(fill = "transparent", color = "transparent"),
          axis.title.y = element_text(color = "#ee712b"),
          axis.title.y.right = element_text(color = "#535776"),
          axis.text.y = element_text(color = "#ee712b"),
          axis.text.y.right = element_text(color = "#535776")) +
    scale_y_continuous(name = "Rent Price Index",
                       breaks = seq(100, 250, by = 25),
                       sec.axis = sec_axis(~(. -100)/b, name = "Yardi Approx. Tot.
                       Unit Count", label = addUnits)
    ) +
    scale_x_date(breaks = "1 year", date_labels = "%Y", guide = guide_axis(n.dodge = 2
    ))

ggsave("03. Analysis/08. Yardi Index/Output/yardi_indices_units_comb_totunits.png",
    width = 8, height = 5, dpi = 700)


ggplot(data = comb_data, aes(x = approx.unit.count)) +
  geom_hline(yintercept = 0, linetype = 1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ymax = 0, fill = index_diff < 0), alpha = .2) +
  geom_point(aes(y = index_diff), color = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Index - Rent CPI)") +
  xlab("Approx. Unit Count") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(family = "Proxima Nova Lt", colour = "#545454"),
        legend.background = element_blank(),
        legend.key = element_rect(fill = "transparent", color = "transparent")
  ) +
  scale_y_continuous(breaks = seq(0, .35, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 300000, by = 50000), labels = addUnits) +
  guides(fill = "none")

ggsave("03. Analysis/08. Yardi Index/Output/scatter_totunits.png", width = 8, height
 = 5, dpi = 700)


# regressions ------------------------------------------------------------


# regress index diff on active lease count
comb_data_reg <- comb_data

# express y as percentage points
comb_data_reg[, index_diff_ppt := index_diff*100]
# units in 10,000s
comb_data_reg[, active_count_k := active_count/10000]
comb_data_reg[, approx.unit.count_k := approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt ~ active_count_k, comb_data_reg, se_type =
    "HC1")
reg_auc <- lm_robust(index_diff_ppt ~ approx.unit.count_k, comb_data_reg, se_type =
    "HC1")
```

yardi_index.R

```r
mlist = list()
mlist[["Model 1"]] = reg_active
mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "gt", stars = T, gof_omit = "IC", style =
"AER",
                        fmt = 6,
                        coef_map = c("(Intercept)" = "Intercept",
                                     "active_count_k" = "Active Lease Count, per 10k
                                     Leases",
                                     "approx.unit.count_k" = "Approx. Unit Count, per
                                     10k Units"))

regtab = tab_spanner(regtab, label = "Yardi Index Premium", columns = 2:3)

regtab = tab_style(regtab, style = list(
  cell_text(weight = "bold")), locations = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font.names = "Times New Roman", table.font.size =
 12)
regtab = tab_footnote(regtab, "Active Lease Count and Approx. Unit Count are each
scaled back by 10,000.")


regtab

gtsave(regtab, filename = "03. Analysis/08. Yardi Index/Output/index_regtab.png")

#  a 10k unit increase leads to nearly a 1 point increase in the index premium

# structural break testing ------------------------------------------------

#order data to identify break point
comb_data_reg = comb_data_reg[order(month)]
comb_data_reg[,point_id := .I]

#define function to iterate chow tests
chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_count_k, type = "Chow", point = xbreak, data
  = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$statistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test Statistic","P-Value")
  return(tmpdt)

}

#define breaks to test for
testlist = seq(comb_data_reg[month >= as.Date("2019-01-01"),min(point_id)],
comb_data_reg[month < as.Date("2023-01-01"),max(point_id)], by = 1)

#get f stats from chow tests
ctests = rbindlist(lapply(testlist,chowfunct))
ctests[comb_data_reg, date := month, on = "point_id"]

#plot f stats
ggplot(melt(ctests,id = c("point_id","date")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1]) +
```

```r
    facet_wrap(~variable, scales = "free_y") +
    ylab("") +
    xlab("") +
    fideres_layout()
ggsave("03. Analysis/08. Yardi Index/Output/breaktest.png",width = 6, height = 4,
dpi = 700)



# numbers in report
# I perform a series of 144 Chow tests
testlist

#identify maximum break point
breakpoint = ctests[`Test Statistic` == ctests[,max(`Test Statistic`)],point_id]
breakdate = ctests[`Test Statistic` == ctests[,max(`Test Statistic`)],date]
breakdate_local = ctests[`Test Statistic` == ctests[date < as.Date("2021-08-01"),max
(`Test Statistic`)],date]

#  two local maxima in the test statistics – March 2021 and July 2022.
breakdate_local
breakdate
```