**Exhibit F**

**Comparison of the "yardi_index.R" Files Produced with the Marinescu First Report and with the Marinescu Second Report**

**Exhibit F Contents**

Comparison of the following files, using 'BeyondCompare' software:

- From the Marinescu First Report backup: "03. Analysis\08. Yardi Index\yardi_index.R"
- From the Marinescu Second Report backup: "03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R"

Text Compare
Mode:  All
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R

Left file:
```
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_fu
» nctions.R")

# Load datasets ----------------------
» ----------------------------------


# source geocoded lease data
source("02. Code/03. Clean Acceptance D
» ata/clean_accept.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Compute Yardi index -----------------
» -----------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.i
» d,month)]
# calculate change from previous month
» by unit
dr_ext[, ratio := monthly.effective.ren
» t/shift(monthly.effective.rent, type
» = "lag"), revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,n
» a.rm = T)),.(month)]
# take cumulative product of month-on-m
» onth changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(c
» hain)]
extagg[, index := index*100]
```

Right file:
```
setwd(INSERT WORKING DIRECTORY HERE)

library(data.table)
library(stringr)
library(zoo)
library(lubridate)
library(snakecase)
library(readxl)
library(ggplot2)
library(estimatr)
library(modelsummary)
library(gt)
library(strucchange)
library(openxlsx)

options(scipen = 999)

source("02. Code/01. Utility/general_fu
» nctions.R")

# Load datasets ----------------------
» ----------------------------------


# source lease data
source("02. Code/03. Clean Acceptance D
» ata/clean_accept.R")
drent_list <- cleanaccept(expand = T)
drent <- drent_list[[1]]
dr_ext <- drent_list[[2]]


# Compute Yardi index -----------------
» -----------------------------------

# order dataset
dr_ext = dr_ext[order(revenue.iq.unit.i
» d,month)]
# calculate change from previous observ
» ation by unit
dr_ext[, ratio := monthly.effective.ren
» t/shift(monthly.effective.rent, type
» = "lag"), revenue.iq.unit.id]
# average changes across units by month
extagg = dr_ext[,.(chain = mean(ratio,n
» a.rm = T)),.(month)]
# take cumulative product of changes
extagg = extagg[order(month)]
extagg[!is.na(chain),index := cumprod(c
» hain)]
extagg[, index := index*100]
```

Beyond Compare v5.1.6

F-1

6/8/2026 3:57:44 PM                                        Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

| | |
|---|---|
| ```# Rent CPI index ---------------------
# -----------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Pub
lic/01. FRED/CPI - Rent/CUUR0000SEHA.
csv")
# rebase at beginning of lease data ind
ex (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_da
te >= extagg[!is.na(index), min(month
)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/C
UUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index,
on = c(observation_date = "month")]


# Charts -----------------------------
# -----------------------------------

# prepare data
dr_act_leases <- dr_ext[, .(active_coun
t = uniqueN(revenue.iq.unit.id)), .(m
onth)]

comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cp
i_index,
                        yardi_index =
yardi_index),
        on = c(month = "observation_d
ate")]

# combined chart ---------------------
# --------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 250)
ylim.sec <- c(0, 450000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)
) +
  geom_col(aes(y = active_count*b, fill``` | ```# Rent CPI index ---------------------
# -----------------------------------

# load rent CPI data
cpi_rent_raw <- fread("01. Data/02. Pub
lic/01. FRED/CPI - Rent/CUUR0000SEHA.
csv")
# rebase at beginning of lease data ind
ex (Feb 2011)
cpi_rent <- cpi_rent_raw[observation_da
te >= extagg[!is.na(index), min(month
)]]
cpi_rent[, cpi_index := (CUUR0000SEHA/C
UUR0000SEHA[1])*100]
# merge Yardi index
cpi_rent[extagg, yardi_index := index,
on = c(observation_date = "month")]


# Charts -----------------------------
# -----------------------------------

# prepare data
dr_act_leases <- dr_ext[, .(active_coun
t = uniqueN(revenue.iq.unit.id)), .(m
onth)]

comb_data <- dr_act_leases
comb_data[cpi_rent, `:=`(cpi_index = cp
i_index,
                        yardi_index =
yardi_index),
        on = c(month = "observation_d
ate")]

# combined chart ---------------------
# --------------------------

# use coeff value for combined chart
coeff = 2000

ylim.prim <- c(100, 250)
ylim.sec <- c(0, 450000)
b <- diff(ylim.prim)/diff(ylim.sec)
a <- ylim.prim[1] - b*ylim.sec[1]

ggplot(data = comb_data, aes(x = month)
) +
  geom_col(aes(y = active_count*b, fill``` |

Beyond Compare v5.1.6

6/8/2026 3:57:44 PM                                    Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

```
  = "Yardi Active Lease Count"), posit
ion = position_nudge(y = 100), alpha
= .4) +
geom_line(aes(y = yardi_index, linety
pe = "Yardi Lease Price Index"), line
width = .8, color = "#ee712b") +
geom_line(aes(y = cpi_index, linetype
 = "CPI: Rent of Primary Residence, U
.S. City Average"), linewidth = .8, c
olor = "#ee712b") +
geom_ribbon(aes(ymin = cpi_index, yma
x = yardi_index, fill = yardi_index >
 cpi_index), alpha = .2) +
ylab("") +
xlab("") +
fideres_layout() +
scale_fill_manual(values = c("TRUE" =
 "#ee712b", "FALSE" = "#535776", "Yar
di Active Lease Count" = "#535776"),
                  breaks = c("Yardi A
ctive Lease Count")) +
scale_linetype_manual(values = c("Yar
di Lease Price Index" = 1, "CPI: Rent
 of Primary Residence, U.S. City Aver
age" = 2)) +
theme(legend.position = "bottom",
      legend.text = element_text(size
 = 11),
      strip.text = element_text(famil
y = "Proxima Nova Lt", colour = "#545
454"),
      legend.background = element_bla
nk(),
      legend.key = element_rect(fill
= "transparent", color = "transparent
"),
      axis.title.y = element_text(col
or = "#ee712b"),
      axis.title.y.right = element_te
xt(color = "#535776"),
      axis.text.y = element_text(colo
r = "#ee712b"),
      axis.text.y.right = element_tex
t(color = "#535776")) +
scale_y_continuous(name = "Rent Pric
e Index",
                   breaks = seq(100,
250, by = 25),
                   sec.axis = sec_axi
s(~(. -100)/b, name = "Active Lease C
ount", label = addUnits)
                   ) +
```

6/8/2026 3:57:44 PM                                    Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

| Left | | Right |
|---|---|---|
| ```scale_x_date(breaks = "1 year", date_ » labels = "%Y", guide = guide_axis(n.d » odge = 2))``` | | ```scale_x_date(breaks = "1 year", date_ » labels = "%Y", guide = guide_axis(n.d » odge = 2))``` |
| | | |
| | | |
| ```ggsave("03. Analysis/08. Yardi Index/Ou » tput/yardi_indices_units_comb.png", w » idth = 8, height = 5, dpi = 700)``` | `<>` | ```ggsave("03. Analysis/05. Yardi Index Se » nsitivity/01. Original/Output/yardi_i » ndices_units_comb.png", width = 8, he » ight = 5, dpi = 700, device = png)``` |
| | | |
| | `=` | |
| | | |
| ```# output Yardi index premium table ---- » ----------------------------------``` | | ```# output Yardi index premium table ---- » ----------------------------------``` |
| | | |
| ```# create table: Yardi index and active » units count, fred CPI, index premium, »  annually``` | | ```# create table: Yardi index and active » units count, fred CPI, index premium, »  annually``` |
| ```index_data <- comb_data``` | | ```index_data <- comb_data``` |
| ```index_data[, year := as.Date(paste0(yea » r(month), "-01-01"))]``` | | ```index_data[, year := as.Date(paste0(yea » r(month), "-01-01"))]``` |
| ```index_data <- index_data[year == month]``` | | ```index_data <- index_data[year == month]``` |
| ```index_data <- index_data[order(year, de » creasing = F)]``` | | ```index_data <- index_data[order(year, de » creasing = F)]``` |
| ```index_data[year == as.Date("2011-01-01" » ), yardi_index := comb_data[month == » as.Date("2011-02-01"), yardi_index]]``` | | ```index_data[year == as.Date("2011-01-01" » ), yardi_index := comb_data[month == » as.Date("2011-02-01"), yardi_index]]``` |
| ```index_data[year == as.Date("2011-01-01" » ), cpi_index := comb_data[month == as » .Date("2011-02-01"), cpi_index]]``` | | ```index_data[year == as.Date("2011-01-01" » ), cpi_index := comb_data[month == as » .Date("2011-02-01"), cpi_index]]``` |
| | | |
| ```# save in excel sheet``` | | ```# save in excel sheet``` |
| ```# "T:\Projects\Competition\Yardi\09. Ba » ckup\01. Marinescu Report Backup\03. » Analysis\08. Yardi Index\Output\Index »  Premium Table\Formatted Index Table. » xlsx"``` | `<>` | |
| ```wb <- loadWorkbook("03. Analysis/08. Ya » rdi Index/Output/Index Premium Table/ » Formatted Index Table.xlsx")``` | | ```wb <- loadWorkbook("03. Analysis/05. Ya » rdi Index Sensitivity/01. Original/Ou » tput/Index Premium Table/Formatted In » dex Table.xlsx")``` |
| | `=` | |
| ```if (!('index_premium_data' %in% names(w » b))) {``` | | ```if (!('index_premium_data' %in% names(w » b))) {``` |
| ```    addWorksheet(wb, 'index_premium_data' » )``` | | ```    addWorksheet(wb, 'index_premium_data' » )``` |
| ```}``` | | ```}``` |
| ```writeData(wb, "index_premium_data", ind » ex_data)``` | | ```writeData(wb, "index_premium_data", ind » ex_data)``` |
| | | |
| ```saveWorkbook(wb, "03. Analysis/08. Yard » i Index/Output/Index Premium Table/Fo``` | `<>` | ```saveWorkbook(wb, "03. Analysis/05. Yard » i Index Sensitivity/01. Original/Outp``` |

Beyond Compare v5.1.6

6/8/2026 3:57:44 PM
Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

```
» rmatted Index Table.xlsx",                    » ut/Index Premium Table/Formatted Inde
                                                » x Table.xlsx",
              overwrite = TRUE)        =                     overwrite = TRUE)


# Yardi index v. rent CPI -------------         # Yardi index v. rent CPI -------------
» -------------------------------------         » -------------------------------------


# scatterplot that is x: yardi unit cou         # scatterplot that is x: yardi unit cou
» nt, y: (yardi index - cpi) ----------         » nt, y: (yardi index - cpi) ----------
» -------------------------------------         » -------------------------------------
» -----------                                   » -----------

comb_data[, index_diff := (yardi_index          comb_data[, index_diff := (yardi_index
» - cpi_index)/100]                             » - cpi_index)/100]

ggplot(data = comb_data, aes(x = active         ggplot(data = comb_data, aes(x = active
» _count)) +                                    » _count)) +
  geom_hline(yintercept = 0, linetype =           geom_hline(yintercept = 0, linetype =
»  1, color = colour_palette[2]) +             »  1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ym           geom_ribbon(aes(ymin = index_diff, ym
» ax = 0, fill = index_diff < 0), alpha         » ax = 0, fill = index_diff < 0), alpha
»  = .2) +                                      »  = .2) +
  geom_point(aes(y = index_diff), color           geom_point(aes(y = index_diff), color
»  = "#ee712b", size = .6) +                   »  = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Inde           ylab("Yardi Index Premium (Yardi Inde
» x - Rent CPI)") +                            » x - Rent CPI)") +
  xlab("Active Lease Count") +                    xlab("Active Lease Count") +
  fideres_layout() +                              fideres_layout() +
  scale_fill_manual(values = c("TRUE" =           scale_fill_manual(values = c("TRUE" =
»  "#535776", "FALSE" = "#ee712b")) +          »  "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(famil           theme(strip.text = element_text(famil
» y = "Proxima Nova Lt", colour = "#545        » y = "Proxima Nova Lt", colour = "#545
» 454"),                                        » 454"),
        legend.background = element_bla                 legend.background = element_bla
» nk(),                                         » nk(),
        legend.key = element_rect(fill                  legend.key = element_rect(fill
» = "transparent", color = "transparent        » = "transparent", color = "transparent
» ")                                            » ")
        ) +                                             ) +
  scale_y_continuous(breaks = seq(0, .3           scale_y_continuous(breaks = seq(0, .3
» 5, by = .10), labels = percent) +            » 5, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 30           scale_x_continuous(breaks = seq(0, 30
» 0000, by = 50000), labels = addUnits)        » 0000, by = 50000), labels = addUnits)
»  +                                            »  +
  guides(fill = "none")                           guides(fill = "none")



ggsave("03. Analysis/08. Yardi Index/Ou   <>   ggsave("03. Analysis/05. Yardi Index Se
» tput/scatter.png", width = 8, height          » nsitivity/01. Original/Output/scatter
```

Beyond Compare v5.1.6

F-5

6/8/2026 3:57:44 PM                                      Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

```
» = 5, dpi = 700)                                » .png", width = 8, height = 5, dpi = 7
                                                 » 00, device = png)
                                        =
# delta - Yardi Premium chart -------            # delta - Yardi Premium chart -------
ggplot(data = comb_data, aes(x = month)          ggplot(data = comb_data, aes(x = month)
» ) +                                            » ) +
  geom_line(aes(y = index_diff*100, lin            geom_line(aes(y = index_diff*100, lin
» etype = "Yardi Index Premium (Yardi I          » etype = "Yardi Index Premium (Yardi I
» ndex - Rent CPI)"), linewidth = .8, c          » ndex - Rent CPI)"), linewidth = .8, c
» olor = "#ee712b") +                            » olor = "#ee712b") +
  ylab("") +                                       ylab("") +
  xlab("") +                                       xlab("") +
  fideres_layout() +                               fideres_layout() +
  geom_vline(xintercept = as.Date("2021            geom_vline(xintercept = as.Date("2021
» -01-01"), colour = "#545454", linetyp          » -01-01"), colour = "#545454", linetyp
» e = "dotdash") +                               » e = "dotdash") +
  theme(legend.position = "bottom",                theme(legend.position = "bottom",
        legend.text = element_text(size                 legend.text = element_text(size
»  = 11),                                        »  = 11),
        strip.text = element_text(famil                 strip.text = element_text(famil
» y = "Proxima Nova Lt", colour = "#545          » y = "Proxima Nova Lt", colour = "#545
» 454"),                                         » 454"),
        legend.background = element_bla                 legend.background = element_bla
» nk()                                           » nk()
        ) +                                              ) +
  scale_x_date(breaks = "1 year", date_            scale_x_date(breaks = "1 year", date_
» labels = "%Y", guide = guide_axis(n.d          » labels = "%Y", guide = guide_axis(n.d
» odge = 2))                                     » odge = 2))

ggsave("03. Analysis/08. Yardi Index/Ou   <>    ggsave("03. Analysis/05. Yardi Index Se
» tput/yardi_cpi_diff.png", width = 8,           » nsitivity/01. Original/Output/yardi_c
» height = 5, dpi = 700)                         » pi_diff.png", width = 8, height = 5,
                                                 » dpi = 700, device = png)

# numbers in report
# in the 4 years between 2017 and 2021,
»  the Yardi Index Premium increased by
»  8.9 points from 2.7% to 11.6%.
comb_data[month == "2021-01-01",index_d
» iff*100]-comb_data[month == "2017-01-
» 01",index_diff*100]
comb_data[month == "2017-01-01",index_d
» iff*100]
comb_data[month == "2021-01-01",index_d
» iff*100]
# In the four years between 2021 and 20
» 25, the Premium's growth rate nearly
» doubled – increasing by 17.6 points f
» rom 11.6% in 2021 to 29.2% in 2025
(comb_data[month == "2025-01-01",index_
» diff*100]-comb_data[month == "2021-01
» -01",index_diff*100])/(comb_data[mont
```

Beyond Compare v5.1.6

6/8/2026 3:57:44 PM

Text Compare

Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

Left file:

```
h == "2021-01-01",index_diff*100]-comb_data[month == "2017-01-01",index_diff*100])
comb_data[month == "2025-01-01",index_diff*100]-comb_data[month == "2021-01-01",index_diff*100]
comb_data[month == "2025-01-01",index_diff*100]

# approx unit count --------------------------------------------------

# get approx unit count by property and month
dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(revenueiq.property.id, month, approx.unit.count)]
dt_auc[, .N, .(revenueiq.property.id, month)]

dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month")]


ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"), position = position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth = .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S. City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index > cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi Approx. Tot. Unit Count" = "#535776"),
```

Right file:

```
# approx unit count --------------------------------------------------

# get approx unit count by property and month
dt_auc <- dr_ext[, .(approx.unit.count = unique(approx.unit.count)), .(revenueiq.property.id, month, approx.unit.count)]
dt_auc[, .N, .(revenueiq.property.id, month)]

dt_auc_agg <- dt_auc[, .(approx.unit.count = sum(approx.unit.count)), month]
comb_data[dt_auc_agg, approx.unit.count := approx.unit.count, on = c(month = "month")]


ggplot(data = comb_data, aes(x = month)) +
  geom_col(aes(y = approx.unit.count*b, fill = "Yardi Approx. Tot. Unit Count"), position = position_nudge(y = 100), alpha = .4) +
  geom_line(aes(y = yardi_index, linetype = "Yardi Lease Price Index"), linewidth = .8, color = "#ee712b") +
  geom_line(aes(y = cpi_index, linetype = "CPI: Rent of Primary Residence, U.S. City Average"), linewidth = .8, color = "#ee712b") +
  geom_ribbon(aes(ymin = cpi_index, ymax = yardi_index, fill = yardi_index > cpi_index), alpha = .2) +
  ylab("") +
  xlab("") +
  fideres_layout() +
  scale_fill_manual(values = c("TRUE" = "#ee712b", "FALSE" = "#535776", "Yardi Approx. Tot. Unit Count" = "#535776"),
```

Beyond Compare v5.1.6

6/8/2026 3:57:44 PM                              Text Compare

Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R

Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R

(continued)

```
                   breaks = c("Yardi A
» pprox. Tot. Unit Count")) +
  scale_linetype_manual(values = c("Yar
» di Lease Price Index" = 1, "CPI: Rent
»  of Primary Residence, U.S. City Aver
» age" = 2)) +
  theme(legend.position = "bottom",
        legend.text = element_text(size
»  = 11),
        strip.text = element_text(famil
» y = "Proxima Nova Lt", colour = "#545
» 454"),
        legend.background = element_bla
» nk(),
        legend.key = element_rect(fill
» = "transparent", color = "transparent
» "),
        axis.title.y = element_text(col
» or = "#ee712b"),
        axis.title.y.right = element_te
» xt(color = "#535776"),
        axis.text.y = element_text(colo
» r = "#ee712b"),
        axis.text.y.right = element_tex
» t(color = "#535776")) +
  scale_y_continuous(name = "Rent Price
»  Index",
                    breaks = seq(100,
» 250, by = 25),
                    sec.axis = sec_axi
» s(~(. -100)/b, name = "Yardi Approx.
» Tot. Unit Count", label = addUnits)
  ) +
  scale_x_date(breaks = "1 year", date_
» labels = "%Y", guide = guide_axis(n.d
» odge = 2))
```

```
ggsave("03. Analysis/08. Yardi Index/Ou
» tput/yardi_indices_units_comb_totunit
» s.png", width = 8, height = 5, dpi =
» 700)
```

<>

```
ggsave("03. Analysis/05. Yardi Index Se
» nsitivity/01. Original/Output/yardi_i
» ndices_units_comb_totunits.png", widt
» h = 8, height = 5, dpi = 700, device
» = png)
```

=

```
ggplot(data = comb_data, aes(x = approx
» .unit.count)) +
  geom_hline(yintercept = 0, linetype =
»  1, color = colour_palette[2]) +
  geom_ribbon(aes(ymin = index_diff, ym
» ax = 0, fill = index_diff < 0), alpha
»  = .2) +
  geom_point(aes(y = index_diff), color
```

Beyond Compare v5.1.6

F-8

6/8/2026 3:57:44 PM                                    Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

```
  = "#ee712b", size = .6) +                        = "#ee712b", size = .6) +
  ylab("Yardi Index Premium (Yardi Inde            ylab("Yardi Index Premium (Yardi Inde
» x - Rent CPI)") +                              » x - Rent CPI)") +
  xlab("Approx. Unit Count") +                     xlab("Approx. Unit Count") +
  fideres_layout() +                               fideres_layout() +
  scale_fill_manual(values = c("TRUE" =            scale_fill_manual(values = c("TRUE" =
»  "#535776", "FALSE" = "#ee712b")) +            »  "#535776", "FALSE" = "#ee712b")) +
  theme(strip.text = element_text(famil            theme(strip.text = element_text(famil
» y = "Proxima Nova Lt", colour = "#545          » y = "Proxima Nova Lt", colour = "#545
» 454"),                                         » 454"),
        legend.background = element_bla                  legend.background = element_bla
» nk(),                                          » nk(),
        legend.key = element_rect(fill                   legend.key = element_rect(fill
» = "transparent", color = "transparent          » = "transparent", color = "transparent
» ")                                             » ")
  ) +                                              ) +
  scale_y_continuous(breaks = seq(0, .3            scale_y_continuous(breaks = seq(0, .3
» 5, by = .10), labels = percent) +              » 5, by = .10), labels = percent) +
  scale_x_continuous(breaks = seq(0, 30            scale_x_continuous(breaks = seq(0, 30
» 0000, by = 50000), labels = addUnits)          » 0000, by = 50000), labels = addUnits)
»  +                                             »  +
  guides(fill = "none")                            guides(fill = "none")


ggsave("03. Analysis/08. Yardi Index/Ou     <>  ggsave("03. Analysis/05. Yardi Index Se
» tput/scatter_totunits.png", width = 8          » nsitivity/01. Original/Output/scatter
» , height = 5, dpi = 700)                       » _totunits.png", width = 8, height = 5
                                                 » , dpi = 700, device = png)

                                             =

# regressions ------------------------        # regressions ------------------------
» -----------------------------------          » -----------------------------------


# regress index diff on active lease co        # regress index diff on active lease co
» unt                                           » unt
comb_data_reg <- comb_data                    comb_data_reg <- comb_data

# express y as percentage points               # express y as percentage points
comb_data_reg[, index_diff_ppt := index       comb_data_reg[, index_diff_ppt := index
» _diff*100]                                    » _diff*100]
# units in 10,000s                             # units in 10,000s
comb_data_reg[, active_count_k := activ        comb_data_reg[, active_count_k := activ
» e_count/10000]                                » e_count/10000]
comb_data_reg[, approx.unit.count_k :=         comb_data_reg[, approx.unit.count_k :=
» approx.unit.count/10000]                      » approx.unit.count/10000]


reg_active <- lm_robust(index_diff_ppt        reg_active <- lm_robust(index_diff_ppt
» ~ active_count_k, comb_data_reg, se_t         » ~ active_count_k, comb_data_reg, se_t
» ype = "HC1")                                  » ype = "HC1")
reg_auc <- lm_robust(index_diff_ppt ~ a       reg_auc <- lm_robust(index_diff_ppt ~ a
» pprox.unit.count_k, comb_data_reg, se         » pprox.unit.count_k, comb_data_reg, se
```

6/8/2026 3:57:44 PM                                    Text Compare
Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

```
» _type = "HC1")                              » _type = "HC1")


mlist = list()                                mlist = list()
mlist[["Model 1"]] = reg_active               mlist[["Model 1"]] = reg_active
mlist[["Model 2"]] = reg_auc                  mlist[["Model 2"]] = reg_auc


regtab = modelsummary(mlist, output = "       regtab = modelsummary(mlist, output = "
» gt", stars = T, gof_omit = "IC", styl       » gt", stars = T, gof_omit = "IC", styl
» e = "AER",                                  » e = "AER",
                   fmt = 6,                                      fmt = 6,
                   coef_map = c("(In                            coef_map = c("(In
» tercept)" = "Intercept",                    » tercept)" = "Intercept",
                            "act                                         "act
» ive_count_k" = "Active Lease Count, p       » ive_count_k" = "Active Lease Count, p
» er 10k Leases",                             » er 10k Leases",
                            "app                                         "app
» rox.unit.count_k" = "Approx. Unit Cou       » rox.unit.count_k" = "Approx. Unit Cou
» nt, per 10k Units"))                        » nt, per 10k Units"))

regtab = tab_spanner(regtab, label = "Y       regtab = tab_spanner(regtab, label = "Y
» ardi Index Premium", columns = 2:3)         » ardi Index Premium", columns = 2:3)

regtab = tab_style(regtab, style = list       regtab = tab_style(regtab, style = list
» (                                           » (
  cell_text(weight = "bold")), location         cell_text(weight = "bold")), location
» s = cells_body(rows = c(3,5)))              » s = cells_body(rows = c(3,5)))

regtab = tab_options(regtab, table.font       regtab = tab_options(regtab, table.font
» .names = "Times New Roman", table.fon       » .names = "Times New Roman", table.fon
» t.size = 12)                                » t.size = 12)
regtab = tab_footnote(regtab, "Active L       regtab = tab_footnote(regtab, "Active L
» ease Count and Approx. Unit Count are       » ease Count and Approx. Unit Count are
»  each scaled back by 10,000.")              »  each scaled back by 10,000.")


regtab                                        regtab

gtsave(regtab, filename = "03. Analysis       gtsave(regtab, filename = "03. Analysis
» /08. Yardi Index/Output/index_regtab.       » /05. Yardi Index Sensitivity/01. Orig
» png")                                       » inal/Output/index_regtab.png")


#  a 10k unit increase leads to nearly
» a 1 point increase in the index premi
» um

# structural break testing ------------      # structural break testing ------------
» ---------------------------------            » ---------------------------------

#order data to identify break point           #order data to identify break point
comb_data_reg = comb_data_reg[order(mon       comb_data_reg = comb_data_reg[order(mon
```

Beyond Compare v5.1.6

6/8/2026 3:57:44 PM                                    Text Compare

Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R

(continued)

```
  » th)]                                          » th)]
comb_data_reg[,point_id := .I]                  comb_data_reg[,point_id := .I]

#define function to iterate chow tests          #define function to iterate chow tests
chowfunct = function(xbreak){                    chowfunct = function(xbreak){

  tmp = sctest(index_diff_ppt ~ active_            tmp = sctest(index_diff_ppt ~ active_
» count_k, type = "Chow", point = xbrea         » count_k, type = "Chow", point = xbrea
» k, data = comb_data_reg)                       » k, data = comb_data_reg)

  tmpdt= data.table(cbind(xbreak,tmp$st            tmpdt= data.table(cbind(xbreak,tmp$st
» atistic,tmp$p.value))                          » atistic,tmp$p.value))
  colnames(tmpdt) = c("point_id","Test            colnames(tmpdt) = c("point_id","Test
» Statistic","P-Value")                          » Statistic","P-Value")
  return(tmpdt)                                    return(tmpdt)

}                                                }

#define breaks to test for                       #define breaks to test for
testlist = seq(comb_data_reg[month >= a         testlist = seq(comb_data_reg[month >= a
» s.Date("2019-01-01"),min(point_id)],c         » s.Date("2019-01-01"),min(point_id)],c
» omb_data_reg[month < as.Date("2023-01         » omb_data_reg[month < as.Date("2023-01
» -01"),max(point_id)], by = 1)                  » -01"),max(point_id)], by = 1)

#get f stats from chow tests                     #get f stats from chow tests
ctests = rbindlist(lapply(testlist,chow         ctests = rbindlist(lapply(testlist,chow
» funct))                                        » funct))
ctests[comb_data_reg, date := month, on         ctests[comb_data_reg, date := month, on
»  = "point_id"]                                 »  = "point_id"]

#plot f stats                                    #plot f stats
ggplot(melt(ctests,id = c("point_id","d         ggplot(melt(ctests,id = c("point_id","d
» ate")), aes(x = date, y = value)) +           » ate")), aes(x = date, y = value)) +
  geom_line(color = colour_palette[1])            geom_line(color = colour_palette[1])
» +                                              » +
  facet_wrap(~variable, scales = "free_           facet_wrap(~variable, scales = "free_
» y") +                                          » y") +
  ylab("") +                                      ylab("") +
  xlab("") +                                      xlab("") +
  fideres_layout()                                fideres_layout()
ggsave("03. Analysis/08. Yardi Index/Ou   <>   ggsave("03. Analysis/05. Yardi Index Se
» tput/breaktest.png",width = 6, height         » nsitivity/01. Original/Output/breakte
»  = 4, dpi = 700)                               » st.png",width = 6, height = 4, dpi =
                                                 » 700, device = png)

                                          =

                                         -+     # numbers in reply report -------------
                                                » -----------------------------------

                                          =

                                         -+     # Revenue IQ adoption approximately dou
                                                » bled between 2020 and 2023, growing f
                                                » rom approximately 146,000 to over 280
                                                » ,000 active leases before plateauing.
```

Beyond Compare v5.1.6

6/8/2026 3:57:44 PM                    Text Compare

Left file: C:\2026.02.13_Marinescu Report Backup\03. Analysis\08. Yardi Index\yardi_index.R
Right file: C:\2026.05.27_Marinescu Reply Backup\03. Analysis\05. Yardi Index Sensitivity\01. Original\yardi_index.R
(continued)

| | Left | | | Right |
|---|---|---|---|---|
| | | | 307 | `»`<br>`comb_data[month == as.Date("2023-01-01"`<br>`» ), active_count]/comb_data[month == a`<br>`» s.Date("2020-01-01"), active_count]` |
| | | | 308 | `comb_data[month == as.Date("2020-01-01"`<br>`» ), active_count]` |
| | | | 309 | `comb_data[month == as.Date("2023-01-01"`<br>`» ), active_count]` |
| | | = | 310 | |
| | `# numbers in report` | +- | | |
| | `# I perform a series of 144 Chow tests` | | | |
| | `testlist` | | | |
| | | = | 311 | |
| | `#identify maximum break point` | <> | 312 | `# At the same time, the Yardi Index Pre`<br>`» mium widened from 8.25 to over 23 by`<br>`» 2023` |
| | `breakpoint = ctests[`Test Statistic` ==`<br>`»  ctests[,max(`Test Statistic`)],point`<br>`» _id]` | | 313 | `comb_data[month == as.Date("2020-01-01"`<br>`» ), index_diff_ppt]` |
| | `breakdate = ctests[`Test Statistic` ==`<br>`» ctests[,max(`Test Statistic`)],date]` | | 314 | `# 0.08251975` |
| | `breakdate_local = ctests[`Test Statisti`<br>`» c` == ctests[date < as.Date("2021-08-`<br>`» 01"),max(`Test Statistic`)],date]` | | 315 | `comb_data[month == as.Date("2023-01-01"`<br>`» ), index_diff_ppt]` |
| | | | 316 | `# 0.230445` |
| | | = | 317 | |
| | `#  two local maxima in the test statist`<br>`» ics – March 2021 and July 2022.` | <> | 318 | `# For sub-$20 monthly effective rents,`<br>`» the produced data records concessions`<br>`»  as high as $1,761 per month` |
| | `breakdate_local` | | 319 | `drent[monthly.effective.rent <= 20, .(m`<br>`» onthly.gross.rent, monthly.concession`<br>`» .amount, monthly.effective.rent)][ord`<br>`» er(monthly.concession.amount)][1,2]` |
| | `breakdate` | | | |

Beyond Compare v5.1.6