Docusign Envelope ID: 9DD2E657-2516-8118-82DC-9CC51466EDA6

Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION*. | No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated, | **DECLARATION OF CLAIRE MARTIROSIAN IN SUPPORT OF DEFENDANT YARDI SYSTEMS' OPPOSITIONS TO PLAINTIFFS'** |
| Plaintiffs. | **MOTIONS TO EXCLUDE THE REBUTTAL REPORTS OF** |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | **(1) MIHRAN YENIKOMSHIAN, and** |
| Defendants. | **(2) CATHERINE TUCKER** |
| | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

DECLARATION OF CLAIRE MARTIROSIAN
(No. 2:23-cv-01391-RSL) – Page 1

## DECLARATION OF CLAIRE MARTIROSIAN

I, Claire Martirosian, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner at McNaul Ebel Nawrot & Helgren PLLC, attorneys of record for Defendant Yardi Systems ("Yardi") in the above-captioned case. I offer this declaration in support of Yardi's Oppositions to Plaintiffs' Motion to Exclude the Rebuttal Reports of Mihran Yenikomshian and Catherine Tucker.

2.      Unless otherwise noted, this declaration is based upon my personal knowledge and, if called to testify, I could and would do so competently as to the matters set forth herein.

3.      Attached hereto as **Exhibit A** is a true and correct copy of certain excerpts from the deposition testimony of Dr. Ioana Marinescu taken on March 9, 2026.

4.      Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the deposition testimony of Mihran Yenikomshian taken on April 16, 2026.

5.      Attached hereto as **Exhibit C** is a true and correct copy of certain excerpts from the deposition testimony of Dr. Catherine Tucker taken on April 28, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June, 2026, at Seattle, Washington.

*Claire Martirosian*
_____
Claire Martirosian

DECLARATION OF CLAIRE MARTIROSIAN
(No. 2:23-cv-01391-RSL) – Page 2