# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**ORIGINAL**

- - - - - - - - - - - - - - - - - - -x

In re YARDI REVENUE                    : No. 2:23-cv-01391-RSL
MANAGEMENT ANTITRUST                   :
LITIGATION.                            :
                                       :
McKENNA DUFFY, individually            :
and on behalf of all others            : (Consolidated with
similarly situated,                    :  Case Nos.
                                       :  2:24-cv-01948;
                Plaintiffs,            :  2:24-cv-02053)
          v.                           :
                                       :
YARDI SYSTEMS, INC., et al.,           :
                                       :
                Defendants.            :
- - - - - - - - - - - - - - - - - - -x


    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
              UNDER PROTECTIVE ORDER

VIDEO-RECORDED DEPOSITION OF DR. CATHERINE TUCKER

                Taken Remotely
          Tuesday, April 28, 2026

Reported by:
Jeffrey Benz, CRR, RMR
BlueBear Solutions Job No. 3298

stipulations or announcements from either party?

        MR. PIERCE:  None here.

        MR. SCHAPER:  No.

        THE VIDEOGRAPHER:  Court reporter, please swear in the witness.

DR. CATHERINE TUCKER

        called as a witness, having been first duly sworn by Jeffrey Benz, a Notary Public within and for the State of New York, was examined and testified as follows:

EXAMINATION BY MR. PIERCE:

        Q.   Good morning, Dr. Tucker.

        A.   Good morning.

        Q.   Are you -- are you in the same room as counsel, or are you in different rooms?

        A.   I'm in the same room as counsel.

        Q.   Okay.  Do you have any documents in front of you?

        A.   Yes.  I have a copy of my report and Dr. Marinescu's report.

        Q.   Okay.  That's all that you have in front of you?

        A.   Yes, that's all I have.  I also

And do you see where you discuss how you report -- in Column 4 you present results using nonparametric controls, and in Column 5 you provide an alternative specification in which you include no demographic controls?

A.    Correct.

Q.    And you report that between Column 4 and Column 5 the results are statistically similar?

A.    That's correct.

Q.    Okay.  And turning to page 214, Table 3, is it correct that in each of these -- the nine columns in this table reports a different specification of your analysis?

MR. SCHAPER:  Objection to form.

A.    That's right.  Yes.

Q.    And Columns 3, 4, and 5 of Table 3 each report the results of the analysis under one of the three treatments of the missing demographic data we just walked through?

A.    Yes.  So remember here that we -- that the missing data is not to do with the dependent variable as it is in this case.  Instead it is when you have got missing data for the control variable.  And what I'm showing is the different

and Avi Goldfarb titled Standardization and the Effectiveness of Online Advertising was marked Exhibit 93 for identification, as of this date.)

Q.    Dr. Tucker, do you recognize this as a 2015 paper you co-authored with Avi Goldfarb titled "Standardization and the Effectiveness of Online Advertising"?

MR. SCHAPER:  Mr. Pierce, just a note that the document hasn't come through the chat, so we are just seeing the front page. Okay.  Now it's here.

Just give us a second, please.

A.    Thank you.  I now have that paper up.

Q.    This is a paper you published in a peer-reviewed journal; is that correct?

A.    Yes, that's correct.

Q.    Could you turn to page 2710 of the paper?

MR. SCHAPER:  Again, Professor Tucker, if you need time to look through the document, it's a long document, you should take the time you need.

Mr. Pierce, you said 2710?

A.    I am there on the page 2710.

Q.    Okay.   Do you see Table 1 where it appears to be reporting survey data that you were using in this paper?

A.    Yes.

Q.    And do you see that you have -- for some of them you have 381,641 observations?

A.    Yes, I do.

Q.    And for income you have 280,943 observations?

A.    Yes.

Q.    Okay.   So in this data set you did not have an income value for approximately 100,000 observations?

A.    That is correct.

Q.    Can you turn to page 2711 of the exhibit?

Do you see where it says, We assigned a value of zero to individuals who did not provide income or age data.   We do not view the missing data on the demographic controls to be a concern because the results are robust to a nonparametric specification of the controls that adds missing data fixed effects into the omission of those controls entirely?

MR. SCHAPER:  I'm sorry, Mr. Pierce,

I -- I'm not following where you are.

Could you please just say where -- where on the page you started reading?

MR. PIERCE: Sure. Let me find where it is on the screen.

Q. At the very bottom of the first column, We assigned a value of zero to individuals who did not provide income or age data. We do not view the missing data on the demographic controls to be a certain.

Continuing to the top of the next page column, because the results are robust to a nonparametric specification of the controls that adds missing data fixed effects into the omission of these controls entirely.

Is that the same approach in this paper that you took in the prior paper we discussed?

A. Yes. Again, we're dealing with missing data on the control variables. It is very similar data, the same advertising agency, and we dealt with the missing income control data in a similar way in this paper.

Q. Did you ultimately report your results in a table in a similar way in this paper, do

you remember?

You can look through the paper if you want.

MR. SCHAPER:  And I'll just object to the form.  And the document speaks for itself.

(Witness reviewing document.)

A.   So in Table 4, if you go there, I show that my key result is -- so, sorry, I misspeak. So if I look at Table 4, I'm not seeing the precise same robustness checks as we were just seeing in the 2011 paper.  I see Journal of Marketing Research paper.

I think because people had already seen that paper, they had already seen our robustness checks, it was similar data from the same advertising agency, we probably chose to not report them in this paper because we had already reassured our audience.

MR. PIERCE:  Can we introduce as Exhibit 94, Tab 5.

(Paper co-authored with Amalia Miller in 2011 called Can Health Care Information Technology Save Babies was marked Exhibit 94 for identification, as of this date.)

Q.    Is this a paper you co-authored with Amalia Miller in 2011 called "Can Health Care Information Technology Save Babies"?

MR. SCHAPER:  Again, Professor Tucker, if you need time to just look at the document, which is another long article, you should feel free to take it.

A.    Yes, I see this article.

Q.    Okay.  And this was an article you published in a peer-reviewed academic journal; is that correct?

A.    That's correct.

Q.    And in this paper you analyzed a 12-year hospital-level panel data set on adoption of health care information; is that correct?

MR. SCHAPER:  Objection.  Speaks for -- the article speaks for itself.

A.    So, yes, this is the paper I was talking about earlier when I talked about the paper I was looking at which measured the effect of health care IT on neonatal outcome.

Q.    And the panel data set consisted of data from thousands of individual hospitals; is that correct?

A.    That is my memory, yes.

Q.    Okay.  Did you --

A.    I mean, we had data on adoption of IT at the hospital level, but my memory is that we had data on neonatal outcomes at the county level.  So I just want to put that clarification in there about the data structure.

Q.    Could you turn to page 295 of the paper, Section -- under Section 2B.

Towards -- in the third paragraph, do you see where you wrote, For hospitals that report having multiple health care IT systems in place but with missing data on the contract year for one component, we assign the contract year for the missing component to match the most recent contract year in the data?

A.    Yes, I see that.

Q.    Is it correct that in this paper where contract year data was missing for one IT component at a hospital that reported having multiple components, your approach was to impute a value for the missing year?

MR. SCHAPER:  Objection to form.

A.    Well, I don't think I would use the word "impute" here.  Instead, what we did was we

looked for the most recent year we had in the data which gave a contract, and then we would use that.

And again, you'll notice that unlike Dr. Marinescu, we are careful to explain what our procedure is for dealing with missing data.

And the way that we define this variable explains exactly how we're dealing with it, and the -- and the variable, which is here an independent variable, while the dependent variable is defined in a way which means that we can deal with missing data.

Q.    You didn't drop any hospital from the panel data set because you were missing data on contract years, correct?

A.    So no.   In this case of an independent variable, what we did was we clearly explained what we would do if we had an independent variable where the contract year was missing.

And if you saw the data, you understand it was very reasonable because sometimes the contract year would only be reported with our ad, and then we would take that contract year and say, Okay, this is the closest year of the contract.   That seems to be

the date where the contract is signed and installation of the IT system happened.

Again, I'll just point out that, in contrast to the Marinescu report, we have a dependent -- we have an independent variable here, not a dependent variable, and we're defining it in a way which allow us to deal with missing data.

Q.   So, in this data set, you had hospitals reporting multiple IT components.  Is that correct?

A.   Yes.  I think my memory is that there would be -- I'm just going to have to look it up.  My memory is that we were thinking about radiology systems and neonatal systems, but I just have to look that up.  I can't remember the system.

MR. SCHAPER:  You should, Professor Tucker, feel free to look at the --

A.   Yeah.

MR. PIERCE:  -- look at the document to answer the question.

A.   Yes.  So if you look at Table 1 under my "IT Measured," it gives an idea of some of the different IT components I had in mind.

Highly Confidential
Attorneys' Eyes Only

C E R T I F I C A T E

STATE OF NEW YORK     )

                      )  Ss.:

COUNTY OF NEW YORK    )


     I JEFFREY BENZ, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:

     That the witness whose examination is hereinbefore set forth was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

     I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto set my hand this 2nd of May, 2026.


_____

JEFFREY BENZ, CRR, RMR