UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In re Yardi Revenue Management Antitrust Litigation*<br><br>WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>Yardi Systems, Inc. *et al.*,<br><br>    Defendants. | No. 2:23-cv-01391-RSL |

**Declaration of Ioana Marinescu, PhD**

**In Support of**

**Plaintiffs' Opposition to Yardi's Motion to Strike**

**June 23, 2026**

1.   I submit this declaration in support of Plaintiffs' opposition to Yardi's motion to strike my reply report. I have personal knowledge of the facts stated herein and could testify competently to them if called.

2.   My reply report ("Reply") includes a series of sensitivity analyses that test whether the methodological criticisms of the YLPI raised by Yardi's experts change my conclusions. To run each test, my team started from the script that generates the original YLPI, copied it, and modified the copy to implement each alternative analysis. The result is a set of parallel scripts, each performing a variant of the same computation. For example, one script excludes only gaps longer than twelve months; another applies Yardi's proposed $20 outlier threshold to effective rents; another imputes rents during vacancies/gaps using the method BLS applies in the Rent CPI.

3.   My backup materials contain the underlying code that performs those analyses. That code contains "comments," inoperative text that describes what the code does and signposts its structure, similar to section headers in a report or brief. These comments are marked with "#." They do not affect the computation of the index.

4.   Across the sensitivity analyses in my reply report, many "comments" are repeated because they signpost the same functional task that is repeated across each code. For example, every index script includes a step that calculates a rent change and a step that aggregates those changes into an index. The comments marking those steps appear in each script because the underlying structure is the same.

5.   The two comments at issue in the original YLPI script state "calculate change from previous month by unit" and "take cumulative product of month-on-month changes" to describe the computation of the index. This language is consistent with ¶¶113-4 of my Reply. Because each sensitivity analysis began as a copy of the original script, each initially carried the original's 'previous month' language. In several variants, that inherited language no longer accurately described the modified computation: for example, in the BLS imputation script, which estimates rents during vacancies/gaps using data from comparable units, the comparison value is an imputed rent, not the unit's own previous month-level rent.

6.   The replacement language was purposefully generalized to be true across sensitivity analyses which take different approaches to the "previous observation." My team chose "previous observation" instead of "previous month" and "changes" instead of "month-on-month changes" because those descriptions are general enough to apply to every script. In the original, the "previous observation" is the previous month-level rent; in the BLS imputation variant, it is an imputed value. The generalized language is accurate in both.

7.   My team then applied these generalized comments across all codes that perform distinct analyses, including the baseline, so that the same description would appear wherever the

functional step occurs and a reader reviewing any script in the set would encounter the same labels for the same operations. The comment "take cumulative product of changes" is repeated 27 times across different sensitivity analyses. The comment "calculate change from previous observation by unit" appears 24 times in the sensitivity backup folders. In total, 14 scripts in the sensitivity analysis backup materials contain these comments. I.e., although Mr. Yenikomshian's declaration discusses these comments in the context of one script, the same comments appear in 14, often multiple times across different sensitivities within the same script.

8.    The operative code that computes the YLPI is identical in my February file and the Reply's baseline file. Running either produces the same index. No computation, output, or result changed.

9.    My backup materials performing the YLPI sensitivity analyses are organized in numbered folders: 01. Original, 02. Effective Rent Outliers, 03. Gross Rent Outliers, 04. Recommended Rent Outliers, 05. BLS Outlier Capping, 06. Sensitivity Comparison. Each folder contains the code for different sensitivity analyses. "Original" identifies the version that applies none of Yardi's experts' proposed alterations and is the baseline against which each variant is compared. The original YLPI script produced with my opening report in February is Exhibit D to Mr. Yenikomshian's June 8th declaration.

10.    I declare under penalty of perjury that the foregoing is true and correct, executed June 23, 2026.

_____
Ioana Marinescu, PhD