The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| | **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YARDI SYSTEMS' MOTION TO STRIKE IOANA MARINESCU'S SECOND REPORT AND FOR ATTORNEY'S FEES UNDER RULE 37** |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |
| Defendant. | |

I, Steve W. Berman, declare as follows:

1.      I am the managing partner of Hagens Berman Sobol Shapiro LLP, counsel for Plaintiffs in this action. I have personal knowledge of the matters stated herein and could testify thereto.

2.      This declaration is filed in support of Plaintiffs' Opposition to Defendant Yardi Systems' Motion to Strike Ioana Marinescu's Second Report and for Attorney's Fees Under Rule 37, filed concurrently herewith.

3.      Under the Western District's local rules, Plaintiffs had fifteen calendar days to oppose Yardi's motion to exclude Dr. Marinescu. That motion was filed alongside three rebuttal expert

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION TO STRIKE – 1
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

reports, including one from a newly disclosed economist. Plaintiffs sought additional time to depose Yardi's rebuttal experts and prepare a response. The parties had reached similar scheduling accommodations routinely throughout the case.

4. On March 25, Plaintiffs e-mailed Yardi proposing an extension to the briefing schedule for the Daubert motion and requesting the dates of availability for deposition of two of Yardi's experts. On March 30, Yardi responded with a proposed stipulation. Its conditions included waiving any sur-reply to summary judgment and not submitting a report from a new expert. Plaintiffs accepted both without objection. Attached hereto as **Exhibit 1** is a true and correct copy of the March 25 e-mail from Rio Pierce requesting the extension and a responsive email from Emilia Brunello dated March 30, 2026 attaching Yardi's proposed stipulation.

5. Plaintiffs responded the following day. Plaintiffs objected to Yardi's proposed language in the stipulation that Marinescu would be barred, in the rebuttal report filed alongside the Daubert opposition, from presenting any "new expert opinions" in the form of "new analyses and/or applying new methodology not contained in her original report."  Attached hereto as **Exhibit 2** is a true and correct copy of the email from Ted Wojcik dated March 31, 2026 sent at 10:13 a.m.

6. Yardi rejected the revision. Its counter-proposal reinstated the restriction on "new analyses and/or an entirely new methodology," this time framed as a prohibition on "new opinions based on new analyses and/or an entirely new methodology." Attached hereto as **Exhibit 3** is a true and correct copy of the email from Abe Tabaie dated March 31, 2026.

7. Plaintiffs responded to the proposed stipulation and objected to the language that Yardi had added restricting the scope of Marinescu's rebuttal language. Plaintiffs explained the basis for their objection and proposed revised language that tracked the framework of Rule 26 and included a commitment not to introduce new affirmative opinions.  Attached hereto as **Exhibit 4** is a true and correct copy of the email from Ted Wojcik dated March 31, 2026.

8. Yardi subsequently accepted Plaintiffs' proposed language on April 1. Plaintiffs then filed the stipulation including the agreed upon language. Attached hereto as **Exhibit 5** is a true and correct copy of April 1, 2026 correspondence between Ted Wojcik and Emilia Brunello.

DECLARATION OF STEVE W. BERMAN ISO OPPOSITION
TO YARDI'S MOTION TO STRIKE – 2
Case No. 2:23-cv-01391-RSL

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of June, 2026, in Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX