# EXHIBIT 3

| | |
|---|---|
| **From:** | Abe Tabaie |
| **Sent:** | Tuesday, March 31, 2026 6:00 PM |
| **To:** | Ted Wojcik; Brunello, Emilia; Rio Pierce |
| **Cc:** | Moses Jehng; Steve Berman; Saunders, Adam C.; Menzies, Sydney; Comella, Alexi; Sarratt, David; Schaper, Michael; Schaefer, James |
| **Subject:** | RE: Duffy - schedule for Motion to Exclude |
| **Attachments:** | Duffy - Daubert Extension Stipulation_Mar. 2026 (Yardi edits).docx; Redline - Duffy - Daubert Extension Stipulation_Mar. 2026(redline) and Duffy - Daubert Extension Stipulation_Mar. 2026 (Yardi edits).pdf |

Hi Ted,

Attached is the draft stipulation with our further revisions in clean and a PDF redline. We think we are aligned on the Yenikomshian deposition (but we've provided some clarifying edits) and the briefing dates you've proposed are okay if we can align on the other issues. We do have a different perspective on Paragraphs 5 and 7, though, as some of your edits could be read to suggest that Plaintiffs are planning on doing exactly what Yardi believes to be inappropriate.

On Paragraph 5, we appreciate the commitment not to offer a new report from a different expert, but your other revisions around the scope of any responsive report or declaration from Dr. Marinescu would, as written, permit her to offer new opinions based on new analyses and/or an entirely new methodology, and would only be limited to the "same subject matter" as whatever expert declarations have been filed by Yardi already.  That is not permissible under the rules or otherwise.  The FRCP 26 subsection you are referring to is about initial rebuttal reports, not responses to errors that an expert made, and in any event does not support allowing new opinions or methodologies at this late stage.  Any opposition to Yardi's Motion to Exclude should be limited to addressing the errors raised in the Motion to Exclude.  This seems like it should be non-controversial.

On Paragraph 7, we think the sur reply waiver is necessary to clarify that the scope of Plaintiffs' response in May will be limited to opposing the Motion to Exclude. Yardi is not going to agree to an additional month of briefing if Plaintiffs will use that time to draft a summary judgment sur reply that we do not believe is appropriate.

Your email referred to our citation to Rules 11 and 26 for wanting to omit any mention of a sur reply in this stipulation. We don't agree. If Plaintiffs acknowledge that the Marinescu report and the portions of their brief relying on it are incorrect, they can correct the report under Rule 26 and, as to their brief, withdraw it or portions of it so as not to run afoul of Rule 11. A sur reply would be procedurally improper in either circumstance.

In short, as discussed on our meet and confer call, we are willing to cooperate regarding the expert depositions and granting Plaintiffs additional time to prepare their opposition to the Motion to Exclude, but Yardi is not willing to grant Plaintiffs carte blanche to offer new methodologies/analyses or arguments in opposition to summary judgment.

Please let us know if you'd like to further meet and confer to discuss. We're available this evening if needed.

Best,
Abe

1

**Abraham Tabaie** | Partner | Debevoise & Plimpton LLP | atabaie@debevoise.com | +1 415 738 5711 (Tel) | +1 310 500 5662 (Mobile)| www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in San Francisco at 1-415-738-5700) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Ted Wojcik <TedW@hbsslaw.com>
**Sent:** Tuesday, March 31, 2026 10:13 AM
**To:** Brunello, Emilia <enbrunello@debevoise.com>; Rio Pierce <riop@hbsslaw.com>
**Cc:** Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Tabaie, Abe <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James <jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude

**\*EXTERNAL\***

Emilia,

Thank you for sending the proposed stipulation. Attached is our redline. A few notes on the changes:

Paragraph 5: We've revised the "new opinions" language to track the standard for rebuttal expert testimony under the Federal Rules. We think this is cleaner and avoids potential disputes down the road about what falls within or outside the scope of proper rebuttal. We've also reiterated an express commitment to not put forward any new expert.

Paragraph 6: Wording change to clarify the Yenikomshian deposition is limited to the subjects covered in his reply declaration, rather than the declaration itself.

Paragraph 7: We've deleted the sur-reply waiver. We don't think this belongs in a scheduling stipulation, particularly given the position expressed in footnote 1 — Yardi can't simultaneously assert that Plaintiffs have a duty to correct the record under Rules 11 and 26(e) while also requiring Plaintiffs to waive the mechanism for doing so.

Dates: We've proposed May 8 and June 12 to give both sides an additional few days in light of Dr. Tucker's availability.

Happy to discuss if any of this raises concerns. Otherwise we can get this on file by tomorrow.

Best,
Ted

**Ted Wojcik** | Hagens Berman Sobol Shapiro LLP | Direct: (206) 268-9329

**From:** Brunello, Emilia <enbrunello@debevoise.com>
**Sent:** Monday, March 30, 2026 12:12 PM
**To:** Rio Pierce <riop@hbsslaw.com>
**Cc:** Ted Wojcik <TedW@hbsslaw.com>; Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Abe Tabaie <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James

<jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude

Hi Rio,

As discussed on Friday, attached is Yardi's proposed stipulation.

Happy to jump on a call if helpful, otherwise please let us know if you have any edits.

Emilia

**Emilia Brunello** | Associate | Debevoise & Plimpton LLP | enbrunello@debevoise.com | +1 212 909 6483 (Tel) | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rio Pierce <riop@hbsslaw.com>
**Sent:** Friday, March 27, 2026 1:57 PM
**To:** Brunello, Emilia <enbrunello@debevoise.com>
**Cc:** Ted Wojcik <TedW@hbsslaw.com>; Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Tabaie, Abe <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>
**Subject:** Re: Duffy - schedule for Motion to Exclude

**\*EXTERNAL\***

---

4 pt would work. Can you send an invite? Thanks.

Sent from my iPhone


On Mar 27, 2026, at 10:42 AM, Brunello, Emilia <enbrunello@debevoise.com> wrote:


Hi Rio,

Thanks for your email. Let's discuss—are you available at 4PT today?

Otherwise happy to chat over the weekend or on Monday.

Emilia

**Emilia Brunello** | Associate | Debevoise & Plimpton LLP | enbrunello@debevoise.com | +1 212 909 6483 (Tel) | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rio Pierce <riop@hbsslaw.com>
**Sent:** Wednesday, March 25, 2026 5:13 PM
**To:** Tabaie, Abe <atabaie@debevoise.com>; Brunello, Emilia <enbrunello@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>
**Cc:** Ted Wojcik <TedW@hbsslaw.com>; Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>
**Subject:** Duffy - schedule for Motion to Exclude

**\*EXTERNAL\***

Counsel,

We'd like to work out a schedule for briefing Yardi's motion to exclude Dr. Marinescu. We propose the following:

- Plaintiffs' opposition: May 4, 2026
- Yardi's reply: June 8, 2026

Separately, we'd like to schedule depositions of two of Yardi's experts. Please let us know the availability of Mr. Yenikomshian during the week of April 13 and Dr. Tucker during the week of April 20.

Happy to discuss on a call if that would be helpful. If these dates work, we can go ahead and prepare a stipulation.

All best,
Rio

--
**Rio Pierce | Partner**

<image001.jpg>

Hagens Berman Sobol Shapiro LLP
Berkeley, CA
(510) 725-3042
riop@hbsslaw.com

News | Cases | Twitter | Facebook

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al*.,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME [PROPOSED ORDER]**<br><br>NOTE ON MOTION CALENDAR: March [X], 2026<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1.    WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

2.    WHEREAS, pursuant to subsequent Court order granting the Parties' stipulations regarding certain Phase One discovery and summary judgment briefing deadlines, Yardi filed its Motion for Summary Judgment on November 24, 2025; Plaintiffs filed their Opposition to

Yardi's Motion on February 9, 2026, which included the Expert Report of Ioana Marinescu, PhD. offered in support; and Yardi filed its Reply in Support of Summary Judgment on March 23, 2026, with three rebuttal reports;

3.    WHEREAS, on March 23, 2026, Yardi filed a Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D.;

4.    WHEREAS, Plaintiffs have indicated a need for additional time to prepare their opposition to Yardi's Motion to Exclude, citing their intention to depose Yardi's rebuttal experts Mihran Yenikomshian and Catherine Tucker, Ph.D;

5.    WHEREAS, Plaintiffs warrant that (1) any expert report or supporting declaration that Plaintiffs file along with their opposition to Defendants' motion to exclude will not, through Dr. Marinescu, present new expert opinions in the form of new analyses and/or applying new methodologies not contained in her original report[1] and (2) Plaintiffs will not put forward any new expert;

6.    WHEREAS, Plaintiffs warrant that the deposition of Mr. Yenikomshian will be limited in scope to the rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu;

7.    WHEREAS, Plaintiffs warrant that they will not file a sur reply in support of their Opposition to Yardi's Motion for Summary Judgment;

8.    WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

1.    Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 8, 2026.

---

[1] It is Yardi's position that Plaintiffs have a duty to update Dr. Marinescu's report to properly account for her methodological errors under Federal Rule of Civil Procedure ("Rule") 26(e), and a duty to update their Opposition to Yardi's Motion for Summary Judgment accordingly under Rule 11. *See* Fed. R. Civ. P. 26(e) (addressing the duty to supplement and/or correct incorrect disclosures); Fed. R. Civ. P. 11(b)(3) (requiring that factual contentions represented to the Court have evidentiary support).

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER] - 2    (No.: 2:23-cv-01391-RSL)

2.      Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026.

STIPULATED to this _____ day of March, 2026.

Presented by:

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **MCNAUL EBEL NAWROT & HELGREN PLLC** |
|---|---|
| By: /s/ *[DRAFT]*                          | By: /s/ *[DRAFT]*                 |
| Steve W. Berman (WSBA No. 12536) | Claire Martirosian, WSBA No. 49528 |
| Theodore J Wojcik (WSBA No. 55553) | Richard W. Redmond, WSBA No. 58835 |
| Stephanie A Verdoia (WSBA No. 58636) | 600 University Street, Suite 2700 |
| Xiaoyi Fan (WSBA No. 56703) | Seattle, WA 98101 |
| 1301 Second Avenue, Suite 2000 | Telephone: (206) 467-1816 |
| Seattle, WA 98101 | cmartirosian@mcnaul.com |
| Telephone: (206) 623-7292 | rredmond@mcnaul.com |
| steve@hbsslaw.com | |
| tedw@hbsslaw.com | **DEBEVOISE & PLIMPTON LLP** |
| stephaniev@hbsslaw.com | Maura K. Monaghan (*pro hac vice*) |
| kellyf@hbsslaw.com | Michael Schaper (*pro hac vice*) |
| | 66 Hudson Boulevard |
| Rio S Pierce | New York, NY 10001 |
| 715 Hearst Avenue, Suite 300 | Telephone: (212) 909-6000 |
| Berkeley, CA 94710 | mkmonaghan@debevoise.com |
| Telephone: (510) 725-3000 | mschaper@debevoise.com |
| riop@hbsslaw.com | |
| | Abraham Tabaie (*pro hac vice*) |
| *Attorneys for Plaintiff* | David Sarratt (*pro hac vice*) |
| MCKENNA DUFFY | 650 California Street |
| | San Francisco, CA 94108 |
| | Telephone:  (415) 738-5700 |
| | atabaie@debevoise.com |
| | dsarratt@debevoise.com |
| | |
| | *Attorneys for Defendant* |
| | YARDI SYSTEMS, INC. |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** <br><br> NOTE ON MOTION CALENDAR: March [X], 2026 |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 8, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026.

Any expert report or supporting declaration from Dr. Marinescu that Plaintiffs file in opposition to the motion to exclude will not present new expert opinions in the form of new analyses or the application of new methodologies not included in her original report. Plaintiffs will not put forward any new expert along with their opposition.

Plaintiffs' deposition of Mr. Yenikomshian shall be limited in scope to the rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu.

Plaintiffs shall not file any sur reply in further support of their Opposition to Yardi's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated this _____ day of March, 2026.

_____

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al.*, <br><br> Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME [PROPOSED ORDER]** <br><br> NOTE ON MOTION CALENDAR: March [X], 2026 <br><br> (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1.      WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

2.      WHEREAS, pursuant to subsequent Court order granting the Parties' stipulations regarding certain Phase One discovery and summary judgment briefing deadlines, Yardi filed its Motion for Summary Judgment on November 24, 2025; Plaintiffs filed their Opposition to

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER] - 1          (No.: 2:23-cv-01391-RSL)

Yardi's Motion on February 9, 2026, which included the Expert Report of Ioana Marinescu, ~~Ph~~PhD. offered in support; and Yardi filed its Reply in Support of Summary Judgment on March 23, 2026, with three rebuttal reports;

3.      WHEREAS, on March 23, 2026, Yardi filed a Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D.;

4.      WHEREAS, Plaintiffs have indicated a need for additional time to prepare their opposition to Yardi's Motion to Exclude, citing their intention to depose Yardi's rebuttal experts Mihran Yenikomshian and Catherine Tucker, Ph.D;

5.      WHEREAS, Plaintiffs warrant that (1) any expert ~~rebuttal~~ report or supporting declaration that Plaintiffs file along with their opposition to Defendants' motion to exclude will ~~comply with FRCP 26(a)(2)(D)(ii) and will be limited to opinions that contradict or rebut evidence on the same subject matter identified in Defendants' expert disclosures~~not, through Dr. Marinescu, present new expert opinions in the form of new analyses and/or applying new methodologies not contained in her original report[1] and (2) Plaintiffs will not put forward any new expert;

6.      WHEREAS, Plaintiffs warrant that the deposition of Mr. Yenikomshian will be limited in scope to the ~~subjects covered~~rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu;

7.      WHEREAS, Plaintiffs warrant that they will not file a sur reply in support of their Opposition to Yardi's Motion for Summary Judgment;

~~7~~8.      WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

---

[1] It is Yardi's position that Plaintiffs have a duty to update Dr. Marinescu's report to properly account for her methodological errors under Federal Rule of Civil Procedure ("Rule") 26(e), and a duty to update their Opposition to Yardi's Motion for Summary Judgment accordingly under Rule 11. *See* Fed. R. Civ. P. 26(e) (addressing the duty to supplement and/or correct incorrect disclosures); Fed. R. Civ. P. 11(b)(3) (requiring that factual contentions represented to the Court have evidentiary support).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

1.    Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 8, 2026.

2.    Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026.

STIPULATED to this _____ day of March, 2026.

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *[DRAFT]*_____
Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)
Stephanie A Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Attorneys for Plaintiff*
MCKENNA DUFFY

**MCNAUL EBEL NAWROT & HELGREN PLLC**

By: /s/ *[DRAFT]*_____
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

**DEBEVOISE & PLIMPTON LLP**
Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone:  (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

*Attorneys for Defendant*
YARDI SYSTEMS, INC.

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER] - 3          (No.: 2:23-cv-01391-RSL)



**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |
| Plaintiffs, | NOTE ON MOTION CALENDAR: March [X], 2026 |
| v. | |
| YARDI SYSTEMS, INC., *et al*., | |
| Defendants. | |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 8, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026.

Any expert ~~rebuttal~~ report or supporting declaration from Dr. Marinescu that Plaintiffs file ~~along with their~~in opposition to ~~Defendants'~~the motion to exclude will ~~comply with FRCP 26(a)(2)(D)(ii) and will be limited to opinions that contradict or rebut evidence on the same subject matter identified in Defendants' expert disclosures~~not present new expert opinions in the

form of new analyses or the application of new methodologies not included in her original report. Plaintiffs will not put forward any new expert along with their opposition.

Plaintiffs' deposition of Mr. Yenikomshian shall be limited in scope to the ~~subjects covered~~rebuttal opinions in his March 23, 2026 declaration offered in rebuttal of Dr. Marinescu.

Plaintiffs shall not file any sur reply in further support of their Opposition to Yardi's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated this _____ day of March, 2026.

_____

The Honorable Robert S. Lasnik