# EXHIBIT 5

**From:**         Ted Wojcik
**Sent:**         Wednesday, April 1, 2026 8:25 AM
**To:**           Brunello, Emilia
**Cc:**           Moses Jehng; Rio Pierce; Steve Berman; Abe Tabaie; Saunders, Adam C.; Menzies, Sydney; Comella, Alexi; Sarratt, David; Schaper, Michael; Schaefer, James
**Subject:**      RE: Duffy - schedule for Motion to Exclude

Thanks Emilia, we'll get on file this morning.

**Ted Wojcik** | Hagens Berman Sobol Shapiro LLP | Direct: (206) 268-9329

**From:** Brunello, Emilia <enbrunello@debevoise.com>
**Sent:** Wednesday, April 1, 2026 7:09 AM
**To:** Ted Wojcik <TedW@hbsslaw.com>
**Cc:** Moses Jehng <moses.jehng@hbsslaw.com>; Rio Pierce <riop@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Abe Tabaie <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James <jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude

Hi Ted,

As a sign of good faith from our side of the fence, we accept your edits to Paragraph 5 and footnote 1.

Please let us know if you'd like us to get this on file, or if you would prefer to handle on your end.

Emilia

**Emilia Brunello** | Associate | Debevoise & Plimpton LLP | enbrunello@debevoise.com | +1 212 909 6483 (Tel) | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Ted Wojcik <TedW@hbsslaw.com>
**Sent:** Tuesday, March 31, 2026 11:09 PM
**To:** Tabaie, Abe <atabaie@debevoise.com>; Brunello, Emilia <enbrunello@debevoise.com>; Rio Pierce <riop@hbsslaw.com>
**Cc:** Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James <jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude

1

*EXTERNAL*

Hi Abe,

As a sign of good faith, we are prepared to accept Yardi's other proposed edits if we can reach agreement on the language of paragraph 5.

A Daubert opposition necessarily requires an expert to defend her methodology in response to specific criticisms—often with greater specificity than in the original report. Language that restricts "new analyses" would sweep in precisely that kind of responsive explanation, and we are not in a position to accept a constraint that could be used to limit a straightforward opposition to your Motion to Exclude. As worded, your proposed language would appear to define any new analysis as a new opinion—meaning, for example, that an analysis demonstrating the empirical flaws in Dr. Tucker's methodology would itself be prohibited as a "new opinion." That cannot be the right standard.

We have revised Paragraph 5 in the attached to provide that Plaintiffs will not introduce new affirmative opinions (and added a new statement of Plaintiffs' position in fn 1). That commitment addresses the concerns you have outlined while preserving Dr. Marinescu's ability to respond fully to the arguments Yardi has raised.

We would prefer to resolve this by agreement, but we are prepared to present the issue to the Court if necessary. We are available to meet and confer tomorrow if helpful.

Best,
Ted


**Ted Wojcik** | Hagens Berman Sobol Shapiro LLP | Direct: (206) 268-9329

**From:** Tabaie, Abe <atabaie@debevoise.com>
**Sent:** Tuesday, March 31, 2026 6:00 PM
**To:** Ted Wojcik <TedW@hbsslaw.com>; Brunello, Emilia <enbrunello@debevoise.com>; Rio Pierce <riop@hbsslaw.com>
**Cc:** Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James <jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude


Hi Ted,

Attached is the draft stipulation with our further revisions in clean and a PDF redline. We think we are aligned on the Yenikomshian deposition (but we've provided some clarifying edits) and the briefing dates you've proposed are okay if we can align on the other issues. We do have a different perspective on Paragraphs 5 and 7, though, as some of your edits could be read to suggest that Plaintiffs are planning on doing exactly what Yardi believes to be inappropriate.

On Paragraph 5, we appreciate the commitment not to offer a new report from a different expert, but your other revisions around the scope of any responsive report or declaration from Dr. Marinescu would, as written, permit her to offer new opinions based on new analyses and/or an entirely new methodology, and would only be limited to the "same subject matter" as whatever expert declarations have been filed by Yardi already. That is not permissible under the rules or otherwise. The FRCP 26 subsection you are referring to is about initial rebuttal reports, not responses to errors that an expert made, and in any event does not support allowing new opinions or

methodologies at this late stage. Any opposition to Yardi's Motion to Exclude should be limited to addressing the errors raised in the Motion to Exclude. This seems like it should be non-controversial.

On Paragraph 7, we think the sur reply waiver is necessary to clarify that the scope of Plaintiffs' response in May will be limited to opposing the Motion to Exclude. Yardi is not going to agree to an additional month of briefing if Plaintiffs will use that time to draft a summary judgment sur reply that we do not believe is appropriate.

Your email referred to our citation to Rules 11 and 26 for wanting to omit any mention of a sur reply in this stipulation. We don't agree. If Plaintiffs acknowledge that the Marinescu report and the portions of their brief relying on it are incorrect, they can correct the report under Rule 26 and, as to their brief, withdraw it or portions of it so as not to run afoul of Rule 11. A sur reply would be procedurally improper in either circumstance.

In short, as discussed on our meet and confer call, we are willing to cooperate regarding the expert depositions and granting Plaintiffs additional time to prepare their opposition to the Motion to Exclude, but Yardi is not willing to grant Plaintiffs carte blanche to offer new methodologies/analyses or arguments in opposition to summary judgment.

Please let us know if you'd like to further meet and confer to discuss. We're available this evening if needed.

Best,
Abe

**Abraham Tabaie** | Partner | Debevoise & Plimpton LLP | atabaie@debevoise.com | +1 415 738 5711 (Tel) | +1 310 500 5662 (Mobile)|
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in San Francisco at 1-415-738-5700) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Ted Wojcik <TedW@hbsslaw.com>
**Sent:** Tuesday, March 31, 2026 10:13 AM
**To:** Brunello, Emilia <enbrunello@debevoise.com>; Rio Pierce <riop@hbsslaw.com>
**Cc:** Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Tabaie, Abe <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James <jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude

**\*EXTERNAL\***

Emilia,

Thank you for sending the proposed stipulation. Attached is our redline. A few notes on the changes:

Paragraph 5: We've revised the "new opinions" language to track the standard for rebuttal expert testimony under the Federal Rules. We think this is cleaner and avoids potential disputes down the road about what falls within or outside the scope of proper rebuttal. We've also reiterated an express commitment to not put forward any new expert.

Paragraph 6: Wording change to clarify the Yenikomshian deposition is limited to the subjects covered in his reply declaration, rather than the declaration itself.

Paragraph 7: We've deleted the sur-reply waiver. We don't think this belongs in a scheduling stipulation, particularly given the position expressed in footnote 1 — Yardi can't simultaneously assert that Plaintiffs have a duty to correct the record under Rules 11 and 26(e) while also requiring Plaintiffs to waive the mechanism for doing so.

Dates: We've proposed May 8 and June 12 to give both sides an additional few days in light of Dr. Tucker's availability.

Happy to discuss if any of this raises concerns. Otherwise we can get this on file by tomorrow.

Best,
Ted

**Ted Wojcik** | Hagens Berman Sobol Shapiro LLP | Direct: (206) 268-9329

---

**From:** Brunello, Emilia <enbrunello@debevoise.com>
**Sent:** Monday, March 30, 2026 12:12 PM
**To:** Rio Pierce <riop@hbsslaw.com>
**Cc:** Ted Wojcik <TedW@hbsslaw.com>; Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Abe Tabaie <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>; Sarratt, David <dsarratt@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schaefer, James <jpschaefer@debevoise.com>
**Subject:** RE: Duffy - schedule for Motion to Exclude

Hi Rio,

As discussed on Friday, attached is Yardi's proposed stipulation.

Happy to jump on a call if helpful, otherwise please let us know if you have any edits.

Emilia

**Emilia Brunello** | Associate | Debevoise & Plimpton LLP | enbrunello@debevoise.com | +1 212 909 6483 (Tel) | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rio Pierce <riop@hbsslaw.com>
**Sent:** Friday, March 27, 2026 1:57 PM
**To:** Brunello, Emilia <enbrunello@debevoise.com>
**Cc:** Ted Wojcik <TedW@hbsslaw.com>; Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Tabaie, Abe <atabaie@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>
**Subject:** Re: Duffy - schedule for Motion to Exclude

**\*EXTERNAL\***

4 pt would work. Can you send an invite? Thanks.

Sent from my iPhone

On Mar 27, 2026, at 10:42 AM, Brunello, Emilia <enbrunello@debevoise.com> wrote:


Hi Rio,

Thanks for your email. Let's discuss—are you available at 4PT today?

Otherwise happy to chat over the weekend or on Monday.

Emilia

**Emilia Brunello** │ Associate │ Debevoise & Plimpton LLP │ enbrunello@debevoise.com │ +1 212 909 6483 (Tel)│ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rio Pierce <riop@hbsslaw.com>
**Sent:** Wednesday, March 25, 2026 5:13 PM
**To:** Tabaie, Abe <atabaie@debevoise.com>; Brunello, Emilia <enbrunello@debevoise.com>; Saunders, Adam C. <asaunders@debevoise.com>; Menzies, Sydney <smenzies@debevoise.com>; Comella, Alexi <arcomella@debevoise.com>
**Cc:** Ted Wojcik <TedW@hbsslaw.com>; Moses Jehng <moses.jehng@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>
**Subject:** Duffy - schedule for Motion to Exclude

**<span style="color:red">*EXTERNAL*</span>**

Counsel,

We'd like to work out a schedule for briefing Yardi's motion to exclude Dr. Marinescu. We propose the following:

- Plaintiffs' opposition: May 4, 2026
- Yardi's reply: June 8, 2026

Separately, we'd like to schedule depositions of two of Yardi's experts. Please let us know the availability of Mr. Yenikomshian during the week of April 13 and Dr. Tucker during the week of April 20.

Happy to discuss on a call if that would be helpful. If these dates work, we can go ahead and prepare a stipulation.

All best,
Rio

--
**Rio Pierce** | **Partner**

<image001.jpg>

Hagens Berman Sobol Shapiro LLP
Berkeley, CA
(510) 725-3042
riop@hbsslaw.com

News  |  Cases  |  Twitter  |  Facebook

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.