THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | Case No. 2:23-cv-01391-RSL |
| **MCKENNA DUFFY, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**YARDI SYSTEMS, INC., et al.,**<br><br>**Defendants.** | **DEFENDANTS GOODMAN REAL ESTATE, INC.'S AND GRE MANAGEMENT, LLC'S NOTICE OF WITHDRAWAL** |

Defendants Goodman Real Estate, Inc. and GRE Management, LLC respectfully notify this Court, pursuant to Local Rule 83.2(b)(3) of the United States District Court for the Western District of Washington, that Sarah Claypoole is withdrawing as counsel in the above-captioned matter. Ms. Claypoole no longer actively represents Defendants Goodman Real Estate, Inc. and GRE Management, LLC in this matter.

Ms. Claypoole was one of several Freshfields US LLP attorneys representing Goodman Real Estate, Inc. and GRE Management, LLC in this case, and Heather P. Lamberg and Eric Mahr will continue to represent Goodman Real Estate, Inc. and GRE Management, LLC. Also, local counsel Caleb Tingstad and Todd Cook of Beresford Booth will remain as local counsel for Goodman Real Estate, Inc. and GRE Management, LLC following Ms. Claypoole's withdrawal.

Notice of Withdrawal 23-cv-01391

1

Freshfields US LLP
700 13th Street NW, Washington D.C. 20001
(202) 777-4500

FRESHFIELDS US LLP

*/s/ Eric Mahr*
*/s/ Heather P. Lamberg*
*/s/ Sarah Claypoole*
Eric Mahr, *pro hac vice*
Heather P. Lamberg, *pro hac vice*
Sarah Claypoole, *pro hac vice*
700 13th Street NW
Washington, D.C. 20001
Phone: (202) 777-4500
Email: heather.lamberg@freshfields.com

BERESFORD BOOTH

By: */s/ Caleb J. Tingstad*
Caleb J. Tingstad, WSBA No. 59883
145 Third Ave. S.
Edmonds, Washington 98020-3593
Phone: (425) 776-4100
Fax: (425) 776-1700
Email: calebt@beresfordlaw.com

*Attorneys for Goodman Real Estate, Inc. and GRE Management, Inc.*

Notice of Withdrawal 23-cv-01391