Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**DECLARATION OF MIHRAN YENIKOMSHIAN IN SUPPORT OF DEFENDANT YARDI SYSTEMS' REPLY IN SUPPORT OF MOTION TO STRIKE IOANA MARINESCU'S SECOND REPORT AND FOR ATTORNEY'S FEES UNDER RULE 37**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

-1-

## DECLARATION OF MIHRAN YENIKOMSHIAN

I, Mihran Yenikomshian, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Managing Principal in the Boston office of Analysis Group, Inc., a consulting firm that specializes in microeconomic, financial, technical, healthcare, and accounting analysis.

2. I was retained by counsel for Yardi as an expert to provide my professional analysis of Yardi's Revenue IQ source code, as summarized in my Opening Report.[1] I later reviewed the Expert Report of Dr. Ioana Marinescu, filed on February 9, 2026, (the "Marinescu First Report" or "First Report"), and provided analyses of its conclusions and analyses in my Rebuttal Report, as they related to my Opening Report.[2] I describe my full qualifications in my Opening Report.

3. As set out in my Declaration in support of Yardi's Motion to Strike Ioana Marinescu's Second Report and for Attorney's Fees under Rule 37, Dkt 562, (the "Motion" and my "First Declaration"), in forming the opinions in my Rebuttal Report, I analyzed the backup materials and analytical scripts supporting the opinions expressed in the Marinescu First Report. I now offer this declaration in support of Yardi's Reply to its Motion to Strike Ioana Marinescu's Second Report and for Attorney's Fees under Rule 37. My First Declaration identified new and revised analytical materials including new lines of code contained within the backup materials supporting Dr. Marinescu's Second Report, filed on May 22, 2026 ("Marinescu Second Report" or "Second Report").[3] In particular, my First Declaration identified 33 new files comprised of 5,574

---

[1] Declaration of Mihran Yenikomshian in Support of Yardi Systems, Inc.'s Motion for Summary Judgment, *McKenna Duffy, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, November 24, 2025 ("Opening Report").

[2] Expert Report of Ioana Marinescu, Ph.D. in Support of Plaintiffs' Opposition to Yardi's Motion for Summary Judgment, *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, February 9, 2026 ("Marinescu First Report"); Declaration of Mihran Yenikomshian in Rebuttal of the Report of Ioana Marinescu, Ph.D., *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, March 23, 2026 ("Rebuttal Report").

[3] Reply of Ioana Marinescu, Ph.D. in Support of Plaintiffs' Opposition to Yardi's Motion for Summary Judgment, *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, May 22, 2026 ("Marinescu Second Report").

DECLARATION OF MIHRAN YENIKOMSHIAN                    CASE NO.: 2:23-CV-01391-RSL

lines of code and comments that were not included in the backup materials offered in support of the Marinescu First Report, and 25 lines of code and comments that were added or revised in 9 files that also appeared in the backup to the First Marinescu Report.[4]

4.      I understand that Dr. Marinescu has filed a declaration in support of Plaintiffs' Opposition to Yardi's Motion characterizing certain revisions she and her team made to the comments within her code as immaterial because comments do not change the code output.[5] I reviewed Dr. Marinescu's declaration and offer the below response on the importance of comments included within source code from the perspective of a source code reviewer.

5.      In my experience as an expert in software engineering and source code review, comments are annotations within the source code that describe what the code does in "human" terms, to make the code itself easier to understand, explain the purpose of the executable commands, and provide context for coding decisions where relevant.[6] It is common for engineers and analysts to use comments to identify the purpose of a section of code, explain the rationale for a particular calculation, or describe the method that the executable portion of code is meant to implement.[7] For example, an engineer may add a comment indicating that a particular section of the code is intended to implement a specific calculation.

---

[4] First Declaration, ¶5 ("The backup materials for the Marinescu Second Report include 33 new files that were not included in the backup materials offered in support of the Marinescu First Report. The 33 new files contain 5,574 lines of code and comments. In the 9 files that also appeared in the backup to the Marinescu First Report, the Marinescu Second Report backup materials add or revise 25 lines of code and comments.").

[5] Declaration of Ioana Marinescu, Ph.D. in Support of Plaintiffs' Opposition to Yardi's Motion to Strike, *Wylie Duffy and Michael Brett, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, June 23, 2026.

[6] Attached as Exhibit A to my declaration is a true and correct excerpt of the relevant portions of Stanley B. Lippman, Josée Lajoie, and Barbara E. Moo, *C++ Primer, 5th ed.*, Addison-Wesley Professional, 2012, https://bytes.usc.edu/cs455saty/m23_WhyCode/extras/docs/CPPPrimer.pdf, ("Comments help the human readers of our programs. They are typically used to summarize an algorithm, identify the purpose of a variable, or clarify an otherwise obscure segment of code.").

[7] Attached as Exhibit B to my declaration is a true and correct copy of Pooja Rani et al., "A Decade of Code Comment Quality Assessment," 195 *J. of Sys. & Software,* Jan. 2023, https://www.sciencedirect.com/science/article/pii/S0164121222001911 at 1, 18-19, (performing literature review of how researchers assess code comments due to their "paramount role" in "program comprehension" and finding that "consistency, clarity, accuracy, readability, organization, and understandability" are the "most important attributes").

| DECLARATION OF MIHRAN YENIKOMSHIAN | CASE NO.: 2:23-CV-01391-RSL |

6.      While such comments do not execute commands within the code, they are part of the source code and analytical script files that software coders and programmers review and consider in order to understand the code. The objective is for the comments to be consistent with the executable portions of the code and with the code's actual behavior when it runs.

7.      It is a widely accepted view in the industry that comments aid in understanding what code is intended to do.[8] Code comments that do not align with the underlying executable portions of code, or with the code's actual behavior when run, can indicate that the code may not implement the stated method.[9] As one industry guide discussing comments describes, "Comments that contradict the code are worse than no comments."[10,11] In this case, the code underlying Dr. Marinescu's First Report contained comments that described the computation as "month-on-month," consistent with the Marinescu First Report's equations, plain-language descriptions, and Dr. Marinescu's deposition testimony.[12]

8.      As an expert in software engineering and source code review, I routinely rely on comments as part of discerning the purpose and logic behind code written by myself and others.

[8] *Id.*

[9] Attached as Exhibit C to my declaration is a true and correct excerpt of the relevant portions of of Lara Letaw, *Handbook of Software Engineering Methods*, Oregon State University Open Textbook, 2024, https://open.oregonstate.education/setextbook/. ("*Code smells* are indications that the code needs to be reorganized — a sign your software is undergoing *code decay*. Your code might need attention if you're having thoughts like these: […] 'These comments don't match the code…'").

[10] Attached as Exhibit D to my declaration is a true and correct copy of Guido van Rossum, Barry Warsaw, and Alyssa Coghlan, "PEP 8 – Style Guide for Python Code," https://peps.python.org/pep-0008/#comments.

[11] Attached as Exhibit E to my declaration is a true and correct copy of "Coding and Comment Style," MIT Broad Research Communication Lab, https://mitcommlab.mit.edu/broad/commkit/coding-and-comment-style/ ("Keep in mind there is a cost to adding comments—just as with the source code, comments require maintenance. There's nothing more frustrating than a misleading, outdated comment that doesn't match up with what the code is actually doing.").

[12] Marinescu First Report, ¶¶501-503. *See also* Deposition of Ioana Marinescu, Ph.D., *McKenna Duffy, individually and on behalf of all others similarly situated, Plaintiffs, v. Yardi Systems, Inc., et al., Defendants, United States District Court, Western District of Washington at Seattle*, 2:23-CV-01391-RSL, March 9, 2026 ("Marinescu Deposition"), at 263:24-264:6 ("A. […] My index was month to month. […] Q. And so your index was comparing the rent paid in a particular month versus the month before it? A. Yes."), 272:12-17 ("Q. So, in terms of your mathematical formula, the fact you're observing month-to-month data, you use the T minus one or prior month as the time period in all cases? A. Yes.").

-4-

DECLARATION OF MIHRAN YENIKOMSHIAN                                    CASE NO.: 2:23-CV-01391-RSL

Comments can explain why a particular approach was chosen and demonstrate what informed the developer's decisions.[13] When reviewing a particular piece of code, for example, I examine the comments for indicia of what the engineer who wrote the code was attempting to do and why they chose to build the code as they did.

9.     Changes to comments can therefore be meaningful even when the executable commands themselves do not change. A comment change does not, standing alone, change what the executable code does. However, a changed comment can change the stated explanation of the computation, the assumptions being applied, or the method the author represents that code is implementing. Where a revised comment describes a different computational method from an earlier comment, that change is relevant to a reviewer's understanding of the analytical script and to assessing how the analysis was characterized. Here, the revised comments in the backup materials supporting Dr. Marinescu's Second Report were not only to correct for grammar or formatting; they also changed the description of the relevant computation from "previous month" to "previous observation."[14] That change is meaningful because it describes a different method of computation than the method described in the comments supporting the First Report.

10.     Unless otherwise noted, this declaration is based upon my analysis of Dr. Marinescu's backup materials and declaration in support of Plaintiffs' Opposition to Yardi's Motion. If called to testify, I could and would do so competently as to the matters set forth herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of June, 2026, at Lexington, Massachusetts.

_____
Mihran Yenikomshian

---

[13] Attached as Exhibit F to my declaration is a true and correct copy of Clayton Cafiero, "Comments and Docstrings," *CS1210 Textbook*, University of Vermont, 2025, https://www.uvm.edu/~cbcafier/cs1210/book/06_style/comments.html, ("Comments have many uses: explanations as to why a portion of code was written the way it was, reminders to the programmer, and guideposts for others who might read your code.").

[14] *See* First Declaration, ¶¶16-17.

DECLARATION OF MIHRAN YENIKOMSHIAN                           CASE NO.: 2:23-CV-01391-RSL