# EXHIBIT A



Bestseller Since 1986

**Completely Rewritten for the New C++11 Standard**



# Fifth Edition

# C++
## Primer

Stanley B. Lippman
Josée Lajoie
Barbara E. Moo

# C++ Primer, Fifth Edition

**Stanley B. Lippman**
**Josée Lajoie**
**Barbara E. Moo**

**⋏⋎Addison-Wesley**

Upper Saddle River, NJ • Boston • Indianapolis • San Francisco
New York • Toronto • Montreal • London • Munich • Paris • Madrid
Capetown • Sidney • Tokyo • Singapore • Mexico City

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed with initial capital letters or in all capitals.

The authors and publisher have taken care in the preparation of this book, but make no expressed or implied warranty of any kind and assume no responsibility for errors or omissions. No liability is assumed for incidental or consequential damages in connection with or arising out of the use of the information or programs contained herein.

The publisher offers excellent discounts on this book when ordered in quantity for bulk purchases or special sales, which may include electronic versions and/or custom covers and content particular to your business, training goals, marketing focus, and branding interests. For more information, please contact:

U. S. Corporate and Government Sales
(800) 382-3419
corpsales@pearsontechgroup.com

For sales outside the U. S., please contact:

International Sales
international@pearsoned.com

Visit us on the Web: informit.com/aw

*Library of Congress Cataloging-in-Publication Data*

Lippman, Stanley B.
  C++ primer / Stanley B. Lippman, Josée Lajoie, Barbara E. Moo. – 5th ed.
      p. cm.
  Includes index.
  ISBN 0-321-71411-3 (pbk. : alk. paper) 1. C++ (Computer program language) I. Lajoie, Josée. II.
Moo, Barbara E. III. Title.
QA76.73.C153L57697 2013
005.13'3–
dc23                                                                    2012020184

Copyright © 2013 Objectwrite Inc., Josée Lajoie and Barbara E. Moo

All rights reserved. Printed in the United States of America. This publication is protected by copyright, and permission must be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission to use material from this work, please submit a written request to Pearson Education, Inc., Permissions Department, One Lake Street, Upper Saddle River, New Jersey 07458, or you may fax your request to (201) 236-3290.

ISBN-13: 978-0-321-71411-4
ISBN-10:      0-321-71411-3

Text printed in the United States on recycled paper at Courier in Westford, Massachusetts.

First printing, August 2012

*To Beth, who makes this, and all things, possible.*

____

*To Daniel and Anna, who contain virtually all possibilities.*
*—SBL*

*To Mark and Mom, for their unconditional love and support.*

If the program is legal, what does it do? If the program is not legal, why not? How would you fix it?

# 1.3. A Word about Comments

Before our programs get much more complicated, we should see how C++ handles *comments*. Comments help the human readers of our programs. They are typically used to summarize an algorithm, identify the purpose of a variable, or clarify an otherwise obscure segment of code. The compiler ignores comments, so they have no effect on the program's behavior or performance.

Although the compiler ignores comments, readers of our code do not. Programmers tend to believe comments even when other parts of the system documentation are out of date. An incorrect comment is worse than no comment at all because it may mislead the reader. When you change your code, be sure to update the comments, too!

### Kinds of Comments in C++

There are two kinds of comments in C++: single-line and paired. A single-line comment starts with a double slash (`//`) and ends with a newline. Everything to the right of the slashes on the current line is ignored by the compiler. A comment of this kind can contain any text, including additional double slashes.

The other kind of comment uses two delimiters (`/*` and `*/`) that are inherited from C. Such comments begin with a `/*` and end with the next `*/`. These comments can include anything that is not a `*/`, including newlines. The compiler treats everything that falls between the `/*` and `*/` as part of the comment.

A comment pair can be placed anywhere a tab, space, or newline is permitted. Comment pairs can span multiple lines of a program but are not required to do so. When a comment pair does span multiple lines, it is often a good idea to indicate visually that the inner lines are part of a multiline comment. Our style is to begin each line in the comment with an asterisk, thus indicating that the entire range is part of a multiline comment.

Programs typically contain a mixture of both comment forms. Comment pairs generally are used for multiline explanations, whereas double-slash comments tend to be used for half-line and single-line remarks:

**Click here to view code image**

```
#include <iostream>
/*
 *  Simple main function:
```

```
 *  Read two numbers and write their sum
 */
int main()
{
    //  prompt user to enter two numbers
    std::cout << "Enter two numbers:" << std::endl;
    int v1 = 0, v2 = 0;    //  variables to hold the input we read
    std::cin >> v1 >> v2; //  read input
    std::cout << "The sum of " << v1 << " and " << v2
              << " is " << v1 + v2 << std::endl;
    return 0;
}
```

 **Note**

> In this book, we italicize comments to make them stand out from the normal program text. In actual programs, whether comment text is distinguished from the text used for program code depends on the sophistication of the programming environment you are using.

## Comment Pairs Do Not Nest

A comment that begins with `/*` ends with the next `*/`. As a result, one comment pair cannot appear inside another. The compiler error messages that result from this kind of mistake can be mysterious and confusing. As an example, compile the following program on your system:

**Click here to view code image**

```
/*
 *  comment pairs  /*     */  cannot nest.
 *  "cannot nest" is considered source code,
 *  as is the rest of the program
 */
int main()
{
    return 0;
}
```

We often need to comment out a block of code during debugging. Because that code might contain nested comment pairs, the best way to comment a block of code is to insert single-line comments at the beginning of each line in the section we want to ignore:

**Click here to view code image**

```
//  /*
```