# EXHIBIT C

# Handbook of Software Engineering Methods

# Handbook of Software Engineering Methods

*LARA LETAW*

OREGON STATE UNIVERSITY
CORVALLIS, OR



Chapter 8

# Code Smells **and** Refactoring

> If you want to learn more about any of the code smells and refactorings described in this chapter or want to know additional ways your code can smell, Martin (2009), Shvets, and Fowler and Beck (2019) are good resources.

Code smells are indications that the code needs to be reorganized—a sign your software is undergoing code decay. Your code might need attention if you're having thoughts like these:

- "I would **never show this code** during an interview."
- "I'm going to **start over** and rewrite this code from scratch."
- "Every time I look at this code, I have to **re-figure-out** what it does."
- "These **comments don't match the code** . . ."
- "Why is this **code repeated** in three different places?"
- "I want to switch out this component, but **that'll break X, Y, and Z** in this other place, and I don't want to deal with that."

**Types of codes smells we'll cover** (including how to fix them):

- Code smells about **comments**.

- Code smells about **functions**.

- **General code** smells (e.g., about the code within functions).

# 8.1 Why Care about Code Smells?

**Reasons** to pay attention to and fix code smells:

- Smelly code can be **harder for you and others to maintain** because the code is unclear. When code is hard to maintain, developers tend to work around it or re-create the same functionality elsewhere.

- Smelly code **leads to smellier code**. When you let your code become disorganized, you are giving yourself and others the message that smelly code is acceptable. Disorganized code also tends to give us an excuse to be lazy coders. A web development example: if you've used CSS, you may have encountered frustrating situations where the style you're trying to apply is not working—somewhere in the code (e.g., other CSS, HTML, or JS), your style is being overridden. Instead of tracking down the competing code or markup, you use the "!important" property, which forces the style to be applied. The codebase is a mess anyway, so who cares? Your future self.

- Smelly code builds up technical debt. If the code is working, there's never a reason to change it, right? Wrong. Each time you write sloppy code, you are contributing to your project's technical debt. Maybe it works now, but as sloppy software grows, it will get more difficult to deal with. That can mean your company needing to hire more developers to keep productivity up. Instead, productivity can go down because now the old developers are struggling to teach the new developers, and everyone is continuing to write sloppy code (Martin, 2009). Ultimately, the software may have to be redeveloped entirely (which doesn't always solve the problem). Or the project could fail.

# 8.2 Your Code Stinks—Now What?

If you can (e.g., your manager allows it), strongly consider refactoring. Refactoring is when you improve your code without changing what the code does. Refactoring is a way to pay down technical debt.

The remainder of this chapter is about code smells and how to clean them up. This is not an exhaustive list. You can find more advice in the references at the end of the chapter.

# 8.3 Comments

When we first learned to code, many of us didn't write comments: solving problems and coding is fun; no time for boring comments! Then, we got more experience, started coding with others, were formally trained to code, or attempted to continue an old project, and we saw why comments are useful—and then some of us jumped to the other extreme: too many comments. We explained functions with paragraphs of prose, or even commented each line. It's tedious, but it's the right thing to do, right? Unfortunately (and fortunately), **too many comments can be as bad as none**.

## 8.3.1 Drawbacks of Having Many Comments

> Don't fall into the trap of adding excessive comments to your code before an interview! Some prospective employers specifically look for over-commented code (or can't help but see it) as an indicator of poor programming habits.

- Comments **get out of date quickly**. If we update the code, then procrastinate on the comments, what we leave can be misleading (to others and our future selves). Also, more comments mean greater likelihood some will be ignored, giving us the smelly situation of some accurate and some inaccurate comments. In that case, why would we trust any of the comments?

- Writing comments for straightforward code **can distract from the important comments**. If the code was difficult to write, is long, is unique, is complex, or has a "gotcha," comments can help call attention to idiosyncrasies of the code.

- Writing lots of comments could **indicate the code needs to be simplified**. Ideally, most of the code you write will be self-explanatory, so frequent comments are not needed.

# 8.3.2 Code Smells about Comments

Below is a concise **list of common code smells** about comments and what to do about them (how to refactor).

- **Obsolete Comment** (no longer describes the code). Remove or update.

```
# SMELLY
"""
Uses the TwoFish block cipher with 256 bit key size
"""
ThreeFish(512,data)
```

- **Commented-Out Code** (somebody thought they'd need that code later, but the commented-out block is now getting out of date and in the way). Remove. If you're feeling risk-averse, save a backup or use a version-control system.

> Commenting out code often comes with poor assumptions (e.g., you'll need the code later, others will understand why you commented it out, the surrounding code will continue having the same purpose, and so on).

```
# SMELLY
def updateWorldState():
    """
    updateTime() # might need later
    updatePlayers()
    updatePoints()
    """
    for p in players:
        p.updateState()
```

- **Redundant Comment** (states what would already be immediately apparent to a programmer of any level). Remove. Less is more.

```
# SMELLY
getLength() # gets the length
```

- **Long Comment** (multiple sentences, complicated, goes into a lot of detail). Simplify the code to make it more self-explanatory; shorten or remove comment.

```
# SMELLY
"""
This is the first function I made in this module, and it
    takes the user's Unicode text input, converts it to
    ASCII, then that creates a visualization of a type-
```