Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs.

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**DECLARATION OF ABRAHAM A. TABAIE IN SUPPORT OF DEFENDANT YARDI SYSTEMS' REPLY IN SUPPORT OF MOTION TO STRIKE IOANA MARINESCU'S SECOND REPORT AND FOR ATTORNEY'S FEES UNDER RULE 37**

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)

**DECLARATION OF ABRAHAM A. TABAIE**

I, Abraham A. Tabaie, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am a partner at Debevoise & Plimpton LLP, attorneys of record for Defendant Yardi Systems ("Yardi") in the above-captioned case.  I offer this declaration in support of Yardi's Reply in Support of Motion to Strike Ioana Marinescu's Second Report and for Attorney's Fees under Rule 37.

2.　　Unless otherwise noted, this declaration is based upon my personal knowledge and, if called to testify, I could and would do so competently as to the matters set forth herein.

3.　　Attached hereto as **Exhibit A** is a true and correct copy of certain excerpts from the deposition testimony of Dr. Marinescu taken on March 9, 2026.

4.　　Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the deposition testimony of Liana Rao taken on November 14, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of June, 2026, at New York, New York.


　　　　　　　　　　　　　　　　　　　/s/ *Abraham A. Tabaie*　　　
　　　　　　　　　　　　　　　　　　　Abraham A. Tabaie

DECLARATION OF ABRAHAM A. TABAIE
(No. 2:23-cv-01391-RSL) – Page 2