**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YARDI SYSTEMS, INC., *et al*., <br><br> Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME [PROPOSED ORDER]** <br><br> NOTE ON MOTION CALENDAR: June 30, 2026 <br><br> (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(i), Plaintiffs Wylie Duffy and Michael Brett, and Defendant Yardi Systems ("Yardi") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

1.    WHEREAS, on March 24, 2025, the Court entered an order providing for the staging of discovery and setting forth certain Phase One discovery and summary judgment briefing deadlines;

2.    WHEREAS, on April 1, 2026, the Court entered an order granting the Parties' stipulation extending certain briefing deadlines related to Yardi's Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D. providing that Plaintiffs shall file their Opposition to Yardi's

STIPULATED MOTION FOR EXTENSION OF TIME & [PROPOSED ORDER] - 1    (No.: 2:23-cv-01391-RSL)

Motion to Exclude on or before May 8, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 12, 2026;

3.      WHEREAS, on April 29, 2026, the Court entered an order granting the Parties' stipulation extending certain briefing deadlines related to Yardi's Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D, providing that Plaintiffs shall file their Opposition to Yardi's Motion to Exclude on or before May 22, 2026, and Yardi shall file its Reply in Support of its Motion to Exclude on or before June 26, 2026;

4.      WHEREAS, on May 22, 2026, Plaintiffs filed their Opposition to Yardi's Motion to Exclude Expert Ioana Marinescu, Ph.D;

5.      WHEREAS, on June 2, 2026, the Court entered an order granting the Parties' stipulation extending certain briefing deadlines, including as related to Yardi's Motion to Exclude Plaintiffs' Expert Ioana Marinescu, Ph.D, providing that Yardi shall file its Reply in Support of its Motion to Exclude on or before July 1, 2026;

6.      WHEREAS, Yardi requested, and Plaintiffs agreed, to move the deadline for Yardi's Reply in Support of its Motion to Exclude from July 1, 2026 to July 6, 2026;

7.      WHEREAS, this stipulation is made in good faith, not for the purpose of delay, and will aid in the efficient presentation of issues for the Court's consideration.

8.      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that subject to the Court's approval, the briefing deadlines should be amended as follows:

9.      Yardi shall file its Reply to Plaintiffs' Opposition Motion to Exclude Ioana Marinescu, Ph.D., on or before July 6, 2026.

STIPULATED to this 30th day of June, 2026.

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve Berman*
Steve W. Berman (WSBA No. 12536)
Theodore J Wojcik (WSBA No. 55553)
Stephanie A Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

*Attorneys for Plaintiffs*
MCKENNA DUFFY

**DEBEVOISE & PLIMPTON LLP**

By: /s/ *Abraham Tabaie*
Abraham Tabaie (*pro hac vice*)
David Sarratt (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (*pro hac vice*)
Michael Schaper (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

**MCNAUL EBEL NAWROT & HELGREN PLLC**
Claire Martirosian, WSBA No. 49528
Richard W. Redmond, WSBA No. 58835
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com
rredmond@mcnaul.com

*Attorneys for Defendant*
YARDI SYSTEMS

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |
| Plaintiffs, | NOTE ON MOTION CALENDAR: June 30, 2026 |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Yardi shall file its Reply to Plaintiffs' Opposition Motion to Exclude Ioana Marinescu, Ph.D., on or before July 6, 2026.

IT IS SO ORDERED.

Dated this _____ day of June, 2026.

_____
The Honorable Robert S. Lasnik