**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>                    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that Yardi shall file its Reply to Plaintiffs' Opposition Motion to Exclude Ioana Marinescu, Ph.D., on or before July 6, 2026.

IT IS SO ORDERED.

Dated this 1st day of July, 2026.

_____
The Honorable Robert S. Lasnik

STIPULATED MOTION FOR EXTENSION OF TIME & ORDER                    (No.: 2:23-cv-01391-RSL)