Hon. Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Case No. 2:23-cv-01391-RSL |
| | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated, | (Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |
| Plaintiffs, | |
| v. | |
| YARDI SYSTEMS, INC., *et al.*, | |
| Defendants. | |

PLS.' NOTICE OF SUPPLEMENTAL AUTHORITY.
(No. 2:23-cv-01391-RSL)
011188-11/3443591 V1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Plaintiffs respectfully submit this Notice of Supplemental Authority to bring to the Court's attention *Cornish-Adebiyi v. Caesars Entertainment, Inc.*, No. 24-3006 (3d Cir. July 29, 2026) (attached hereto as Exhibit A). In a precedential opinion, the Third Circuit reversed dismissal of a hub-and-spoke price-fixing claim based on competitors' use of the same pricing algorithm, the identical platform at issue in *Gibson v. Cendyn Group, LLC*, 148 F.4th 1069 (9th Cir. 2025).[1] Yardi cited the reversed decision, *Cornish-Adebiyi v. Caesars Ent., Inc.*, 2024 WL 4356188 (D.N.J. Sept. 30, 2024), in support of summary judgment. Dkt. 474 No. n.145.

DATED: July 31, 2026                              Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)
*/s/ Stephanie A. Verdoia*
Stephanie A. Verdoia (WSBA No. 58636)
*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S. Pierce (pro hac vice*)*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*

---

[1] The plaintiffs did not pursue their hub-and-spoke claim on appeal in *Gibson*. *See* 148 F.4th at 1085 n.10.

PLS.' NOTICE OF SUPPLEMENTAL AUTHORITY
(No. 2:23-cv-01391-RSL) – 1
011188-11/3443591 V1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX