UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*<br><br>MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL TAYLOR JASZEWSKI FOR DEFENDANT MORGUARD MANAGEMENT COMPANY INC.** |

Pursuant to Local Civil Rule 83.2(b)(3), the law firm of Bradley Bernstein Sands LLP hereby provides notice of the withdrawal of attorney Taylor Jaszewski as counsel of record for Defendant Morguard Management Company Inc.

Taylor Jaszewski has recently left employment with Bradley Bernstein Sands LLP. Defendant Morguard Management Company Inc. remains fully represented in this matter by Bradley Bernstein Sands LLP, and Heidi B. Bradley and Tiffany L. Lee continue to serve as counsel of record.

Accordingly, leave of court is not required. The Clerk and all parties are requested to remove Taylor Jaszewski from the CM/ECF service list for this case.


BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551

DATED this 14th day of October, 2026.

Respectfully submitted,

BRADLEY BERNSTEIN SANDS LLP

By *s/ Heidi B. Bradley*

*s/ Tiffany L. Lee*

Heidi B. Bradley, WSBA No. 35759
Tiffany L. Lee, WSBA No. 51979
hbradley@bradleybernstein.com
tlee@bradleybernstein.com
2800 First Avenue, Suite 326
Seattle, WA 98121
Telephone: 206.337.6551

*Attorneys for Defendant Morguard Management Company Inc.*

WITHDRAWING ATTORNEY

By *s/ Taylor Jaszewski*

Taylor Jaszewski (admitted pro hac vice)
Taylor.jaszewski@sfcityattorney.org
1 Dr. Carlton B. Goodlett Place, Room 325
San Francisco, CA 94102
(415) 554-6549