HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.<br><br>MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL WILLIAM R. BURNSIDE FOR CALIBRATE PROPERTY MANAGEMENT LLC |

Pursuant to Local Civil Rule 83.2(b)(3), the law firm of Bailey Duquette P.C. hereby provides notice of the withdrawal of attorney William R. Burnside as counsel of record for Calibrate Property Management LLC (“Calibrate”)



BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869

William R. Burnside is withdrawing from this matter. Calibrate remains fully represented in this matter by Bailey Duquette P.C., and Hozaifa Y. Cassubhai continues to serve as counsel of record.

Accordingly, leave of court is not required. The Clerk and all parties are requested to remove William R. Burnside from the CM/ECF service list for this case.

DATED this 14th day of October, 2026.

**BAILEY DUQUETTE P.C.**

By: */s Hozaifa Y. Cassubhai*
Hozaifa Y. Cassubhai, WSBA #39512
800 Fifth Ave., Suite 101-800
Seattle, Washington 98104
T: 206.225.2250
E: hozaifa@baileyduquette.com

*Attorneys for Calibrate Property Management LLC*

**WITHDRAWING ATTORNEY**

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave., Suite 101-800
Seattle, Washington 98104
T: 206.225.2250
E: will@baileyduquette.com