**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF JANE PEARSON AS COUNSEL FOR SOUTHERN MANAGEMENT COMPANIES**<br><br>***[CLERK'S ACTION REQUIRED]*** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

YOU AND EACH OF YOU PLEASE TAKE NOTICE that, effective immediately, and pursuant to Local Civil Rule 83.2(b)(2), Jane Pearson hereby withdraws as counsel of record for Southern Management Companies ("Southern Management").

The firm of Polsinelli PC shall remain as counsel of record for Southern Management, and a Notice of Appearance of Jessica M. Andrade of Polsinelli PC shall be filed forthwith on behalf of Southern Management.



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

Dated this 19th day of October, 2026.

**POLSINELLI PC**

By: */s/ Jane Pearson*

Jane Pearson, WSBA #12785
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5415
Jane.pearson@polsinelli.com

***Withdrawing Attorney*** *for Southern Management Companies*