**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **NOTICE OF APPEARANCE OF JESSICA M. ANDRADE AS COUNSEL FOR SOUTHERN MANAGEMENT COMPANIES**<br><br>***[CLERK'S ACTION REQUIRED]*** |

**TO:** **Clerk of the Court;**

**AND TO:** **All Parties and their Counsel of Record**

PLEASE TAKE NOTICE that Jessica M. Andrade of Polsinelli PC hereby enters her appearance on behalf of Southern Management Companies ("Southern Management"). Copies of all further documents and pleadings, except original process, shall be served upon said attorney at the address listed below, who requests that such documents and pleadings be served via CM/ECF and/or email.



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

DATED this 19th day of October, 2025.

Respectfully submitted,

POLSINELLI PC

By: */s/ Jessica M. Andrade*
Jessica M. Andrade, WSBA #39297
1000 2nd Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 393-5400
Facsimile: (206) 393-5401
Email: jessica.andrade@polsinelli.com

*Attorneys for Southern Management Companies*