UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | CASE NO. 2:23-cv-01391-RSL |
| WYLIE DUFFY, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YARDI SYSTEMS, INC., *et al.,*<br><br>Defendants. | NOTICE OF ASSOCIATION OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

TO: Clerk of the Court

AND TO: Plaintiffs

PLEASE TAKE NOTICE that the undersigned, Daniel J. Bugbee of DBS LAW, hereby associates as counsel of record together with Eric S. Fisher of Barnes & Thornburg LLP on behalf of Defendant PRG Real Estate Management, Inc. ("Defendant" or "PRG") in the above-captioned proceeding, and requests that copies of all further notices, pleadings, motions and other papers, except that of original process of service, filed herein be served,



DBS | LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
819 VIRGINIA STREET, SUITE C2 | SEATTLE, WA 98101
PHONE: (206) 489.3802 | FAX: (206) 973.8737

electronically or otherwise, upon the following:

Daniel J. Bugbee
DBS | LAW
819 Virginia St., Ste C-2
Seattle, WA 98101
P: (206) 489-3802
F: (206) 464-0125
dbugbee@lawdbs.com

DATED this 28th day of October 2026.

DBS | LAW

By */s/ Daniel J. Bugbee*

Daniel J. Bugbee, WSBA No. 42412
819 Virginia Street, Suite C2
Seattle, WA 98101
P: (206) 489-3802
F: (206) 973-8737
dbugbee@lawdbs.com
*Attorneys for Defendant PRG Real Estate Management, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel J. Bugbee, hereby certify on the date set forth below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 28th day of October 2026 at Seattle, Washington.

By /s/ *Daniel J. Bugbee*
Daniel J. Bugbee, WSBA #42412



DBS | LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
819 VIRGINIA STREET, SUITE C2 | SEATTLE, WA 98101
PHONE: (206) 489.3802 | FAX: (206) 973.8737