Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YARDI SYSTEMS, INC., BRIDGE PROPERTY MANAGEMENT, L.C., CALIBRATE PROPERTY MANAGEMENT, LLC, DALTON MANAGEMENT, INC., HNN ASSOCIATES, LLC, LEFEVER MATTSON PROPERTY MANAGEMENT, MANCO ABBOTT, INC., MORGUARD MANAGEMENT COMPANY, R.D. MERRILL REAL ESTATE HOLDINGS, LLC, SUMMIT MANAGEMENT SERVICES, INC., and CREEKWOOD PROPERTY CORPORATION,

Defendants.

No. 2:23-cv-01391-RSL

NOTICE OF WITHDRAWAL OF COUNSEL

(Clerk's Action Required)

(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053)



McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Richard W. Redmond hereby withdraws as counsel for Defendant Yardi Systems, Inc. Claire Martirosian of McNaul Ebel PLLC shall continue as counsel for Defendant Yardi Systems, Inc., and all papers and pleadings shall continue to be served on Claire Martirosian.

DATED this 30th day of October, 2026.

McNAUL EBEL PLLC

By: */s/ Richard W. Redmond*
Richard W. Redmond, WSBA No. 58835

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
rredmond@mcnaul.com
*Withdrawing Attorney for Defendant*
*Yardi Systems, Inc.*