Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated, Plaintiffs, v. YARDI SYSTEMS, INC.; *et al*, Defendants. | JOINDER TO DEFENDANT YARDI SYSTEMS INC.'S CASE MANAGEMENT STATEMENT<br><br>ORAL ARGUMENT REQUESTED<br><br>(Consolidated with Case Nos. 2:24-cv- 01948; 2:24-cv-02053) |

On November 10, 2026, Defendant Yardi Systems, Inc. ("Yardi") filed the Joint Case Management Statement. [Dkt. 539]. The undersigned Landlord Defendants join in requesting the Court adopt Defendants' proposed case schedule, and expressly reserve their affirmative defenses, including but not limited to, lack of personal jurisdiction.

Dated this 11th day of November 2026.

BERESFORD BOOTH
By: */s/ Caleb J. Tingstad*
Caleb J. Tingstad, WSBA No. 59833
145 Third Ave. S.
Edmonds, Washington 98020-3593
Phone: (425) 776-4100
Fax: (425) 776-1700
Email: calebt@beresfordlaw.com
*As Lead Counsel for Defendant Concord Management Ltd.*

DLA PIPER LLP (US)

*/s/ Anthony Todaro*

Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax:(206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com

David B. Hamilton, *Admitted Pro Hac Vice*
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576
Tel: (410) 580-4120
Fax: (410) 580-3001
Email: david.hamilton@us.dlapiper.com
*Counsel for Defendant Apartment Services, Inc.*