UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION* | |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01391-RSL<br><br>**SOUTHERN MANAGEMENT, LLC'S JOINDER TO DEFENDANT YARDI SYSTEMS INC.'S CASE MANAGEMENT STATEMENT**<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Southern Management, LLC, ("Southern Management"), by and through its undersigned counsel, hereby states its agreement with the Joint Case Management Statement filed by Defendant Yardi Systems, Inc. ("Yardi") on November 10, 2026 (Dkt. 539) and joins in requesting that the Court adopt Defendants' proposed case schedule. Southern Management expressly reserves their affirmative defenses, including but not limited to, lack of personal jurisdiction, and the right to move to dismiss based on the same.

Dated this 11th day of November, 2026.

POLSINELLI PC

By: */s/ Jessica M. Andrade*

Jessica M. Andrade, WSBA #39297
1001 2nd Avenue, Suite 3500
Seattle, WA 98104
Phone: (206) 393-5400
Fax: (206) 393-5401
jessica.andrade@polsinelli.com

McNAMEE HOSEA, P.A.

By: */s/ Aaron D. Neal*

Aaron D. Neal, Maryland Attorney #0712120108
*Admitted Pro Hac Vice*
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: (301) 441-2420
Fax: (301) 982-9450
aneal@mhlawyers.com

McNAMEE HOSEA, P.A.

By: */s/ Brent Ahalt*

Brent Ahalt, Maryland Attorney #97121600004
*Admitted Pro Hac Vice*
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: (301) 441-2420
Fax: (301) 982-9450
bahalt@mhlawyers.com

*Counsel for Defendant Southern Management Companies, LLC*