THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>YARDI SYSTEMS, INC., *et al.*,<br>Defendants. | NOTICE OF APPEARANCE |

TO: CLERK OF THE COURT; and

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Sean Knowles of Baker & Hostetler LLP hereby appears on behalf of Defendant GHP Management Corporation and respectfully requests that service of all further pleadings, notices, documents or other papers, exclusive of process, be made upon said Defendant by serving its attorney at the address below.



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380/Fax: 206.624.7317

DATED this 13th day of November, 2026.

BAKER & HOSTETLER LLP

By *`/s/ Sean C. Knowles`*
Sean C. Knowles, WSBA #39893
sknowles@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380
Fax: 206.624.7317