THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.*

MCKENNA DUFFY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

Case No. 2:23-cv-01391-RSL

NOTICE OF CHANGE OF ADDRESS AND LAW FIRM

The undersigned attorneys hereby notify the Court and counsel that Kenneth Racowski, previously of Holland & Knight LLP, 1650 Market Street, Suite 3300, Philadelphia, PA 19103, has a new address, due to a change of law firm, to Baker & Hostetler LLP, 1735 Market Street, Suite 3300, Philadelphia, PA 19103-7501, effective immediately. The Court and all counsel are respectfully requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to Mr. Racowski at his new address.



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380/Fax: 206.624.7317

Please contact Mr. Racowski using the updated contact information provided in his signature block below.

DATED this 13th day of November, 2026.

BAKER & HOSTETLER LLP

By /s/ *Kenneth L. Racowski*

Kenneth L. Racowski (*pro hac vice*)
kracowski@bakerlaw.com
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Tel: 215.568.3100
Fax: 215.568.3439

/s/ *Sean C. Knowles*

Sean C. Knowles, WSBA #39893
sknowles@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380
Fax: 206.624.7317

*Attorneys for Defendant GHP Management Corporation*