THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | Case No. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>YARDI SYSTEMS, INC., *et al.*,<br>Defendants. | NOTICE OF WITHDRAWAL |

**TO:** The Clerk of the Court

**AND TO:** All Parties and Their Counsel of Record

PLEASE TAKE NOTICE, pursuant to Western District of Washington Local Civil Rule 83.2(b)(3), of the withdrawal of David C. Kully (*pro hac vice*); Sara Benson (*pro hac vice*); and Kristin M. Asai, WSBA No. 49511, as local counsel, on behalf of Defendant GHP Management Corporation.



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380/Fax: 206.624.7317

Defendant GHP Management Corporation remains represented in this action by the following remaining counsel of record:

**Lead Counsel:**

Kenneth Racowski (*pro hac vice*)
kracowski@bakerlaw.com
**Baker & Hostetler LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501

**Local Counsel:**

Sean C. Knowles, WSBA No. 39893
sknowles@bakerlaw.com
**Baker & Hostetler LLP**
999 Third Avenue, Suite 3900
Seattle, WA 98104-3804

Mr. Knowles will assume the responsibilities of local counsel for Mr. Racowski previously assumed by Ms. Asai and is authorized and will be prepared to handle this matter, up to and including trial, in the event Mr. Racowski is unable to be present upon any date scheduled by the Court.

The withdrawal by Mr. Kully, Ms. Benson, and Ms. Asai shall be effective as of November 13th, 2026. All further notices and pleadings, exclusive of original process, are to be served upon the remaining Lead Counsel and Local Counsel identified above.

DATED this 13th day of November, 2026.



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380/Fax: 206.624.7317

/s/ David C. Kully
David C. Kully (*pro hac vice*)
David.Kully@hklaw.com
**Holland & Knight LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone +1.202.955.3000
Facsimile +1.202.955.5564

/s/ Sara Benson
Sara Benson (*pro hac vice*)
Sara.Benson@hklaw.com
**Holland & Knight LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone +1.202.955.3000
Facsimile +1.202.955.5564

/s/ Kristin M. Asai
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
**Holland & Knight LLP**
701 Fifth Avenue, Suite 4700
Seattle, Washington 98104
Telephone +1.206.505.4000
Facsimile +1.206.505.4099

*Withdrawing Counsel for Defendant GHP Management Corporation*

/s/ Kenneth Racowski
Kenneth Racowski (*pro hac vice*)
kracowski@bakerlaw.com
**Baker & Hostetler LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Tel: +1.215.568.3100
Fax: +1.215.568.3439

/s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
sknowles@bakerlaw.com
**Baker & Hostetler LLP**
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380
Fax: 206.624.7317

*Remaining Counsel for Defendant GHP Management Corporation*