**Pro Hac Vice Attorney**

Applicant's Name: Kenneth Racowski

Law Firm Name: Baker & Hostetler LLP

Street Address 1: 1735 Market Street

Address Line 2: Suite 3300

City: Philadelphia State: PA Zip: 19103-7501

Phone Number w/ Area Code 1.215.568.3100 Bar # 90514 State Pennsylvania

Primary E-mail Address: kracowski@bakerlaw.com

***(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)***

Secondary E-mail Address: ______

***(Additional contact email for questions during the application process)***

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Kenneth Racowski is unable to be present upon any date assigned by the court.

Date: 11/19/2026 Signature of Local Counsel: s/ Sean C. Knowles

Local Counsel's Name: Sean C. Knowles

Law Firm Name: Baker & Hostetler LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 999 Third Avenue

Address Line 2: Suite 3900

City: Seattle State: WA Zip: 98104

Phone Number w/ Area Code 1.206.332.1380 Bar # 39893