Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: November 24, 2026<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Wylie Duffy and Michael Brett, and Defendants Yardi Systems, LLC ("Yardi"); Defendants A. J. Dwoskin & Associates, Inc.; Affinity Property Management, LLC; Ardmore Residential, Inc.; Asset Living, LLC; Avenue5 Residential LLC; Balaciano Group; Bridge Property Management, L.C.; Calibrate Property Management, LLC; Creekwood Property Corporation; Dalton Management, Inc.; Dweck Properties, Ltd.; Edward Rose & Sons; GHP Management Corporation; Goodman Real Estate, Inc.; GRE Management, LLC; Greystar Management Services, LLC; Guardian Management, LLC; HNN Associates, LLC; KRE Group, Inc.; Manco Abbott, Inc.; Morguard Management Company Inc.; Oakland Management Corp. (dba Beztak Management Company); PRG Real Estate Management, Inc.; R.D. Merrill Real Estate Holdings, LLC; Ram Partners, LLC; RPM Living, LLC; Sentinel Real Estate Corporation; Summit Management Services, Inc.; Western National Securities (dba Western National Property Management); and Willow Bridge Property Company National (dba Lincoln Property Company) (collectively, the "Landlord Defendants," with Yardi and Plaintiffs, the "Stipulating Parties"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on February 21, 2025, Yardi moved for an order phasing discovery, seeking to stay discovery as to the Landlord Defendants and limit Phase One discovery to Yardi and its Revenue IQ product. Dkt. 212.

2. WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint on March 5, 2025.

3. WHEREAS, on March 24, 2025, the Court granted in part Yardi's Motion for Phased Discovery and divided discovery into two phases. Dkt. 278. Phase One discovery was to be focused on Yardi and its revenue management products. Dkt. 278. Phase Two was reserved for discovery against the Landlord Defendants. *Id*. at 2.

4. WHEREAS, Yardi and the Landlord Defendants currently named in this action Answered the Consolidated Class Action Complaint on April 21, April 22, April 25, April 28, May 5, May 12, May 15, and May 19, 2025. Dkts. 354, 357–358, 360–361, 363, 365–368, 370, 372–378, 385, 388–389, 391, 393–395, 402–404, 408–409, 411, 418, 424–425, and 428.

5. WHEREAS, Plaintiffs seek leave to file an Amended Consolidated Class Action Complaint promptly following the close of Phase One discovery. Plaintiffs contend the amendment would add the significant additional landlords alleged to have participated in the conspiracy, whose identities were not publicly available when the Consolidated Class Action Complaint was filed. Plaintiffs contend that the proposed amendment names the largest of those users who were not already named as Defendants.

6. WHEREAS, the Amended Consolidated Class Action Complaint does not add any new claims.

7. WHEREAS, Plaintiffs state that their Stipulated Motion for Leave to Amend Complaint is made in good faith and is not intended to delay the proceedings. Plaintiffs contend that the amendment will not prejudice the Landlord Defendants, because discovery against all of them will begin now, and will not prejudice Yardi, because the additional parties were identified from Yardi's own documents and data and the proposed amendment does not add any claims.

8. WHEREAS, subject to the Court's approval, the Stipulating Parties have agreed that Plaintiffs will not seek to modify the schedule the Court recently entered, Dkt. 602, on the basis of this amendment.

9. WHEREAS, Plaintiffs do not anticipate any further amendment to the operative Consolidated Class Action Complaint and are now prepared to proceed into Phase Two discovery against the full group of Landlord Defendants they plan to bring to trial. The Stipulating Parties agree that any future amendment would be subject to Rule 16. Fed. R. Civ. P. 16.

10. WHEREAS, subject to the Court's approval, the Stipulating Parties have agreed that Plaintiffs may file their Amended Consolidated Class Action Complaint, attached as Exhibit 1, in this action. A redline comparing the Amended Consolidated Class Action Complaint to the Consolidated Class Action Complaint is attached as Exhibit 2.

11. WHEREAS, subject to the Court's approval, the Stipulating Parties have agreed that, because the Amended Consolidated Class Action Complaint proposes adding new landlord defendants and does not change the claims brought against Yardi and the Landlord Defendants,

Yardi and the Landlord Defendants' existing Answers to the Consolidated Class Action Complaint (*supra* ¶ 4) may be carried forward and deemed responsive to the proposed Amended Consolidated Class Action Complaint. The Stipulating Parties agree that efficiency is best served by not imposing an obligation on such Defendants in light of the foregoing stipulation that the Amended Consolidated Class Action Complaint does not add any new claims.[1] The Stipulating Parties agree that any paragraph of the Amended Consolidated Class Action Complaint not previously responded to will be deemed to have been denied, with no adverse consequences to Yardi or the Landlord Defendants for such form denial.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Stipulating Parties, that the Court should grant the [Proposed] Order granting Plaintiffs' Stipulated Motion for Leave to Amend, and Plaintiffs shall file their Amended Consolidated Class Action Complaint within five (5) court days of the date of this order. Any future amendment of Plaintiffs' operative complaint would be subject to Rule 16 of the Federal Rules of Civil Procedure. Yardi and the Landlord Defendants' existing answers to the Consolidated Class Action Complaint (*supra* ¶ 4) may be carried forward and deemed responsive to the proposed Amended Consolidated Class Action Complaint, and Yardi and the Landlord Defendants need not file an amended answer to the anticipated Amended Consolidated Class Action Complaint, unless Yardi and the Landlord Defendants so choose to. Any paragraph of Amended Consolidated Class Action Complaint not previously responded to will be deemed to have been denied, with no adverse consequences to Yardi or the Landlord Defendants for such form denial.

[1] This is not intended to abridge Yardi and the Landlord Defendants' right to file Amended and/or Supplemental Answers if they so choose, nor does it abridge any right or obligation for any Landlord Defendant that Plaintiffs intend to add as a party-defendant to this action in the Amended Consolidated Class Action Complaint.

STIPULATED this 24 day of November 2026.

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*I certify that this memorandum contains 988 words, in compliance with the Local Civil Rules.*

By: /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Theodore J. Wojcik (WSBA No. 55553)
Stephanie A. Verdoia (WSBA No. 58636)
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
tedw@hbsslaw.com
stephaniev@hbsslaw.com
kellyf@hbsslaw.com

Rio S Pierce (pro hac vice)
Abby R. Wolf (pro hac vice *forthcoming*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com
abbyw@hbsslaw.com

Dana A. Abelson (WSBA No. 63278)
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (206) 268-9311
Facsimile: (206) 623-0594
dana.abelson@hbsslaw.com

*Attorneys for Plaintiffs*
WYLIE DUFFY and MICHAEL BRETT

**DEBEVOISE & PLIMPTON LLP**
By: /s/ *Abraham Tabaie*
Abraham Tabaie (pro hac vice)
David Sarratt (pro hac vice)
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
atabaie@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (pro hac vice)
Michael Schaper (pro hac vice)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
mkmonaghan@debevoise.com
mschaper@debevoise.com

**MCNAUL EBEL NAWROT & HELGREN PLLC**
Claire Martirosian, WSBA No. 49528
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
cmartirosian@mcnaul.com

*Attorneys for Defendant YARDI SYSTEMS, LLC*

**VINSON & ELKINS LLP**
By: /s/ *Adam Hudes*
Adam Hudes (pro hac vice)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6632
Fax: (202) 879-8822
Email: ahudes@velaw.com

Nicole Castle (pro hac vice)
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Phone: (212) 237-0096
Email: ncastle@velaw.com

*Attorneys for Defendant RPM Living, LLC*

**VAN KAMPEN & CROWE PLLC**
By: /s/ *Al Van Kampen*
Al Van Kampen, WSBA No. 13670
AVanKampen@VKClaw.com
P.O. Box 33632
Seattle, Washington 98133

**VINSON & ELKINS LLP**
By: /s/ *Michael W. Scarborough*
Michael W. Scarborough (admitted pro hac vice)
mscarborough@velaw.com
Dylan I. Ballard (admitted pro hac vice)
dballard@velaw.com
M. Kevin Costello (admitted pro hac vice)
kcostello@velaw.com
Madison Lo (admitted pro hac vice)
mlo@velaw.com
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

Stephen Medlock (admitted pro hac vice)
2200 Pennsylvania Avenue NW, Suite 500
Washington, DC 20037
Telephone: (202) 639-6500
Email: smedlock@velaw.com

Mackenzie Newman (admitted pro hac vice)
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Telephone: (212) 237-0000
Email: mnewman@velaw.com

*Attorneys for Defendant Bridge Property Management, L.C.*

**CARRUTHERS & ROTH, P.A.**
By: /s/ *Robert N. Young*
Robert N. Young NCSB #35679
Mike J. Allen NCSB #18030
Admitted Pro Hac Vice
235 N. Edgeworth Street
Greensboro, NC 27401
Phone: (336) 379-8651
Fax: (336) 478-117
rny@crlaw.com
mja@crlaw.com

*Counsel for Defendant Ardmore Residential, Inc.*

**PREG O'DONNELL & GILLETT PLLC**
Bennett J. Hansen, WSBA #24205
Daniel Rankin, WSBA #49673
401 Union Street, Suite 1900
Seattle, WA 98101-2668
bhansen@pregodonnell.com
drankin@pregodonnell.com

*Local Counsel for Defendant Ardmore Residential, Inc.*

**FREY BUCK**
By: /s/ *Joseph A. Toups*
Daniel A. Brown, WSBA #22028
Joseph A. Toups, WSBA #57024
1200 Sixth Avenue, Ste. 850
Telephone: (206) 486-8000
Fax: (206) 902-9660
dbrown@freybuck.com
jtoups@freybuck.com

*Attorneys for Defendant HNN ASSOCIATES, LLC*

By: /s/ *Kevin Flannery*
Kevin Flannery, WSBA No. 54890
Elizabeth B. Kinsman, WSBA No. 58063
Keith Ketterling (pro hac vice)
209 SW Oak St., Suite 500
Portland, OR 97204
Phone: (503) 227-1600
Fax: (503) 227-6840
Email: kflannery@stollberne.com
ekinsman@stollberne.com
kketterling@stollberne.com

*Attorneys for Defendant Guardian Management, LLC*

By: /s/ *Brittney S. Rivers*

**DICKINSON WRIGHT PLLC**
Brittney S. Rivers, WSBA # 54068
BRivers@DWlaw.com
920 Fifth Avenue, Suite 3400
Seattle, Washington 98104
Tel: (206) 386-5900

**BAKER BOTTS LLP**
Danny David (admitted pro hac)
danny.david@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

James Kress (admitted pro hac)
james.kress@bakerbotts.com
BAKER BOTTS L.L.P.
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

*Counsel for Defendant Avenue5 Residential, LLC*

**STOKES LAWRENCE, P.S.**
By: /s/ *Valerie Walker*
Mathew Harrington (WSBA #33276)
Valerie Walker (WSBA #52584)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
Mathew.Harrington@stokeslaw.com
Valerie.Walker@stokeslaw.com

**SPENCER FANE LLP**
Shelby B Menard (pro hac vice)
5700 Granite Pkwy, Suite 650
Plano, TX 75024
Telephone: 972-324-0352
Fax: 972-324-0301
smenard@spencerfane.com

Donald Heeman (pro hac vice)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: 612-268-7006
dheeman@spencerfane.com

*Attorneys for Defendant, MANCO ABBOTT, INC.*

**DLA PIPER LLP (US)**
/s/ *Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax: (206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com

Gregory J. Casas, Admitted Pro Hac Vice
Emily Willis Collins, Admitted Pro Hac Vice
303 Colorado Street, Suite 3000
Austin, Texas 78701
Tel: (512) 457-7290
Fax: (512) 721-2390
E-mail: greg.casas@us.dlapiper.com
E-mail: emily.collins@us.dlapiper.com

AND

Becky L. Caruso, Admitted Pro Hac Vice
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2550
Fax: (973) 520-2551
E-mail: becky.caruso@us.dlapiper.com

*Counsel for Defendant Willow Bridge Property Company*

s/ *Brian S. Epley*
Brian S. Epley, WSBA No. 48412
Jon W. Monson, WSBA No. 43912
1455 SW Broadway, Suite 1500
Portland, OR, 97201-3412
Tele: (503) 224-3092
Email: bepley@cablehuston.com
Email: jmonson@cablehuston.com

*Attorneys for Defendant Dalton Management, Inc.*

**BERESFORD BOOTH**
/s/ *Caleb J. Tingstad*
Caleb J. Tingstad
145 Third Avenue South
Edmonds, WA 98020
(425) 776-4100
calebt@beresfordlaw.com

*Attorney for Defendants Goodman Real Estate, Inc. and GRE Management, LLC*

**FRESHFIELDS US LLP**
/s/ *Heather P. Lamberg*
Heather P. Lamberg, Pro Hac Vice
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4797
Email: heather.lamberg@freshfields.com

*Attorney for Defendants Goodman Real Estate, Inc. and GRE Management, LLC*

**BERESFORD BOOTH PLLC**
/s/ *Todd J. Cook*
Todd J. Cook, WSBA No. 44729
Caleb J. Tingstad, WSBA No. 59883
145 Third Avenue South
Edmonds, WA 98020
(425) 776-4100
toddc@beresfordlaw.com
calebt@beresfordlaw.com

**STEVENS & LEE, P.C.**
Joseph E. Wolfson (pro hac vice)
Michael A. Cedrone (pro hac vice)
1500 Market Street
East Tower, 18th Floor
Philadelphia, PA 19102
(215) 751-1249
joseph.wolfson@stevenslee.com
michael.cedrone@stevenslee.com

*Attorneys for Defendant KRE Group, Inc.*

**K&L GATES LLP**
By: s/ *Tyler K. Lichter*
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: tyler.lichter@klgates.com

Lauren Norris Donahue (pro hac vice)
70 W. Madison St., Suite 3300
Chicago, IL 60602
Phone: (312) 372-1121
Fax: (312) 827-8000
Email: lauren.donahue@klgates.com

Derek Sutton (pro hac vice)
301 Hillsborough St., Suite 1200
Raleigh, NC 27603
Phone: (919) 743-7331
Fax: (919) 516-2122
Email: derek.sutton@klgates.com

*Attorneys for Defendant R.D. Merrill Real Estate Holdings, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**
By: s/ *Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
Amy P. Taylor, WSBA # 53644
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
amy.taylor@morganlewis.com

-and-

**DAVIS POLK & WARDWELL LLP**
Arthur J. Burke, Pro Hac Vice
Gregory S. Morrison, Pro Hac Vice
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
Email: arthur.burke@davispolk.com
Email: gregory.morrison@davispolk.com

*Attorneys for Defendant Sentinel Real Estate Corporation*

**FENWICK & WEST LLP**
/s/ *Jessica M. Kaempf*
Jessica M. Kaempf, WSBA No.: 51666
Monica Chan, WSBA No.: 58900
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206-389-4510
Facsimile: 206-389-4511
Email: jkaempf@fenwick.com
mchan@fenwick.com

**HONIGMAN LLP**
/s/ *David A. Ettinger*
David A. Ettinger, (admitted Pro Hac Vice)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313-465-7368
Facsimile: 313-465-7369
E mail: dettinger@honigman.com

*Attorneys for Defendant Edward Rose & Sons*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
By: s/ *Ke Zhu*
Ke Zhu (WSBA No. 61761)
ke.zhu@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101-2668
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

By: /s/ *Boris Bershteyn*
Boris Bershteyn (admitted pro hac vice)
By: /s/ *Karen Hoffman Lent*
Karen Hoffman Lent (admitted pro hac vice)
By: /s/ *Evan R. Kreiner*
Evan R. Kreiner (admitted pro hac vice)
By: /s/ *Sam Auld*
Sam Auld (admitted pro hac vice)
By: /s/ *Adam Kochman*
Adam Kochman (admitted pro hac vice)
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
One Manhattan West
395 9th Avenue
New York, New York 10001
(212) 735-3000
boris.bershteyn@skadden.com
karen.lent@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com
adam.kochman@skadden.com

*Attorneys for Defendant Greystar Management Services, LLC*

**CORR CRONIN LLP**
By: /s/ *Eric A. Lindberg*
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Phone: (206) 625-8600
Fax: (206) 625-0900
Email: elindberg@corrcronin.com

**WILLIAMS MULLEN**
James M. Burns (pro hac admission granted)
8350 Broad Street, Suite 1600
Tysons, VA 22102
Phone: (703) 760-5223
Fax: (703) 748-0244
Email: jmburns@williamsmullen.com

*Counsel for Defendant Oakland Management Corp., d/b/a Beztak Management Company*

**ARETE LAW GROUP PLLC**
By: /s/ *Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa M. Herb, WSBA No. 23161
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com
lherb@aretelaw.com

*Attorneys for Defendant Affinity Property Management, LLC*

**ARETE LAW GROUP PLLC**
By: /s/ *Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa M. Herb, WSBA No. 23161
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com
lherb@aretelaw.com

*Attorneys for Defendant Balaciano Group*

**HALL GRIFFIN LLP**
/s/ *Kasandra Goldberg*
Michael J. Pepek, Pro Hac Vice
Jeremy T. Katz, Pro Hac Vice
Kasandra C. Goldberg, Pro Hac Vice

1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Phone: (714) 918-7000
Fax: (714) 918-6996
mpepek@hallgriffin.com
jkatz@hallgriffin.com
kgoldberg@hallgriffin.com

*Attorneys for Defendant, Western National Securities d/b/a Western National Property Management*

**SNELL & WILMER**
Mallory L. B. Satre, (SBN 50194)
Snell & Wilmer
600 University Street, Suite 310
Seattle, WA 98101
Phone: (206) 741-1408
msatre@swlaw.com

Clifford S. Davidson, (SBN 48313)
Snell & Wilmer
601 SW Second Avenue, Suite 2000
Portland, OR 97204
Phone: (503) 443-6099
(425) 748-5055
csdavidson@swlaw.com

*Local counsel for Defendant, Western National Securities d/b/a Western National Property Management*

**FREEMAN MATHIS & GARY, LLP**
By: /s/ *Paul S. Smith*
Paul S. Smith, WSBA #28099
701 Fifth Ave., 42nd Floor
Seattle, WA 98104
Email: Paul.Smith@fmglaw.com

Scott Eric Anderson*
Email: scott.anderson@fmglaw.com
Cameron N. Regnery*
Email: cameron.regnery@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

*Attorneys for Defendant RAM Partners, LLC (* previously admitted pro hac vice for other named defendant in this action)*

**FOGARTY LAW GROUP PLLC**
By: /s/ *Paul E. Fogarty*
Paul E. Fogarty (WSBA # 26929)
Securities Building
1904 Third Ave., Suite 933
Seattle WA 98154
Tel.: (206) 441-0172
pfogarty@fogartylawgroup.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Eliot Turner*
NORTON ROSE FULBRIGHT US LLP
1550 Lamar, Suite 2000
Houston, TX 77010-3095
Tel.: (713) 651-5151
eliot.turner@nortonrosefulbright.com

Michael Swartzendruber*
2200 Ross Ave., Suite 3600
Dallas, Texas 7520-7932
Tel: (214) 855-8000
Michael.swartzendruber@nortonrosefulbright.com

**Admitted pro hac vice*

*Attorneys for Defendant Creekwood Property Corporation d/b/a Tonti Properties*

**GORDON REES SCULLY MANSUKHANI, LLP**
/s/ *Todd A. Bowers*
Todd A. Bowers, WSBA #24638
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5197
Fax: (206) 689-2822
Email: tbowers@grsm.com

*Attorney for Defendant Summit Management Services, Inc.*

**BAKER & HOSTETLER LLP**

By /s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
sknowles@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206.332.1380
Fax: 206.624.7317

Kenneth L. Racowski (pro hac vice)
Alyse F. Stach (pro hac vice)
kracowski@bakerlaw.com
astach@bakerlaw.com
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: 215.568.3100

*Attorneys for GHP Management Corporation*

**BRADLEY BERNSTEIN SANDS LLP**
/s/ *Heidi B. Bradley*
Heidi B. Bradley (WSBA No. 35759)
2800 First Avenue, Suite 326
Seattle, WA 98121
Telephone: (206) 337-6551
Email: hbradley@bradleybernstein.com

/s/ *Darin M. Sands*
Darin M. Sands (WSBA No. 35865)
1211 NW Glisan St. Suite 204
Portland, OR 97209
Telephone: (503)734-2480
Email: dsands@bradleybernstein.com

*Attorneys for Defendant Morguard Management Company Inc.*

**BARNES & THORNBURG, LLP**
By: /s/ *Eric Fisher*
Eric Fisher (WSBA No. 49443)
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: 310-284-3880
Fax: 310-284-3894
Email: efisher@btlaw.com

*Attorneys for PRG Real Estate Management, Inc.*

**BENNETT BIGELOW & LEEDOM, P.S.**
By: /s/ *Michael Madden*
Michael Madden, WSBA No. 8747
David M. Norman, WSBA No. 40564
601 Union Street, Suite 1500
Seattle, WA 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email: mmadden@bbllaw.com
dnorman@bbllaw.com

**HOGAN LOVELLS CADWALADER US LLP**
Michael M. Maddigan, pro hac vice
Joseph R. O'Connor, pro hac vice
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Fax: (310) 785-4601
Email: michael.maddigan@hoganlovells.com
joe.oconnor@hoganlovells.com

*Attorneys for Defendant A.J. Dwoskin & Associates*

**SUMMIT LAW GROUP, PLLC**
By: s/ *Christopher T. Wion*
Christopher T. Wion, WSBA No. 33207
Molly J. Gibbons, WSBA No. 58357
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
chrisw@summitlaw.com
mollyg@summitlaw.com

**BELL NUNNALLY & MARTIN LLP**
David A. Walton (pro hac vice)
John F. Guild (pro hac vice)
Troy L. Hales (pro hac vice)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel. (214) 740-1445
Fax (214) 740-5745
dwalton@bellnunnally.com
jguild@bellnunnally.com
thales@bellnunnally.com

*Attorneys for Defendant Asset Living LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*<u>/s/ Steve W. Berman</u>*
STEVE W. BERMAN