Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re* YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION | Case No. 2:23-cv-01391-RSL |
| WYLIE DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: November 24, 2026<br><br>(Consolidated with Case Nos. 2:24-cv-01948; 2:24-cv-02053) |

**ORDER**

Pursuant to the stipulation, and with good cause appearing, the Court hereby ORDERS that the STIPULATED Motion for Leave to Amend Complaint **IS HEREBY GRANTED**:

1. Plaintiffs shall file their Amended Consolidated Class Action Complaint within five (5) court days of the date of this order.
2. Pursuant to the Stipulating Parties' agreement, any future amendment would be subject to Rule 16 of the Federal Rules of Civil Procedure.
3. Further, the Court finds that Yardi and the Landlord Defendants' existing Answers to the Consolidated Class Action Complaint may be carried forward and deemed responsive to the proposed Amended Consolidated Class Action Complaint, and Yardi and the Landlord Defendants need not file an amended answer to the anticipated Amended Consolidated Class Action Complaint, unless Yardi and the Landlord Defendants so choose to. Any paragraph of Amended Consolidated Class Action Complaint not previously responded to will be deemed to have been denied, with no adverse consequences to Yardi or the Landlord Defendants for such form denial.[1]

IT IS SO ORDERED.

Dated this _________, day of November, 2026.

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

[1] This does not abridge Yardi and the Landlord Defendants' right to file Amended and/or Supplemental Answers if they so choose, nor does it abridge any right or obligation for any Landlord Defendant that Plaintiffs intend to add as a party-defendant to this action in the Amended Consolidated Class Action Complaint.