Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| *In Re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION*<br><br>MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YARDI SYSTEMS, INC.; *et al*,<br><br>Defendants. | Case No. 2:23-cv-01391-RSL<br><br>JOINDER TO PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>(Consolidated with Case Nos. 2:24-cv- 01948; 2:24-cv-02053) |

On November 24, 2026, Plaintiffs and a certain group of the Defendants filed a Stipulated Motion for Leave to Amend Complaint (the "Motion"). [Dkt. 605]. The undersigned Landlord Defendants join in requesting the Court grant the Motion and expressly reserve their affirmative defenses, including but not limited to, lack of personal jurisdiction.

Dated this 25th day of November 2026.

BERESFORD BOOTH
By: /s/ Caleb J. Tingstad
Caleb J. Tingstad, WSBA No. 59833
145 Third Ave. S.
Edmonds, Washington 98020-3593
Phone: (425) 776-4100
Fax: (425) 776-1700
Email: calebt@beresfordlaw.com
*As Lead Counsel for Defendants Concord Management Ltd., GRE Management, LLC & Guardian Management, LLC*

DLA PIPER LLP (US)
*/s/ David B. Hamilton*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: (206) 839-4800
Fax:(206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com

David B. Hamilton, *Admitted Pro Hac Vice*
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576
Tel: (410) 580-4120
Fax: (410) 580-3001
Email: david.hamilton@us.dlapiper.com
*Counsel for Defendant Apartment Services, Inc.*